**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| In re | Case No. |
|---|---|
| **IMPERIAL CAPITAL BANCORP, a Delaware corporation**<br><br>Debtor. | Chapter 11 |

## Exhibit "A" To Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities and Exchange Act of 1934, the SEC file number is:   **1-33199**

2. The following financial data is the latest available information and refers to the debtor's condition on December 15, 2009

   (a) Total Assets                                         $40,000,000.00

   (b) Total Debts (including debts listed in 2.c., below)   $100,000,000.00

                                                                                              Approximate number of holders

   (c) Debt securities held by more than 500 holders.        None

          Secured ☐   unsecured ☐   subordinated ☐   $_____
          Secured ☐   unsecured ☐   subordinated ☐   $_____
          Secured ☐   unsecured ☐   subordinated ☐   $_____
          Secured ☐   unsecured ☐   subordinated ☐   $_____
          Secured ☐   unsecured ☐   subordinated ☐   $_____

   (d) Number of shares of preferred stock:                  None

   (e) Number of shares of common stock: 5,248,760           1,268

Comments, if any:

Brief description of debtor's business:

    Diversified bank holding company

List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: Howard Amster, Franklin Mutual Advisors, George W. Haligowski.

534273v1