# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re IMPERIAL CAPITAL BANCORP, INC., a Delaware corporation,<br><br>                    Debtor, | Chapter 11<br><br>Case No.: |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is a list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for the filing in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(31) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | SUBJECT TO SETOFF* | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 1.  ITLA Capital Statutory Trust V | Peter D. Allen<br>Corporate Trust Department<br>U.S. Bank National Association<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Telephone:(617) 603-6549<br>Fax: (617 603-6683 | Junior Subordinated Deferrable Interest Debentures Due 2032 | | | | | $26,863,689.00 |

---

\*    The following information is based upon a review of the debtor's books and records.  However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the claims listed herein have been completed.  Therefore, this listing does not and should not be deemed to constitute:  (1) a waiver of any defense, counterclaim or offset to the claim listed herein; (2) an acknowledgment of the allowability of any of the claims listed herein; and/or (3) a waiver of any other right or legal position of the debtor.

534296v1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T * | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T   T O   S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 2.  Trapeza CDO I, LLC | Barbara Bevelaqua, Corporate Trust Administration Bank of New York, Trustee 101 Barclay Street New York, NY 10286 Telephone: (212) 815-5091 Fax: (212) 815-5131 Email: bbevelaqua@bankofnewyork.com | Junior Subordinated Deferrable Interest Debentures Due 2032 | | | | | $21,973,391.00 |
| 3.  ITLA Capital Statutory Trust II | Peter D. Allen Corporate Trust Department U.S. Bank National Association One Federal Street, 3rd Floor Boston, MA 02110 Telephone:(617) 603-6549 Fax: (617 603-6683 | Junior Subordinated Deferrable Interest Debentures Due 2031 | | | | | $17,606,537.00 |
| 4.  ITLA Capital Statutory Trust I | Peter D. Allen Corporate Trust Department U.S. Bank National Association One Federal Street, 3rd Floor Boston, MA 02110 Telephone:(617) 603-6549 Fax: (617 603-6683 | Junior Subordinated Deferrable Interest Debentures Due 2030 | | | | | $16,461,615.00 |
| 5.  Trapeza CDO II, LLC | Barbara Bevelaqua, Corporate Trust Administration Bank of New York, Trustee 101 Barclay Street New York, NY 10286 Telephone: (212) 815-5091 Fax: (212) 815-5131 Email: bbevelaqua@bankofnewyork.com | Junior Subordinated Deferrable Interest Debentures Due 2032 | | | | | $10,932,793.00 |
| 6.  George W. Haligowski | George W. Haligowski P.O. Box 5010, PMB #19 Rancho Santa Fe, CA 92067-5674 Telephone: (858) 366-3662 Email: ghaligowski@gmail.com | Deferred Compensation | | | | | $4,663,672.00 |

- 2 -

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T * | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T T O S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 7. George W. Haligowski | George W. Haligowski<br>P.O. Box 5010, PMB #19<br>Rancho Santa Fe, CA 92067-5674<br>Telephone: (858) 366-3662<br>Email: ghaligowski@gmail.com | Salary Continuation Plan | | | | | $2,912,998.00 |
| 8. Brian Benson | Brian Benson<br>357 S. Curson Ave., #11-C<br>Los Angeles, CA 90036<br>Telephone: (323) 935-7510 | Deferred Compensation | | | | | $94,177.00 |
| 9. David Hunt | David Hunt<br>4087 Caminito Suero<br>San Diego, CA 92122<br>Telephone: (858) 677-9300<br>Email:<br>dhunt@imperialcapitalbank.com | Deferred Compensation | | | | | $86,781.00 |
| 10. Timothy M. Doyle | Timothy M. Doyle<br>2617 Sutter Street<br>Carlsbad, CA 92010<br>Telephone: (760) 729-8796<br>Email: tdoyle@roadrunner.com | Deferred Compensation | | | | | $53,133.00 |
| 11. Silver Freedman & Taff LLP | David Muchnikoff<br>Silver Freedman & Taff LLP<br>1700 Wisconsin Ave NW<br>Washington, DC 20007<br>Telephone: (202) 295-4513<br>Fax: (202) 337-5502<br>Email: dmm@sftlaw.com | Legal Services | | | | | $50,000.00 |
| 12. Sidley & Austin LLP | Jeffrey A. Berman<br>Sidley & Austin LLP<br>555 W. Fifth Street, 40th Floor<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Fax: (213) 896-6600<br>Email: jberman@sidley.com | Legal Services | | | | | $50,000.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T * | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T   T O   S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 13. Scott Wallace | Scott Wallace<br>7879 Sitio Abeto Dr.<br>Carlsbad, CA 92309<br>Telephone: (760) 942-4263<br>Email: swallace@icbancorp.com | Deferred Compensation | | | | | $43,802.00 |
| 14. American Express, Inc. | American Express Travel Services, Inc.<br>4315 S. 2700<br>Salt Lake City, UT | Corporate Credit Card-Business Travel Expenses | | | | | $30,000.00 |
| 15. Charles E. Kohl | Charles E. Kohl<br>25662 Shaw Place<br>Stevenson Ranch, CA 91381<br>Telephone (661) 254-4757<br>ckohl@imperialcapitalbank.com | Deferred Compensation | | | | | $22,367.00 |
| 16. Squar, Milner, Peterson, Miranda & Williamson, LLP | A Bullock<br>Squar, Milner, Peterson, Miranda @ Williamson, LLP<br>4100 Newport Place Drive, Third Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 222-2999<br>Fax: (949) 222-2989<br>Email: abullock@squarmilner.com | Accounting and Auditing Services | | | | | $25,000.00 |
| 17. KPMG | Aila Pallera<br>KPMG<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1568<br>Telephone: (213) 955-8918<br>Email: apallera@kpmg.com | Accounting and Auditing Services | | | | | $20,000.00 |
| 18. Ernst & Young | Keith Lupton<br>Ernst & Young LLP<br>725 S. Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-3200<br>Email: keith.lupton@ey.com | Accounting and Auditing Services | | | | | $20,000.00 |

534296v1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T * | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T   T O   S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 19.  San Diego Gas & Electric | San Diego Gas & Electric P.O. Box 251112 Santa Ana, CA 92799-5111 | Utilities Services | | | | | $10,000.00 |
| 20.  Rosemary E. Lennon | Rosemary E. Lennon 1031-A Kenneth Road Glendale, CA 91202 Telephone: (818) 265-4086 Email: rlennon@imperialcapitalbank.com | Deferred Compensation | | | | | $6,557.00 |

534296v1

## DECLARATION UNDER PENALTY OF PERJURY

## ON BEHALF OF A CORPORATION

I, Joseph W. Kiley, III, the Chief Executive Officer of Imperial Capital Bancorp., the Debtor, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of my knowledge and information.

DATED:  December 18, 2009

Joseph W. Kiley, III

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

- 6 -

534296v1