```
 1  GARY E. KLAUSNER (STATE BAR NO. 69077)
    GREGORY K. JONES (STATE BAR NO. 181072)
 2  STUTMAN, TREISTER & GLATT
    PROFESSIONAL CORPORATION
 3  1901 Avenue of the Stars, 12th Floor
    Los Angeles, CA 90067
 4  Telephone:  (310) 228-5600
    Telecopy:   (310) 228-5788
 5
    [Proposed] Reorganization Counsel for
 6  Debtor and Debtor in Possession

 7  Debtor's Mailing Address:
    Post Office Box 2283
 8  La Jolla, CA  92037
```

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 09-19431-11-LA |
| IMPERIAL CAPITAL BANCORP, INC., a Delaware corporation, | Chapter 11 |
|                 Debtor. | **PROOF OF SERVICE OF:** |
| | **(1) NOTICE OF MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO PAY PREPETITION PAYROLL TAXES; AND** |
| Tax Identification Number:  95-4596322 | |
| | **(2) MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 541, 549, AND 507(a)(8) AUTHORIZING THE DEBTOR TO PAY PREPETITION PAYROLL TAXES; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF ANTHONY RUSNAK IN SUPPORT THEREOF** |

535206v1

I, Claudia Lee, am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is Stutman, Treister & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013.

On January 8, 2010 I served the following pleadings:

1. NOTICE OF MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO PAY PREPETITION PAYROLL TAXES; and

2. MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 541, 549, AND 507(a)(8) AUTHORIZING THE DEBTOR TO PAY PREPETITION PAYROLL TAXES; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF ANTHONY RUSNAK IN SUPPORT THEREOF

on the interested parties in this action by placing true copies thereof, in sealed envelopes for service by United States Mail – First Class at Los Angeles, California addressed as follows:

**See Attached Service List.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2010, at Los Angeles, California.

/s/ Claudia Lee
Claudia Lee

535206v1

1

Imperial Capital Bank (6288-000)
Service List – 1/8/10
Doc No. 534752  (1/8/2010)

| | | |
|---|---|---|
| Imperial Capital Bancorp<br>Attn: Joseph W. Kiley, III, CEO<br>888 Prospect Street, Suite 110<br>La Jolla, CA 92037 | United States Trustee<br>United States Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | United States Department of Justice<br> Tax Division<br>Civil Trial Section, Western Division<br>PO Box 683, Ben Franklin Station<br>Washington, DC 20044 |
| Chief, Special Procedure Section – Insolvency<br>Internal Revenue Service<br>P.O. Box 30213<br>Laguna Niguel, CA 92607-0213 | Securities & Exchange Commission<br>560 Wilshire Blvd. 11th Floor<br>Los Angeles, CA 90036 | Federal Deposit Insurance Corporation<br>25 Jessie Street at Ecker Square,<br>Suite 2300<br>San Francisco, CA 94105 |
| Dept of Financial Institutions<br>7575 Metropolitan Drive, Suite 108<br>San Diego, CA 92108 | ITLA Capital Statutory Trust I<br>Peter D. Allen<br>U.S. Bank National Association<br>One Federal Street, 3rd Floor<br>Boston, MA 02110 | ITLA Capital Statutory Trust II<br>Peter D. Allen<br>U.S. Bank National Association<br>One Federal Street, 3rd Floor<br>Boston, MA 02110 |
| ITLA Capital Statutory Trust V<br>Peter D. Allen<br>U.S. Bank National Association<br>One Federal Street, 3rd Floor<br>Boston, MA 02110 | Trapeza CDO I, LLC<br>Barbara Bevelaqua,<br>Bank of New York, Trustee<br>101 Barclay Street<br>New York, NY 10286 | Trapeza CDO II, LLC<br>Barbara Bevelaqua<br>Bank of New York, Trustee<br>101 Barclay Street<br>New York, NY 10286 |
| Brian Benson<br>357 S. Curson Ave., #11-C<br>Los Angeles, CA 90036 | David Hunt<br>4087 Caminito Suero<br>San Diego, CA 92122 | Timothy M. Doyle<br>2617 Sutter Street<br>Carlsbad, CA 92010 |
| David Muchnikoff<br>Silver Freedman & Taff LLP<br>1700 Wisconsin Ave NW<br>Washington, DC 20007 | Jeffrey A. Berman<br>Sidley & Austin LLP<br>555 W. Fifth Street, 40th Floor<br>Los Angeles, CA 90013 | Scott Wallace<br>7879 Sitio Abeto Dr.<br>Carlsbad, CA 92309 |
| American Express Travel Services, Inc.<br>4315 S. 2700 W<br>Salt Lake City, UT  84184 | Charles E. Kohl<br>25662 Shaw Place<br>Stevenson Ranch, CA 91381 | A Bullock<br>Squar, Milner, Peterson, Miranda<br>& Williamson, LLP<br>4100 Newport Place Drive, Third Floor<br>Newport Beach, CA 92660 |
| Aila Pallera<br>KPMG<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1568 | Keith Lupton<br>Ernst & Young LLP<br>725 S. Figueroa Street<br>Los Angeles, CA 90017 | Rosemary E. Lennon<br>1031-A Kenneth Road<br>Glendale, CA 91202 |
| Thomas Hobbs<br>531 Avenida del Verdor<br>San Clemente, CA 92672 | Bloomberg, LP<br>6500 Wilshire Boulevard<br>Los Angeles, CA 90048 | Kevin Boyer, President<br>Boyer Moving & Storage<br>13691 Danielson Street, Suite D<br>Poway, CA 92064 |

Jayne Lindberg
J A Lindberg Interiors
4079 Promontory Street
San Diego, CA 92109

Grande Colonial Hotel La Jolla
910 Prospect Street
La Jolla, CA 92037

Cynthia S. Reynolds
AVP/Dedicated Service Director
Bank of America
1655 Grant Street, Bldg. A, 10th Floor
Concord, CA 94520

Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952

State Board of Equalization
PO Box 942879
Sacramento, CA 92479