In re IMPERIAL CAPITAL BANCORP, INC., a Delaware corporation           Case No. 3:09-bk-19431
    Debtor                                                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

____ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ITLA Capital Statutory Trust V<br>Peter D. Allen<br>U.S. Bank, N.A.<br>One Federal St., 3rd Fl<br>Boston, MA 02110 | | | Junior Subordinated Deferrable Interest Debentures Due 2032 | X | X | X | $26,863,689.00 |
| ACCOUNT NO. | | | | | | | |
| Trapeza CDO I, LLC<br>Barbara Bevelaqua<br>Bank of New York, Trustee<br>101 Barclay Street<br>New York, NY 10286 | | | Junior Subordinated Deferrable Interest Debentures Due 2032 | X | X | X | $21,973,391.00 |
| ACCOUNT NO. | | | | | | | |
| ITLA Capital Statutory Trust II<br>Peter D. Allen<br>U.S. Bank, N.A.<br>One Federal St., 3rd Fl<br>Boston, MA 02110 | | | Junior Subordinated Deferrable Debentures Due 2031 | X | X | X | $17,606,537.00 |
| ACCOUNT NO. | | | | | | | |
| La Jolla Lock & Sale, Inc.<br>1122 Wall Street<br>La Jolla, CA 92037 | | | Lock services | | | | $81.59 |
| | | | | | | Subtotal | $66,443,698.59 |

In re IMPERIAL CAPITAL BANCORP, INC., a Delaware corporation    Case No. 3:09-bk-19431
    Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ITLA Capital Statutory Trust I<br>U.S. Bank, N.A.<br>One Federal St., 3rd Fl<br>Boston, MA 02110 | | | Junior Subordinated Deferrable Interest Debentures Due 2030 | X | X | X | $16,461,615.00 |
| ACCOUNT NO. | | | | | | | |
| Trapeza CDO II, LLC<br>Bank of New York, Trustee<br>101 Barclay Street<br>New York, NY 10286 | | | Junior Subordinated Deferrable Interest Debentures Due 2032 | X | X | X | $10,932,793.00 |
| ACCOUNT NO. | | | | | | | |
| George W. Haligowski<br>PO Box 5010, PMB #19<br>Rancho Santa Fe, CA 92067-5674 | | | Deferred Compensation | X | X | X | $7,576,670.00 |
| ACCOUNT NO. | | | | | | | |
| Brian Benson<br>357 S. Curson Ave., #11-C<br>Los Angeles, CA 90036 | | | Deferred Compensation | X | X | X | $94,117.00 |
| ACCOUNT NO. | | | | | | | |
| David Hunt<br>4087 Caminito Suero<br>San Diego, CA 92122 | | | Deferred Compensation | X | X | X | $86,781.00 |
| ACCOUNT NO. | | | | | | | |
| Mellon Investor Services, LLC<br>400 S. Hope St, 4th Fl<br>Los Angeles, CA 90071 | | | Monthly Invoices November and December | X | X | X | $1,972.61 |
| | | | | | | Subtotal | $35,153,948.61 |
| Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | | |

In re IMPERIAL CAPITAL BANCORP, INC., a Delaware corporation         Case No. 3:09-bk-19431
           Debtor                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Timothy M. Doyle<br>2617 Sutter Street<br>Carlsbad, CA 92010 | | | Deferred Compensation | X | X | X | $53,155.00 |
| ACCOUNT NO. | | | | | | | |
| Sidley & Austin<br>555 W. Fifth Street, 40th Fl<br>Los Angeles, CA 90013 | | | Legal Fees | X | X | X | $50,000.00 |
| ACCOUNT NO. | | | | | | | |
| Scott Wallace<br>7879 Sitio Abeto Dr<br>Carlsbad, CA 92309 | | | Deferred Compensation | X | X | X | $43,802.00 |
| ACCOUNT NO. | | | | | | | |
| American Express Travel Services<br>4315 S. 2700<br>Salt Lake City, UT | | | Travel Related Expenses | X | X | X | $30,000.00 |
| ACCOUNT NO. | | | | | | | |
| Charles E. Kohl<br>25662 Shaw Place<br>Stevenson Ranch, CA 91381 | | | Deferred Compensation | X | X | X | $22,367.00 |
| ACCOUNT NO. | | | | | | | |
| KMPG<br>355 S. Grand Ave<br>Los Angeles, CA 90071-1568 | | | Accounting Services | X | X | X | $20,000.00 |
| ACCOUNT NO. | | | | | | | |
| PR Newswire<br>G.PO Box 5897<br>New York, NY 10087-2147 | | | Press Services | X | X | X | $2,746.05 |
| ACCOUNT NO. | | | | | | | |
| Knox Attorney Services<br>401 Wsest A Street, #140<br>San Diego, CA 92101 | | | Attorney Services | X | X | X | $5,000.00 |
| | | | | | | Subtotal | $227,070.05 |
| Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | (Use only on last page of the completed Schedule F.) | | | Total | |

In re IMPERIAL CAPITAL BANCORP, INC., a Delaware corporation  Case No. 3:09-bk-19431
      Debtor                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| San Diego Gas & Electric<br>PO Box 25112 | | | Utility Servies | X | X | X | $10,000.00 |
| ACCOUNT NO. | | | | | | | |
| Rosemary Lennon<br>1031-A Kenneth Road<br>Glendale, CA 92102 | | | Deferred Compensation | X | X | X | $6,557.00 |
| ACCOUNT NO. | | | | | | | |
| Thomas Hobbs<br>531 Avenida del Vendor<br>San Clemente, CA 92672 | | | Deferred Compensation | X | X | X | $6,123.32 |
| ACCOUNT NO. | | | | | | | |
| Bloomberg, LP<br>6500 Wilshire Blvd.<br>Los Angeles, CA 90048 | | | Online Research Services | X | X | X | $2,547.00 |
| ACCOUNT NO. | | | | | | | |
| JA Lindberg Interiors<br>4079 Promontory Street<br>San Diego, CA 92109 | | | Interior Design Services | X | X | X | $1,462.00 |
| ACCOUNT NO. | | | | | | | |
| Boyer Moving & Storage<br>13691 Danielson Street, Suite 3<br>Poway, CA 92064 | | | Moving Services | X | X | X | $1,343.00 |
| ACCOUNT NO. | | | | | | | |
| The Grande Colonial Hotel La Jolla<br>910 Prospect Street<br>La Jolla, CA 92064 | | | Hotel Invoice | X | X | X | $1,313.00 |
| | | | | | | Subtotal | $29,345.32 |
| Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Total (Use only on last page of the completed Schedule F.) | | | | $101,854,062.57 |