| | |
|---|---|
| 1 | Marie C. Pollio (ct26644) |
| 2 | Shipman & Goodwin LLP |
|   | One Constitution Plaza |
| 3 | Hartford, CT  06103 |
| 4 | Telephone: 860-251-5561 |
|   | Facsimile: 860-251-5212 |

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-19431-LA11 |
| IMPERIAL CAPITAL BANCORP, INC., a Delaware Corporation | Chapter 11 |
| Debtor. | January 25, 2010 |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for U.S. Bank National Association, as Trustee, a creditor and party-in-interest in the above-captioned matter.

Pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(g), 2015(a), and 3017(a), the undersigned requests that she receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter.  All such documents should be served upon the following:

Marie C. Pollio, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
(860) 251-5561
bankruptcy@goodwin.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules, but any and all applications, motions, petitions, pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Hartford, Connecticut, this 25th day of January 2010.

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE

By: /s/ Marie C. Pollio
　　Marie C. Pollio (ct26644)
　　Shipman & Goodwin LLP
　　One Constitution Plaza
　　Hartford, CT  06103-1919
　　(860) 251-5561

Its Attorneys