1  GARY E. KLAUSNER (STATE BAR NO. 69077)
   GREGORY K. JONES (STATE BAR NO. 181072)
2  STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
3  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067
4  Telephone: (310) 228-5600
   Telecopy:  (310) 228-5788
5
6  Reorganization Counsel for
   Debtor and Debtor in Possession
7  Debtor's Mailing Address:
   888 Prospect Street, Suite 230
8  La Jolla, CA 92037

9              **UNITED STATES BANKRUPTCY COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11  In re                              )  Case No. 09-19431-LA11
                                       )
12  IMPERIAL CAPITAL BANCORP, INC., a  )  Chapter 11
    Delaware corporation,              )
13                                     )  **SEVENTH MONTHLY STATEMENT OF**
                                       )  **STUTMAN, TREISTER & GLATT, P.C.**
14              Debtor.                )  **FOR INTERIM COMPENSATION AND**
                                       )  **REIMBURSEMENT OF EXPENSES**
15  Tax Identification Number:         )  **(November 1, 2010 to November 30, 2010)**
                                       )
16  95-4596322                         )  Hearing
                                       )
17                                     )  [None required unless a written objection is
                                       )  received per the Bankruptcy Court's Interim
18                                     )  Compensation Order]
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22  _____)

23

24

25

26

27

28

546484v.1

**TO THE HONORABLE LOUISE DeCARL ADLER, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND OTHER INTERESTED PARTIES:**

Pursuant to 11 U.S.C. §§ 330 & 331, Federal Rule of Bankruptcy Procedure 2016(a), and the Court's *Order on Motion to Establish Procedures for Interim Compensation* (the "Interim Compensation Order" [Docket No. 198]), Stutman, Treister & Glatt, Professional Corporation ("ST&G") respectfully submits this monthly statement (the "Application") for interim allowance and payment of compensation for actual, necessary services rendered and for reimbursement of actual, necessary expenses incurred during the period between November 1, 2010 and November 30, 2010 (the "Application Period") in the above-captioned chapter 11 case of Imperial Capital Bancorp, Inc. (the "Debtor").  In support of this Application, ST&G respectfully represents as follows:

**A.    Amounts Requested.**

By this Application, ST&G seeks payment of the following amounts incurred during the Application Period:

| | | | | |
|---|---|---|---|---|
| Fees: | $79.666.50[1] | * 80% | = | $63,733.20 |
| Expenses: | $ 4,454.08 | * 100% | = | $4,454.08 |
| **TOTAL** | | | | **$68,187.28** |

This is the seventh request for interim compensation and reimbursement of expenses made by ST&G since the commencement of the Debtor's bankruptcy case.

**B.    Detailed Listing Of Time Expended And Time Entries.**

Attached hereto as Exhibit "A" is a detailed listing of all services provided and all expenses incurred by ST&G during the Application Period.  The listing sets forth the specific services rendered by ST&G, the total time expended on these services, the names of the professionals who performed such services, and the hourly billing rate for each individual.

ST&G utilizes the following billing numbers to classify time and expenses billed in this case, which categories are used in Exhibit "A":

---

[1]    In reaching this total, ST&G wrote off $10,308.50 in fees.

| Category | Billing Number |
|---|---|
| Costs and Expenses | 6288.000 |
| Case Administration | 6288.010 |
| Meetings of and Communications with Creditors, Shareholders and Committees | 6288.020 |
| General Business Operations | 6288.030 |
| Fee/Employment Applications | 6288.040 |
| Fee/Employment Objections | 6288.050 |
| Financing | 6288.060 |
| Claims Administration and Objections | 6288.070 |
| Asset Analysis and Recovery | 6288.080 |
| Asset Disposition | 6288.090 |
| Plan/Disclosure Statement | 6288.100 |
| Employee Benefits/Plans | 6288.110 |
| Litigation | 6288.120 |

**C.      Request For Payment And Opportunity To Object.**

ST&G hereby requests that the Debtor pay ST&G the amounts requested in this Application.  Pursuant to paragraph 5 of the Interim Compensation Order, all parties in interest shall have until ten (10) days after notice of this Application (the "Objection Deadline") to object to the amounts requested by this Application.  If, by the Objection Deadline, no written objection setting forth the precise nature of an objection to this Application and the disputed amounts at issue has been filed and served, then the Debtor shall pay to ST&G the amounts requested herein.  If a party submits a written objection, it must set forth the specific amount of fees and/or costs at issue.  While an objection is pending, the Debtor is authorized to pay ST&G 80% of the fees that are not subject to the objection.

1          ST&G reserves the right to correct, amend, or supplement this Application until such

2  time as final compensation and reimbursement is sought from the Debtor's estate.

3

4  DATED:  December 14, 2010                      */s/ Gregory K. Jones*

5                                         GARY E. KLAUSNER, and

6                                         GREGORY K. JONES, Members of
                                          STUTMAN, TREISTER & GLATT

7                                         PROFESSIONAL CORPORATION
                                          Reorganization Counsel for Debtor and Debtor in

8                                         Possession

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Exhibit "A"**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Stutman, Treister & Glatt
## Professional Corporation
1901 Avenue of the Stars
12th Floor
Los Angeles, California 90067

November 30, 2010

Imperial Capital Bancorp, Inc.
Attn: Joseph W. Kiley, III
888 Prospect Street
La Jolla, CA  92037

06288

Invoice Number: ******

*Invoice for Period Through November 30, 2010*

Legal Services Regarding: Imperial Capital Bancorp, Inc.

**06288-0000: Imperial Capital Bancorp - Chapter 11 12/19/09**

COSTS AND DISBURSEMENTS

| Cost Category | Month | Amount |
|---|---|---|
| Computer Research Expense | November 2010 | 662.92 |
| | Total | 662.92 |
| Copy Production | November 2010 | 3,186.40 |
| | Total | 3,186.40 |
| Document Processing | November 2010 | 16.92 |
| | Total | 16.92 |
| Long Distance Telephone | November 2010 | 50.22 |
| | Total | 50.22 |
| Messenger Expense | November 2010 | 147.94 |
| | Total | 147.94 |
| Postage | November 2010 | 327.20 |
| | Total | 327.20 |
| Teleconference Service | November 2010 | 62.48 |
| | Total | 62.48 |

Total Costs by Category:

| | | |
|---|---|---|
| | Computer Research Expense | 662.92 |
| | Copy Production | 3,186.40 |
| | Document Processing | 16.92 |
| | Long Distance Telephone | 50.22 |
| | Messenger Expense | 147.94 |
| | Postage | 327.20 |
| | Teleconference Service | 62.48 |
| | Total | 4,454.08 |

**SUMMARY FOR 06288-0000: Imperial Capital Bancorp - Chapter 11 12/19/09**

| | |
|---|---|
| Total Costs and Disbursements This Invoice | 4,454.08 |
| Amount Due | 4,454.08 |

