1  GARY E. KLAUSNER (STATE BAR NO. 69077)
   GREGORY K. JONES (STATE BAR NO. 181072)
2  STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
3  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067
4  Telephone: (310) 228-5600
   Telecopy:   (310) 228-5788
5
6  Reorganization Counsel for
   Debtor and Debtor in Possession
7  Debtor's Mailing Address:
   888 Prospect Street, Suite 210
8  La Jolla, CA 92037

9              **UNITED STATES BANKRUPTCY COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  In re | Case No. 09-19431-LA11 |
| 12  IMPERIAL CAPITAL BANCORP, INC., a Delaware corporation, | Chapter 11 |
| 13  | **EIGHTH MONTHLY STATEMENT OF STUTMAN, TREISTER & GLATT, P.C. FOR INTERIM COMPENSATION AND** |
| 14                   Debtor. | **REIMBURSEMENT OF EXPENSES (December 1, 2010 to December 31, 2010)** |
| 15  Tax Identification Number: | |
| 16  95-4596322 | <u>Hearing</u> |
| 17 | [None required unless a written objection is |
| 18 | received per the Bankruptcy Court's Interim Compensation Order] |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

23
24
25
26
27
28

547464v.1

1  **TO THE HONORABLE LOUISE DeCARL ADLER, UNITED STATES BANKRUPTCY**

2  **JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE OFFICIAL**

3  **COMMITTEE OF UNSECURED CREDITORS; AND OTHER INTERESTED PARTIES:**

4          Pursuant to 11 U.S.C. §§ 330 & 331, Federal Rule of Bankruptcy Procedure 2016(a),

5  and the Court's *Order on Motion to Establish Procedures for Interim Compensation* (the "Interim

6  Compensation Order" [Docket No. 198]), Stutman, Treister & Glatt, Professional Corporation

7  ("ST&G") respectfully submits this monthly statement (the "Application") for interim allowance and

8  payment of compensation for actual, necessary services rendered and for reimbursement of actual,

9  necessary expenses incurred during the period between December 1, 2010 and December 31, 2010

10  (the "Application Period") in the above-captioned chapter 11 case of Imperial Capital Bancorp, Inc.

11  (the "Debtor").  In support of this Application, ST&G respectfully represents as follows:

12  **A.**      **Amounts Requested.**

13          By this Application, ST&G seeks payment of the following amounts incurred during

14  the Application Period:

15      Fees:        $76,630.00    *  80%        =       $61,304.00

16      Expenses:      $ 2,252.89    * 100%    =       $2,252.89

17      **TOTAL**                                      **$63,556.89**

18          This is the eighth request for interim compensation and reimbursement of expenses

19  made by ST&G since the commencement of the Debtor's bankruptcy case.

20  **B.**      **Detailed Listing Of Time Expended And Time Entries.**

21          Attached hereto as Exhibit "A" is a detailed listing of all services provided and all

22  expenses incurred by ST&G during the Application Period.  The listing sets forth the specific

23  services rendered by ST&G, the total time expended on these services, the names of the

24  professionals who performed such services, and the hourly billing rate for each individual.

25          ST&G utilizes the following billing numbers to classify time and expenses billed in

26  this case, which categories are used in Exhibit "A":

27

28

| Category | Billing Number |
|---|---|
| Costs and Expenses | 6288.000 |
| Case Administration | 6288.010 |
| Meetings of and Communications with Creditors, Shareholders and Committees | 6288.020 |
| General Business Operations | 6288.030 |
| Fee/Employment Applications | 6288.040 |
| Fee/Employment Objections | 6288.050 |
| Financing | 6288.060 |
| Claims Administration and Objections | 6288.070 |
| Asset Analysis and Recovery | 6288.080 |
| Asset Disposition | 6288.090 |
| Plan/Disclosure Statement | 6288.100 |
| Employee Benefits/Plans | 6288.110 |
| Litigation | 6288.120 |

**C.    Request For Payment And Opportunity To Object.**

ST&G hereby requests that the Debtor pay ST&G the amounts requested in this Application.  Pursuant to paragraph 5 of the Interim Compensation Order, all parties in interest shall have until ten (10) days after notice of this Application (the "Objection Deadline") to object to the amounts requested by this Application.  If, by the Objection Deadline, no written objection setting forth the precise nature of an objection to this Application and the disputed amounts at issue has been filed and served, then the Debtor shall pay to ST&G the amounts requested herein.  If a party submits a written objection, it must set forth the specific amount of fees and/or costs at issue.  While an objection is pending, the Debtor is authorized to pay ST&G 80% of the fees that are not subject to the objection.

547464v.1

3

1            ST&G reserves the right to correct, amend, or supplement this Application until such

2    time as final compensation and reimbursement is sought from the Debtor's estate.

3

4    DATED:  January 20, 2011                */s/ Gregory K. Jones*

5                                                GARY E. KLAUSNER, and

6                                                GREGORY K. JONES, Members of
STUTMAN, TREISTER & GLATT

7                                                PROFESSIONAL CORPORATION
Reorganization Counsel for Debtor and Debtor in

8                                                Possession

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Exhibit "A"**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

547464v.1

# Stutman, Treister & Glatt
## Professional Corporation
1901 Avenue of the Stars
12th Floor
Los Angeles, California 90067

December 31, 2010

Imperial Capital Bancorp, Inc.
Attn: Joseph W. Kiley, III
888 Prospect Street
La Jolla, CA  92037

06288

Invoice Number: ******

*Invoice for Period Through December 31, 2010*

Legal Services Regarding: Imperial Capital Bancorp, Inc.

**06288-0000: Imperial Capital Bancorp - Chapter 11 12/19/09**


COSTS AND DISBURSEMENTS

| Cost Category | Month | Amount |
|---|---|---|
| Computer Research Expense | December 2010 | 1,209.22 |
| | Total | 1,209.22 |
| Copy Production | December 2010 | 887.15 |
| | Total | 887.15 |
| Long Distance Telephone | December 2010 | 8.31 |
| | Total | 8.31 |
| Postage | December 2010 | 117.74 |
| | Total | 117.74 |
| Teleconference Service | December 2010 | 30.47 |
| | Total | 30.47 |
| Total Costs by Category: | | |
| | Computer Research Expense | 1,209.22 |
| | Copy Production | 887.15 |
| | Long Distance Telephone | 8.31 |
| | Postage | 117.74 |
| | Teleconference Service | 30.47 |
| | Total | 2,252.89 |


**SUMMARY FOR 06288-0000: Imperial Capital Bancorp - Chapter 11 12/19/09**


| | |
|---|---|
| Total Costs and Disbursements This Invoice | 2,252.89 |
| Amount Due | 2,252.89 |

