1  GARY E. KLAUSNER (STATE BAR NO. 69077)
   GREGORY K. JONES (STATE BAR NO. 181072)
2  STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
3  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067
4  Telephone: (310) 228-5600
   Telecopy:  (310) 228-5788
5
6  Reorganization Counsel for
   Debtor and Debtor in Possession
7
   Debtor's Mailing Address:
   888 Prospect Street, Suite 210
8  La Jolla, CA 92037

9              **UNITED STATES BANKRUPTCY COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  In re | )  Case No. 09-19431-LA11 |
| | ) |
| 12  IMPERIAL CAPITAL BANCORP, INC., a | )  Chapter 11 |
|     Delaware corporation, | ) |
| 13 | )  **TENTH MONTHLY STATEMENT OF** |
| | )  **STUTMAN, TREISTER & GLATT, P.C.** |
| 14           Debtor. | )  **FOR INTERIM COMPENSATION AND** |
| | )  **REIMBURSEMENT OF EXPENSES** |
| 15  Tax Identification Number: | )  **(February 1, 2011 to February 28, 2011)** |
| | ) |
| 16  95-4596322 | )              Hearing |
| | ) |
| 17 | )  [None required unless a written objection is |
| | )  received per the Bankruptcy Court's Interim |
| 18 | )  Compensation Order] |
| 19 | ) |
| 20 | ) |
| 21 | ) |
| 22 _____ | ) |

23

24

25

26

27

28

549115v.1

1   **TO THE HONORABLE LOUISE DeCARL ADLER, UNITED STATES BANKRUPTCY**

2   **JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE OFFICIAL**

3   **COMMITTEE OF UNSECURED CREDITORS; AND OTHER INTERESTED PARTIES:**

4              Pursuant to 11 U.S.C. §§ 330 & 331, Federal Rule of Bankruptcy Procedure 2016(a),

5   and the Court's *Order on Motion to Establish Procedures for Interim Compensation* (the "Interim

6   Compensation Order" [Docket No. 198]), Stutman, Treister & Glatt, Professional Corporation

7   ("ST&G") respectfully submits this monthly statement (the "Application") for interim allowance and

8   payment of compensation for actual, necessary services rendered and for reimbursement of actual,

9   necessary expenses incurred during the period between February 1, 2011 and February 28, 2011 (the

10  "Application Period") in the above-captioned chapter 11 case of Imperial Capital Bancorp, Inc. (the

11  "Debtor").  In support of this Application, ST&G respectfully represents as follows:

12  **A.      Amounts Requested.**

13             By this Application, ST&G seeks payment of the following amounts incurred during

14  the Application Period:

15        <u>Fees:</u>              $72,388.00      *  80%        =        $57,910.40

16        <u>Expenses:</u>         $ 1,734.18      * 100%        =        $1,734.18

17        **TOTAL**                                                      **$59,644.58**

18             This is the tenth request for interim compensation and reimbursement of expenses

19  made by ST&G since the commencement of the Debtor's bankruptcy case.

20  **B.      Detailed Listing Of Time Expended And Time Entries.**

21             Attached hereto as Exhibit "A" is a detailed listing of all services provided and all

22  expenses incurred by ST&G during the Application Period.  The listing sets forth the specific

23  services rendered by ST&G, the total time expended on these services, the names of the

24  professionals who performed such services, and the hourly billing rate for each individual.

25             ST&G utilizes the following billing numbers to classify time and expenses billed in

26  this case, which categories are used in Exhibit "A":

27

28

549115v.1

| Category | Billing Number |
|---|---|
| Costs and Expenses | 6288.000 |
| Case Administration | 6288.010 |
| Meetings of and Communications with Creditors, Shareholders and Committees | 6288.020 |
| General Business Operations | 6288.030 |
| Fee/Employment Applications | 6288.040 |
| Fee/Employment Objections | 6288.050 |
| Financing | 6288.060 |
| Claims Administration and Objections | 6288.070 |
| Asset Analysis and Recovery | 6288.080 |
| Asset Disposition | 6288.090 |
| Plan/Disclosure Statement | 6288.100 |
| Employee Benefits/Plans | 6288.110 |
| Litigation | 6288.120 |

**C.    Request For Payment And Opportunity To Object.**

ST&G hereby requests that the Debtor pay ST&G the amounts requested in this Application.  Pursuant to paragraph 5 of the Interim Compensation Order, all parties in interest shall have until ten (10) days after notice of this Application (the "Objection Deadline") to object to the amounts requested by this Application.  If, by the Objection Deadline, no written objection setting forth the precise nature of an objection to this Application and the disputed amounts at issue has been filed and served, then the Debtor shall pay to ST&G the amounts requested herein.  If a party submits a written objection, it must set forth the specific amount of fees and/or costs at issue.  While an objection is pending, the Debtor is authorized to pay ST&G 80% of the fees that are not subject to the objection.

1        ST&G reserves the right to correct, amend, or supplement this Application until such

2    time as final compensation and reimbursement is sought from the Debtor's estate.

3

4    DATED:  March 18, 2011    /s/ Gregory K. Jones

5        GARY E. KLAUSNER, and
    GREGORY K. JONES, Members of

6        STUTMAN, TREISTER & GLATT
    PROFESSIONAL CORPORATION

7        Reorganization Counsel for Debtor and Debtor in
    Possession

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Exhibit "A"**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Stutman, Treister & Glatt

## Professional Corporation
1901 Avenue of the Stars
12th Floor
Los Angeles, California 90067

February 28, 2011

Imperial Capital Bancorp, Inc.
Attn: Joseph W. Kiley, III
888 Prospect Street, Suite 210
La Jolla, CA  92037

06288

Invoice Number: ******

*Invoice for Period Through February 28, 2011*

Legal Services Regarding: Imperial Capital Bancorp, Inc.

**06288-0000: Imperial Capital Bancorp - Chapter 11 12/19/09**

COSTS AND DISBURSEMENTS

| Cost Category | Month | Amount |
|---|---|---|
| Computer Research Expense | February 2011 | 322.54 |
| | Total | 322.54 |
| Copy Production | February 2011 | 1,095.45 |
| | Total | 1,095.45 |
| Long Distance Telephone | February 2011 | 54.13 |
| | Total | 54.13 |
| Parking Validation | February 2011 | 90.00 |
| | Total | 90.00 |
| Postage | February 2011 | 172.06 |
| | Total | 172.06 |

Total Costs by Category:

| | | |
|---|---|---|
| | Computer Research Expense | 322.54 |
| | Copy Production | 1,095.45 |
| | Long Distance Telephone | 54.13 |
| | Parking Validation | 90.00 |
| | Postage | 172.06 |
| | Total | 1,734.18 |

**SUMMARY FOR 06288-0000: Imperial Capital Bancorp - Chapter 11 12/19/09**

| | |
|---|---|
| Total Costs and Disbursements This Invoice | 1,734.18 |
| Amount Due | 1,734.18 |