**06288-0010: Case Administration**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/01/10 | Eve H. Karasik | Confer with Gary E. Klausner re: case status | 0.2 | 145.00 |
| 11/01/10 | Joanne B. Stern | Revise general service list | 0.1 | 24.00 |
| 11/01/10 | Joanne B. Stern | Analyze case dockets | 0.3 | 72.00 |
| 11/01/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, Gregory K. Jones re case dockets | 0.1 | 24.00 |
| 11/02/10 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 11/02/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re status of cases. | 0.1 | 24.00 |
| 11/03/10 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 11/03/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re status of cases. | 0.1 | 24.00 |
| 11/07/10 | Gregory K. Jones | Prepare fifth status conference report | 2.5 | 1,275.00 |
| 11/08/10 | Eve H. Karasik | Analyze docket report | 0.1 | 72.50 |
| 11/08/10 | Gregory K. Jones | Review and revise status conference report | 1.5 | 765.00 |
| 11/09/10 | Eve H. Karasik | Revise Status Report | 0.4 | 290.00 |
| 11/09/10 | Eve H. Karasik | Prepare correspondence to Gregory K. Jones and Gary E. Klausner re Status Report revisions | 0.5 | 362.50 |
| 11/09/10 | Gary E. Klausner | Review and revise Debtor's status report | 0.3 | 238.50 |
| 11/09/10 | Gregory K. Jones | Phone conference with Court clerk on hearing dates | 0.2 | 102.00 |
| 11/09/10 | Gregory K. Jones | Review and revise status report and confer with Eve H. Karasik | 0.6 | 306.00 |
| 11/09/10 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 11/09/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re status of cases. | 0.1 | 24.00 |
| 11/10/10 | Eve H. Karasik | Analyze Gary E. Klausner Status Report revisions | 0.1 | 72.50 |
| 11/10/10 | Gregory K. Jones | Review and revise status conference report and prepare for filing | 0.6 | 306.00 |
| 11/10/10 | Joanne B. Stern | Exchange emails with Gregory K. Jones re filing fifth status report. | 0.1 | 24.00 |
| 11/10/10 | Joanne B. Stern | Prepare and e-file and serve Fifth Status Conference Report. | 0.4 | 96.00 |
| 11/10/10 | Joanne B. Stern | Analyze case dockets | 0.3 | 72.00 |
| 11/10/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re status of cases. | 0.1 | 24.00 |
| 11/11/10 | Joanne B. Stern | Analyze case dockets and download same. | 0.3 | 72.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/11/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets | 0.1 | 24.00 |
| 11/12/10 | Joanne B. Stern | Analyze and download case dockets. | 0.4 | 96.00 |
| 11/12/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets. | 0.1 | 24.00 |
| 11/13/10 | Gregory K. Jones | Confer with Eve H. Karasik on various pending issues | 0.2 | 102.00 |
| 11/15/10 | Eve H. Karasik | Analyze docket | 0.1 | 72.50 |
| 11/15/10 | Gregory K. Jones | Confer with Eve H. Karasik and Gary E. Klausner on various issues in case | 0.3 | 153.00 |
| 11/15/10 | Gregory K. Jones | Phone conference with US Trustee's office on upcoming hearings | 0.2 | 102.00 |
| 11/15/10 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing pleading. | 0.1 | 24.00 |
| 11/16/10 | Eve H. Karasik | Confer with Gregory K. Jones re November 18 hearing | 0.1 | 72.50 |
| 11/16/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak re task list | 0.1 | 72.50 |
| 11/16/10 | Eve H. Karasik | Confer with Gregory K. Jones re case status | 0.2 | 145.00 |
| 11/16/10 | Gregory K. Jones | Review court tentative rulings | 0.1 | 51.00 |
| 11/16/10 | Gregory K. Jones | Review memo to board on various issues | 0.2 | 102.00 |
| 11/16/10 | Joanne B. Stern | Analyze and download case dockets. | 0.3 | 72.00 |
| 11/16/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets. | 0.1 | 24.00 |
| 11/17/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re: hearing continuance | 0.1 | 72.50 |
| 11/17/10 | Gregory K. Jones | Review tentative judgment and confer with Committee | 0.2 | 102.00 |
| 11/18/10 | Eve H. Karasik | Analyze Court's tentative ruling re 11/18 hearing | 0.1 | 72.50 |
| 11/18/10 | Joanne B. Stern | Revise case calendar | 0.2 | 48.00 |
| 11/18/10 | Joanne B. Stern | Analyze and download case dockets. | 0.3 | 72.00 |
| 11/18/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets. | 0.1 | 24.00 |
| 11/19/10 | Eve H. Karasik | Analyze dockets | 0.1 | 72.50 |
| 11/19/10 | Gregory K. Jones | Review Court's minute order | 0.1 | 51.00 |
| 11/19/10 | Joanne B. Stern | Analyze and download case dockets and pleadings. | 0.4 | 96.00 |
| 11/19/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets and new pleadings. | 0.1 | 24.00 |
| 11/22/10 | Joanne B. Stern | Analyze and download case dockets. | 0.3 | 72.00 |
| 11/23/10 | Gregory K. Jones | Confer with Gary E. Klausner on case status and settlement proposal | 0.1 | 51.00 |
| 11/30/10 | Eve H. Karasik | Analyze dockets | 0.1 | 72.50 |
| 11/30/10 | Eve H. Karasik | Analyze docket | 0.1 | 72.50 |
| 11/30/10 | Joanne B. Stern | Analyze and download case dockets. | 0.3 | 72.00 |
| 11/30/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets | 0.1 | 24.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 0.3 | 795.00 | 238.50 |
| Eve H. Karasik | Shareholder | 2.3 | 725.00 | 1,667.50 |
| Gregory K. Jones | Of Counsel | 6.8 | 510.00 | 3,468.00 |
| Joanne B. Stern | Paralegal | 5.6 | 240.00 | 1,344.00 |
| | | 15.0 | | 6,718.00 |