**06288-0010: Case Administration**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/01/10 | Gregory K. Jones | Emails with Moyed on case status | 0.2 | 102.00 |
| 12/01/10 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 12/01/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, Gregory K. Jones re dockets. | 0.1 | 24.00 |
| 12/02/10 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 12/02/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner and Gregory K. Jones re dockets. | 0.1 | 24.00 |
| 12/03/10 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 12/03/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, Gregory K. Jones re dockets. | 0.1 | 24.00 |
| 12/06/10 | Joanne B. Stern | Analyze dockets. | 0.3 | 72.00 |
| 12/06/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, Gregory K. Jones re dockets. | 0.1 | 24.00 |
| 12/07/10 | Eve H. Karasik | Analyze docket | 0.1 | 72.50 |
| 12/07/10 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 12/07/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, Gregory K. Jones re case dockets. | 0.1 | 24.00 |
| 12/09/10 | Joanne B. Stern | Analyze case dockets re new pleadings | 0.2 | 48.00 |
| 12/09/10 | Joanne B. Stern | Exchange emails with  Eve H. Karasik, Gary E. Klausner and  Gregory K. Jones re status | 0.1 | 24.00 |
| 12/10/10 | Gregory K. Jones | Review updated dockets | 0.1 | 51.00 |
| 12/10/10 | Joanne B. Stern | Exchange emails with Melanie O'Donnell and Gregory K. Jones re PR Newswire. | 0.1 | 24.00 |
| 12/13/10 | Eve H. Karasik | Confer with Gary E. Klausner re: case status | 0.4 | 290.00 |
| 12/14/10 | Gregory K. Jones | Confer with Scheer on various confirmation issues | 0.3 | 153.00 |
| 12/14/10 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 12/14/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 12/15/10 | Eve H. Karasik | Analyze correspondence from Joanne B. Stern re dockets | 0.1 | 72.50 |
| 12/15/10 | Eve H. Karasik | Analyze correspondence from Joanne B. Stern re docket | 0.1 | 72.50 |
| 12/15/10 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 12/15/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re dockets. | 0.1 | 24.00 |
| 12/17/10 | Joanne B. Stern | Analyze and download dockets and new pleadings. | 0.3 | 72.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/17/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re dockets and new pleadings. | 0.1 | 24.00 |
| 12/17/10 | Kendra A. Johnson | Analyze correspondence from Nancy DeMasi from Iron Mountain re outstanding invoices; prepare correspondence to J. Stern re same. | 0.3 | 72.00 |
| 12/20/10 | Eve H. Karasik | Analyze docket | 0.1 | 72.50 |
| 12/20/10 | Joanne B. Stern | Analyze and download dockets and pleadings. | 0.3 | 72.00 |
| 12/20/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re dockets and pleadings. | 0.1 | 24.00 |
| 12/21/10 | Joanne B. Stern | Analyze and download case dockets. | 0.2 | 48.00 |
| 12/21/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, Gregory K. Jones re dockets and pleadings. | 0.1 | 24.00 |
| 12/22/10 | Joanne B. Stern | Analyze correspondence from Iron Mountain re post-petition invoices. | 0.1 | 24.00 |
| 12/22/10 | Joanne B. Stern | Telephone conference with Melanie O'Donnell re Iron Mountain invoices and Standard & Poors invoices. | 0.3 | 72.00 |
| 12/23/10 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 12/23/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets. | 0.1 | 24.00 |
| 12/27/10 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 12/27/10 | Eve H. Karasik | Confer with Gary E. Klausner re status | 0.2 | 145.00 |
| 12/27/10 | Gregory K. Jones | Emails with Eve H. Karasik on numerous scheduling matters | 0.2 | 102.00 |
| 12/27/10 | Joanne B. Stern | Analyze and download case dockets. | 0.2 | 48.00 |
| 12/27/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 12/28/10 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 12/28/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 12/29/10 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 12/29/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik. Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Eve H. Karasik | Shareholder | 1.1 | 725.00 | 797.50 |
| Gregory K. Jones | Of Counsel | 0.8 | 510.00 | 408.00 |
| Kendra A. Johnson | Paralegal | 0.3 | 240.00 | 72.00 |
| Joanne B. Stern | Paralegal | 5.8 | 240.00 | 1,392.00 |
| | | 8.0 | | 2,669.50 |

Fees                                                                                      2,669.50

**SUMMARY FOR 06288-0010: Case Administration**

Total Fees This Invoice                                                    2,669.50

Amount Due                                                                 2,669.50