**06288-0010: Case Administration**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/01/11 | Eve H. Karasik | Confer with Gary E. Klausner re status | 0.1 | 72.50 |
| 02/01/11 | Gregory K. Jones | Conference with Eve H. Karasik on upcoming hearings, claim objections, and litigation matters | 0.4 | 204.00 |
| 02/01/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/01/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/03/11 | Gregory K. Jones | Review order continuing status conference | 0.1 | 51.00 |
| 02/03/11 | Joanne B. Stern | Analyze and code documents. | 1.8 | 432.00 |
| 02/03/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/03/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/07/11 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 02/07/11 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 02/07/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/08/11 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 02/08/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/09/11 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 02/09/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/09/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/10/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/10/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/11/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/11/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/14/11 | Eve H. Karasik | Analyze miscellaneous pleadings | 0.1 | 72.50 |
| 02/14/11 | Gary E. Klausner | Telephone conference with R. Chance re case status | 0.2 | 165.00 |
| 02/14/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/14/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/14/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik re copy of docket no. 407. | 0.1 | 24.00 |
| 02/14/11 | Joanne B. Stern | Analyze and download copy of docket no. 407. | 0.1 | 24.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/15/11 | Joanne B. Stern | Analyze case docket | 0.2 | 48.00 |
| 02/15/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/15/11 | Joanne B. Stern | Prepare pleading re certificate of service of entered order on stipulation to continue status conference hearing. | 0.2 | 48.00 |
| 02/15/11 | Joanne B. Stern | Prepare and upload certificate of service of entered order on stipulation to continue status conference hearing. | 0.2 | 48.00 |
| 02/15/11 | Joanne B. Stern | Prepare pleading re certificate of service of entered order on second interim fee applications. | 0.2 | 48.00 |
| 02/15/11 | Joanne B. Stern | Prepare and upload certificate of service re entered order on second interim fee applications. | 0.2 | 48.00 |
| 02/16/11 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 02/16/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/16/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/17/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/17/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/18/11 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 02/18/11 | Eve H. Karasik | Confer with Gregory K. Jones re status conference and report | 0.1 | 72.50 |
| 02/18/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 02/18/11 | Joanne B. Stern | Telephone conference with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re dockets | 0.1 | 24.00 |
| 02/22/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re docket | 0.1 | 24.00 |
| 02/23/11 | Eve H. Karasik | Revise Status Report | 0.4 | 290.00 |
| 02/23/11 | Gregory K. Jones | Prepare status report for February | 3.0 | 1,530.00 |
| 02/23/11 | Gregory K. Jones | Review and revise status report and confer with Eve H. Karasik | 0.5 | 255.00 |
| 02/23/11 | Gregory K. Jones | Research docket and correspondence for inclusion into status report | 0.2 | 102.00 |
| 02/23/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 02/23/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re case dockets | 0.1 | 24.00 |
| 02/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re: Status Conference | 0.1 | 72.50 |
| 02/24/11 | Gregory K. Jones | Review and revise status conference statement and prepare for filing | 1.0 | 510.00 |
| 02/25/11 | Gregory K. Jones | Confer with Eve H. Karasik on requests regarding pending motions | 0.2 | 102.00 |
| 02/25/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 02/25/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re dockets | 0.1 | 24.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/28/11 | Eve H. Karasik | Confer with Gregory K. Jones re Status Conference | 0.1 | 72.50 |
| 02/28/11 | Gregory K. Jones | Emails with Eve H. Karasik and Gary E. Klausner on status conference | 0.2 | 102.00 |
| 02/28/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 02/28/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re dockets | 0.1 | 24.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 0.2 | 825.00 | 165.00 |
| Eve H. Karasik | Shareholder | 1.3 | 725.00 | 942.50 |
| Gregory K. Jones | Of Counsel | 5.6 | 510.00 | 2,856.00 |
| Joanne B. Stern | Paralegal | 7.6 | 240.00 | 1,824.00 |
|  |  | 14.7 |  | 5,787.50 |

Fees                                                                                      5,787.50

**SUMMARY FOR 06288-0010: Case Administration**

Total Fees This Invoice                                                                    5,787.50

Amount Due                                                                                 5,787.50

**06288-0020: Meetings of and Communications with Creditors**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/01/11 | Gregory K. Jones | Emails with Isaacs on Torrey Pines tax escrow account | 0.1 | 51.00 |
| 02/02/11 | Gregory K. Jones | Phone conference with Padien on fee hearing, claim objections, assets and other issues | 0.5 | 255.00 |
| 02/03/11 | Eve H. Karasik | Analyze correspondence from C. Padien re Disclosure Statement | 0.1 | 72.50 |
| 02/03/11 | Gregory K. Jones | Review emails from Committee counsel on developments in Colonial case | 0.2 | 102.00 |
| 02/04/11 | Gregory K. Jones | Emails with Committee on fees and FDIC counteroffer | 0.2 | 102.00 |
| 02/04/11 | Gregory K. Jones | Review response to FDIC settlement from Committee counsel | 0.2 | 102.00 |
| 02/07/11 | Eve H. Karasik | Confer with Gregory K. Jones re: insurance carrier letter | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Analyze correspondence from C. Padien re FTI Settlement Analysis | 0.3 | 217.50 |
| 02/07/11 | Eve H. Karasik | Confer with C. Padien re Committee meeting and FDIC proposal | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Confer with C. Padien re: FDIC meeting | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Analyze correspondence from C. Padien re: FDIC meeting | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Revise correspondence to C. Padien re: FDIC meeting | 0.1 | 72.50 |
| 02/07/11 | Gregory K. Jones | Review Committee emails pending pleadings and on FDIC settlement meeting (several) | 0.3 | 153.00 |
| 02/08/11 | Gregory K. Jones | Emails with Padien on escrow account | 0.2 | 102.00 |
| 02/08/11 | Gregory K. Jones | Messages with Gilliam on Integra | 0.2 | 102.00 |
| 02/09/11 | Eve H. Karasik | Confer with C. Padien re settlement meeting | 0.1 | 72.50 |
| 02/09/11 | Eve H. Karasik | Confer with C. Padien re FDIC settlement meeting | 0.1 | 72.50 |
| 02/09/11 | Eve H. Karasik | Telephone conference with C. Padien re: FDIC meeting | 0.5 | 362.50 |
| 02/09/11 | Gregory K. Jones | Research information in connection with Committee document request | 0.2 | 102.00 |
| 02/10/11 | Eve H. Karasik | Meet with Committee re Plan issues, etc. | 0.6 | 435.00 |
| 02/10/11 | Gregory K. Jones | Conferences with Committee counsel on various issues | 1.5 | 765.00 |
| 02/16/11 | Eve H. Karasik | Confer with C. Padien re Plan and Liquidating Trust Agreement review | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Confer with C. Padien re FDIC counter proposal | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Confer with C. Padien, et al, re revised Plan and Liquidating Trust Agreement | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/17/11 | Gary E. Klausner | Analyze correspondence from C. Padien re settlement | 0.1 | 82.50 |
| 02/17/11 | Gregory K. Jones | Emails with attorneys on Vaughn state court case | 0.2 | 102.00 |
| 02/18/11 | Eve H. Karasik | Prepare for FDIC proposal call with Committee | 0.5 | 362.50 |
| 02/18/11 | Eve H. Karasik | Confer with H. Jacobson re BSD argument | 0.1 | 72.50 |
| 02/18/11 | Eve H. Karasik | Confer with C. Padien, H. Jacobson, et al, re: FDIC settlement response | 0.7 | 507.50 |
| 02/18/11 | Gregory K. Jones | Emails with Padien on various issues in case | 0.2 | 102.00 |
| 02/22/11 | Eve H. Karasik | Telephone conference with C. Padien re: case status and 502(d) | 0.3 | 217.50 |
| 02/22/11 | Eve H. Karasik | Confer with C. Padien re Plan | 0.1 | 72.50 |
| 02/22/11 | Gregory K. Jones | Emails with Padien on plan discussion | 0.1 | 51.00 |
| 02/23/11 | Eve H. Karasik | Telephone conference with C. Padien re FDIC issues | 0.1 | 72.50 |
| 02/24/11 | Gregory K. Jones | Emails with Padien on Integra and Kiley consulting agreement | 0.2 | 102.00 |
| 02/24/11 | Gregory K. Jones | Messages to Padien on conference with district court clerk | 0.2 | 102.00 |
| 02/24/11 | K. John Shaffer | Prepare correspondence to C. Padien and D. Simmonds re FDIC litigation | 0.2 | 159.00 |
| 02/24/11 | K. John Shaffer | Revise correspondence to C. Padien and D. Simmonds re FDIC litigation | 0.1 | 79.50 |
| 02/24/11 | K. John Shaffer | Confer with C. Padien re call with FDIC re: continuing litigation | 0.1 | 79.50 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 0.1 | 825.00 | 82.50 |
| Eve H. Karasik | Shareholder | 4.6 | 725.00 | 3,335.00 |
| K. John Shaffer | Shareholder | 0.4 | 795.00 | 318.00 |
| Gregory K. Jones | Of Counsel | 4.5 | 510.00 | 2,295.00 |
| | | 9.6 | | 6,030.50 |