Fees                                                                6,718.00

**SUMMARY FOR 06288-0010: Case Administration**

Total Fees This Invoice                                              6,718.00

Amount Due                                                           6,718.00

**06288-0020: Meetings of and Communications with Creditors**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/01/10 | Eve H. Karasik | Analyze correspondence from D. Simonds re standstill agreement | 0.1 | 72.50 |
| 11/01/10 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner to D. Simmonds re: standstill | 0.1 | 72.50 |
| 11/01/10 | Gary E. Klausner | Analyze correspondence from Committee counsel re Downey case and re "standstill" | 0.3 | 238.50 |
| 11/01/10 | Gary E. Klausner | Exchange emails with FDIC re tax refunds | 0.2 | 159.00 |
| 11/01/10 | Gregory K. Jones | Review correspondence from FDIC and Committee on standstill agreement | 0.2 | 102.00 |
| 11/01/10 | Gregory K. Jones | Emails with Ketter on Downey Financial complaint | 0.2 | 102.00 |
| 11/02/10 | Eve H. Karasik | Prepare correspondence to D. Simmonds and C. Padien re FDIC proposal | 0.2 | 145.00 |
| 11/02/10 | Eve H. Karasik | Revise correspondence to D. Simmonds and C. Padien re FDIC proposal | 0.1 | 72.50 |
| 11/02/10 | Eve H. Karasik | Analyze correspondence from D. Simmonds re FDIC settlement | 0.2 | 145.00 |
| 11/02/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re D. Simmonds response re FDIC settlement | 0.1 | 72.50 |
| 11/02/10 | Gary E. Klausner | Analyze correspondence from D. Simonds and E. Karasik re settlement with FDIC | 0.2 | 159.00 |
| 11/02/10 | Gregory K. Jones | Confer with Isaacs on standstill agreement | 0.2 | 102.00 |
| 11/03/10 | Gregory K. Jones | Phone conference with creditor on state court prepetition complaint | 0.2 | 102.00 |
| 11/03/10 | Gregory K. Jones | Analyze Committee document request and research regarding responses | 1.0 | 510.00 |
| 11/04/10 | Eve H. Karasik | Telephone conference with C. Padien and Gregory K. Jones re Standstill Agreement | 0.2 | 145.00 |
| 11/04/10 | Eve H. Karasik | Analyze correspondence from C. Padien re Standstill Agreement | 0.1 | 72.50 |
| 11/04/10 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner to J. Isaacs re tax refund status | 0.1 | 72.50 |
| 11/04/10 | Eve H. Karasik | Analyze correspondence from J. Isaacs to Gary E. Klausner re tax refund issue | 0.1 | 72.50 |
| 11/04/10 | Eve H. Karasik | Analyze correspondence from C. Padien re plan comments and response | 0.1 | 72.50 |
| 11/04/10 | Gary E. Klausner | Exchange emails with Eve H. Karasik re standstill agreement and FDIC issues | 0.2 | 159.00 |
| 11/04/10 | Gary E. Klausner | Prepare correspondence to J. Isaacs re tax issues | 0.2 | 159.00 |
| 11/04/10 | Gregory K. Jones | Phone conference with Committee on standstill agreement | 0.2 | 102.00 |
| 11/05/10 | Gregory K. Jones | Review Committee proposed changes to Plan and confer with Eve H. Karasik | 0.2 | 102.00 |
| 11/05/10 | Gregory K. Jones | Phone conference with Padien on intervention and standstill agreement | 0.3 | 153.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/05/10 | Gregory K. Jones | Confer with Rusnak on committee information requests | 0.4 | 204.00 |
| 11/05/10 | Gregory K. Jones | Emails with Padien on Integra order | 0.2 | 102.00 |
| 11/05/10 | Gregory K. Jones | Review documents for turnover to Committee | 1.5 | 765.00 |
| 11/07/10 | Gregory K. Jones | Review emails and correspondence from Kiley on Committee discovery | 0.2 | 102.00 |
| 11/08/10 | Gary E. Klausner | Telephone conference with counsel for G. Haligowski | 0.2 | 159.00 |
| 11/08/10 | Gregory K. Jones | Review emails and documents to be produced to Committee | 0.3 | 153.00 |
| 11/09/10 | Eve H. Karasik | Analyze correspondence from C. Padien re follow up on various issues | 0.1 | 72.50 |
| 11/09/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re C. Padien response | 0.1 | 72.50 |
| 11/09/10 | Gary E. Klausner | Exchange emails with Gregory K. Jones re FDIC and Committee issues (2x) | 0.4 | 318.00 |
| 11/09/10 | Gregory K. Jones | Confer with Padien on proposed continuance of KPMG employment | 0.2 | 102.00 |
| 11/09/10 | Gregory K. Jones | Emails with Gary E. Klausner on document recovery | 0.2 | 102.00 |
| 11/09/10 | Gregory K. Jones | Phone conference with Padien on operating reports and other administrative matters | 0.3 | 153.00 |
| 11/10/10 | Gary E. Klausner | Exchange emails with Gregory K. Jones re stipulation with FDIC and with Committee re ongoing litigation (3x) | 0.6 | 477.00 |
| 11/10/10 | Gregory K. Jones | Phone conference with Padien on Committee operating report questions | 0.2 | 102.00 |
| 11/11/10 | Eve H. Karasik | Prepare correspondence to C. Padien re various inquiries | 0.3 | 217.50 |
| 11/11/10 | Eve H. Karasik | Revise correspondence to C. Padien re various inquiries | 0.1 | 72.50 |
| 11/11/10 | Gregory K. Jones | Emails with Committee on regulatory documents | 0.2 | 102.00 |
| 11/12/10 | Eve H. Karasik | Analyze correspondence from C. Padien re: various litigation issues | 0.2 | 145.00 |
| 11/12/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re C. Padien litigation issues | 0.1 | 72.50 |
| 11/12/10 | Eve H. Karasik | Telephone conference with D. Simonds and C. Padien re call re various issues | 0.1 | 72.50 |
| 11/12/10 | Eve H. Karasik | Telephone conference with D. Simonds, C. Padien and Gary E. Klausner re various issues | 0.8 | 580.00 |
| 11/12/10 | Gary E. Klausner | Telephone conference with J. Isaacs re standstill with FDIC | 0.2 | 159.00 |
| 11/12/10 | Gary E. Klausner | Conference call with Creditors Committee counsel re FDIC and plan issues | 1.0 | 795.00 |
| 11/15/10 | Eve H. Karasik | Confer with Gregory K. Jones re Document Production  for Committee and Gary E. Klausner response | 0.1 | 72.50 |
| 11/15/10 | Eve H. Karasik | Telephone conference with C. Padien re: Committee issues (Plan; Standstill Agreement; KPMG, et al) | 0.2 | 145.00 |
| 11/15/10 | Eve H. Karasik | Confer with Gary E. Klausner re Committee proposal for case issues | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/15/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak re FTB Notice | 0.1 | 72.50 |
| 11/15/10 | Eve H. Karasik | Confer with Gregory K. Jones re document production status | 0.1 | 72.50 |
| 11/15/10 | Gregory K. Jones | Phone conference with Committee counsel on various global issues | 0.2 | 102.00 |
| 11/15/10 | Gregory K. Jones | Phone conference with Padien on insider compensation documents | 0.2 | 102.00 |
| 11/15/10 | Gregory K. Jones | Review state of California tax documents | 0.2 | 102.00 |
| 11/16/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re Committee issues | 0.1 | 72.50 |
| 11/16/10 | Eve H. Karasik | Prepare correspondence to C. Padien and D. Simonds re FDIC proposal | 0.3 | 217.50 |
| 11/16/10 | Eve H. Karasik | Revise correspondence to C. Padien and D. Simonds re FDIC proposal | 0.1 | 72.50 |
| 11/16/10 | Eve H. Karasik | Confer with C. Padien re settlement | 0.1 | 72.50 |
| 11/16/10 | Gregory K. Jones | Emails with Padien on status conference | 0.1 | 51.00 |
| 11/16/10 | Gregory K. Jones | Conference with Eve H. Karasik on Committee proposals | 0.2 | 102.00 |
| 11/16/10 | Gregory K. Jones | Review Eve H. Karasik and Committee emails on settlement proposals | 0.2 | 102.00 |
| 11/17/10 | Gregory K. Jones | Emails with Isaacs and Padien on terms of standstill motion and order | 0.2 | 102.00 |
| 11/18/10 | Eve H. Karasik | Analyze correspondence from C. Padien re: preference and other claims | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re preference and other claims | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Analyze correspondence from C. Padien re Plan status | 0.1 | 72.50 |
| 11/18/10 | Gary E. Klausner | Telephone conference with C. Padien re FDIC settlement offer | 0.2 | 159.00 |
| 11/18/10 | Gregory K. Jones | Emails with Committee counsel on settlement analysis | 0.2 | 102.00 |
| 11/18/10 | Gregory K. Jones | Phone conference with Padien on standstill motion and documents | 0.2 | 102.00 |
| 11/18/10 | Mark S. Wallace | Telephone conference with H. Jacobson re FDIC matter | 0.2 | 147.00 |
| 11/19/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re Committee proposal | 0.1 | 72.50 |
| 11/19/10 | Eve H. Karasik | Confer with C. Padien re L.T. proposal | 0.1 | 72.50 |
| 11/19/10 | Gregory K. Jones | Review emails on plan negotiations with Committee | 0.2 | 102.00 |
| 11/19/10 | Gregory K. Jones | Phone conference with Padien on standstill motion | 0.2 | 102.00 |
| 11/21/10 | Gary E. Klausner | Analyze correspondence from C. Padien re possible settlement scenarios with FDIC | 0.3 | 238.50 |
| 11/22/10 | Eve H. Karasik | Analyze Committee Settlement Proposal and analysis | 0.4 | 290.00 |
| 11/22/10 | Eve H. Karasik | Confer with Gary E. Klausner re Committee Settlement Proposal and analysis | 0.2 | 145.00 |
| 11/22/10 | Eve H. Karasik | Telephone conference with D. Simonds, C. Padien, et al, re: FDIC settlement proposal | 0.7 | 507.50 |
| 11/22/10 | Gary E. Klausner | Exchange emails with C. Padien, Eve H. Karasik re settlement discussions with FDIC (3x) | 0.3 | 238.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/22/10 | Gary E. Klausner | Conference call with Committee counsel and FTI re settlement | 0.5 | 397.50 |
| 11/22/10 | Gregory K. Jones | Review correspondence from creditors committee counsel on settlement proposals | 0.2 | 102.00 |
| 11/23/10 | Eve H. Karasik | Analyze correspondence from C. Padien re proposed settlement | 0.1 | 72.50 |
| 11/23/10 | Eve H. Karasik | Confer with Gary E. Klausner re Committee settlement proposal | 0.1 | 72.50 |
| 11/23/10 | Gregory K. Jones | Emails with Padien on settlement proposals | 0.2 | 102.00 |
| 11/24/10 | Eve H. Karasik | Confer with C. Padien re settlement proposal and Board | 0.1 | 72.50 |
| 11/29/10 | Eve H. Karasik | Confer with C. Padien re FDIC proposal | 0.1 | 72.50 |
| 11/29/10 | Eve H. Karasik | Confer with C. Padien re Board meeting and FDIC proposal | 0.2 | 145.00 |
| 11/29/10 | Eve H. Karasik | Analyze correspondence from C. Padien re FDIC settlement and Gary E. Klausner response | 0.1 | 72.50 |
| 11/29/10 | Gregory K. Jones | Emails with Padien on deferred compensation | 0.2 | 102.00 |
| 11/30/10 | Eve H. Karasik | Confer with Gary E. Klausner re PFF 9019 motion and tax allocation agreement | 0.2 | 145.00 |
| 11/30/10 | Eve H. Karasik | Prepare correspondence to C. Padien re PFF settlement with FDIC | 0.3 | 217.50 |
| 11/30/10 | Eve H. Karasik | Revise correspondence to C. Padien re PFF settlement with FDIC | 0.1 | 72.50 |
| 11/30/10 | Eve H. Karasik | Telephone conference with C. Padien re PFF call | 0.2 | 145.00 |
| 11/30/10 | Eve H. Karasik | Confer with C. Padien re PFF 9019 motion and tax allocation agreement | 0.3 | 217.50 |
| 11/30/10 | Eve H. Karasik | Confer with C. Padien and D. Simonds re tax refund receipt date | 0.2 | 145.00 |
| 11/30/10 | Eve H. Karasik | Confer with L. McCall re unclaimed tax refunds | 0.1 | 72.50 |
| 11/30/10 | Eve H. Karasik | Prepare correspondence to C. Padien re FDIC settlement | 0.3 | 217.50 |
| 11/30/10 | Eve H. Karasik | Revise correspondence to C. Padien re FDIC settlement | 0.1 | 72.50 |
| 11/30/10 | Eve H. Karasik | Confer with C. Padien re FDIC settlement | 0.2 | 145.00 |
| 11/30/10 | Gary E. Klausner | Analyze correspondence from C. Padien, D. Simonds, Eve H. Karasik re PFF - FDIC case and settlement strategy re FDIC (6x) | 0.6 | 477.00 |
| 11/30/10 | Gregory K. Jones | Emails with Integra's counsel on stipulation and order | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 5.4 | 795.00 | 4,293.00 |
| Eve H. Karasik | Shareholder | 9.0 | 725.00 | 6,525.00 |
| Mark S. Wallace | Of Counsel | 0.2 | 735.00 | 147.00 |
| Gregory K. Jones | Of Counsel | 9.1 | 510.00 | 4,641.00 |
| | | 23.7 | | 15,606.00 |