**06288-0020: Meetings of and Communications with Creditors**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/01/10 | Eve H. Karasik | Telephone conference with C. Padien, FTI and Gary E. Klausner re: settlement proposal | 0.7 | 507.50 |
| 12/01/10 | Eve H. Karasik | Analyze correspondence from H. Jacobson re: FDIC settlement proposal | 0.3 | 217.50 |
| 12/01/10 | Eve H. Karasik | Confer with H. Jacobson re: FDIC settlement proposal | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Prepare correspondence to C. Padien, et al, re FDIC settlement proposal | 0.3 | 217.50 |
| 12/01/10 | Eve H. Karasik | Revise correspondence to C. Padien, et al, re FDIC settlement proposal | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Analyze C. Padien's revisions to FDIC settlement letter | 0.4 | 290.00 |
| 12/01/10 | Eve H. Karasik | Confer with C. Padien re revisions to FDIC settlement letter | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Confer with C. Padien, et al, re revised FDIC proposal letter | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Analyze correspondence from C. Padien re revisions to FDIC letter | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Telephone conference with H. Jacobson re revisions to FDIC letter | 0.2 | 145.00 |
| 12/01/10 | Eve H. Karasik | Prepare correspondence to C. Padien re final revisions to FDIC letter | 0.1 | 72.50 |
| 12/01/10 | Gary E. Klausner | Conference call with Creditors Committee counsel and FTI re FDIC settlement | 1.0 | 795.00 |
| 12/01/10 | Gary E. Klausner | Exchange emails with Committee counsel and Eve H. Karasik re settlement (5x) | 1.0 | 795.00 |
| 12/01/10 | Gregory K. Jones | Review Jacobson emails re FDIC settlement | 0.2 | 102.00 |
| 12/06/10 | Gregory K. Jones | Emails to and from Padien on FDIC settlement offer | 0.2 | 102.00 |
| 12/10/10 | Gregory K. Jones | Emails with Padien on insider compensation information request | 0.2 | 102.00 |
| 12/10/10 | Gregory K. Jones | Emails to and from Committee on various issues | 0.2 | 102.00 |
| 12/13/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re: Committee document request | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with A. Rusnak re: Committee insurance demand | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with C. Padien re: Committee insurance demand | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with C. Padien re: status conference and report (tax refund matter) | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with Gregory K. Jones re status conference and report (tax refund matter) | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with Gregory K. Jones re: Committee document request | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/13/10 | Gregory K. Jones | Review documents to be produced to Committee counsel | 0.7 | 357.00 |
| 12/14/10 | Gregory K. Jones | Review emails from client on creditor claims | 0.1 | 51.00 |
| 12/14/10 | Joanne B. Stern | Exchange emails with Melanie O'Donnell re Creditek letter. | 0.1 | 24.00 |
| 12/14/10 | Joanne B. Stern | Prepare correspondence to Creditek re PR Newswire invoice. | 0.2 | 48.00 |
| 12/14/10 | Joanne B. Stern | Analyze correspondence from Creditek re PR Newswire invoice. | 0.2 | 48.00 |
| 12/15/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to C. Padien re Disclosure Statement hearing | 0.1 | 72.50 |
| 12/15/10 | Joanne B. Stern | Revise correspondence to Creditek re attempt to collect debt. | 0.4 | 96.00 |
| 12/16/10 | Gregory K. Jones | Review correspondence to creditor on automatic stay | 0.1 | 51.00 |
| 12/17/10 | Eve H. Karasik | Confer with Gregory K. Jones re: document production | 0.1 | 72.50 |
| 12/17/10 | Eve H. Karasik | Confer with Gregory K. Jones re: document production request | 0.1 | 72.50 |
| 12/20/10 | Eve H. Karasik | Confer with C. Padien re FDIC response | 0.1 | 72.50 |
| 12/20/10 | Gregory K. Jones | Emails with Padien on FDIC response to settlement agreement | 0.2 | 102.00 |
| 12/20/10 | Gregory K. Jones | Review emails from Committee responding to FDIC counteroffer | 0.2 | 102.00 |
| 12/22/10 | Joanne B. Stern | Telephone conference with Iron Mountain re post-petition invoices. | 0.2 | 48.00 |
| 12/23/10 | Gary E. Klausner | Prepare correspondence to Padien and Simonds re Isaacs position on settlement | 0.2 | 159.00 |
| 12/27/10 | Eve H. Karasik | Confer with C. Padien re FDIC proposal | 0.1 | 72.50 |
| 12/27/10 | Gary E. Klausner | Analyze pleadings re Creditors' Committee motion to intervene in District Court (Receivership) case | 0.4 | 318.00 |
| 12/27/10 | Gary E. Klausner | Prepare correspondence to client re committee's motion to intervene re receivership | 0.2 | 159.00 |
| 12/28/10 | Gregory K. Jones | Review documents to produce to Committee counsel | 0.4 | 204.00 |
| 12/28/10 | Gregory K. Jones | Phone conference with Padien on operating reports, withdrawal of reference, plan, and disclosure statement | 0.4 | 204.00 |
| 12/28/10 | Gregory K. Jones | Emails with Committee counsel on FDIC counteroffer | 0.2 | 102.00 |
| 12/30/10 | Eve H. Karasik | Confer with C. Padien, et al, re meeting re FDIC proposal | 0.1 | 72.50 |
| 12/30/10 | Gregory K. Jones | Phone conference with Padien on numerous plan, operating report and asset issues | 0.4 | 204.00 |
| 12/30/10 | Gregory K. Jones | Phone conference with Trapieza representatives on status of case | 0.2 | 102.00 |
| 12/30/10 | Gregory K. Jones | Emails with Verbeck on plan and disclosure statement | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 2.8 | 795.00 | 2,226.00 |
| Eve H. Karasik | Shareholder | 3.7 | 725.00 | 2,682.50 |
| Gregory K. Jones | Of Counsel | 3.9 | 510.00 | 1,989.00 |
| Joanne B. Stern | Paralegal | 1.1 | 240.00 | 264.00 |
| | | 11.5 | | 7,161.50 |

Fees                                                                       7,161.50

**SUMMARY FOR 06288-0020: Meetings of and Communications with Creditors**

Total Fees This Invoice                                                    7,161.50

Amount Due                                                                 7,161.50

**06288-0030: General Business Operations**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 12/13/10 | Gregory K. Jones | Emails (3) with Kiley on information for operating report | 0.3 | 153.00 |
| 12/13/10 | Gregory K. Jones | Phone conference with Kiley on insider compensation document requests | 0.2 | 102.00 |
| 12/13/10 | Gregory K. Jones | Phone conferences with Kiley on answers to insider compensation requests (two) | 0.4 | 204.00 |
| 12/13/10 | Gregory K. Jones | Phone conference with Eve H. Karasik on insider compensation document request | 0.1 | 51.00 |
| 12/13/10 | Gregory K. Jones | Emails on insurance coverage for debtors | 0.2 | 102.00 |
| 12/14/10 | Gregory K. Jones | Review workers compensation insurance notice and confer with Rusnak | 0.2 | 102.00 |
| 12/16/10 | Gregory K. Jones | Emails with Rusnak on sale of personal property | 0.1 | 51.00 |
| 12/16/10 | Gregory K. Jones | Prepare responses to Committee on insider compensation discovery request | 1.0 | 510.00 |
| 12/17/10 | Gregory K. Jones | Emails with Kiley on operating report | 0.2 | 102.00 |
| 12/17/10 | Gregory K. Jones | Review and revise operating report | 0.2 | 102.00 |
| 12/20/10 | Gregory K. Jones | Review and revise monthly operating report and prepare for filing | 1.0 | 510.00 |
| 12/20/10 | Joanne B. Stern | Exchange emails with Gregory K. Jones re filing November MOR. | 0.1 | 24.00 |
| 12/20/10 | Joanne B. Stern | Prepare and e-file November MOR. | 0.3 | 72.00 |
| 12/21/10 | Gregory K. Jones | Review emails from Rusnak and Eve H. Karasik on forfeiture of 401(k) account | 0.2 | 102.00 |
| 12/23/10 | Gregory K. Jones | Review documents regarding company 401(k) account and reporting requirements | 1.0 | 510.00 |
| 12/23/10 | Gregory K. Jones | Emails with Kiley on reporting of company retirement accounts | 0.2 | 102.00 |
| 12/27/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak re forfeiture benefit and confer with Gregory K. Jones re same | 0.1 | 72.50 |
| 12/28/10 | Gary E. Klausner | Telephone conference with A. Rusnak re termination of 401K | 0.2 | 159.00 |
| 12/29/10 | Eve H. Karasik | Confer with Gregory K. Jones re forfeiture account | 0.2 | 145.00 |
| 12/29/10 | Gregory K. Jones | Message with Kiley on November operating report | 0.1 | 51.00 |
| 12/29/10 | Gregory K. Jones | Phone conference with Kiley on assets, insurance policies, and forfeiture account | 0.3 | 153.00 |
| 12/29/10 | Gregory K. Jones | Emails with Eve H. Karasik on analysis of debtor's assets (several) | 0.5 | 255.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 0.2 | 795.00 | 159.00 |
| Eve H. Karasik | Shareholder | 0.3 | 725.00 | 217.50 |
| Gregory K. Jones | Of Counsel | 6.2 | 510.00 | 3,162.00 |
| Joanne B. Stern | Paralegal | 0.4 | 240.00 | 96.00 |
| | | 7.1 | | 3,634.50 |