| Fees | | | | 6,030.50 |
|------|--|--|--|----------|

**SUMMARY FOR 06288-0020: Meetings of and Communications with Creditors**

| Total Fees This Invoice | 6,030.50 |
|-------------------------|----------|

| Amount Due | 6,030.50 |
|------------|----------|

**06288-0030: General Business Operations**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/01/11 | Eve H. Karasik | Confer with Gregory K. Jones re Kiley Agreement | 0.1 | 72.50 |
| 02/01/11 | Eve H. Karasik | Confer with Gregory K. Jones re tax issues | 0.3 | 217.50 |
| 02/01/11 | Eve H. Karasik | Revise Kiley Agreement | 0.3 | 217.50 |
| 02/01/11 | Eve H. Karasik | Confer with Gregory K. Jones re Kiley Agreement | 0.1 | 72.50 |
| 02/01/11 | Gregory K. Jones | Prepare consulting agreement for Kiley | 2.0 | 1,020.00 |
| 02/01/11 | Gregory K. Jones | Phone conference with McCall on IRS filings | 0.3 | 153.00 |
| 02/01/11 | Gregory K. Jones | Emails with O'Donnell on separate tax escrow account | 0.2 | 102.00 |
| 02/02/11 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner re tax reserve account | 0.1 | 72.50 |
| 02/02/11 | Gregory K. Jones | Emails with Kiley on consulting agreement | 0.2 | 102.00 |
| 02/02/11 | Gregory K. Jones | Research relating to claim on D&O policy | 0.4 | 204.00 |
| 02/03/11 | Eve H. Karasik | Confer with Gregory K. Jones re insurance policy | 0.2 | 145.00 |
| 02/03/11 | Eve H. Karasik | Confer with J. Isaacs re Revenue Report | 0.1 | 72.50 |
| 02/03/11 | Eve H. Karasik | Confer with Gregory K. Jones re Revenue Report | 0.1 | 72.50 |
| 02/03/11 | Eve H. Karasik | Confer with J. Isaacs re IRS Report (2x) | 0.2 | 145.00 |
| 02/03/11 | Eve H. Karasik | Confer with Gregory K. Jones re IRS Report | 0.1 | 72.50 |
| 02/03/11 | Gregory K. Jones | Emails with Eve H. Karasik on IRS agent's report | 0.2 | 102.00 |
| 02/04/11 | Eve H. Karasik | Confer with Gregory K. Jones re: IRS Report | 0.2 | 145.00 |
| 02/04/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to J. Isaacs re: IRS Report | 0.1 | 72.50 |
| 02/04/11 | Gregory K. Jones | Review IRS documents submitted by E&Y | 0.3 | 153.00 |
| 02/04/11 | Gregory K. Jones | Phone conference with O'Donnell on money market accounts | 0.2 | 102.00 |
| 02/04/11 | Gregory K. Jones | Review emails on establishment of tax reserve account | 0.2 | 102.00 |
| 02/07/11 | Eve H. Karasik | Confer with Gregory K. Jones re: insurance carrier letter | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to A. Rusnak re Consulting Agreement | 0.1 | 72.50 |
| 02/07/11 | Gregory K. Jones | Review documents related to insider compensation | 0.6 | 306.00 |
| 02/07/11 | Gregory K. Jones | Emails with Rusnak on Kinley agreement | 0.2 | 102.00 |
| 02/07/11 | Gregory K. Jones | Review E&Y emails on documents accepted by IRS | 0.2 | 102.00 |
| 02/07/11 | Gregory K. Jones | Emails with client on tax reserve account | 0.2 | 102.00 |
| 02/08/11 | Gregory K. Jones | Emails with O'Donnell on Integra | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/09/11 | Scott H. Yun | Exchange emails with L. Staruck of Arthur J. Gallagher & Co. re return of premium | 0.2 | 119.00 |
| 02/14/11 | Gregory K. Jones | Emails with O'Donnell on premium insurance refunds | 0.2 | 102.00 |
| 02/15/11 | Gregory K. Jones | Emails with Sasaki on information for operating report | 0.3 | 153.00 |
| 02/15/11 | Gregory K. Jones | Emails with Rusnak on CNB issues | 0.2 | 102.00 |
| 02/15/11 | Gregory K. Jones | Review and revise operating report | 0.5 | 255.00 |
| 02/16/11 | Gregory K. Jones | Review and revise January operating report | 0.4 | 204.00 |
| 02/16/11 | Gregory K. Jones | Emails with Sasaki on insider payments | 0.2 | 102.00 |
| 02/16/11 | Gregory K. Jones | Emails with Rusnak on operating report for January | 0.2 | 102.00 |
| 02/16/11 | Gregory K. Jones | Phone conference and emails with O'Donnell on insurance certificates and refunds | 0.3 | 153.00 |
| 02/17/11 | Eve H. Karasik | Analyze correspondence from A. Rusnak re loans | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Confer with A. Rusnak re tax forms | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Confer with A. Rusnak re SOW tax forms and confer with Gregory K. Jones re same | 0.1 | 72.50 |
| 02/17/11 | Gregory K. Jones | Review email from Gilliam on Integra rejection | 0.1 | 51.00 |
| 02/17/11 | Gregory K. Jones | Emails with Rusnak on operating report | 0.2 | 102.00 |
| 02/18/11 | Eve H. Karasik | Analyze correspondence from A. Rusnak re Questionnaire | 0.1 | 72.50 |
| 02/18/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re: SOWs from Ernst & Young | 0.1 | 72.50 |
| 02/18/11 | Eve H. Karasik | Confer with Gregory K. Jones re Kiley Consulting Agreement | 0.1 | 72.50 |
| 02/18/11 | Gregory K. Jones | Review correspondence from Arthur J. Gallagher and refunds | 0.2 | 102.00 |
| 02/18/11 | Gregory K. Jones | Review and revise operating report and prepare for filing | 1.0 | 510.00 |
| 02/18/11 | Gregory K. Jones | Correspondence to client on vehicle insurance refund | 0.2 | 102.00 |
| 02/18/11 | Gregory K. Jones | Review client memorandum on loans possibly owned by the Debtor and related documents | 0.3 | 153.00 |
| 02/18/11 | Joanne B. Stern | Exchange emails with Gregory K. Jones e-filing January operating report | 0.1 | 24.00 |
| 02/18/11 | Joanne B. Stern | Prepare and e-file January operating report | 0.3 | 72.00 |
| 02/21/11 | Gregory K. Jones | Emails with Padien on Kiley consulting agreement | 0.2 | 102.00 |
| 02/22/11 | Gregory K. Jones | Emails with Simonds on quarterly fee payments | 0.1 | 51.00 |
| 02/25/11 | Eve H. Karasik | Analyze correspondence from J. Wu re SOWS | 0.1 | 72.50 |
| 02/25/11 | Eve H. Karasik | Analyze correspondence from J. Simon re SOWS | 0.1 | 72.50 |
| 02/25/11 | Eve H. Karasik | Analyze correspondence from A. Rusnak re: residential loans | 0.3 | 217.50 |
| 02/25/11 | Gregory K. Jones | Emails with Padien on operating report and other matters | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Scott H. Yun | Shareholder | 0.2 | 595.00 | 119.00 |
| Eve H. Karasik | Shareholder | 3.2 | 725.00 | 2,320.00 |
| Gregory K. Jones | Of Counsel | 10.2 | 510.00 | 5,202.00 |
| Joanne B. Stern | Paralegal | 0.4 | 240.00 | 96.00 |
| | | 14.0 | | 7,737.00 |