Fees                                                                    15,606.00

**SUMMARY FOR 06288-0020: Meetings of and Communications with Creditors**

Total Fees This Invoice                                                 15,606.00

Amount Due                                                              15,606.00

**06288-0030: General Business Operations**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/02/10 | Gary E. Klausner | Telephone conference with A. Rusnak re FDIC issues; Creditors Committee issues, litigation and plan (2x) | 0.6 | 477.00 |
| 11/04/10 | Gary E. Klausner | Telephone conference with L. McCall re IRS problem re Form 1120X | 0.2 | 159.00 |
| 11/04/10 | Gary E. Klausner | Exchange emails with A. Rusnak re FDIC issues | 0.2 | 159.00 |
| 11/05/10 | Gregory K. Jones | Emails with Kiley on operating expenses | 0.1 | 51.00 |
| 11/05/10 | Gregory K. Jones | Emails with Rusnak on insider compensation document request | 0.1 | 51.00 |
| 11/08/10 | Mark S. Wallace | Analyze application of business continuation requirements | 0.9 | 661.50 |
| 11/09/10 | Mark S. Wallace | Research re section 269 rules | 1.3 | 955.50 |
| 11/09/10 | Mark S. Wallace | Analyze application of business continuity rules | 0.8 | 588.00 |
| 11/10/10 | Gregory K. Jones | Phone conference with Kiley on operating report questions | 0.2 | 102.00 |
| 11/10/10 | Mark S. Wallace | Research re section 382 business continuation rules | 0.8 | 588.00 |
| 11/10/10 | Mark S. Wallace | Research re section 269 business continuation rules | 0.8 | 588.00 |
| 11/11/10 | Mark S. Wallace | Telephone conference with R. Chance re business continuation requirements | 0.2 | 147.00 |
| 11/11/10 | Mark S. Wallace | Research re business exigency rules re section 269 | 1.0 | 735.00 |
| 11/11/10 | Mark S. Wallace | Prepare pleading re reply to Committee objection to KPMG employment | 0.8 | 588.00 |
| 11/15/10 | Gregory K. Jones | Emails with Rusnak on insider compensation documents | 0.2 | 102.00 |
| 11/15/10 | Mark S. Wallace | Analyze documents re tax returns and related documents and correspondence | 1.1 | 808.50 |
| 11/15/10 | Mark S. Wallace | Research re continuity of business enterprise rules | 0.7 | 514.50 |
| 11/16/10 | Eve H. Karasik | Prepare Memo to Board re Committee issues | 3.6 | 2,610.00 |
| 11/16/10 | Eve H. Karasik | Confer with A. Rusnak and Gary E. Klausner re various issues -- Plan, FDIC litigation, etc. | 1.0 | 725.00 |
| 11/16/10 | Eve H. Karasik | Revise Memo to Board re Committee issue | 0.8 | 580.00 |
| 11/16/10 | Gary E. Klausner | Conference call with A. Rusnak re Chapter 11 plan; Committee issues; FDIC issues and creditor claims | 1.0 | 795.00 |
| 11/16/10 | Gary E. Klausner | Review and revise memo to board re recent developments re plan; FDIC litigation and Committee | 0.4 | 318.00 |
| 11/16/10 | Gregory K. Jones | Review proposed memo to Board of Directors | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/16/10 | Gregory K. Jones | Review documents on deferred compensation for turnover to Committee | 0.5 | 255.00 |
| 11/17/10 | Eve H. Karasik | Revise Board Memo re Committee issues | 0.6 | 435.00 |
| 11/17/10 | Eve H. Karasik | Confer with Gary E. Klausner re final Board Memo | 0.1 | 72.50 |
| 11/17/10 | Gary E. Klausner | Review and revise memorandum to board re recent events | 0.3 | 238.50 |
| 11/17/10 | Gregory K. Jones | Phone conference with Kiley on deferred compensation liabilities | 0.2 | 102.00 |
| 11/17/10 | Gregory K. Jones | Review messages from Kiley on deferred compensation | 0.2 | 102.00 |
| 11/18/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak re settlement analysis to Board | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Confer with Gary E. Klausner/ Gregory K. Jones re settlement analysis to Board | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Prepare correspondence to Board re FDIC settlement proposal | 0.3 | 217.50 |
| 11/18/10 | Eve H. Karasik | Revise correspondence to Board re FDIC settlement proposal | 0.1 | 72.50 |
| 11/19/10 | Eve H. Karasik | Analyze correspondence from J. Kiley re cash as of October 31 | 0.1 | 72.50 |
| 11/19/10 | Gregory K. Jones | Review and revise monthly operating report | 1.0 | 510.00 |
| 11/19/10 | Gregory K. Jones | Phone conference with client on operating report and professional fee payments | 0.2 | 102.00 |
| 11/22/10 | Eve H. Karasik | Analyze correspondence from L. McCall re: Tax Return Status | 0.1 | 72.50 |
| 11/24/10 | Gregory K. Jones | Prepare memorandum to Board on settlement proposal | 0.4 | 204.00 |
| 11/24/10 | Gregory K. Jones | Confer with Eve H. Karasik on memorandum to Board of Directors | 0.2 | 102.00 |
| 11/29/10 | Eve H. Karasik | Confer with Gary E. Klausner re Board meeting | 0.1 | 72.50 |
| 11/29/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak and Board members re FDIC proposal and meeting | 0.2 | 145.00 |
| 11/29/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak re Board meeting | 0.1 | 72.50 |
| 11/29/10 | Gary E. Klausner | Exchange emails with A. Rusnak re ICBI board meeting | 0.2 | 159.00 |
| 11/29/10 | Gregory K. Jones | Review emails from officers and Board members on various issues | 0.2 | 102.00 |
| 11/30/10 | Eve H. Karasik | Participate on Board call re FDIC settlement | 1.1 | 797.50 |
| 11/30/10 | Gary E. Klausner | Conference call with ICBI board re FDIC issues | 1.2 | 954.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 4.1 | 795.00 | 3,259.50 |
| Eve H. Karasik | Shareholder | 8.4 | 725.00 | 6,090.00 |
| Mark S. Wallace | Of Counsel | 8.4 | 735.00 | 6,174.00 |
| Gregory K. Jones | Of Counsel | 3.7 | 510.00 | 1,887.00 |

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
|      |       | 24.6 |      | 17,410.50 |