Fees                                                                     3,634.50


**SUMMARY FOR 06288-0030: General Business Operations**

Total Fees This Invoice                                          3,634.50

Amount Due                                                         3,634.50

**06288-0040: Fee/Employment Applications**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/03/10 | Gregory K. Jones | Emails with client on interim fee payments | 0.1 | 51.00 |
| 12/06/10 | Gregory K. Jones | Emails with client on fee payments | 0.2 | 102.00 |
| 12/06/10 | Gregory K. Jones | Emails with Akin Gump on fee statement and payments | 0.2 | 102.00 |
| 12/07/10 | Eve H. Karasik | Analyze Akin Fee Statement | 0.1 | 72.50 |
| 12/08/10 | Eve H. Karasik | Confer with Gary E. Klausner re Fee Statement preparation | 0.2 | 145.00 |
| 12/08/10 | Eve H. Karasik | Prepare Fee Statement | 1.2 | 870.00 |
| 12/08/10 | Gregory K. Jones | Emails with Padien on Akin Gump payment | 0.1 | 51.00 |
| 12/13/10 | Gregory K. Jones | Emails with Padien on Akin and FTI fees | 0.2 | 102.00 |
| 12/13/10 | Gregory K. Jones | Review Silver Freedman correspondence on fees | 0.2 | 102.00 |
| 12/13/10 | Gregory K. Jones | Prepare Silver November fee statement | 0.4 | 204.00 |
| 12/14/10 | Gregory K. Jones | Review November invoice | 0.2 | 102.00 |
| 12/14/10 | Gregory K. Jones | Prepare STG monthly statement | 0.4 | 204.00 |
| 12/14/10 | Joanne B. Stern | Prepare and e-file ST&G November fee app. | 0.3 | 72.00 |
| 12/14/10 | Joanne B. Stern | Prepare and e-file Silver November fee app. | 0.2 | 48.00 |
| 12/16/10 | Gregory K. Jones | Review recently filed fee notices and applications | 0.5 | 255.00 |
| 12/20/10 | Gregory K. Jones | Review FTI monthly statement | 0.2 | 102.00 |
| 12/20/10 | Gregory K. Jones | Review and summarize second FTI fee application | 0.5 | 255.00 |
| 12/20/10 | Gregory K. Jones | Review and summarize Akin Gump second interim fee application | 0.8 | 408.00 |
| 12/20/10 | Gregory K. Jones | Review Local Rules on fee notices | 0.2 | 102.00 |
| 12/21/10 | Gregory K. Jones | Review several pleadings and prepare notice of second interim fee application | 1.0 | 510.00 |
| 12/21/10 | Joanne B. Stern | Prepare and e-file Notice of 2nd Fee hearing. | 0.3 | 72.00 |
| 12/22/10 | Gregory K. Jones | Review various pleadings on outstanding fees to all employed professionals | 0.5 | 255.00 |
| 12/22/10 | Gregory K. Jones | Emails with Kiley on various invoice payment issues | 0.2 | 102.00 |
| 12/26/10 | Gregory K. Jones | Emails with Kiley on Imperial invoice payments | 0.2 | 102.00 |
| 12/27/10 | Eve H. Karasik | Analyze Fee Statements (FTI; E&Y, etc.) | 0.2 | 145.00 |
| 12/27/10 | Gary E. Klausner | Analyze documents re November billings | 0.3 | 238.50 |
| 12/27/10 | Gregory K. Jones | Review correspondence from client on fees | 0.2 | 102.00 |
| 12/27/10 | Gregory K. Jones | Review FTI fee statement and prepare correspondence | 0.2 | 102.00 |
| 12/27/10 | Gregory K. Jones | Review E&Y fee statement and prepare correspondence | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 0.3 | 795.00 | 238.50 |
| Eve H. Karasik | Shareholder | 1.7 | 725.00 | 1,232.50 |
| Gregory K. Jones | Of Counsel | 6.7 | 510.00 | 3,417.00 |
| Joanne B. Stern | Paralegal | 0.8 | 240.00 | 192.00 |
| | | 9.5 | | 5,080.00 |

Fees                                                                    5,080.00

**SUMMARY FOR 06288-0040: Fee/Employment Applications**

Total Fees This Invoice                                                  5,080.00

Amount Due                                                               5,080.00

**06288-0070: Claims Administration and Objections**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/03/10 | Gregory K. Jones | Confer with Gilliam on Integra claim and review documents sent to court | 0.2 | 102.00 |
| 12/10/10 | Gregory K. Jones | Emails with client on claims asserted postpetition | 0.2 | 102.00 |
| 12/13/10 | Eve H. Karasik | Telephone conference with L. McCall re: FTB issue | 0.2 | 145.00 |
| 12/14/10 | Eve H. Karasik | Confer with L. McCall re FTB claim | 0.1 | 72.50 |
| 12/15/10 | Gary E. Klausner | Telephone conference with Curran re Haligowski claims | 0.2 | 159.00 |
| 12/15/10 | Gary E. Klausner | Telephone conference with A. Rusnak re Haligowski claims | 0.3 | 238.50 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 0.5 | 795.00 | 397.50 |
| Eve H. Karasik | Shareholder | 0.3 | 725.00 | 217.50 |
| Gregory K. Jones | Of Counsel | 0.4 | 510.00 | 204.00 |
| | | 1.2 | | 819.00 |

Fees                                                                  819.00

**SUMMARY FOR 06288-0070: Claims Administration and Objections**

Total Fees This Invoice                                               819.00

Amount Due                                                            819.00

**06288-0080: Asset Analysis and Recovery**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/28/10 | Gregory K. Jones | Research on reporting of non-property of the estate | 0.4 | 204.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gregory K. Jones | Of Counsel | 0.4 | 510.00 | 204.00 |
| | | 0.4 | | 204.00 |
| Fees | | | | 204.00 |