Fees                                                                 7,737.00

**SUMMARY FOR 06288-0030: General Business Operations**

Total Fees This Invoice                                               7,737.00

Amount Due                                                           7,737.00

**06288-0040: Fee/Employment Applications**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/01/11 | Eve H. Karasik | Confer with Gregory K. Jones re fee hearing | 0.1 | 72.50 |
| 02/01/11 | Gregory K. Jones | Research on documents relating to fee application hearing | 0.4 | 204.00 |
| 02/01/11 | Gregory K. Jones | Confer with Committee counsel on fee hearing | 0.1 | 51.00 |
| 02/02/11 | Eve H. Karasik | Confer with Gregory K. Jones re Fee Application tentative ruling | 0.1 | 72.50 |
| 02/02/11 | Eve H. Karasik | Confer with Gregory K. Jones re conversation with J. Isaacs re Fee Application tentative ruling | 0.1 | 72.50 |
| 02/02/11 | Eve H. Karasik | Confer with Gregory K. Jones re fee application hearing | 0.1 | 72.50 |
| 02/02/11 | Eve H. Karasik | Confer with Gregory K. Jones re FDIC acceptance of tentative ruling | 0.1 | 72.50 |
| 02/02/11 | Gregory K. Jones | Emails with Kiley on fees | 0.2 | 102.00 |
| 02/02/11 | Gregory K. Jones | Emails with Eve H. Karasik on upcoming hearing | 0.1 | 51.00 |
| 02/02/11 | Gregory K. Jones | Review tentative ruling on fees and confer with Eve H. Karasik | 0.2 | 102.00 |
| 02/02/11 | Gregory K. Jones | Phone conference with Isaacs on fee hearing tentative | 0.2 | 102.00 |
| 02/02/11 | Gregory K. Jones | Emails with E&Y counsel on fee hearing (several) | 0.4 | 204.00 |
| 02/02/11 | Gregory K. Jones | Emails with Isaacs on fee application hearing | 0.2 | 102.00 |
| 02/03/11 | Gregory K. Jones | Messages to and from O'Donnell on professional fees | 0.2 | 102.00 |
| 02/03/11 | Gregory K. Jones | Emails with Committee counsel on fee order | 0.1 | 51.00 |
| 02/03/11 | Gregory K. Jones | Prepare order granting second interim fee applications | 1.0 | 510.00 |
| 02/03/11 | Gregory K. Jones | Emails with other professionals on second interim fee applications | 0.3 | 153.00 |
| 02/04/11 | Gregory K. Jones | Phone conference with O'Donnell on fee payments | 0.2 | 102.00 |
| 02/07/11 | Gregory K. Jones | Revise second fee order and prepare for filing | 0.3 | 153.00 |
| 02/07/11 | Gregory K. Jones | Phone conference with O'Donnell on fee payments | 0.1 | 51.00 |
| 02/07/11 | Gregory K. Jones | Review correspondence on KPMG employment | 0.1 | 51.00 |
| 02/07/11 | Joanne B. Stern | Exchange emails with Gregory K. Jones re uploading second interim fee order. | 0.1 | 24.00 |
| 02/07/11 | Joanne B. Stern | Prepare and upload second interim fee order. | 0.3 | 72.00 |
| 02/09/11 | Gregory K. Jones | Review details of wire transfers | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/09/11 | Gregory K. Jones | Review entered fee order and confer with client | 0.2 | 102.00 |
| 02/09/11 | Gregory K. Jones | Emails with Padien on fee order | 0.2 | 102.00 |
| 02/10/11 | Gregory K. Jones | Review and summarize amounts to be paid to professionals for second interim period | 0.3 | 153.00 |
| 02/14/11 | Gregory K. Jones | Prepare correspondence to professionals on November and December 2010 payments (two) | 0.3 | 153.00 |
| 02/14/11 | Gregory K. Jones | Emails with Silver Freedman on revisions to fee application entries | 0.2 | 102.00 |
| 02/15/11 | Eve H. Karasik | Confer with Gregory K. Jones re: Fee Statement preparation | 0.1 | 72.50 |
| 02/15/11 | Gregory K. Jones | Emails with Padien on fees for January 2011 | 0.2 | 102.00 |
| 02/15/11 | Gregory K. Jones | Prepare and file Silver Freedman fee statement | 0.8 | 408.00 |
| 02/15/11 | Gregory K. Jones | Emails with Eve H. Karasik on Chance | 0.2 | 102.00 |
| 02/15/11 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing 6th Silver, Freedman, fee statement. | 0.1 | 24.00 |
| 02/15/11 | Joanne B. Stern | Prepare and e-file 6th Silver, Freedman fee statement. | 0.3 | 72.00 |
| 02/16/11 | Eve H. Karasik | Confer with Gary E. Klausner re: Fee Statement preparation | 0.1 | 72.50 |
| 02/16/11 | Gregory K. Jones | Emails with O'Donnell on payment of amounts in second interim fee application | 0.2 | 102.00 |
| 02/16/11 | Gregory K. Jones | Correspondence to Chance on status of case | 0.1 | 51.00 |
| 02/17/11 | Eve H. Karasik | Prepare Fee Statement | 0.5 | 362.50 |
| 02/18/11 | Gregory K. Jones | Review E&Y SOWs | 0.7 | 357.00 |
| 02/18/11 | Gregory K. Jones | Review emails from E&Y on 2010 tax compliance | 0.2 | 102.00 |
| 02/18/11 | Gregory K. Jones | Confer with A. Rusnak (2x) on E&Y SOWs and questionnaire | 0.2 | 102.00 |
| 02/18/11 | Gregory K. Jones | Emails with Eve H. Karasik on supplement E&Y documents | 0.2 | 102.00 |
| 02/18/11 | Gregory K. Jones | Review January invoice and prepare STG ninth monthly fee statement | 0.8 | 408.00 |
| 02/18/11 | Gregory K. Jones | Message to Kiley on E&Y and fees | 0.1 | 51.00 |
| 02/18/11 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing ST&G Ninth Monthly Fee Statement | 0.1 | 24.00 |
| 02/18/11 | Joanne B. Stern | Prepare and e-file ST&G Ninth Monthly Fee Statement | 0.3 | 72.00 |
| 02/19/11 | Gregory K. Jones | Emails with Kiley on second interim fee application | 0.2 | 102.00 |
| 02/22/11 | Gregory K. Jones | Phone conference with Rusnak on fees and Committee settlement discussions | 0.2 | 102.00 |
| 02/23/11 | Gregory K. Jones | Confer with O'Donnell on fee payments | 0.2 | 102.00 |
| 02/23/11 | Gregory K. Jones | Phone conferences with Kiley on fee payments | 0.2 | 102.00 |
| 02/24/11 | Gregory K. Jones | Emails with Kiley and O'Donnell on fee payments | 0.2 | 102.00 |
| 02/24/11 | Gregory K. Jones | Phone conferences with Gee and Eisman on fees | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/25/11 | Gregory K. Jones | Review emails from Foley on E&Y employment and respond | 0.3 | 153.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Eve H. Karasik | Shareholder | 1.2 | 725.00 | 870.00 |
| Gregory K. Jones | Of Counsel | 10.7 | 510.00 | 5,457.00 |
| Joanne B. Stern | Paralegal | 1.2 | 240.00 | 288.00 |
| | | 13.1 | | 6,615.00 |
| Fees | | | | <u>6,615.00</u> |

**SUMMARY FOR 06288-0040: Fee/Employment Applications**

| | |
|---|---|
| Total Fees This Invoice | <u>6,615.00</u> |
| Amount Due | <u>6,615.00</u> |