Fees                                                                  17,410.50

**SUMMARY FOR 06288-0030: General Business Operations**

Total Fees This Invoice                                               17,410.50

Amount Due                                                            17,410.50

**06288-0040: Fee/Employment Applications**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/01/10 | Gregory K. Jones | Review and summarize professional invoices and send to Kiley | 0.3 | 153.00 |
| 11/01/10 | Gregory K. Jones | Emails with client on invoice payments due | 0.2 | 102.00 |
| 11/02/10 | Gregory K. Jones | Phone conferences with Kiley on fees to be paid | 0.2 | 102.00 |
| 11/03/10 | Gregory K. Jones | Emails with Kiley and client on September invoices | 0.1 | 51.00 |
| 11/04/10 | Gregory K. Jones | Emails with O'Donnell on professional payments | 0.1 | 51.00 |
| 11/05/10 | Gregory K. Jones | Numerous emails with Kiley and O'Donnell on payment | 0.2 | 102.00 |
| 11/08/10 | Gary E. Klausner | Exchange emails with A. Rusnak re KPMG | 0.2 | 159.00 |
| 11/08/10 | Gary E. Klausner | Confer with Gregory K. Jones re KPMG employment | 0.2 | 159.00 |
| 11/08/10 | Gregory K. Jones | Emails with Padien on wire transfers | 0.2 | 102.00 |
| 11/08/10 | Gregory K. Jones | Emails with Willkie Farr on KPMG employment application | 0.2 | 102.00 |
| 11/08/10 | Mark S. Wallace | Analyze correspondence from Gregory K. Jones re KPMG matter | 0.1 | 73.50 |
| 11/09/10 | Mark S. Wallace | Telephone conference with Gregory K. Jones re KPMG matter | 0.1 | 73.50 |
| 11/09/10 | Mark S. Wallace | Confer with Gregory K. Jones re KPMG matter | 0.2 | 147.00 |
| 11/09/10 | Mark S. Wallace | Telephone conference with R. Chance re KPMG matter | 0.1 | 73.50 |
| 11/10/10 | Mark S. Wallace | Telephone conference with J. Kiley re business activities | 0.2 | 147.00 |
| 11/10/10 | Mark S. Wallace | Prepare pleading re reply to Committee's objection re KPMG employment | 1.8 | 1,323.00 |
| 11/10/10 | Mark S. Wallace | Confer with Gregory K. Jones re KPMG matter | 0.1 | 73.50 |
| 11/15/10 | Joanne B. Stern | Prepare and e-file Notice of Withdrawal of Application to Employ KPMG. | 0.2 | 48.00 |
| 11/16/10 | Gregory K. Jones | Emails with client on pending legal fee invoices | 0.2 | 102.00 |
| 11/17/10 | Gregory K. Jones | Confer with Committee counsel on second interim fee application | 0.2 | 102.00 |
| 11/18/10 | Eve H. Karasik | Confer with Gregory K. Jones re: Fee Application | 0.1 | 72.50 |
| 11/18/10 | Gregory K. Jones | Phone message to Fearce on hearing date | 0.1 | 51.00 |
| 11/19/10 | Eve H. Karasik | Confer with Gregory K. Jones re fee application hearing | 0.1 | 72.50 |
| 11/19/10 | Gregory K. Jones | Prepare Silver monthly statement | 0.4 | 204.00 |
| 11/19/10 | Gregory K. Jones | Prepare STG monthly statement | 0.6 | 306.00 |
| 11/19/10 | Gregory K. Jones | Confer with Court clerk on fee application hearing date | 0.1 | 51.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/19/10 | Gregory K. Jones | Emails with Committee counsel on fee application hearing date | 0.1 | 51.00 |
| 11/19/10 | Gregory K. Jones | Review documents in preparation for second interim fee application | 0.3 | 153.00 |
| 11/24/10 | Gregory K. Jones | Prepare Silver, Freedman second interim fee application (3.5); emails with Silver on questions relating to fee application (.3) | 1.0 | 510.00 |
| 11/24/10 | Gregory K. Jones | Prepare STG second interim fee application | 2.5 | 1,275.00 |
| 11/24/10 | Gregory K. Jones | Review E&Y fee application | 0.2 | 102.00 |
| 11/27/10 | Gregory K. Jones | Prepare second interim fee application | 1.0 | 510.00 |
| 11/28/10 | Gregory K. Jones | Prepare second interim fee application | 2.3 | 1,173.00 |
| 11/29/10 | Eve H. Karasik | Confer with Gregory K. Jones re Fee Application | 0.1 | 72.50 |
| 11/29/10 | Eve H. Karasik | Confer with Gregory K. Jones re Fee Application | 0.1 | 72.50 |
| 11/29/10 | Gregory K. Jones | Review and revise second interim fee application | 4.0 | 2,040.00 |
| 11/29/10 | Gregory K. Jones | Phone conference with Silver Freedman accountant on fee application | 0.2 | 102.00 |
| 11/30/10 | Gregory K. Jones | Review and revise STG final fee application and prepare pleading and exhibits for filing | 1.5 | 765.00 |
| 11/30/10 | Gregory K. Jones | Review and revise Silver Freedman final fee application and prepare for filing | 1.2 | 612.00 |
| 11/30/10 | Gregory K. Jones | Prepare summary fee pleadings for STG | 0.4 | 204.00 |
| 11/30/10 | Gregory K. Jones | Prepare summary fee pleading for Silver Freedman | 0.2 | 102.00 |
| 11/30/10 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing fee applications. | 0.1 | 24.00 |
| 11/30/10 | Joanne B. Stern | Prepare and e-file Silver Freedman & Taff second interim fee application. | 0.3 | 72.00 |
| 11/30/10 | Joanne B. Stern | Prepare and e-file Silver, Freedman & Taff summary sheet | 0.1 | 24.00 |
| 11/30/10 | Joanne B. Stern | Prepare and e-file ST&G's second interim fee application. | 0.5 | 120.00 |
| 11/30/10 | Joanne B. Stern | Prepare and e-file ST&G 2nd interim summary | 0.2 | 48.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 0.4 | 795.00 | 318.00 |
| Eve H. Karasik | Shareholder | 0.4 | 725.00 | 290.00 |
| Mark S. Wallace | Of Counsel | 2.6 | 735.00 | 1,911.00 |
| Gregory K. Jones | Of Counsel | 18.0 | 510.00 | 9,180.00 |
| Joanne B. Stern | Paralegal | 1.4 | 240.00 | 336.00 |
| | | 22.8 | | 12,035.00 |

Fees          12,035.00

**SUMMARY FOR 06288-0040: Fee/Employment Applications**

Total Fees This Invoice                                                            12,035.00

Amount Due                                                                          12,035.00