**SUMMARY FOR 06288-0080: Asset Analysis and Recovery**

| | |
|---|---|
| Total Fees This Invoice | 204.00 |
| Amount Due | 204.00 |

**06288-0100: Plan/Disclosure Statement**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/01/10 | Gregory K. Jones | Review and revise Disclosure Statement per Committee comments | 0.4 | 204.00 |
| 12/03/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan revisions | 0.1 | 72.50 |
| 12/03/10 | Gregory K. Jones | Prepare solicitation motion | 0.5 | 255.00 |
| 12/06/10 | Eve H. Karasik | Confer with C. Padien re Plan document status | 0.2 | 145.00 |
| 12/06/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan status | 0.2 | 145.00 |
| 12/06/10 | Eve H. Karasik | Confer with Gregory K. Jones re: solicitation procedures | 0.2 | 145.00 |
| 12/06/10 | Gregory K. Jones | Prepare plan procedures motion | 3.5 | 1,785.00 |
| 12/06/10 | Gregory K. Jones | Prepare exhibits to plan procedures motion | 1.0 | 510.00 |
| 12/06/10 | Gregory K. Jones | Confer with Eve H. Karasik on plan procedures motion | 0.2 | 102.00 |
| 12/07/10 | Eve H. Karasik | Confer with Gregory K. Jones re solicitation procedures order | 0.1 | 72.50 |
| 12/07/10 | Eve H. Karasik | Revise solicitation procedures motion | 1.2 | 870.00 |
| 12/07/10 | Eve H. Karasik | Confer with Gregory K. Jones re: procedures motion | 0.3 | 217.50 |
| 12/07/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to Gary E. Klausner re solicitation procedures motion | 0.1 | 72.50 |
| 12/07/10 | Eve H. Karasik | Analyze Gary E. Klausner revisions to procedures motion | 0.2 | 145.00 |
| 12/07/10 | Eve H. Karasik | Confer with Gary E. Klausner re procedures motion | 0.3 | 217.50 |
| 12/07/10 | Gary E. Klausner | Review and revise motion to approve Disclosure Statement and confirmation deadlines and procedures | 1.0 | 795.00 |
| 12/07/10 | Gregory K. Jones | Review and revise plan procedures motion and confer with Eve H. Karasik | 2.8 | 1,428.00 |
| 12/07/10 | Gregory K. Jones | Prepare ballots and notices for confirmation | 0.3 | 153.00 |
| 12/07/10 | Gregory K. Jones | Review and revise Plan to incorporate liquidating trust concept | 2.5 | 1,275.00 |
| 12/07/10 | Gregory K. Jones | Review liquidating trust plan structures in similar cases | 0.8 | 408.00 |
| 12/07/10 | Gregory K. Jones | Emails with Gary E. Klausner on plan procedures motion | 0.2 | 102.00 |
| 12/07/10 | Gregory K. Jones | Emails with Padien on plan procedures motion | 0.2 | 102.00 |
| 12/08/10 | Eve H. Karasik | Confer with Gregory K. Jones re revised Plan | 0.1 | 72.50 |
| 12/08/10 | Eve H. Karasik | Analyze revised Plan | 2.5 | 1,812.50 |
| 12/08/10 | Eve H. Karasik | Confer with Gregory K. Jones re ballots | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/08/10 | Gregory K. Jones | Revise Plan per Committee requests and incorporate liquidation trust | 3.2 | 1,632.00 |
| 12/08/10 | Gregory K. Jones | Prepare ballots and other confirmation pleadings | 3.2 | 1,632.00 |
| 12/08/10 | Gregory K. Jones | Confer with Eve H. Karasik on plan and ballot | 0.4 | 204.00 |
| 12/08/10 | Gregory K. Jones | Review comments to confirmation motion from Committee | 0.2 | 102.00 |
| 12/08/10 | Gregory K. Jones | Emails with Rusnak on plan procedures motion | 0.2 | 102.00 |
| 12/09/10 | Eve H. Karasik | Confer with Gregory K. Jones re: Plan | 0.1 | 72.50 |
| 12/09/10 | Eve H. Karasik | Confer with Gregory K. Jones re Committee revisions to solicitation materials | 0.1 | 72.50 |
| 12/09/10 | Gregory K. Jones | Emails with Eve H. Karasik on solicitation pleadings | 0.1 | 51.00 |
| 12/09/10 | Gregory K. Jones | Revise liquidating plan | 1.8 | 918.00 |
| 12/09/10 | Gregory K. Jones | Emails with Gary E. Klausner on revised plan provisions | 0.2 | 102.00 |
| 12/09/10 | Gregory K. Jones | Review and revise ballots and convenience option | 1.0 | 510.00 |
| 12/09/10 | Gregory K. Jones | Prepare notice of confirmation hearing | 1.0 | 510.00 |
| 12/10/10 | Eve H. Karasik | Revise Master Ballot | 0.4 | 290.00 |
| 12/10/10 | Gregory K. Jones | Review and revise solicitation motion per Committee comments | 1.0 | 510.00 |
| 12/10/10 | Gregory K. Jones | Revise confirmation notice | 0.2 | 102.00 |
| 12/12/10 | Eve H. Karasik | Confer with C. Padien re Plan and Disclosure Statement | 0.4 | 290.00 |
| 12/12/10 | Eve H. Karasik | Confer with C. Padien re: document request and Gregory K. Jones response | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with Gregory K. Jones re plan solicitation procedures | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with Gary E. Klausner re Plan | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Analyze C. Padien revisions to solicitation procedures motion | 0.4 | 290.00 |
| 12/13/10 | Eve H. Karasik | Revise solicitation procedure motion | 0.5 | 362.50 |
| 12/13/10 | Gary E. Klausner | Confer with Eve H. Karasik re Committee issues; plan and tax issues | 0.3 | 238.50 |
| 12/13/10 | Gregory K. Jones | Review and revise solicitation motion and send to Eve H. Karasik | 0.8 | 408.00 |
| 12/14/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan and Solicitation Procedures Motion | 0.2 | 145.00 |
| 12/14/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to A. Rusnak and J. Kiley re plan | 0.1 | 72.50 |
| 12/14/10 | Eve H. Karasik | Revise Solicitation Motion | 0.4 | 290.00 |
| 12/14/10 | Gregory K. Jones | Confer with Eve H. Karasik on revisions to liquidating plan | 0.1 | 51.00 |
| 12/14/10 | Gregory K. Jones | Emails with client on amended plan structure | 0.2 | 102.00 |
| 12/15/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak re Plan | 0.1 | 72.50 |