**06288-0070: Claims Administration and Objections**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/01/11 | Gregory K. Jones | Research on IRS proofs of claim and burdens of persuasion | 1.0 | 510.00 |
| 02/02/11 | Gregory K. Jones | Research caselaw relating to FTB claim objection | 1.0 | 510.00 |
| 02/03/11 | Gregory K. Jones | Emails with E&Y on FTB claim | 0.1 | 51.00 |
| 02/18/11 | Gregory K. Jones | Confer with McCall on objection to FTB claim | 0.2 | 102.00 |
| 02/19/11 | Gregory K. Jones | Review E&Y protest letter in support of deductions | 0.4 | 204.00 |
| 02/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re 365(o) reply | 0.1 | 72.50 |
| 02/25/11 | Eve H. Karasik | Analyze correspondence from A. Rusnak re franchise taxes and confer with Gregory K. Jones re same | 0.3 | 217.50 |
| 02/25/11 | Gregory K. Jones | Emails with Eve H. Karasik on franchise tax obligations | 0.2 | 102.00 |
| 02/27/11 | Gregory K. Jones | Emails with Margreta M. Morgulas on amended reply on 365(o) claim | 0.3 | 153.00 |
| 02/27/11 | Gregory K. Jones | Prepare objection to FTB claim | 2.5 | 1,275.00 |
| 02/27/11 | Gregory K. Jones | Research relevant Revenue and Tax Code sections supporting FTB claim | 1.5 | 765.00 |
| 02/28/11 | Eve H. Karasik | Confer with Gregory K. Jones re FTB claim objections | 0.2 | 145.00 |
| 02/28/11 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re claims objections | 0.1 | 72.50 |
| 02/28/11 | Gregory K. Jones | Emails with Margreta M. Morgulas on amended 365(o) reply | 0.2 | 102.00 |
| 02/28/11 | Gregory K. Jones | Review documents supporting FTB claim | 1.5 | 765.00 |
| 02/28/11 | Gregory K. Jones | Phone conference with McCall on FTB audit | 0.1 | 51.00 |
| 02/28/11 | Gregory K. Jones | Emails with Eve H. Karasik on claim objections | 0.2 | 102.00 |
| 02/28/11 | Gregory K. Jones | Confer with Eve H. Karasik on objection to FTB claim | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Eve H. Karasik | Shareholder | 0.7 | 725.00 | 507.50 |
| Gregory K. Jones | Of Counsel | 9.4 | 510.00 | 4,794.00 |
| | | 10.1 | | 5,301.50 |

| | | |
|------|---|------|
| Fees | | 5,301.50 |

**SUMMARY FOR 06288-0070: Claims Administration and Objections**

Total Fees This Invoice                                              5,301.50

Amount Due                                                           5,301.50

**06288-0080: Asset Analysis and Recovery**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/09/11 | Gregory K. Jones | Phone conference with emails with O'Donnell on premiums to be returned to debtor | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gregory K. Jones | Of Counsel | 0.2 | 510.00 | 102.00 |
|  |  | 0.2 |  | 102.00 |
| Fees |  |  |  | 102.00 |

**SUMMARY FOR 06288-0080: Asset Analysis and Recovery**

| | |
|---|---|
| Total Fees This Invoice | 102.00 |
| Amount Due | 102.00 |

**06288-0090: Asset Disposition**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/09/11 | Gregory K. Jones | Revise order on Integra contract | 0.2 | 102.00 |
| 02/09/11 | Gregory K. Jones | Revise declaration in support of rejection of Integra contract | 0.2 | 102.00 |
| 02/09/11 | Gregory K. Jones | Emails with Gilliam and Padien on revised Integra order | 0.2 | 102.00 |
| 02/15/11 | Gregory K. Jones | Correspondence to Gilliam on Integra rejection | 0.1 | 51.00 |
| 02/15/11 | Gregory K. Jones | Phone conference with Integra on proposed form of order | 0.2 | 102.00 |
| 02/15/11 | Gregory K. Jones | Revise rejection order and send to Gilliam and Padien | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gregory K. Jones | Of Counsel | 1.1 | 510.00 | 561.00 |
| | | 1.1 | | 561.00 |
| Fees | | | | <u>561.00</u> |

**SUMMARY FOR 06288-0090: Asset Disposition**

| | |
|---|---|
| Total Fees This Invoice | <u>561.00</u> |
| Amount Due | <u>561.00</u> |