**06288-0050: Fee/Employment Objections**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/08/10 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner and A. Rusnak re Reply to KPMG Employment Objection | 0.1 | 72.50 |
| 11/08/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re KPMG Employment Objection | 0.1 | 72.50 |
| 11/08/10 | Gary E. Klausner | Analyze pleadings re Committee objection to KPMG | 0.3 | 238.50 |
| 11/08/10 | Gregory K. Jones | Confer with client on KPMG employment objection | 0.2 | 102.00 |
| 11/08/10 | Gregory K. Jones | Emails with UST on KPMG employment | 0.2 | 102.00 |
| 11/08/10 | Gregory K. Jones | Phone conference with Ortiz on objections to KPMG employment | 0.4 | 204.00 |
| 11/08/10 | Gregory K. Jones | Review Committee objection to KPMG employment | 0.8 | 408.00 |
| 11/08/10 | Gregory K. Jones | Prepare responses to Committee objection to KPMG employment | 1.4 | 714.00 |
| 11/08/10 | Gregory K. Jones | Confer with Gary E. Klausner on objections to KPMG employment | 0.2 | 102.00 |
| 11/08/10 | Mark S. Wallace | Analyze pleadings re objection to KPMG employment | 1.0 | 735.00 |
| 11/09/10 | Eve H. Karasik | Analyze Committee objections to KPMG Employment Application | 0.6 | 435.00 |
| 11/09/10 | Gregory K. Jones | Conference with KPMG and Willkie Farr on KPMG employment | 0.5 | 255.00 |
| 11/09/10 | Gregory K. Jones | Prepare reply to objection to KPMG employment | 2.5 | 1,275.00 |
| 11/09/10 | Gregory K. Jones | Research issues relating to reply to objection to KPMG employment | 1.5 | 765.00 |
| 11/09/10 | Gregory K. Jones | Prepare stipulation to continue hearing on KPMG employment | 1.0 | 510.00 |
| 11/09/10 | Gregory K. Jones | Conferences with Mark S. Wallace on KPMG employment reply | 0.2 | 102.00 |
| 11/09/10 | Mark S. Wallace | Analyze correspondence from Gregory K. Jones re motion re KPMG | 0.1 | 73.50 |
| 11/09/10 | Mark S. Wallace | Prepare correspondence to Gregory K. Jones re KPMG motion opposition | 0.1 | 73.50 |
| 11/09/10 | Mark S. Wallace | Telephone conference with J. Kiley re KPMG matter | 0.1 | 73.50 |
| 11/10/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re KPMG Application continuance and Gary E. Klausner response | 0.2 | 145.00 |
| 11/10/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re: continuance stipulation a(KPMG) | 0.1 | 72.50 |
| 11/10/10 | Eve H. Karasik | Analyze draft continuance stipulation (KPMG) | 0.2 | 145.00 |
| 11/10/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re revisions to Stipulation | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/10/10 | Eve H. Karasik | Analyze Gregory K. Jones re draft reply to KPMG Objection | 0.1 | 72.50 |
| 11/10/10 | Gregory K. Jones | Conference call with Court clerk on scheduling matters | 0.2 | 102.00 |
| 11/10/10 | Gregory K. Jones | Prepare reply to objection to KPMG employment | 2.0 | 1,020.00 |
| 11/10/10 | Gregory K. Jones | Research caselaw relating to reply to objection to KPMG employment | 1.2 | 612.00 |
| 11/10/10 | Gregory K. Jones | Review and revise reply to objection to KPMG employment | 1.5 | 765.00 |
| 11/10/10 | Gregory K. Jones | Prepare order granting stipulation to continue KPMG hearing | 0.3 | 153.00 |
| 11/11/10 | Eve H. Karasik | Confer with Gary E. Klausner re KPMG Objection Reply | 0.1 | 72.50 |
| 11/11/10 | Mark S. Wallace | Prepare correspondence to Gregory K. Jones re revised pleading | 0.1 | 73.50 |
| 11/12/10 | Eve H. Karasik | Confer with Gregory K. Jones re KPMG objection continuance | 0.1 | 72.50 |
| 11/12/10 | Eve H. Karasik | Confer with Gary E. Klausner re: KPMG objection | 0.1 | 72.50 |
| 11/13/10 | Gregory K. Jones | Research regarding various section 328(a) issues | 1.0 | 510.00 |
| 11/15/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re KPMG reply | 0.2 | 145.00 |
| 11/15/10 | Eve H. Karasik | Analyze Withdrawal of KPMG Employment pleadings and confer with Gregory K. Jones re same | 0.1 | 72.50 |
| 11/15/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re KPMG application continuance | 0.1 | 72.50 |
| 11/15/10 | Gregory K. Jones | Research on Section 328(a) employment | 0.5 | 255.00 |
| 11/15/10 | Gregory K. Jones | Review and revise reply to objection to KPMG employment | 1.0 | 510.00 |
| 11/15/10 | Mark S. Wallace | Revise pleading re reply to Committee objection to KPMG employment | 0.3 | 220.50 |
| 11/16/10 | Gregory K. Jones | Emails with Sorkin on KPMG employment | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 0.3 | 795.00 | 238.50 |
| Eve H. Karasik | Shareholder | 2.2 | 725.00 | 1,595.00 |
| Mark S. Wallace | Of Counsel | 1.7 | 735.00 | 1,249.50 |
| Gregory K. Jones | Of Counsel | 16.8 | 510.00 | 8,568.00 |
| | | 21.0 | | 11,651.00 |

| | | | | |
|------|-------|------|------|--------|
| Fees | | | | 11,651.00 |

**SUMMARY FOR 06288-0050: Fee/Employment Objections**

Total Fees This Invoice                                                          11,651.00

Amount Due                                                                       11,651.00

**06288-0070: Claims Administration and Objections**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/11/10 | Gregory K. Jones | Review voice mails on emails on Texas state court matter | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gregory K. Jones | Of Counsel | 0.2 | 510.00 | 102.00 |
|  |  | 0.2 |  | 102.00 |

| Fees |  |  |  | 102.00 |
|------|--|--|--|--------|

**SUMMARY FOR 06288-0070: Claims Administration and Objections**

| Total Fees This Invoice | 102.00 |
|-------------------------|--------|

| Amount Due | 102.00 |
|------------|--------|

**06288-0100: Plan/Disclosure Statement**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/11/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re solicitation procedures motion | 0.1 | 72.50 |
| 11/11/10 | Gary E. Klausner | Telephone conference with S. Macula and G. Haligowski re Chapter 11 plan issues | 1.0 | 795.00 |
| 11/11/10 | Gregory K. Jones | Emails with Eve H. Karasik on solicitation motion | 0.2 | 102.00 |
| 11/12/10 | Eve H. Karasik | Confer with Gregory K. Jones re solicitation procedures motion | 0.1 | 72.50 |
| 11/15/10 | Gary E. Klausner | Telephone conference with Eve H. Karasik re Committee response re plan | 0.2 | 159.00 |
| 11/16/10 | Eve H. Karasik | Telephone conference with A. Rusnak re liquidating trust | 0.1 | 72.50 |
| 11/16/10 | Eve H. Karasik | Confer with Gary E. Klausner re Plan | 0.1 | 72.50 |
| 11/19/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re L.T. proposal | 0.1 | 72.50 |
| 11/29/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan | 0.2 | 145.00 |
| 11/29/10 | Gregory K. Jones | Confer with Eve H. Karasik on plan revisions and liquidating trust | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 1.2 | 795.00 | 954.00 |
| Eve H. Karasik | Shareholder | 0.7 | 725.00 | 507.50 |
| Gregory K. Jones | Of Counsel | 0.4 | 510.00 | 204.00 |
| | | 2.3 | | 1,665.50 |