| 12/15/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan issue | 0.1 | 72.50 |
| 12/15/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan Issue | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/15/10 | Eve H. Karasik | Revise Solicitation Procedures Motion | 1.8 | 1,305.00 |
| 12/15/10 | Eve H. Karasik | Confer with Gary E. Klausner re Plan | 0.1 | 72.50 |
| 12/15/10 | Eve H. Karasik | Revise Master Ballot | 0.5 | 362.50 |
| 12/15/10 | Gregory K. Jones | Prepare amended disclosure statement | 4.0 | 2,040.00 |
| 12/15/10 | Gregory K. Jones | Review emails from client on amended plan | 0.2 | 102.00 |
| 12/15/10 | Gregory K. Jones | Review liquidating trust plans and compare to amended plan | 0.3 | 153.00 |
| 12/15/10 | Gregory K. Jones | Confer with Eve H. Karasik on need for indenture trustee post-confirmation date | 0.2 | 102.00 |
| 12/16/10 | Gregory K. Jones | Phone conference with Rusnak on revisions to Plan | 0.4 | 204.00 |
| 12/16/10 | Gregory K. Jones | Emails with Rusnak on various plan provisions | 0.3 | 153.00 |
| 12/16/10 | Gregory K. Jones | Review and revise confirmation motion per comments of client and Committee | 1.0 | 510.00 |
| 12/16/10 | Gregory K. Jones | Review and revise provisions of plan relating to liquidating trustee | 0.5 | 255.00 |
| 12/16/10 | Gregory K. Jones | Emails with Padien on plan and discovery | 0.2 | 102.00 |
| 12/16/10 | Gregory K. Jones | Prepare correspondence to Committee counsel on Plan and Solicitation Motion | 0.3 | 153.00 |
| 12/17/10 | Eve H. Karasik | Revise Confirmation Notice | 0.2 | 145.00 |
| 12/17/10 | Eve H. Karasik | Confer with Gregory K. Jones re Disclosure Statement | 0.1 | 72.50 |
| 12/17/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan | 0.1 | 72.50 |
| 12/17/10 | Gregory K. Jones | Revise ballots and master ballot | 0.6 | 306.00 |
| 12/17/10 | Gregory K. Jones | Confer with Eve H. Karasik on disclosure statement (several) | 0.4 | 204.00 |
| 12/17/10 | Gregory K. Jones | Emails with Padien on ballots and confirmation notice | 0.2 | 102.00 |
| 12/17/10 | Gregory K. Jones | Prepare pleadings in connection with confirmation hearing and confer with Eve H. Karasik | 0.8 | 408.00 |
| 12/17/10 | Gregory K. Jones | Review and revise amended disclosure statement | 1.5 | 765.00 |
| 12/20/10 | Eve H. Karasik | Analyze correspondence from C. Padien re Plan | 0.1 | 72.50 |
| 12/20/10 | Eve H. Karasik | Analyze revised Plan (per Committee) | 0.3 | 217.50 |
| 12/20/10 | Gary E. Klausner | Exchange emails with C. Padien re FDIC settlement (2x) | 0.4 | 318.00 |
| 12/20/10 | Gary E. Klausner | Confer with Eve H. Karasik re plan and Committee issues | 0.3 | 238.50 |
| 12/20/10 | Gregory K. Jones | Review Committee comments to revised plan | 0.3 | 153.00 |
| 12/20/10 | Gregory K. Jones | Phone conference with Eve H. Karasik on revisions to plan | 0.2 | 102.00 |
| 12/20/10 | Gregory K. Jones | Review Rusnak plan comments and respond | 0.4 | 204.00 |
| 12/23/10 | Gregory K. Jones | Review and revise plan, disclosure statement, and solicitation pleadings per third party recommendations | 3.0 | 1,530.00 |
| 12/27/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan revisions and exclusivity date | 0.2 | 145.00 |
| 12/27/10 | Eve H. Karasik | Revise Disclosure Statement | 2.0 | 1,450.00 |
| 12/27/10 | Gregory K. Jones | Review and revise Plan per Committee comments | 1.2 | 612.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/27/10 | Gregory K. Jones | Confer with Eve H. Karasik on plan revisions | 0.2 | 102.00 |
| 12/27/10 | Gregory K. Jones | Emails with Eve H. Karasik on exclusivity | 0.2 | 102.00 |
| 12/28/10 | Eve H. Karasik | Revise Disclosure Statement | 3.0 | 2,175.00 |
| 12/28/10 | Eve H. Karasik | Confer with Gregory K. Jones re Disclosure Statement | 0.3 | 217.50 |
| 12/28/10 | Eve H. Karasik | Analyze and revise Plan | 1.2 | 870.00 |
| 12/28/10 | Gary E. Klausner | Telephone conference with A. Rusnak re plan; FDIC; Haligowski, and 401K | 0.3 | 238.50 |
| 12/28/10 | Gregory K. Jones | Revision of Plan per Committee revisions and confer with Eve H. Karasik | 1.5 | 765.00 |
| 12/28/10 | Gregory K. Jones | Emails with Padien on revised plan and disclosure statement | 0.2 | 102.00 |
| 12/28/10 | Gregory K. Jones | Meeting with Eve H. Karasik on revisions to Disclosure Statement | 0.3 | 153.00 |
| 12/28/10 | Gregory K. Jones | Further revision of Disclosure Statement | 0.2 | 102.00 |
| 12/29/10 | Eve H. Karasik | Revise Plan | 4.2 | 3,045.00 |
| 12/29/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan revisions | 0.3 | 217.50 |
| 12/29/10 | Gregory K. Jones | Prepare amended Disclosure Statement | 4.2 | 2,142.00 |
| 12/29/10 | Gregory K. Jones | Confer with Eve H. Karasik on further plan revisions | 0.3 | 153.00 |
| 12/29/10 | Gregory K. Jones | Review Committee emails on FDIC settlement and plan proposals | 0.2 | 102.00 |
| 12/30/10 | Gregory K. Jones | Review Committee comments to plan solicitation motion | 0.3 | 153.00 |
| 12/30/10 | Gregory K. Jones | Review and revise plan | 3.0 | 1,530.00 |
| 12/30/10 | Gregory K. Jones | Review and revise solicitation motion | 1.0 | 510.00 |
| 12/30/10 | Gregory K. Jones | Revise confirmation notice and sent to Padien | 0.2 | 102.00 |
| 12/30/10 | Gregory K. Jones | Emails with Padien on Master Ballot and UST Guidelines | 0.2 | 102.00 |
| 12/31/10 | Gregory K. Jones | Revision of plan | 1.0 | 510.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 2.3 | 795.00 | 1,828.50 |
| Eve H. Karasik | Shareholder | 23.5 | 725.00 | 17,037.50 |
| Gregory K. Jones | Of Counsel | 55.0 | 510.00 | 28,050.00 |
| | | 80.8 | | 46,916.00 |