**06288-0100: Plan/Disclosure Statement**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/01/11 | Eve H. Karasik | Confer with Gregory K. Jones re Plan and Liquidating Trust | 0.2 | 145.00 |
| 02/02/11 | Eve H. Karasik | Research re privilege issues; confer with Gary E. Klausner | 0.2 | 145.00 |
| 02/02/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Liquidating Trust Agreement | 0.1 | 72.50 |
| 02/03/11 | Eve H. Karasik | Confer with Gregory K. Jones re Disclosure Statement | 0.1 | 72.50 |
| 02/05/11 | Gregory K. Jones | Review disclosure statement and objections in similarly situated cases | 1.0 | 510.00 |
| 02/07/11 | Eve H. Karasik | Confer with A. Rusnak re Colonial Disclosure Statement pleadings | 0.1 | 72.50 |
| 02/08/11 | Eve H. Karasik | Confer with A. Rusnak and Jeffrey A. Resler re Liquidating Trust Agreement | 0.2 | 145.00 |
| 02/08/11 | Eve H. Karasik | Confer with A. Rusnak re Plan and Liquidating Trust revisions | 0.1 | 72.50 |
| 02/08/11 | Gregory K. Jones | Review emails on revisions to plan and liquidating trust agreement | 0.2 | 102.00 |
| 02/09/11 | Eve H. Karasik | Confer with A. Rusnak re Liquidating Trust Agreement | 0.2 | 145.00 |
| 02/10/11 | Eve H. Karasik | Analyze revised Liquidating Trust Agreement | 0.4 | 290.00 |
| 02/10/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Liquidating Trust Agreement | 0.1 | 72.50 |
| 02/10/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re plan revisions | 0.1 | 72.50 |
| 02/10/11 | Eve H. Karasik | Analyze Committee plan revisions | 2.2 | 1,595.00 |
| 02/10/11 | Eve H. Karasik | Confer with Gregory K. Jones and Jeffrey A. Resler re Plan and Disclosure Statement status | 0.2 | 145.00 |
| 02/10/11 | Gregory K. Jones | Confer with Eve H. Karasik on various issues relating to Plan | 0.2 | 102.00 |
| 02/11/11 | Eve H. Karasik | Prepare Plan redline re Akin revisions | 1.2 | 870.00 |
| 02/11/11 | Eve H. Karasik | Confer with Jeffrey A. Resler, Gary E. Klausner and Gregory K. Jones re Plan revisions and review | 0.2 | 145.00 |
| 02/15/11 | Eve H. Karasik | Confer with Gregory K. Jones re Plan issue | 0.1 | 72.50 |
| 02/15/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Plan | 0.2 | 145.00 |
| 02/15/11 | Gary E. Klausner | Confer with Eve H. Karasik re FDIC and Chapter 11 plan | 0.3 | 247.50 |
| 02/15/11 | Gregory K. Jones | Review Committee revisions to Plan and Eve H. Karasik comments | 0.3 | 153.00 |
| 02/15/11 | Gregory K. Jones | Review emails relating to plan distributions | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/15/11 | Jeffrey A. Resler | Review Plan and Liquidating Trust Agreement changes made by Committee - review Eve H. Karasik's comments/questions/changes | 2.5 | 1,625.00 |
| 02/15/11 | Jeffrey A. Resler | Draft revisions to Liquidating Trust Agreement | 2.1 | 1,365.00 |
| 02/16/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Plan and Liquidating Trust Agreement | 0.1 | 72.50 |
| 02/16/11 | Eve H. Karasik | Confer with Gregory K. Jones, Gary E. Klausner, and Jeffrey A. Resler re Plan and Liquidating Trust Agreement | 0.1 | 72.50 |
| 02/16/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Liquidating Trust Agreement and Plan | 0.1 | 72.50 |
| 02/16/11 | Eve H. Karasik | Confer with Gregory K. Jones re Plan and Liquidating Trust Agreement review | 0.1 | 72.50 |
| 02/16/11 | Eve H. Karasik | Analyze Jeffrey A. Resler revisions and issues re Plan | 0.3 | 217.50 |
| 02/16/11 | Eve H. Karasik | Analyze revised Liquidating Trust Agreement (Jeffrey A. Resler revisions) | 0.4 | 290.00 |
| 02/16/11 | Gary E. Klausner | Exchange emails with Eve H. Karasik re plan and liquidating trust agreement (2x) | 0.4 | 330.00 |
| 02/16/11 | Gregory K. Jones | Confer with Eve H. Karasik on plan and Committee meeting | 0.2 | 102.00 |
| 02/16/11 | Gregory K. Jones | Review Jeffrey A. Resler comments to liquidating trust agreement | 0.2 | 102.00 |
| 02/16/11 | Gregory K. Jones | Review emails from Committee counsel on liquidation trust negotiations | 0.2 | 102.00 |
| 02/17/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Liquidating Trust Agreement and Plan | 0.3 | 217.50 |
| 02/17/11 | Eve H. Karasik | Confer with A. Rusnak re: Liquidating Trust Agreement revisions | 0.2 | 145.00 |
| 02/17/11 | Eve H. Karasik | Revise Plan | 2.0 | 1,450.00 |
| 02/17/11 | Eve H. Karasik | Confer with A. Rusnak re revised Plan | 0.2 | 145.00 |
| 02/17/11 | Eve H. Karasik | Confer with A. Rusnak re Liquidating Trust Agreement revisions | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Revise Liquidating Trust Agreement | 0.4 | 290.00 |
| 02/17/11 | Gregory K. Jones | Review emails relating to plan and liquidating trust revisions with Committee | 0.2 | 102.00 |
| 02/17/11 | Gregory K. Jones | Confer with Eve H. Karasik on revisions to plan | 0.2 | 102.00 |
| 02/18/11 | Eve H. Karasik | Confer with C. Padien re Plan review | 0.1 | 72.50 |
| 02/18/11 | Gregory K. Jones | Review proposed revisions to plan and liquidating trust | 1.0 | 510.00 |
| 02/18/11 | Gregory K. Jones | Review emails relating to additional language for disclosure agreement | 0.2 | 102.00 |
| 02/23/11 | Eve H. Karasik | Confer with C. Padien re: Plan | 0.1 | 72.50 |
| 02/23/11 | Eve H. Karasik | Confer with Gregory K. Jones and Jeffrey A. Resler re: Plan | 0.1 | 72.50 |
| 02/23/11 | Eve H. Karasik | Telephone conference with C. Padien, K. Melman, and Jeffrey A. Resler re: Plan and Liquidating Trust Agreement | 1.8 | 1,305.00 |
| 02/23/11 | Jeffrey A. Resler | Conference call re: Plan and L Trust changes | 1.4 | 910.00 |
| 02/24/11 | Gregory K. Jones | Research on Colonial BancGroup case and confer with Rusnak | 0.5 | 255.00 |
| 02/24/11 | K. John Shaffer | Confer with Gregory K. Jones re: Plan | 0.1 | 79.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/24/11 | K. John Shaffer | Confer with Jeffrey A. Resler re Liquidating Trust Agreement revisions | 0.1 | 79.50 |
| 02/25/11 | Eve H. Karasik | Confer with A. Rusnak re: plan process and timing | 0.3 | 217.50 |
| 02/25/11 | Eve H. Karasik | Analyze correspondence from C. Padien re Plan revisions | 0.2 | 145.00 |
| 02/25/11 | Gregory K. Jones | Review pleadings on plan provisions suggested by Padien | 0.2 | 102.00 |
| 02/28/11 | Eve H. Karasik | Revise Liquidating Trust agreement | 1.0 | 725.00 |
| 02/28/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re escrow account and Liquidating Trust Agreement | 0.1 | 72.50 |
| 02/28/11 | Eve H. Karasik | Revise Plan | 4.1 | 2,972.50 |
| 02/28/11 | Eve H. Karasik | Confer with Gregory K. Jones re Plan | 0.1 | 72.50 |
| 02/28/11 | Eve H. Karasik | Confer with A. Rusnak and J. Kiley re Plan distribution | 0.2 | 145.00 |
| 02/28/11 | Eve H. Karasik | Confer with Jeffrey A. Resler, Gary E. Klausner, and Gregory K. Jones re revised Plan | 0.2 | 145.00 |
| 02/28/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Liquidating Trust Agreement | 0.1 | 72.50 |
| 02/28/11 | Eve H. Karasik | Confer with C. Padien re Plan | 0.1 | 72.50 |
| 02/28/11 | Gary E. Klausner | Exchange emails with Gregory K. Jones and Eve H. Karasik re status of plan of reorganization (2x) | 0.4 | 330.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Jeffrey A. Resler | Shareholder | 6.0 | 650.00 | 3,900.00 |
| Gary E. Klausner | Shareholder | 1.1 | 825.00 | 907.50 |
| Eve H. Karasik | Shareholder | 18.7 | 725.00 | 13,557.50 |
| K. John Shaffer | Shareholder | 0.2 | 795.00 | 159.00 |
| Gregory K. Jones | Of Counsel | 4.8 | 510.00 | 2,448.00 |
| | | 30.8 | | 20,972.00 |

| | | |
|---|---|---|
| Fees | | 20,972.00 |

**SUMMARY FOR 06288-0100: Plan/Disclosure Statement**

| | |
|---|---|
| Total Fees This Invoice | 20,972.00 |
| Amount Due | 20,972.00 |