| | |
|---|---|
| Fees | 1,665.50 |

**SUMMARY FOR 06288-0100: Plan/Disclosure Statement**

| | |
|---|---|
| Total Fees This Invoice | 1,665.50 |

| | |
|---|---|
| Amount Due | 1,665.50 |

**06288-0120: Litigation**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/01/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re: standstill agreement | 0.1 | 72.50 |
| 11/01/10 | Eve H. Karasik | Confer with Gregory K. Jones re Downey Financial | 0.2 | 145.00 |
| 11/01/10 | Eve H. Karasik | Confer with Gregory K. Jones re 502(d) research | 0.1 | 72.50 |
| 11/01/10 | Eve H. Karasik | Analyze Haligowski settlement letter | 0.3 | 217.50 |
| 11/01/10 | Eve H. Karasik | Confer with Gregory K. Jones and Gary E. Klausner re Haligowski claims letter | 0.2 | 145.00 |
| 11/01/10 | Gary E. Klausner | Confer with Eve H. Karasik re standstill and FDIC litigation | 0.2 | 159.00 |
| 11/01/10 | Gregory K. Jones | Review Downey Financial complaint and confer with Gary E. Klausner | 0.3 | 153.00 |
| 11/01/10 | Gregory K. Jones | Research on preemption and confer with Eve H. Karasik | 0.7 | 357.00 |
| 11/01/10 | Gregory K. Jones | Review documents relating to Haligowski complaint | 0.1 | 51.00 |
| 11/02/10 | Eve H. Karasik | Confer with Gregory K. Jones re FDIC Standstill Agreement | 0.1 | 72.50 |
| 11/02/10 | Eve H. Karasik | Confer with Gary E. Klausner re: G. Haligowski claim and FDIC claim | 0.2 | 145.00 |
| 11/02/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC claims letter | 0.1 | 72.50 |
| 11/02/10 | Gregory K. Jones | Review emails relating to FDIC settlement negotiations | 0.2 | 102.00 |
| 11/02/10 | Gregory K. Jones | Review FDIC claims on officers and directors insurance | 0.2 | 102.00 |
| 11/03/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re Standstill Agreement | 0.1 | 72.50 |
| 11/03/10 | Eve H. Karasik | Confer with Gregory K. Jones re Standstill Agreement | 0.1 | 72.50 |
| 11/03/10 | Gregory K. Jones | Research on preemption of bankruptcy court jurisdiction | 1.0 | 510.00 |
| 11/03/10 | Gregory K. Jones | Review emails on Standstill Agreement and forward to Eve H. Karasik | 0.2 | 102.00 |
| 11/04/10 | Eve H. Karasik | Confer with Gary E. Klausner re Standstill Agreement | 0.1 | 72.50 |
| 11/04/10 | Eve H. Karasik | Confer with Gregory K. Jones re Standstill Agreement | 0.1 | 72.50 |
| 11/04/10 | Eve H. Karasik | Analyze FDIC claims letter | 0.3 | 217.50 |
| 11/04/10 | Eve H. Karasik | Confer with Gary E. Klausner re tax refund collection | 0.1 | 72.50 |
| 11/04/10 | Gregory K. Jones | Review correspondence relating to tax returns and FDIC cooperation | 0.2 | 102.00 |
| 11/04/10 | Gregory K. Jones | Confer with Eve H. Karasik on standstill agreement | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/05/10 | Eve H. Karasik | Confer with Gregory K. Jones re: Standstill Agreement and Receivership Intervention Complaint | 0.1 | 72.50 |
| 11/05/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re Standstill Agreement | 0.1 | 72.50 |
| 11/05/10 | Gregory K. Jones | Emails with Padien on Committee documents requests | 0.2 | 102.00 |
| 11/05/10 | Gregory K. Jones | Emails with Gary E. Klausner and Eve H. Karasik on standstill agreement and Committee intervention | 0.3 | 153.00 |
| 11/05/10 | Gregory K. Jones | Review Rusnak emails on Downey complaint | 0.2 | 102.00 |
| 11/08/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC negotiations and proposal | 0.2 | 145.00 |
| 11/08/10 | Eve H. Karasik | Confer with Gary E. Klausner re receivership intervention action | 0.1 | 72.50 |
| 11/09/10 | Gary E. Klausner | Exchange emails with Gregory K. Jones re FDIC litigation and standstill | 0.2 | 159.00 |
| 11/09/10 | Gregory K. Jones | Emails with Isaacs on standstill agreement | 0.2 | 102.00 |
| 11/09/10 | Gregory K. Jones | Review emails on Haligowski demand for arbitration | 0.2 | 102.00 |
| 11/10/10 | Gary E. Klausner | Telephone conference with A. Rusnak re Haligniski claim | 0.2 | 159.00 |
| 11/11/10 | Eve H. Karasik | Confer with Gary E. Klausner re Committee response and FDIC settlement | 0.3 | 217.50 |
| 11/11/10 | Eve H. Karasik | Confer with Joanne B. Stern re Answer to Receivership claim Complaint | 0.1 | 72.50 |
| 11/11/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re status of FDIC answer in new district court action. | 0.1 | 24.00 |
| 11/12/10 | Eve H. Karasik | Prepare FDIC settlement proposal | 0.8 | 580.00 |
| 11/12/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC proposal | 0.1 | 72.50 |
| 11/12/10 | Eve H. Karasik | Confer with Gary E. Klausner re standstill agreement | 0.1 | 72.50 |
| 11/12/10 | Gary E. Klausner | Analyze correspondence from Eve H. Karasik and Committee counsel re FDIC litigation | 0.2 | 159.00 |
| 11/12/10 | Gary E. Klausner | Confer with Eve H. Karasik re settlement proposal to FDIC | 0.2 | 159.00 |
| 11/13/10 | Gary E. Klausner | Analyze documents re settlement analysis and prepared settlement proposal | 0.3 | 238.50 |
| 11/15/10 | Eve H. Karasik | Confer with Gary E. Klausner re settlement proposal for FDIC | 0.1 | 72.50 |
| 11/15/10 | Eve H. Karasik | Analyze settlement proposal for FDIC | 0.2 | 145.00 |
| 11/15/10 | Eve H. Karasik | Prepare correspondence to A. Rusnak and J. Kirby re FDIC settlement proposal | 0.3 | 217.50 |
| 11/15/10 | Eve H. Karasik | Revise correspondence to A. Rusnak and J. Kiley re FDIC settlement proposal | 0.1 | 72.50 |
| 11/15/10 | Eve H. Karasik | Confer with A. Rusnak and Gary E. Klausner re meeting re FDIC proposal | 0.1 | 72.50 |
| 11/15/10 | Gregory K. Jones | Review documents to be produced to Committee on insider compensation and produce documents | 1.2 | 612.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/16/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re milestones | 0.2 | 145.00 |
| 11/17/10 | Eve H. Karasik | Prepare for meeting with C. Padien re FDIC settlement proposal | 0.2 | 145.00 |
| 11/17/10 | Eve H. Karasik | Analyze correspondence from J. Isaacs re Standstill and Milestones | 0.1 | 72.50 |
| 11/17/10 | Eve H. Karasik | Telephone conference with C. Padien re: settlement proposal | 0.5 | 362.50 |
| 11/17/10 | Eve H. Karasik | Confer with Gregory K. Jones and Gary E. Klausner re Standstill with FDIC | 0.1 | 72.50 |
| 11/17/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC settlement proposal | 0.2 | 145.00 |
| 11/17/10 | Gregory K. Jones | Prepare motion for approval of standstill agreement | 0.8 | 408.00 |
| 11/17/10 | Gregory K. Jones | Prepare order approving motion for standstill agreement | 0.7 | 357.00 |
| 11/17/10 | Gregory K. Jones | Emails with Gary E. Klausner on standstill agreement | 0.2 | 102.00 |
| 11/18/10 | Eve H. Karasik | Confer with Gregory K. Jones re Standstill Motion | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Analyze Standstill Motion and revisions | 0.2 | 145.00 |
| 11/18/10 | Eve H. Karasik | Confer with Gregory K. Jones re Standstill Motion and revisions | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Confer with Gary E. Klausner re Standstill Dates | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Confer with Gregory K. Jones re: Standstill dates | 0.1 | 72.50 |
| 11/18/10 | Gary E. Klausner | Confer with Eve H. Karasik re FDIC settlement | 0.3 | 238.50 |
| 11/18/10 | Gregory K. Jones | Revise standstill motion and order per FDIC and Committee changes (numerous) | 1.0 | 510.00 |
| 11/18/10 | Gregory K. Jones | Phone conference with Eve H. Karasik on standstill motion and order | 0.1 | 51.00 |
| 11/18/10 | Gregory K. Jones | Numerous emails with Isaacs and Padien on standstill motion and order | 0.4 | 204.00 |
| 11/19/10 | Gregory K. Jones | Revise standstill motion and order and prepare for filing | 0.2 | 102.00 |
| 11/19/10 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing Debtor's, Committee's and FDIC's standstill agreement. | 0.1 | 24.00 |
| 11/19/10 | Joanne B. Stern | Prepare and e-file Debtor's, Committee's and FDIC's standstill agreement. | 0.3 | 72.00 |
| 11/22/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re modified settlement proposal | 0.3 | 217.50 |
| 11/22/10 | Eve H. Karasik | Prepare correspondence to J. Kiley and A. Rusnak re FDIC proposal | 0.3 | 217.50 |
| 11/22/10 | Eve H. Karasik | Revise correspondence to J. Kiley and A. Rusnak re FDIC proposal | 0.1 | 72.50 |
| 11/22/10 | Gregory K. Jones | Review correspondence on settlement offer to FDIC | 0.2 | 102.00 |
| 11/23/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re FDIC settlement proposal | 0.3 | 217.50 |
| 11/23/10 | Gary E. Klausner | Exchange emails with Eve H. Karasik re settlement proposals for FDIC (4x) | 0.4 | 318.00 |
| 11/24/10 | Eve H. Karasik | Confer with Gary E. Klausner re settlement proposal and Board | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/24/10 | Eve H. Karasik | Confer with Gregory K. Jones re settlement proposal and Board | 0.2 | 145.00 |
| 11/24/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re: settlement proposal to the Board | 0.2 | 145.00 |
| 11/24/10 | Eve H. Karasik | Confer with Gregory K. Jones re: settlement proposal to the Board | 0.2 | 145.00 |
| 11/24/10 | Gregory K. Jones | Review district court order on standstill and send to other litigants | 0.2 | 102.00 |
| 11/28/10 | Gregory K. Jones | Review emails on settlement proposal to FDIC | 0.2 | 102.00 |
| 11/29/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC proposal | 0.1 | 72.50 |
| 11/29/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC proposal issue | 0.2 | 145.00 |
| 11/29/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC settlement issues and Committee | 0.1 | 72.50 |
| 11/29/10 | Gary E. Klausner | Confer with Eve H. Karasik re FDIC settlement | 0.2 | 159.00 |
| 11/29/10 | Gary E. Klausner | Exchange emails with A. Rusnak re FDIC settlement and board call | 0.2 | 159.00 |
| 11/30/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re PFF settlement with FDIC | 0.2 | 145.00 |
| 11/30/10 | Eve H. Karasik | Analyze PFF settlement with FDIC | 0.4 | 290.00 |
| 11/30/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak to Gary E. Klausner re PFF FDIC settlement | 0.2 | 145.00 |
| 11/30/10 | Gary E. Klausner | Analyze pleadings re FF bankruptcy case settlement motion and agreement | 0.4 | 318.00 |
| 11/30/10 | Gregory K. Jones | Review emails on settlement offer to FDIC (x3) | 0.3 | 153.00 |
| 11/30/10 | Gregory K. Jones | Research recent caselaw on FDIC disputes | 0.3 | 153.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 2.8 | 795.00 | 2,226.00 |
| Eve H. Karasik | Shareholder | 9.7 | 725.00 | 7,032.50 |
| Gregory K. Jones | Of Counsel | 10.0 | 510.00 | 5,100.00 |
| Joanne B. Stern | Paralegal | 0.5 | 240.00 | 120.00 |
| | | 23.0 | | 14,478.50 |