| | | | | |
|------|-------|------|------|--------|
| Fees | | | | 46,916.00 |

**SUMMARY FOR 06288-0100: Plan/Disclosure Statement**

Total Fees This Invoice                                    46,916.00

Amount Due                                                 46,916.00

**06288-0120: Litigation**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/01/10 | Eve H. Karasik | Prepare settlement proposal to FDIC | 1.8 | 1,305.00 |
| 12/01/10 | Eve H. Karasik | Revise settlement proposal to FDIC | 1.4 | 1,015.00 |
| 12/01/10 | Eve H. Karasik | Confer with A. Rusnak and J. Kiley re: FDIC settlement proposal | 0.2 | 145.00 |
| 12/01/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC settlement letter | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Analyze Gary E. Klausner's revisions to FDIC settlement letter | 0.2 | 145.00 |
| 12/01/10 | Eve H. Karasik | Confer with Gary E. Klausner re revisions to FDIC settlement letter | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Revise FDIC proposal letter | 0.5 | 362.50 |
| 12/01/10 | Eve H. Karasik | Further revisions to FDIC letter | 0.4 | 290.00 |
| 12/01/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC letter revisions | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Telephone conference with A. Rusnak re FDIC settlement letter | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner to J. Isaacs re FDIC proposal | 0.1 | 72.50 |
| 12/01/10 | Gary E. Klausner | Review and revise settlement proposal to FDIC (3x) | 1.0 | 795.00 |
| 12/01/10 | Gregory K. Jones | Confer with Eve H. Karasik on FDIC settlement letter (numerous) | 0.2 | 102.00 |
| 12/01/10 | Gregory K. Jones | Review emails relating to proposed FDIC settlement negotiations | 0.1 | 51.00 |
| 12/01/10 | Gregory K. Jones | Review final settlement offer letter | 0.5 | 255.00 |
| 12/03/10 | Gary E. Klausner | Exchange emails with J. Isaacs re settlement proposal | 0.2 | 159.00 |
| 12/13/10 | Eve H. Karasik | Confer with A. Rusnak re Haligowski stipulation | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re: Haligowski stipulation | 0.1 | 72.50 |
| 12/13/10 | Gregory K. Jones | Research on Rabbi Trust pleadings and send to client | 0.2 | 102.00 |
| 12/13/10 | Gregory K. Jones | Emails with Committee and Eve H. Karasik on district court litigation and filing deadlines | 0.2 | 102.00 |
| 12/13/10 | Gregory K. Jones | Research district court rules on magistrate pretrial scheduling | 0.3 | 153.00 |
| 12/14/10 | Gregory K. Jones | Phone conference with district court clerk on ENE conference and standstill agreement | 0.2 | 102.00 |
| 12/15/10 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner re Demand Letter; Haligowski claim; and Rusnak response | 0.2 | 145.00 |
| 12/15/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re status conference | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/15/10 | Gregory K. Jones | Emails with Committee on continuance of status conference | 0.2 | 102.00 |
| 12/15/10 | Gregory K. Jones | Review order vacating status conference and confer with Eve H. Karasik and Committee counsel | 0.2 | 102.00 |
| 12/17/10 | Eve H. Karasik | Analyze Motion to Intervene by the Committee | 0.1 | 72.50 |
| 12/17/10 | Eve H. Karasik | Confer with Gregory K. Jones re Motion to Intervene by the Committee | 0.1 | 72.50 |
| 12/17/10 | Gregory K. Jones | Confer with Eve H. Karasik on responses to Committee document request | 0.2 | 102.00 |
| 12/17/10 | Gregory K. Jones | Prepare and compile responses to Committee discovery requests | 1.5 | 765.00 |
| 12/17/10 | Gregory K. Jones | Review filings in district court case | 0.2 | 102.00 |
| 12/17/10 | Gregory K. Jones | Review motion to intervene in receivership complaint | 0.5 | 255.00 |
| 12/20/10 | Eve H. Karasik | Confer with Gary E. Klausner re and analyze correspondence to J. Isaacs re same | 0.1 | 72.50 |
| 12/20/10 | Eve H. Karasik | Analyze FDIC settlement proposal | 0.3 | 217.50 |
| 12/20/10 | Eve H. Karasik | Confer with Gregory K. Jones re FDIC settlement proposal | 0.1 | 72.50 |
| 12/20/10 | Eve H. Karasik | Confer with A. Rusnak re: FDIC response | 0.1 | 72.50 |
| 12/20/10 | Gregory K. Jones | Review FDIC counteroffer and compare to original offer | 0.3 | 153.00 |
| 12/21/10 | Gregory K. Jones | Emails with client on settlement status with FDIC | 0.2 | 102.00 |
| 12/23/10 | Gary E. Klausner | Telephone conference with J. Isaacs re FDIC issues with settlement | 0.2 | 159.00 |
| 12/23/10 | Gregory K. Jones | Review emails relating to FDIC litigation | 0.2 | 102.00 |
| 12/26/10 | Gregory K. Jones | Review pleadings recently filed in district court case | 0.2 | 102.00 |
| 12/27/10 | Eve H. Karasik | Confer with Gregory K. Jones re Statement deadline for Tax Refund Complaint | 0.1 | 72.50 |
| 12/27/10 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner re FDIC proposal | 0.1 | 72.50 |
| 12/27/10 | Eve H. Karasik | Analyze Motion to Intervene | 0.3 | 217.50 |
| 12/27/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re Motion to Intervene response | 0.2 | 145.00 |
| 12/27/10 | Eve H. Karasik | Confer with Gary E. Klausner re Motion to Intervene | 0.1 | 72.50 |
| 12/27/10 | Gary E. Klausner | Exchange emails with counsel for Haligowski re stipulation | 0.3 | 238.50 |
| 12/27/10 | Gary E. Klausner | Telephone conference with A. Rusnak re proposed stipulation with Haligowski | 0.2 | 159.00 |
| 12/27/10 | Gary E. Klausner | Telephone conference with Charles Curran re coverage - Haligowski issues | 0.2 | 159.00 |
| 12/27/10 | Gregory K. Jones | Review orders relating to FDIC litigation | 0.2 | 102.00 |
| 12/27/10 | Gregory K. Jones | Emails with Eve H. Karasik on motion to intervene | 0.2 | 102.00 |
| 12/28/10 | Eve H. Karasik | Confer with Gregory K. Jones re intervention motion response date | 0.1 | 72.50 |
| 12/28/10 | Eve H. Karasik | Confer with Gary E. Klausner re: FDIC proposal | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/28/10 | Eve H. Karasik | Analyze correspondence from C. Padien re: FDIC proposal | 0.1 | 72.50 |
| 12/28/10 | Gregory K. Jones | Review local district court rules on motion practice and confer with Eve H. Karasik | 0.3 | 153.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 2.1 | 795.00 | 1,669.50 |
| Eve H. Karasik | Shareholder | 7.4 | 725.00 | 5,365.00 |
| Gregory K. Jones | Of Counsel | 6.1 | 510.00 | 3,111.00 |
| | | 15.6 | | 10,145.50 |

| Fees | | | | 10,145.50 |
|------|--|--|--|----------|

**SUMMARY FOR 06288-0120: Litigation**

| Total Fees This Invoice | 10,145.50 |
|-------------------------|-----------|

| Amount Due | 10,145.50 |
|------------|-----------|

## SUMMARY OF ALL FEES, COSTS AND DISBURSEMENTS BY MATTER

| Matter | | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 06288-0000 | Imperial Capital Bancorp - Chapter 11 12/19/09 | 0.00 | 2,252.89 | 2,252.89 |
| 06288-0010 | Case Administration | 2,669.50 | 0.00 | 2,669.50 |
| 06288-0020 | Meetings of and Communications with Creditors | 7,161.50 | 0.00 | 7,161.50 |
| 06288-0030 | General Business Operations | 3,634.50 | 0.00 | 3,634.50 |
| 06288-0040 | Fee/Employment Applications | 5,080.00 | 0.00 | 5,080.00 |
| 06288-0070 | Claims Administration and Objections | 819.00 | 0.00 | 819.00 |
| 06288-0080 | Asset Analysis and Recovery | 204.00 | 0.00 | 204.00 |
| 06288-0100 | Plan/Disclosure Statement | 46,916.00 | 0.00 | 46,916.00 |
| 06288-0120 | Litigation | 10,145.50 | 0.00 | 10,145.50 |
| | | 76,630.00 | 2,252.89 | 78,882.89 |