**06288-0120: Litigation**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/02/11 | Gregory K. Jones | Phone conference with Eve H. Karasik on numerous litigation issues | 0.3 | 153.00 |
| 02/03/11 | Gregory K. Jones | Phone conference with Rusnak on various litigation matters | 0.3 | 153.00 |
| 02/04/11 | Eve H. Karasik | Confer with C. Padien re FDIC settlement response | 0.1 | 72.50 |
| 02/04/11 | Eve H. Karasik | Analyze FDIC settlement proposal | 0.3 | 217.50 |
| 02/04/11 | Eve H. Karasik | Confer with Gregory K. Jones re FDIC settlement proposal | 0.1 | 72.50 |
| 02/04/11 | Gregory K. Jones | Review FDIC reply to counteroffer | 0.2 | 102.00 |
| 02/07/11 | Eve H. Karasik | Confer with C. Padien re: FDIC counter | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Prepare correspondence to Board re FDIC proposal | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Revise correspondence to Board re FDIC proposal | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Analyze FDIC proposal | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Telephone conference with A. Rusnak re: FDIC counterproposal | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Analyze correspondence from A. Rusnak to Board re FDIC proposal | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Confer with Gary E. Klausner re Settlement Analysis | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Prepare correspondence to Board re Settlement Analysis | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Revise correspondence to Board re Settlement Analysis | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re order consolidating actions | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re Committee meeting and FDIC proposal | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Confer with Board re: FDIC meeting | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC meeting | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Confer with S. Mayuga re: FDIC meeting | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Prepare correspondence to Board re Akin email re FDIC meeting | 0.1 | 72.50 |
| 02/07/11 | Gary E. Klausner | Analyze documents re FDIC settlement | 0.2 | 165.00 |
| 02/07/11 | Gary E. Klausner | Confer with Eve H. Karasik re settlement | 0.2 | 165.00 |
| 02/07/11 | Gary E. Klausner | Analyze documents re settlement discussions; FTI analysis, communications with FTI, FDIC and Committee re settlement | 1.2 | 990.00 |
| 02/07/11 | Gregory K. Jones | Review analysis and comparison of proposed settlements | 0.6 | 306.00 |
| 02/07/11 | Gregory K. Jones | Review emails with Committee on FDIC offer | 0.1 | 51.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/07/11 | Gregory K. Jones | Conference with Kiley on fees and Haligowski payments | 0.2 | 102.00 |
| 02/07/11 | Gregory K. Jones | Emails with Eve H. Karasik on D&O coverage | 0.2 | 102.00 |
| 02/07/11 | Gregory K. Jones | Review District Court order on consolidation of cases | 0.1 | 51.00 |
| 02/07/11 | Gregory K. Jones | Review FTI analysis of settlement | 0.2 | 102.00 |
| 02/07/11 | Gregory K. Jones | Review Colonial pleadings on access to bank accounts and send to client | 0.4 | 204.00 |
| 02/08/11 | Eve H. Karasik | Confer with C. Padien, G. Kennedy, et al, re: Settlement meeting (several x) | 0.3 | 217.50 |
| 02/08/11 | Eve H. Karasik | Confer with A. Rusnak and Gary E. Klausner re settlement meeting | 0.2 | 145.00 |
| 02/08/11 | Gary E. Klausner | Analyze correspondence from Eve H. Karasik, C. Padien, A. Rusnak, G. Haligowski, S. Mayuga re settlement with FDIC (10x) | 1.0 | 825.00 |
| 02/08/11 | Gregory K. Jones | Review emails relating to settlement conference | 0.2 | 102.00 |
| 02/08/11 | Gregory K. Jones | Confer with Eve H. Karasik on settlement conference | 0.2 | 102.00 |
| 02/09/11 | Eve H. Karasik | Confer with G. Kennedy and C. Padien re: FDIC meeting | 0.2 | 145.00 |
| 02/09/11 | Eve H. Karasik | Confer with A. Rusnak re FDIC settlement meeting | 0.1 | 72.50 |
| 02/09/11 | Eve H. Karasik | Confer with Gregory K. Jones re FDIC settlement meeting | 0.1 | 72.50 |
| 02/09/11 | Eve H. Karasik | Telephone conference with A. Rusnak re settlement negotiations | 0.5 | 362.50 |
| 02/09/11 | Gary E. Klausner | Exchange emails with Eve H. Karasik re FDIC settlement issues (4X) | 0.8 | 660.00 |
| 02/09/11 | Gregory K. Jones | Review various emails on settlement conference preparation | 0.3 | 153.00 |
| 02/10/11 | Eve H. Karasik | Prepare for settlement conference with FDIC | 0.3 | 217.50 |
| 02/10/11 | Eve H. Karasik | Participate at settlement conference with FDIC | 2.2 | 1,595.00 |
| 02/10/11 | Eve H. Karasik | Confer with G. Kennedy re standstill letter | 0.1 | 72.50 |
| 02/10/11 | Eve H. Karasik | Confer with Gregory K. Jones re cash in estate | 0.1 | 72.50 |
| 02/10/11 | Eve H. Karasik | Prepare correspondence to Board re settlement meeting | 0.4 | 290.00 |
| 02/10/11 | Eve H. Karasik | Revise correspondence to Board re settlement meeting | 0.3 | 217.50 |
| 02/10/11 | Gregory K. Jones | Preparation for settlement meeting with FDIC | 0.7 | 357.00 |
| 02/10/11 | Gregory K. Jones | Attend settlement meeting with Committee and FDIC | 2.5 | 1,275.00 |
| 02/10/11 | Gregory K. Jones | Review emails with FDIC on settlement discussions | 0.2 | 102.00 |
| 02/11/11 | Gregory K. Jones | Emails with Eve H. Karasik on settlement agreement | 0.2 | 102.00 |
| 02/11/11 | Gregory K. Jones | Review correspondence to and from Board of Directors on settlement offer | 0.2 | 102.00 |
| 02/14/11 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC proposal | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/14/11 | Gary E. Klausner | Confer with Eve H. Karasik re status of FDIC settlement | 0.2 | 165.00 |
| 02/15/11 | Eve H. Karasik | Confer with A. Rusnak re tax allocation agreement | 0.2 | 145.00 |
| 02/16/11 | Eve H. Karasik | Confer with C. Padien re Plan and Liquidating Trust Agreement | 0.2 | 145.00 |
| 02/16/11 | Gregory K. Jones | Review pleadings and emails on Texas state court matter that is stayed | 0.2 | 102.00 |
| 02/17/11 | Eve H. Karasik | Analyze FDIC counter proposal | 0.3 | 217.50 |
| 02/17/11 | Eve H. Karasik | Confer with Gary E. Klausner re counter proposal | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Confer with A. Rusnak re: counter proposal | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Telephone conference with A. Rusnak re: counter proposal | 0.2 | 145.00 |
| 02/17/11 | Eve H. Karasik | Prepare correspondence to Board re counter proposal | 0.3 | 217.50 |
| 02/17/11 | Eve H. Karasik | Analyze correspondence from A. Rusnak to H. Jacobson re: BSD case | 0.1 | 72.50 |
| 02/17/11 | Gary E. Klausner | Analyze correspondence from J. Isaacs re FDIC counter-offer | 0.2 | 165.00 |
| 02/17/11 | Gary E. Klausner | Exchange emails with Eve H. Karasik re FDIC settlement | 0.2 | 165.00 |
| 02/17/11 | Gregory K. Jones | Review FDIC response to settlement offer and emails relating thereto | 0.3 | 153.00 |
| 02/18/11 | Eve H. Karasik | Confer with Gary E. Klausner re:  FDIC settlement discussion | 0.2 | 145.00 |
| 02/18/11 | Eve H. Karasik | Confer with Gregory K. Jones re BSD case and Ernst & Young filing | 0.1 | 72.50 |
| 02/18/11 | Gary E. Klausner | Conference call with Eve H. Karasik, A. Rusnak, counsel for OCC and FTI re settlement issues | 0.5 | 412.50 |
| 02/18/11 | Gregory K. Jones | Research on tax refund complaint and confer with Eve H. Karasik | 0.3 | 153.00 |
| 02/21/11 | Eve H. Karasik | Confer with C. Padien re FDIC preference | 0.1 | 72.50 |
| 02/21/11 | Eve H. Karasik | Confer with Gregory K. Jones re FDIC preference | 0.1 | 72.50 |
| 02/21/11 | Gregory K. Jones | Review emails relating to assertions made in FDIC settlement offer | 0.2 | 102.00 |
| 02/22/11 | Eve H. Karasik | Telephone conference with Gregory K. Jones re: 502(d) response | 0.2 | 145.00 |
| 02/22/11 | Eve H. Karasik | Confer with Gary E. Klausner re: Committee and FDIC proposal | 0.2 | 145.00 |
| 02/22/11 | Eve H. Karasik | Prepare correspondence to Board re: Committee's approach to the FDIC proposal | 0.3 | 217.50 |
| 02/22/11 | Eve H. Karasik | Revise correspondence to Board re: Committee's approach to the FDIC proposal | 0.2 | 145.00 |
| 02/22/11 | Eve H. Karasik | Confer with Gregory K. Jones re 502(d) research | 0.2 | 145.00 |
| 02/22/11 | Eve H. Karasik | Confer with Gregory K. Jones re: various issues re standstill | 0.2 | 145.00 |
| 02/22/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re 502(d) research | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/22/11 | Gregory K. Jones | Conference with Eve H. Karasik on Committee call and settlement negotiations | 0.2 | 102.00 |
| 02/22/11 | Gregory K. Jones | Research regarding 502(d) and FDIC defense | 2.5 | 1,275.00 |
| 02/22/11 | Gregory K. Jones | Memo to Eve H. Karasik on results of 502(d) research | 0.3 | 153.00 |
| 02/22/11 | Gregory K. Jones | Confer with Eve H. Karasik and review emails relating to Committee response to FDIC counterproposal | 0.2 | 102.00 |
| 02/23/11 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re 502(d) research | 0.2 | 145.00 |
| 02/23/11 | Eve H. Karasik | Telephone conference with M. O'Donnell re BSD case research | 0.2 | 145.00 |
| 02/23/11 | Gregory K. Jones | Emails with Eve H. Karasik on 502(d) and FDIC-R's assertion of title 12 defense | 0.3 | 153.00 |
| 02/23/11 | Gregory K. Jones | Review emails on BSD docket entries | 0.2 | 102.00 |
| 02/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re status report | 0.1 | 72.50 |
| 02/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re: FDIC litigation | 0.1 | 72.50 |
| 02/24/11 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re: FDIC notice of no standstill | 0.2 | 145.00 |
| 02/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re confering with FDIC re standstill expiration | 0.1 | 72.50 |
| 02/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re: call with District Court | 0.1 | 72.50 |
| 02/24/11 | Gregory K. Jones | Confer with Eve H. Karasik on standstill period | 0.2 | 102.00 |
| 02/24/11 | Gregory K. Jones | Phone conferences with Isaacs on re-starting of litigation with the district court | 0.2 | 102.00 |
| 02/24/11 | Gregory K. Jones | Phone conference with court clerk on complaints and withdrawal of reference motion | 0.2 | 102.00 |
| 02/24/11 | Gregory K. Jones | Review and summarize three district court case dockets | 0.3 | 153.00 |
| 02/24/11 | Gregory K. Jones | Phone conferences with O'Donnell on BSD case and wire transfers | 0.2 | 102.00 |
| 02/25/11 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 02/28/11 | Eve H. Karasik | Confer with Gregory K. Jones re: Summary Judgment Motion | 0.1 | 72.50 |
| 02/28/11 | Eve H. Karasik | Confer with C. Padien re FDIC and 502(d) | 0.1 | 72.50 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 4.5 | 825.00 | 3,712.50 |
| Eve H. Karasik | Shareholder | 12.4 | 725.00 | 8,990.00 |
| Gregory K. Jones | Of Counsel | 12.9 | 510.00 | 6,579.00 |
| | | 29.8 | | 19,281.50 |