| | | | | |
|------|-------|------|------|--------|
| Fees | | | | 14,478.50 |

**SUMMARY FOR 06288-0120: Litigation**

| | |
|---|---|
| Total Fees This Invoice | 14,478.50 |
| Amount Due | 14,478.50 |

## SUMMARY OF ALL FEES, COSTS AND DISBURSEMENTS BY MATTER

| Matter | | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 06288-0000 | Imperial Capital Bancorp - Chapter 11 12/19/09 | 0.00 | 4,454.08 | 4,454.08 |
| 06288-0010 | Case Administration | 6,718.00 | 0.00 | 6,718.00 |
| 06288-0020 | Meetings of and Communications with Creditors | 15,606.00 | 0.00 | 15,606.00 |
| 06288-0030 | General Business Operations | 17,410.50 | 0.00 | 17,410.50 |
| 06288-0040 | Fee/Employment Applications | 12,035.00 | 0.00 | 12,035.00 |
| 06288-0050 | Fee/Employment Objections | 11,651.00 | 0.00 | 11,651.00 |
| 06288-0070 | Claims Administration and Objections | 102.00 | 0.00 | 102.00 |
| 06288-0100 | Plan/Disclosure Statement | 1,665.50 | 0.00 | 1,665.50 |
| 06288-0120 | Litigation | 14,478.50 | 0.00 | 14,478.50 |
| | | 79,666.50 | 4,454.08 | 84,120.58 |

## SUMMARY OF ALL FEES, COSTS AND DISBURSEMENTS

| | |
|---|---:|
| Subtotal Fees | 79,666.50 |
| Subtotal Costs and Disbursements | 4,454.08 |
| Total This Invoice | 84,120.58 |

**CERTIFICATE OF SERVICE**

I, Joanne B. Stern, am over the age of 18 years and not a party to the within action. I am employed in an office  that employs a member of the bar of this court, at whose direction the within service was made.  My business address is Stutman, Treister, & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013.

On December 14, 2010, I served the foregoing pleading:

**SEVENTH MONTHLY STATEMENT OF STUTMAN, TREISTER & GLATT, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (November 1, 2010 to November 30, 2010)**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

*See Service List Attached Hereto and Incorporated Herein by Reference*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2010, at Los Angeles, California.

*/s/Joanne B. Stern*
Joanne B. Stern

546086v1

1

# SERVICE LIST

2

Imperial Capital Bank
Special Notice List
Doc No. 534752 Rev. 10/04/10

3

4

Imperial Capital Bancorp
Attn: Joseph W. Kiley, III, CEO
PO Box 2283
La Jolla, CA 92037-2283

5

Imperial Capital Bancorp
Attn: Anthony Rusnak, Esq.
PO Box 2283
La Jolla, CA 92037-2283

United States Trustee
David A. Ortiz, Esq.
United States Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

6

7

Counsel to Bank of New York Mellon:
Pillsbury Winthrop Shaw Pittman LLP
Margot P. Erlich/Leo Crowley
1540 Broadway
New York, NY 10036-4039

Committee Member:
US Bank as Trustee for
ITLA Capital Statutory Trust(s) I, II, V,
Attn: James H. Byrnes
One Federal Street, 3rd Floor
Boston, MA 02110

United States Department of Justice Tax
Division
Civil Trial Section, Western Division
PO Box 683, Ben Franklin Station
Washington, DC 20044

8

9

10

Securities & Exchange Commission
Attn: Sara D. Moyed
5670 Wilshire Blvd., Suite 1100
Los Angeles, CA 90036

Federal Deposit Insurance Corporation
25 Jessie Street at Ecker Square,
Suite 2300
San Francisco, CA 94105

Dept of Financial Institutions
7575 Metropolitan Drive, Suite 108
San Diego, CA 92108

11

12

13

Committee Member:
Bank of New York Mellon as Indenture
Trustee
Attn: Martin Feig
101 Barclay Street, 8 West
New York, NY 10286

Committee Member:
888 Prospect LJ, LLC
Attn: Mercedes Juarez
Cushman & Wakefield of SD
4435 Eastgate Mall, Suite 200
San Diego, CA 92121

Brian Benson
357 S. Curson Ave., #11-C
Los Angeles, CA 90036

14

15

16

David Hunt
4087 Caminito Suero
San Diego, CA 92122

Timothy M. Doyle
2617 Sutter Street
Carlsbad, CA 92010

David Muchnikoff
Silver Freedman & Taff LLP
3299 K Street NW, Suite 100
Washington, DC 20007

17

18

19

Jeffrey A. Berman
Sidley & Austin LLP
555 W. Fifth Street, 40th Floor
Los Angeles, CA 90013

Scott Wallace
7879 Sitio Abeto Dr.
Carlsbad, CA 92309

American Express Travel Services, Inc.
4315 S. 2700 W
Salt Lake City, UT  84184

20

21

22

Charles E. Kohl
25662 Shaw Place
Stevenson Ranch, CA 91381

A Bullock
Squar, Milner, Peterson, Miranda
& Williamson, LLP
4100 Newport Place Drive, Third Floor
Newport Beach, CA 92660

Aila Pallera
KPMG
355 South Grand Avenue
Los Angeles, CA 90071-1568

23

24

25

Keith Lupton
Ernst & Young LLP
725 S. Figueroa Street
Los Angeles, CA 90017

Rosemary E. Lennon
1031-A Kenneth Road
Glendale, CA 91202

Thomas Hobbs
531 Avenida del Verdor
San Clemente, CA 92672

26

27

28

546086v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bloomberg, LP
6500 Wilshire Boulevard
Los Angeles, CA 90048

Kevin Boyer, President
Boyer Moving & Storage
13691 Danielson Street, Suite D
Poway, CA 92064

Jayne Lindberg
J A Lindberg Interiors
4079 Promontory Street
San Diego, CA 92109

Grande Colonial Hotel La Jolla
910 Prospect Street
La Jolla, CA 92037

Cynthia S. Reynolds
AVP/Dedicated Service Director
Bank of America
1655 Grant Street, Bldg. A, 10th Floor
Concord, CA 94520

Counsel to FDIC:
Jeffrey Isaacs
Procopio, Cory, Hargreaves & Savitch
LLP
530 B Street, Suite 2100
San Diego, CA 92101

Gerald P. Kennedy
Procopio, Cory, Hargreaves & Savitch
LLP
530 B Street, Suite 2100
San Diego, CA 92101

Counsel to Bloomberg Finance LP
Willkie Farr & Gallagher LLP
Attn: Carol R. Mascera/Shaunna D.
Jones
787 Seventh Avenue
New York, NY 10019-6099

Counsel to U.S. Bank National
Association
Marie C. Pollio
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

Request For Notice:
Counsel to 888 Prospect
Jerry D. Hemme
Goode, Hemme & Peterson
6256 Greenwich Dr. Suite 500
San Diego, CA 92122

Counsel to the Creditors' Committee:
David P. Simonds
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Attys for Iron Mountain Info. Mngt, Inc.
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal St., 9th Fl.
Boston, MA 02110

546086v1