## SUMMARY OF ALL FEES, COSTS AND DISBURSEMENTS

| | |
|---|---:|
| Subtotal Fees | 76,630.00 |
| Subtotal Costs and Disbursements | 2,252.89 |
| Total This Invoice | 78,882.89 |

**CERTIFICATE OF SERVICE**

I, Joanne B. Stern, am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is Stutman, Treister, & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013.

On January 20, 2011, I served the foregoing pleading:

**EIGHTH MONTHLY STATEMENT OF STUTMAN, TREISTER & GLATT, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (December 1, 2010 to December 31, 2010)**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

*See Service List Attached Hereto and Incorporated Herein by Reference*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2011, at Los Angeles, California.

*/s/Joanne B. Stern*
Joanne B. Stern

547469v.1

1

## SERVICE LIST

2

Imperial Capital Bank
Special Notice List

3

4

Imperial Capital Bancorp
Attn: Joseph W. Kiley, III, CEO
PO Box 2283
La Jolla, CA 92037-2283

5

6

Counsel to Bank of New York Mellon:
Pillsbury Winthrop Shaw Pittman LLP
Margot P. Erlich/Leo Crowley
1540 Broadway
New York, NY 10036-4039

7

8

9

Securities & Exchange Commission
Attn: Sara D. Moyed
5670 Wilshire Blvd., Suite 1100
Los Angeles, CA 90036

10

11

12

Committee Member:
Bank of New York Mellon as Indenture
Trustee
Attn: Martin Feig
101 Barclay Street, 8 West
New York, NY 10286

13

14

15

16

David Hunt
4087 Caminito Suero
San Diego, CA 92122

17

18

19

Jeffrey A. Berman
Sidley & Austin LLP
555 W. Fifth Street, 40th Floor
Los Angeles, CA 90013

20

21

22

Charles E. Kohl
25662 Shaw Place
Stevenson Ranch, CA 91381

23

24

25

Keith Lupton
Ernst & Young LLP
725 S. Figueroa Street
Los Angeles, CA 90017

26

27

28

Imperial Capital Bancorp
Attn: Anthony Rusnak, Esq.
PO Box 2283
La Jolla, CA 92037-2283

Committee Member:
US Bank as Trustee for
ITLA Capital Statutory Trust(s) I, II, V,
Attn: James H. Byrnes
One Federal Street, 3rd Floor
Boston, MA 02110

Federal Deposit Insurance Corporation
25 Jessie Street at Ecker Square,
Suite 2300
San Francisco, CA 94105

Committee Member:
888 Prospect LJ, LLC
Attn: Mercedes Juarez
Cushman & Wakefield of SD
4435 Eastgate Mall, Suite 200
San Diego, CA 92121

Timothy M. Doyle
2617 Sutter Street
Carlsbad, CA 92010

Scott Wallace
7879 Sitio Abeto Dr.
Carlsbad, CA 92309

A Bullock
Squar, Milner, Peterson, Miranda
& Williamson, LLP
4100 Newport Place Drive, Third Floor
Newport Beach, CA 92660

Rosemary E. Lennon
1031-A Kenneth Road
Glendale, CA 91202

United States Trustee
David A. Ortiz, Esq.
United States Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

United States Department of Justice Tax
Division
Civil Trial Section, Western Division
PO Box 683, Ben Franklin Station
Washington, DC 20044

Dept of Financial Institutions
7575 Metropolitan Drive, Suite 108
San Diego, CA 92108

Brian Benson
357 S. Curson Ave., #11-C
Los Angeles, CA 90036

David Muchnikoff
Silver Freedman & Taff LLP
3299 K Street NW, Suite 100
Washington, DC 20007

American Express Travel Services, Inc.
4315 S. 2700 W
Salt Lake City, UT  84184

Aila Pallera
KPMG
355 South Grand Avenue
Los Angeles, CA 90071-1568

Thomas Hobbs
531 Avenida del Verdor
San Clemente, CA 92672

547469v.1

1

2 Bloomberg, LP                              Kevin Boyer, President                    Jayne Lindberg
  6500 Wilshire Boulevard                    Boyer Moving & Storage                   J A Lindberg Interiors
3 Los Angeles, CA 90048                      13691 Danielson Street, Suite D          4079 Promontory Street
                                             Poway, CA 92064                          San Diego, CA 92109
4
                                             Cynthia S. Reynolds                      Counsel to FDIC:
5 Grande Colonial Hotel La Jolla             AVP/Dedicated Service Director           Jeffrey Isaacs
  910 Prospect Street                        Bank of America                          Procopio, Cory, Hargreaves & Savitch
6 La Jolla, CA 92037                         1655 Grant Street, Bldg. A, 10th Floor   LLP
                                             Concord, CA 94520                        530 B Street, Suite 2100
7                                                                                     San Diego, CA 92101

8 Gerald P. Kennedy                          Counsel to Bloomberg Finance LP          Counsel to U.S. Bank National
  Procopio, Cory, Hargreaves & Savitch       Willkie Farr & Gallagher LLP             Association
9 LLP                                        Attn: Carol R. Mascera/Shaunna D.        Marie C. Pollio
  530 B Street, Suite 2100                   Jones                                    Shipman & Goodwin LLP
  San Diego, CA 92101                        787 Seventh Avenue                       One Constitution Plaza
10                                           New York, NY 10019-6099                  Hartford, CT 06103

11 Request For Notice:                       Counsel to the Creditors' Committee:     Attys for Iron Mountain Info. Mngt, Inc.
   Counsel to 888 Prospect                   David P. Simonds                         Frank F. McGinn
12 Jerry D. Hemme                            Akin Gump Strauss Hauer & Feld LLP       Bartlett Hackett Feinberg P.C.
   Goode, Hemme & Peterson                   2029 Century Park East, Suite 2400       155 Federal St., 9th Fl.
13 6256 Greenwich Dr. Suite 500              Los Angeles, CA 90067                    Boston, MA 02110
   San Diego, CA 92122
14
   Request for Notice:
15 Heather D. Verbeck, Director
   FSI Group, Inc.
16 441 Vine Street, Suite 1300
   Cincinnati, OH 45202

17

18

19

20

21

22

23

24

25

26

27

28