Fees                                                          19,281.50

**SUMMARY FOR 06288-0120: Litigation**

Total Fees This Invoice                                                    19,281.50

Amount Due                                                                  19,281.50

## SUMMARY OF ALL FEES, COSTS AND DISBURSEMENTS BY MATTER

| Matter | | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 06288-0000 | Imperial Capital Bancorp - Chapter 11 12/19/09 | 0.00 | 1,734.18 | 1,734.18 |
| 06288-0010 | Case Administration | 5,787.50 | 0.00 | 5,787.50 |
| 06288-0020 | Meetings of and Communications with Creditors | 6,030.50 | 0.00 | 6,030.50 |
| 06288-0030 | General Business Operations | 7,737.00 | 0.00 | 7,737.00 |
| 06288-0040 | Fee/Employment Applications | 6,615.00 | 0.00 | 6,615.00 |
| 06288-0070 | Claims Administration and Objections | 5,301.50 | 0.00 | 5,301.50 |
| 06288-0080 | Asset Analysis and Recovery | 102.00 | 0.00 | 102.00 |
| 06288-0090 | Asset Disposition | 561.00 | 0.00 | 561.00 |
| 06288-0100 | Plan/Disclosure Statement | 20,972.00 | 0.00 | 20,972.00 |
| 06288-0120 | Litigation | 19,281.50 | 0.00 | 19,281.50 |
| | | 72,388.00 | 1,734.18 | 74,122.18 |

## SUMMARY OF ALL FEES, COSTS AND DISBURSEMENTS

| | |
|---|---:|
| Subtotal Fees | 72,388.00 |
| Subtotal Costs and Disbursements | 1,734.18 |
| Total This Invoice | 74,122.18 |

**CERTIFICATE OF SERVICE**

I, Joanne B. Stern, am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is Stutman, Treister, & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013.

On March 18, 2011, I served the foregoing pleading:

**TENTH MONTHLY STATEMENT OF STUTMAN, TREISTER & GLATT, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (February 1, 2011 to February 28, 2011)**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

*See Service List Attached Hereto and Incorporated Herein by Reference*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2011, at Los Angeles, California.

*/s/Joanne B. Stern*
Joanne B. Stern

1

## SERVICE LIST

2

Imperial Capital Bank
Special Notice List
Doc No. 534752 Rev. 1/05/11

3

4

Imperial Capital Bancorp
Attn: Joseph W. Kiley, III, CEO
PO Box 2283
La Jolla, CA 92037-2283

Imperial Capital Bancorp
Attn: Anthony Rusnak, Esq.
PO Box 2283
La Jolla, CA 92037-2283

United States Trustee
David A. Ortiz, Esq.
United States Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

5

6

7

Counsel to Bank of New York Mellon:
Pillsbury Winthrop Shaw Pittman LLP
Margot P. Erlich/Leo Crowley
1540 Broadway
New York, NY 10036-4039

Committee Member:
US Bank as Trustee for
ITLA Capital Statutory Trust(s) I, II, V,
Attn: James H. Byrnes
One Federal Street, 3rd Floor
Boston, MA 02110

United States Department of Justice Tax
Division
Civil Trial Section, Western Division
PO Box 683, Ben Franklin Station
Washington, DC 20044

8

9

10

Securities & Exchange Commission
Attn: Sara D. Moyed
5670 Wilshire Blvd., Suite 1100
Los Angeles, CA 90036

Federal Deposit Insurance Corporation
25 Jessie Street at Ecker Square,
Suite 2300
San Francisco, CA 94105

Dept of Financial Institutions
7575 Metropolitan Drive, Suite 108
San Diego, CA 92108

11

12

13

Committee Member:
Bank of New York Mellon as Indenture
Trustee
Attn: Martin Feig
101 Barclay Street, 8 West
New York, NY 10286

Committee Member:
888 Prospect LJ, LLC
Attn: Mercedes Juarez
Cushman & Wakefield of SD
4435 Eastgate Mall, Suite 200
San Diego, CA 92121

Brian Benson
357 S. Curson Ave., #11-C
Los Angeles, CA 90036

14

15

16

David Hunt
4087 Caminito Suero
San Diego, CA 92122

Timothy M. Doyle
2617 Sutter Street
Carlsbad, CA 92010

David Muchnikoff
Silver Freedman & Taff LLP
3299 K Street NW, Suite 100
Washington, DC 20007

17

18

19

Jeffrey A. Berman
Sidley & Austin LLP
555 W. Fifth Street, 40th Floor
Los Angeles, CA 90013

Scott Wallace
7879 Sitio Abeto Dr.
Carlsbad, CA 92309

American Express Travel Services, Inc.
4315 S. 2700 W
Salt Lake City, UT  84184

20

21

22

Charles E. Kohl
25662 Shaw Place
Stevenson Ranch, CA 91381

A Bullock
Squar, Milner, Peterson, Miranda
& Williamson, LLP
4100 Newport Place Drive, Third Floor
Newport Beach, CA 92660

Aila Pallera
KPMG
355 South Grand Avenue
Los Angeles, CA 90071-1568

23

24

25

Keith Lupton
Ernst & Young LLP
725 S. Figueroa Street
Los Angeles, CA 90017

Rosemary E. Lennon
1031-A Kenneth Road
Glendale, CA 91202

Thomas Hobbs
531 Avenida del Verdor
San Clemente, CA 92672

26

27

28

1

2
Bloomberg, LP
6500 Wilshire Boulevard
3  Los Angeles, CA 90048

4

5  Grande Colonial Hotel La Jolla
910 Prospect Street
6  La Jolla, CA 92037

7

8  Gerald P. Kennedy
Procopio, Cory, Hargreaves & Savitch
LLP
9  530 B Street, Suite 2100
San Diego, CA 92101

10  Request For Notice:
Counsel to 888 Prospect
11  Jerry D. Hemme
Goode, Hemme & Peterson
12  6256 Greenwich Dr. Suite 500
San Diego, CA 92122

13  Request for Notice:

14  Heather D. Verbeck, Director
FSI Group, Inc.
15  441 Vine Street, Suite 1300
Cincinnati, OH 45202

Kevin Boyer, President
Boyer Moving & Storage
13691 Danielson Street, Suite D
Poway, CA 92064

Cynthia S. Reynolds
AVP/Dedicated Service Director
Bank of America
1655 Grant Street, Bldg. A, 10th Floor
Concord, CA 94520

Counsel to Bloomberg Finance LP
Willkie Farr & Gallagher LLP
Attn: Carol R. Mascera/Shaunna D.
Jones
787 Seventh Avenue
New York, NY 10019-6099

Counsel to the Creditors' Committee:
David P. Simonds
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Jayne Lindberg
J A Lindberg Interiors
4079 Promontory Street
San Diego, CA 92109

Counsel to FDIC:
Jeffrey Isaacs
Procopio, Cory, Hargreaves & Savitch
LLP
530 B Street, Suite 2100
San Diego, CA 92101

Counsel to U.S. Bank National
Association
Marie C. Pollio
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

Attys for Iron Mountain Info. Mngt, Inc.
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal St., 9th Fl.
Boston, MA  02110

16

17

18

19

20

21

22

23

24

25

26

27

28