1  GARY E. KLAUSNER (STATE BAR NO. 69077)
   EVE H. KARASIK (STATE BAR NO. 155356)
2  GREGORY K. JONES (STATE BAR NO. 181072)
   STUTMAN, TREISTER & GLATT
3  PROFESSIONAL CORPORATION
   1901 Avenue of the Stars, 12th Floor
4  Los Angeles, CA 90067
   Telephone:  (310) 228-5600
5  Telecopy:  (310) 228-5788

6  Reorganization Counsel for
   Debtor and Debtor in Possession
7
   Debtor's Mailing Address:
8  888 Prospect Street, Suite 210
   La Jolla, California 92037
9

10

11                    **UNITED STATES BANKRUPTCY COURT**

12                    **SOUTHERN DISTRICT OF CALIFORNIA**

13  In re                              )   Case No. 09-19431-LA11
                                       )
14                                     )   Chapter 11
                                       )
15  IMPERIAL CAPITAL BANCORP, INC., a  )
    Delaware corporation,              )
16                                     )   **THIRD INTERIM FEE APPLICATION**
                                       )   **OF STUTMAN, TREISTER & GLATT**
17                      Debtor.        )   **PROFESSIONAL CORPORATION**
                                       )   **(REORGANIZATION COUNSEL FOR**
18  Tax Identification Number: 95-4596322 ) **DEBTOR AND DEBTOR IN**
                                       )   **POSSESSION) FOR COMPENSATION**
19                                     )   **OF SERVICES RENDERED AND**
                                       )   **REIMBURSEMENT OF EXPENSES**
20                                     )   **INCURRED (NOVEMBER 1, 2010 TO**
                                       )   **FEBRUARY 28, 2011); DECLARATION**
21                                     )   **OF EVE H. KARASIK IN SUPPORT**
                                       )   **THEREOF; EXHIBITS**
22                                     )
                                       )        Hearing
23                                     )
                                       )   [Hearing to be set by Court]
24                                     )
                                       )
25                                     )
                                       )
26  _____)

27

28

549428v1

# TABLE OF CONTENTS

**Page(s)**

I. BACKGROUND INFORMATION ........................................................................ 1

II. HISTORY OF THE DEBTOR'S CASE ............................................................... 2

    A. The Petition Date ................................................................................... 2

    B. The Debtor's Prepetition Capital Structure and Business Operations.................... 2

    C. Events Occurring In Third Period ........................................................... 2

III. SUMMARY OF SERVICES RENDERED AND FEES INCURRED ............................... 4

        1. Case Administration — Matter No. 010. ................................................. 7

        2. Meetings Of And Communications With Creditors — Matter No. 020..... 7

        3. General Business Operations — Matter No. 030....................................... 8

        4. Fee/Employment Applications — Matter No. 040. ................................... 9

        5. Fee/Employment Objections – Matter No. 050. ..................................... 10

        6. Financing – Matter No. 060. ................................................................. 11

        7. Claims Administration And Objections — Matter No. 070. .................... 11

        8. Asset Analysis and Recovery – Matter No. 080. ................................... 11

        9. Asset Disposition – Matter No. 90........................................................ 12

        10. Plan/Disclosure Statement  - Matter No.  100 ......................................... 12

        11. Employee Benefits/Plans – Matter No.  110........................................... 13

        12. Litigation — Matter No. 120. .............................................................. 13

IV. SUMMARY OF ACTUAL, NECESSARY EXPENSES ................................................. 15

V. APPLICABLE AUTHORITY ............................................................................. 16

    A. Reasonableness of Compensation Requested ....................................... 17

    B. Novelty And Difficulty of Legal Questions/Skill Requisite to Performing
       Legal Services ........................................................................................ 18

    C. Experience, Reputation And Ability Of The Attorneys........................... 18

III. CONCLUSION.................................................................................................. 18

# TABLE OF AUTHORITIES

## CASES

*In re Auto Parts Club, Inc.*,
211 B.R. 29 (B.A.P. 9th Cir. 1997) ................................................ 17

*In re Auto Parts Club, Inc.*,
224 B.R. 445 (Bankr. S.D. Cal. 1998) .......................................... 17

*In re Montgomery Drilling Co.*,
121 B.R. 32 (Bankr. E.D. Cal. 1990) ........................................... 17

*In re Powerine Oil Co.*,
71 B.R. 767 (B.A.P. 9th Cir. 1986) .............................................. 17

*In re Yermakov*,
718 F.2d 1465 (9th Cir. 1983) ..................................................... 17

## STATUTES

11 U.S.C. § 327 .......................................................................... 16

11 U.S.C. § 327(a) ....................................................................... 1

11 U.S.C. § 329 ............................................................................ 1

11 U.S.C. § 330 ............................................................ 4, 16, 17

11 U.S.C. § 330(a) ................................................................ 16, 17

11 U.S.C. § 331 ....................................................................... 9, 17

11 U.S.C. § 504(b) ..................................................................... 20

11 U.S.C. § 1103 ........................................................................ 16

11 U.S.C. § 1107(a) ...................................................................... 2

11 U.S.C. § 1108 .......................................................................... 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stutman, Treister & Glatt Professional Corporation ("ST&G" or "Applicant"), reorganization counsel for Imperial Capital Bancorp, Inc. (the "Debtor"), hereby submits its "Third Interim Fee Application of Stutman, Treister & Glatt Professional Corporation (Reorganization Counsel for Debtor and Debtor in Possession) for Compensation of Services Rendered and Reimbursement of Expenses Incurred (November 1, 2010 to February 28, 2011)" (the "Application").  During the period of November 1, 2010 through February 28, 2011 (the "Third Period"), ST&G incurred $306,382.50 in compensation for services rendered, and $10,330.50 in costs incurred for a total amount of $316,713.00.[1]  This Application is supported by the Declaration of Eve H. Karasik (the "Karasik Declaration"), which is attached to this Application.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### BACKGROUND INFORMATION

On December 18, 2009 (the "Petition Date"), the Debtor filed its chapter 11 case. On January 11, 2010, the Debtor submitted its "Application for Order Pursuant to 11 U.S.C. §§ 327(a) and 329 Authorizing the Employment and Retention of Stutman, Treister & Glatt, P.C. as Reorganization Counsel for the Debtor and Debtor in Possession" (the "Employment Application") [Docket No. 33].  This Court entered an order approving the Employment Application on January 20, 2010 [Docket No. 41].  A true and correct copy of the Employment Order is attached as Exhibit "A" to the Karasik Declaration.

Members of ST&G have extensive experience in the area of insolvency and corporate reorganization and limit their practice primarily to that area.  Attached hereto as Exhibit "B" is a summary of the background and qualifications of the members of ST&G who rendered services to the Debtor during the Third Period.  ST&G has served exclusively as the reorganization counsel for the Debtor during the Debtor's case.

On October 18, 2010, this Court entered its "Order on Interim Applications for

---

[1]    In reaching this total, ST&G has agreed to write-off approximately $10,323.50 in fees and expenses during the Second Period.

Compensation and Reimbursement of Expenses" (the "First Interim Order") [Docket No. 352], which, inter alia, approved ST&G's first interim fee application and awarded ST&G fees in the amount of $561,816 and reimbursement of expenses in the amount of $29,528.60 for the period of December 18, 2009 to June 30, 2010, for a total interim award of $591,344.60.

On February 9, 2011, this Court entered its "Order on Second Interim Applications for Compensation and Reimbursement" (the "Second Interim Order") [Docket No. 406], which, inter alia, approved ST&G's second interim fee application and awarded ST&G fees in the amount of $635,429.50 and reimbursement of expenses in the amount of $34,381.25 for the period of July 1, 2010 to October 31, 2010, for a total interim award of $669,810.75.

## II.

## HISTORY OF THE DEBTOR'S CASE

### A.    The Petition Date

The Debtor commenced this chapter 11 case by filing a voluntary petition under chapter 11 of the Bankruptcy Code on the Petition Date.  As permitted by Bankruptcy Code sections 1107(a) and 1108, the Debtor is continuing to operate its business as a debtor in possession.  On March 9, 2010, the Office of the United States Trustee (the "UST") appointed a three member official committee of creditors holding unsecured claims against the Debtor (the "Committee").

### B.    The Debtor's Prepetition Capital Structure and Business Operations

The Debtor is a diversified bank holding company headquartered in La Jolla, California.  It owns 100% of the common stock of Imperial Capital Bank (the "Bank"), a California state chartered commercial bank that had approximately $4 billion in assets and nine retail locations.  On the Petition Date, the California Department of Financial Institutions (the "DFI") closed the Bank and placed it into a receivership with the Federal Deposit Insurance Corporation (the "FDIC-R").  Subsequently, the FDIC sold certain of the Bank's assets and liabilities to City National Bank.

### C.    Events Occurring In Third Period

By the beginning of the Third Period (November 1, 2010), the Debtor had filed a

2

number of critical pleadings and made progress in administering its chapter 11 case.  For instance, in October 2010, the Debtor filed its "Chapter 11 Liquidating Plan of Reorganization for Debtor Imperial Capital Bancorp, Inc., a Delaware Corporation" [Docket No. 347] (the "Plan") and "Disclosure Statement re Chapter 11 Liquidating Plan of Reorganization for Debtor Imperial Capital Bancorp, Inc." [Docket No. 346] (the "Disclosure Statement").  Additionally, by November 1, 2010, the Debtor had commenced litigation to (i) eliminate the priority claim asserted by the FDIC-R, and (ii) secure ownership of certain assets, the most valuable of which is the Debtor's federal tax refunds for the years of 2008 and 2009.[2]

During the Third Period, the Debtor took steps towards confirming its Plan and recovering assets for its estate.  With respect to Plan confirmation, during the Third Period, the Debtor conferred with the Committee about revisions to the Plan and prepared amended plans that were sent to the Committee and its counsel.  An amended Plan and Disclosure Statement will be filed before April 15, 2011, the deadline set by the Court.  In the litigation area, given the complexity of the issues raised by the Pending Litigation and the delay in distributions to creditors that would result from an appeal of a Bankruptcy or District Court decision, the Debtor determined that it was in its best interest to engage in global settlement negotiations with the FDIC-R and Committee.  Accordingly, the Debtor (along with the FDIC-R and Committee)

---

[2]    The litigation (the "Pending Litigation") includes the following:  (1) the "Objection to Capital Maintenance Claims Portion of Federal Deposit Insurance Corporation's Proof of Claim" [Docket No. 228] (the "Claim Objection"), which was filed on July 28, 2010; (2) the "Complaint (I) Seeking a Declaratory Judgment Regarding Ownership of Certain Tax Refunds; and (II) For Actual and Punitive Damages for Injunction for Violation of the Automatic Stay" (the "ICBI Complaint") against the FDIC, which commenced adversary proceeding number 10-90386-LA in the Bankruptcy Court; and (3) the "Complaint:  (I) To Avoid and Recover Transfers Pursuant to Sections 547, 548, and 550 of the Bankruptcy Code; (II) For a Declaratory Judgment That Certain Insurance Policies are Property of the Estate; (III) For Indemnification, Contribution, and Reimbursement; (IV) For Damages for Breach of Expense Sharing Agreement; (V) For Reimbursement of Amounts Paid to Employees Under Benefit Plans; (VI) For a Judgment For All Amounts Due; and (VII) For a Declaratory Judgment For Claims Against the Receivership and Deeming Void the FDIC-R's Disallowance of the Receivership Claims" (the "Receivership Complaint"), in the United States District Court for the Southern District of California (the "District Court"), which commenced case number 3:10-cv-02067-MMA.

In August 2010, the FDIC-R filed a motion with the District Court to withdraw the reference of the Claim Objection and ICBI Complaint (the "Withdrawal Motion").  The Withdrawal Motion was not decided during the Third Period.

obtained orders staying the Pending Litigation (the "Standstill Orders") and engaged in good faith settlement negotiations with the FDIC-R and Committee that proved to be productive. Unfortunately, the Debtor, Committee, and FDIC-R did not reach a global settlement.

As demonstrated in more detail below and in Exhibit "E" to the Karasik Declaration, ST&G played a critical role in the Debtor's progress during the Third Period and performed a number of essential tasks for the Debtor. ST&G has exercised considerable skill and expertise in dealing with the numerous critical issues facing the Debtor, and this Court should enter an order approving this Application on an interim basis.[3]

### III.

### SUMMARY OF SERVICES RENDERED AND FEES INCURRED

During the Third Period, ST&G personnel billed 521.3 hours at a blended hourly rate of approximately $588 per hour. In accordance with the Region XV United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "UST Guidelines"), ST&G has classified its time entries for all of its services to the Debtor as follows:

| Matter Number | Description | Fees Incurred |
|---|---|---|
| 6044-010 | Case Administration | $21,339.50 |
| 6044-020 | Meetings and Communications with Creditors | $43,879.00 |
| 6044-030 | General Business Operations | $33,993.50 |
| 6044-040 | Fee/Employment Applications | $26,321.00 |
| 6044-050 | Fee/Employment Objections | $25,094.00 |
| 6044-060 | Financing | -0- |
| 6044-070 | Claims Administration and Objections | $8,203.50 |

---

[3]  The following disclosures are made pursuant to the UST Guidelines: All quarterly fees have been paid to the UST, and all monthly operating reports have been filed. As of February 28, 2011, the Debtor was in possession of $10,446,359.49 in unencumbered cash. The nature of accrued unpaid administrative expenses is professional fees that will be the subject of the third interim fee applications.

| Matter Number | Description | Fees Incurred |
|---|---|---|
| 6044-080 | Asset Analysis and Recovery | $306.00 |
| 6044-090 | Asset Disposition | $561.00 |
| 6044-100 | Plan and Disclosure Statement | $82,257.50 |
| 6044-110 | Employee Benefits/Plans | -0- |
| 6044-120 | Litigation | $64,427.50 |
| | **FEES DURING THIRD PERIOD** | **$306,382.50** |

On June 11, 2010, this Court entered its "Order on Motion to Establish Procedures for Interim Compensation" (the "Interim Compensation Order") [Docket No. 198]. The Interim Compensation Order allows professionals such as ST&G to seek payment of (i) interim compensation in the amount of eighty percent (80%) of the total fees incurred during a period and (ii) interim reimbursement of expenses in the total amount of one hundred percent (100%) of the expenses incurred during a period.

In accordance with the provisions of the Interim Compensation Order, on December 14, 2010, ST&G filed and served its "Seventh Statement of Stutman, Treister & Glatt, P.C. for Interim Compensation and Reimbursement of Expenses (November 1, 2010 to November 30, 2010)" (the "Seventh Monthly Statement"), which sought payment of $63,733.20 in fees (which was 80% of the fees billed in November 2010) and $4,454.08 in expenses. No parties objected to ST&G's Seventh Monthly Statement, and ST&G received payment from the Debtor.

On January 20, 2011, ST&G filed and served its "Eighth Statement of Stutman, Treister & Glatt, P.C. for Interim Compensation and Reimbursement of Expenses (December 1, 2010 to December 31, 2010)" (the "Eighth Monthly Statement"), which sought payment of $61,304.00 in fees (80% of the fees billed in August 2010) and $2,252.89 in expenses. No parties objected to ST&G's Eighth Monthly Statement, and ST&G received payment from the Debtor.

On February 18, 2011, ST&G filed and served its "Ninth Statement of Stutman,

Treister & Glatt, P.C. for Interim Compensation and Reimbursement of Expenses (January 1, 2011 to January 31, 2011)" (the "Ninth Monthly Statement"), which sought payment of $62,151.20 in fees (80% of the fees billed in September 2010) and $1,889.52 in expenses.  No parties objected to ST&G's Ninth Monthly Statement, and ST&G received payment from the Debtor.

On March 18, 2011, ST&G filed and served its "Tenth Statement of Stutman, Treister & Glatt, P.C. for Interim Compensation and Reimbursement of Expenses (February 1, 2011 to February 28, 2011)" (the "Tenth Monthly Statement"), which sought payment of $57,910.40 in fees (80% of the fees billed in June 2010) and $1,734.18 in expenses.  As of the filing of this Application, the objection period was still pending.

In connection with this Application, ST&G has prepared the following exhibits in accordance with the UST Guidelines, each of which is attached to the Karasik Declaration:

| Exhibit "B" | Summary of the experience and qualifications of the ST&G attorneys who billed the greatest number of hours in connection with the Debtor's case during the Third Period. |
|---|---|
| Exhibit "C" | Summary of hours by professional during the Third Period. |
| Exhibit "D" | Summary of hours by category during the Third Period. |
| Exhibit "E" | Detailed time records by matter category during Third Period. |
| Exhibit "F" | Summary of expenses incurred by category during Third Period. |

As counsel to the Debtor, ST&G has performed literally hundreds of discrete services and tasks.  Descriptions of each of these services and tasks are contained in ST&G's detailed time records, which are attached as Exhibit "E" to the Karasik Declaration ("Exhibit E"). As demonstrated by these records, it would be an extremely time-consuming task to describe in detail all of the services provided to the Debtor by ST&G during the Third Period.  What follows, therefore, is a brief summary of the more significant services rendered by ST&G in each of the respective matter categories.

1.      **Case Administration — Matter No. 010.**

Generally, the Case Administration category includes services rendered in connection with organization, coordination, and compliance activities.  These activities include the planning and coordination between the Debtor and its professionals, communications between ST&G and the Debtor regarding the status of numerous matters encountered in this case, and communications between ST&G and professionals representing other parties in interest regarding the status of the bankruptcy case.

ST&G's paraprofessionals devoted time to this category towards the electronic filing and service of pleadings with the Bankruptcy Court.  In addition, ST&G's paraprofessionals reviewed the Bankruptcy Court's docket on a daily basis, as well as the District Court dockets with respect to the matters that were the subject of the FDIC-R's Withdrawal Motion.  When necessary, Applicant conferred with the Bankruptcy and District Court's clerks to obtain or continue hearing dates on various matters.

ST&G devoted time in this category to assist the Debtor in the preparation and filing of status reports in November 2010, January 2011, and February 2011 that provided this Court with information about the Debtor's activities and the general direction of the Debtor's case.    Finally, this category includes time for organizing files, as well as numerous tasks which do not clearly fit into one of the other matter categories.

ST&G spent a total of 52.1 hours rendering services in this category, for which ST&G seeks compensation of $21,339.50.  See Exhibit E.

2.      **Meetings Of And Communications With Creditors — Matter No. 020.**

During the Third Period, ST&G received inquiries from creditors and equity holders wanting to know generally about the status of the Debtor's case or specific information about their claims.  ST&G responded as appropriate.

ST&G also engaged in conferences with the Committee and its counsel, Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), on a regular basis.  In such conferences, Applicant and Akin Gump discussed a number of issues, including:  (1) settlement negotiations with the FDIC-R regarding the ICBI Complaint, Claim Objection, and Receivership Complaint,

(2) the implementation of the Standstill Order, (3) proposed settlement offers to the FDIC-R, (4) the Committee's desire to intervene in the Receivership Complaint, (5) the Plan, Disclosure Statement, and proposed liquidation trust agreement, and (6) the Debtor's operating reports. Since the Debtor's and Committee's interests in this case are closely aligned, ST&G and Akin Gump discussed and reached a consensus on numerous strategies.

In addition, ST&G prepared written memoranda and correspondence to the Committee's professionals about many issues.  Engaging in such communication facilitated the cost-effective administration of this case by keeping the Committee fully informed of material developments, when possible, and allowing the Committee and its professionals to disseminate such information to their constituents.

Applicant also devoted time in this category towards conferences with the FDIC-R's counsel.  Among other things, Applicant discussed the Standstill Motions, Standstill Orders, and settlement offers with the FDIC-R and its counsel.

During the Third Period, the Committee informally requested the production of documents.  ST&G assisted the Debtor in the review and production of the documents, and responded to the Committee's inquiries on the content of the produced documents.

ST&G spent a total of 66.8 hours rendering services in this category, for which ST&G seeks compensation in the amount of $43,879.00.  See Exhibit E.

### 3.    General Business Operations — Matter No. 030.

ST&G devoted time in this category towards meeting with the Debtor's officers and Board of Directors.  Mr. Gary E. Klausner and Ms. Eve H. Karasik conferred with the Debtor's officers and individual Board of Director members during the Third Period. Additionally, the Debtor's counsel prepared for and attended telephonic board of director meetings, which covered various topics.

ST&G also devoted time in the General Business Operations category towards the Debtor's monthly operating reports.  Applicant conferred with the Debtor's employees about the content of such operating reports and assisted in the final preparation and filing of the reports.

During the Third Period, Applicant also conferred with the Debtor about various business-related matters, including (1) the Debtor's insurance coverage, (2) the sale of the Debtor's personal property, (3) termination of the Debtor's 401(k) plan, and (4) insurance refunds.

Additionally, during the Third Period, ST&G's tax specialist, Mr. Mark S. Wallace, researched Internal Revenue Code sections 269 and 382 to determine the structure of a potential reorganization plan.

Finally, Applicant conferred with the Debtor and Joseph W. Kiley regarding Mr. Kiley's role with the Debtor after his resignation as Chief Executive Officer.  In connection therewith, Applicant prepared a consulting agreement for Mr. Kiley, which remains pending as of the filing of this Application.

ST&G spent a total of 55.4 hours rendering services in the Business Operations category, for which ST&G seeks compensation of $33,993.50.  See Exhibit E.

**4.        Fee/Employment Applications — Matter No. 040.**

This category includes services rendered in connection with preparing and/or reviewing employment applications, fee applications and monthly professional statements. Pursuant to the terms of the "Order Pursuant to 11 U.S.C. §§ 105 and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals" [Docket No. 198] (the "Interim Compensation Order"), ST&G prepared and filed monthly fee statements and assisted the Debtor's other professionals in drafting their monthly statements. ST&G also communicated with the Debtor and coordinated the monthly fee payments to all of the professionals employed in the Debtor's case.

Additionally, during the Third Period, ST&G prepared and filed its "Second Interim Fee Application of Stutman, Treister & Glatt Professional Corporation (Reorganization Counsel for Debtor and Debtor in Possession) for Compensation of Services Rendered and Reimbursement of Expenses Incurred (July 1, 2010 to October 31, 2010" (the "Second Interim Fee Application") [Docket No. 377].  ST&G also assisted in the preparation of Silver, Freedman & Taff's (special regulatory counsel to the Debtor) second interim fee application, and

1    communicated with the other professionals employed in this case to obtain information about

2    their first fee applications.  After obtaining the relevant fee and expense totals, Applicant

3    prepared the notice of the first fee hearing, which included the fee requests for all professionals.

4              On February 3, 2011, this Court approved all of the fee applications without the

5    need for a hearing.  ST&G prepared the order approving all of the fee applications, which was

6    signed by this Court on February 9, 2011 [Docket No. 406].

7              ST&G spent a total of 51 hours rendering services in this category, for which

8    ST&G seeks compensation of $26,321.00.  See Exhibit E.

9         **5.      Fee/Employment Objections – Matter No. 050.**

10             This category includes services rendered by ST&G in connection with objections

11   to employment and fee applications.

12             On January 7, 2011, the FDIC-R filed its "Opposition of the Federal Deposit

13   Insurance Corporation, as Receiver for Imperial Capital Bank, to Interim Applications for

14   Compensation and Reimbursement of Expenses of Certain Professionals" (the "Fee Objection")

15   [Docket No. 389].  In the Fee Objection, the FDIC-R asserted that all of the fees requested by the

16   professionals in their second interim applications should be denied.   However, the FDIC-R

17   failed to set forth any legal basis for the disallowance of such fees.

18             ST&G prepared a comprehensive response to the Fee Objection.  In an effort to

19   reduce fees incurred in responding to the Fee Objection, ST&G took the lead in responding to

20   the Fee Objection and coordinated with the Committee's counsel and Ernst & Young, LLP's

21   counsel to prepare a consolidated reply.  ST&G engaged in conferences with Akin Gump to

22   prepare the consolidated reply, which was filed with the Court on January 14, 2011 [Docket No.

23   394].  Applicant also researched issues raised by the Fee Objection.

24             After reviewing the Fee Objection and the consolidated reply, this Court

25   overruled the Fee Objection and approved  all the fee applications without the need for a hearing.

26             Additionally, during the Third Period, ST&G devoted time in this category

27   towards preparing a reply to the Committee's objection to the employment of KPMG Corporate

28   Finance, LLC ("KPMG").  The Debtor ultimately decided to withdraw the KPMG employment

1    application, without prejudice.

2            ST&G spent a total of 45.6 hours rendering services in this category, for which

3    ST&G seeks compensation of $25,094.00.  See Exhibit E.

4        **6.        Financing – Matter No. 060.**

5            ST&G did not render any services to the Debtor in the Financing category during

6    the Third Period.

7        **7.        Claims Administration And Objections — Matter No. 070.**

8            The "Claims Administrations and Objections" category contains services rendered

9    by ST&G in connection with the review of claims asserted in the Debtor's case.

10            During the Third Period, ST&G reviewed all of the claims that had been filed in

11   the Debtor's case and prepared an internal memorandum summarizing such claims.  After

12   conferring with the Committee's counsel about its claim review, ST&G commenced the

13   preparation of objections to large claims filed against the Debtor.  Specifically, ST&G analyzed

14   the potential arguments supporting the approximately $4.6 million priority proof of claim filed

15   by the Franchise Tax Board ("FTB").  ST&G conferred with E&Y about the contents of the

16   FTB's claim, and began drafting an objection to the FTB's claim.

17            Applicant also conferred with its client about the claim filed by George

18   Haligowski.  ST&G spent a total of 15.3 hours rendering services in this category, for which

19   ST&G seeks compensation of $8,203.50.  See Exhibit E.

20       **8.        Asset Analysis and Recovery – Matter No. 080.**

21            This category includes services rendered in connection with reviewing and

22   analyzing the Debtor's assets and potential causes of action that the Debtor's estate may have

23   against other parties.   During the Third Period, Applicant conferred with the Debtor about the

24   return of insurance premiums and the categorization of certain property.

25             ST&G spent a total of 0.6 hours rendering services in this category, for which

26   ST&G seeks compensation of $306.00.  See Exhibit E.

27

28

### 9.    Asset Disposition – Matter No. 90.

This category includes services rendered in connection with the sale or other disposition of the Debtor's assets.  During the Third Period, Applicant reviewed a stipulation to reject an unexpired lease and conferred with the Committee's counsel about the form of the rejection order.

ST&G spent a total of 1.1 hours rendering services in this category, for which ST&G seeks compensation of $561.00.  See Exhibit E.

### 10.    Plan/Disclosure Statement  - Matter No.  100

The Plan/Disclosure Statement category consists of services rendered in connection with the negotiation and formulation of a plan and disclosure statement.

On October 4, 2010, the Debtor filed its Plan and Disclosure Statement.  The Plan provides for a revested Debtor and standing for the Committee to bring actions against insiders.  However, the Committee informed the Debtor that it wanted the Plan to contain a liquidating trust structure, rather than a revested Debtor.  During the Third Period, the Debtor and ST&G evaluated the Committee's request, and agreed to prepare an amended Plan that included a liquidating trust.

After researching liquidating trusts and reviewing plans that had been filed in bank-holding debtor chapter 11 cases, ST&G revised the Plan and Disclosure Statement to incorporate the concept of a liquidating trust.  Additionally, Applicant reviewed the proposed Plan and Disclosure Statement modifications that had been suggested by the Committee, and revised the Plan and Disclosure Statement when appropriate.  During the Third Period, ST&G prepared several revised drafts of the Plan that were forwarded to the Committee's counsel and ST&G reviewed drafts revised by the Committee.

Additionally, ST&G discussed the terms of a liquidation trust agreement (the "Trust Agreement") with the Committee's counsel.  After Akin Gump sent Applicant a draft of the Trust Agreement, ST&G reviewed the draft and proposed changes to the Trust Agreement, many of which were implemented by the Committee.

Applicant also prepared a motion to establish solicitation procedures for the Plan and related exhibits, such as ballots and notices.  ST&G sent the draft pleadings to the Committee's counsel, and incorporated the revisions that were proposed by the Committee.

Additionally, during the Third Period, ST&G (i) reviewed plans submitted by similarly situated bank-holding companies in chapter 11 cases; (ii) analyzed liquidating trusts that were utilized in prior chapter 11 plans; (iii) considered the threshold for a convenience class; and (iv) discussed the duration of the Debtor's exclusivity period.

ST&G spent a total of 133.5 hours rendering services in this category, for which ST&G seeks compensation of $82,257.50.  <u>See</u> Exhibit E.

**11.     Employee Benefits/Plans – Matter No.  110**

ST&G did not render any services to the Debtor in the Employee Benefits/Plans category during the Third Period.

**12.     Litigation — Matter No. 120.**

This category includes services rendered by ST&G in connection with the numerous litigation matters involving the Debtor.  During the Third Period, ST&G continued its representation of the Debtor with respect to the following matters:  (1) the ICBI Complaint, (2) the Receivership Complaint, (3) the Withdrawal Motion, and the (4) the Claim Objection.  The results of the litigation concerning the ICBI Complaint and Receivership Complaint will establish the amount that creditors will obtain on account of their claims.

At the end of October 2010, the Debtor, Committee, and FDIC-R had each considered the possibility of a global settlement.  In order to promote settlement negotiations, Applicant and the FDIC-R's counsel agreed to apply to the District Court for approval of a standstill period.  On November 19, 2010, the Debtor, FDIC-R, and Committee filed a "Joint Motion for Standstill Agreement Among Imperial Capital Bancorp, Inc; The Federal Deposit Insurance Corporation, as Receiver; and the Official Committee of Unsecured Creditors to Stay Certain Pending Litigation" (the "Standstill Motion") with the District Court.  In the Standstill Motion, the parties agreed to stay litigation of the Claim Objection, ICBI Complaint, and Receivership Complaint for a sixty-day period.  Additionally, during the sixty-day stay, the

parties agreed to exchange settlement offers and engage in an initial settlement meeting.  On November 24, 2010, the District Court entered an order approving the Standstill Motion.  Applicant negotiated the terms of the Standstill Motion and order with the FDIC-R and Committee and prepared and filed those two pleadings.

During the standstill period, Applicant conferred with the Debtor and its Board of Directors about the parameters of a global settlement.  Additionally, ST&G discussed settlement proposals with Akin Gump, and in early December 2010, the Debtor and Committee jointly submitted a settlement offer to the FDIC-R.  The FDIC-R responded with a counteroffer in late December.

As the Standstill Period neared its initial expiration date (January 23, 2011), the parties determined that it was in all of their best interests to apply to the District Court for an order continuing the Standstill Period for an additional brief period.  Applicant conferred with the Committee's and FDIC-R's counsel and prepared a second standstill motion and order.  The District Court approved the second standstill motion and continued the standstill period to February 11, 2011.

On February 11, 2011, Applicant hosted a settlement meeting among the Debtor, Committee, and FDIC-R and their respective counsel.  Applicant prepared for the settlement conference and strategized with the Committee's counsel and financial advisor prior to the conference.  The settlement conference was productive, and as a result, the parties agreed to continue the Standstill Period for an additional eight days to allow for the exchange of final settlement offers.   ST&G participated in the formulation of the final settlement offer to the FDIC-R and reviewed the counterproposal that was made by the FDIC-R.  Unfortunately, the parties were unable to reach a final settlement.

Applicant performed other services in the Litigation category during the Third Period.  ST&G reviewed the Committee's motion to intervene in the Receivership Action, (ii) reviewed correspondence from counsel to George Haligowski about claims and litigation; and (iii) responded to the Committee's informal discovery requests.

ST&G spent a total of 99.9 hours rendering services in this category, for which ST&G seeks compensation of $64,427.50.  <u>See</u> Exhibit E.

**IV.**

**SUMMARY OF ACTUAL, NECESSARY EXPENSES**

ST&G seeks reimbursement of a total of $10,330.50 in actual, necessary expenses incurred during the Third Period.  The UST Guidelines require that an application seeking reimbursement of expenses include a summary listing of all expenses incurred, which is attached as Exhibit "F" to the Karasik Declaration.  The following description of ST&G's accounting procedures for expenses is provided to assist the Court in reviewing ST&G's expense reimbursement request:

    **A.**    <u>**Computer Research Services**</u>.  In the course of its representation of the Debtor, ST&G found it necessary and cost efficient to use computer research services to research certain issues that arose during this case. ST&G bills the actual cost of using PACER, LEXIS and WESTLAW directly to its clients without any surcharge. The total expenses incurred by ST&G in this category during the Third Period were $2,347.17.

    **B.**    <u>**Copy Production**</u>. ST&G's internal photocopy projects are electronically logged and billed directly to the client at the cost of twenty-five cents (25¢) per page.  This rate is uniformly set by ST&G as its best estimate of the actual costs of furnishing photocopying services, and is comparable to the rate charged by a substantial number of other law firms in the community in both bankruptcy and nonbankruptcy engagements.  The total photocopy expenses incurred by ST&G during the Third Period were $6,641.20.

    **C.**    <u>**Long Distance Telephone/Teleconference**</u>.  Long distance telephone charges reflect direct costs for telephone charges (including conference calls) incurred by ST&G in the course of its representation of the Debtor.  These telephone charges are billed by ST&G to all of its clients as direct charges, without adding any surcharge.  The total expenses incurred by ST&G in the long distance telephone expense category during the Third Period were $252.09.

     **D.**     <u>Postage</u>.  The cost of transmitting mail by ST&G is billed directly to its clients.  Postage is logged and billed directly to ST&G's clients through use of a computer system.  ST&G calculates postage costs at the rates set by the Postal Service for the weight and class of a given mailing.  The total expenses incurred in the postage expense category during the Third Period were $835.18.[4]

## V.

## APPLICABLE AUTHORITY

Section 330(a) of the Bankruptcy Code provides that a Bankruptcy Court may award to a professional person employed under sections 327 or 1103 "reasonable compensation for actual, necessary services rendered by [such] . . . attorney. . . and reimbursement of actual, necessary expenses."  11 U.S.C. § 330(a).  Section 330 also provides the following guidelines for the Court to consider with respect to the amount of compensation to be awarded:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, extent, and the value of such services, taking into account all relevant factors, including-
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A).

In addition, section 330 prohibits the Court from allowing compensation for "unnecessary duplication of services" or "services that were not . . . reasonably likely to benefit

---

[4]    Additional expenses include the following:  (1) $16.92 for document processing, (2) $90.00 for parking validation, and (3) $147.94 for messenger expenses.  All expenses were billed directly to the Debtor without any surcharge.

the debtor's estate . . . or . . . necessary to the administration of the case."  11 U.S.C. § 330(a)(4)(A).

In determining the award of compensation, courts generally consider "the nature, the extent, and the value of the professional's services".  In re Auto Parts Club, Inc., 211 B.R. 29, 33 (B.A.P. 9th Cir. 1997).  However, "the primary method used to determine a reasonable attorney fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate." In re Yermakov, 718 F.2d 1465, 1471 (9th Cir. 1983); In re Powerine Oil Co., 71 B.R. 767, 772 (B.A.P. 9th Cir. 1986) (holding that the fees calculated by multiplying the number of hours by the hourly rate creates a presumption of reasonableness); In re Montgomery Drilling Co., 121 B.R. 32, 39 (Bankr. E.D. Cal. 1990).

Professional services rendered by ST&G during this case have been itemized by professional, noting each professional's rate, number of hours and total compensation requested. See Exhibit "E" to the Karasik Declaration.

**A.    Reasonableness of Compensation Requested**

ST&G requests compensation for attorneys and paralegals at their respective customary hourly rates.  The hourly rate of each professional who rendered services in connection with the Debtor's case during the Third Period is set forth in Exhibit "C" to the Karasik Declaration.  Courts have held that the prevailing market rate in the community is indicative of a reasonable hourly rate.  See In re Auto Parts Club, Inc., 224 B.R. 445, 449 (Bankr. S.D. Cal. 1998).  ST&G regularly conducts a survey of hourly rates charged by law firms that routinely perform work before bankruptcy courts in this district and other districts.  Based on the results of its most recent survey, ST&G believes that the hourly rates charged for its members, paralegals, and law clerks are reasonable and competitive with the hourly rates charged by law firms of comparable size and quality that have similar expertise and level of experience as ST&G.

ST&G submits that, based upon the factors to be considered pursuant to section 330 and section 331 of the Bankruptcy Code, the quality of the services provided and the results that have been achieved to date more than justify allowance of the amounts requested.

**B.   Novelty And Difficulty of Legal Questions/Skill Requisite to Performing Legal Services**

Due to the complex nature of the Debtor's case, it has been necessary that ST&G evaluate difficult factual and legal issues.  Because of the complex questions of law and fact involved in these proceedings, ST&G has had to exercise considerable skill and expertise in dealing with the particular legal issues that arose.

**C.   Experience, Reputation And Ability Of The Attorneys**

ST&G has an excellent nationwide reputation based upon its experienced and capable group of professionals.  ST&G was selected as Debtor's counsel due to the experience and expertise of its attorneys in the areas of bankruptcy and other insolvency-related areas of law.  ST&G has represented creditors, debtors, creditors' committees and trustees in insolvency cases and adversary proceedings throughout the United States, and maintains an active insolvency practice.  The professional services rendered have been performed by attorneys with a high level of skill in the areas for which they have been employed.  Such experience and expertise has enabled this case to progress in an efficient manner.

## III.

## CONCLUSION

Based upon all of the foregoing, ST&G respectfully requests that this Court enter an order: (i) allowing, on an interim basis, reasonable compensation in the amount of $306,382.50 for actual, necessary services rendered by ST&G during this case, and reimbursement in the amount of $10,330.50 for actual, necessary expenses incurred by ST&G during this case; (ii) directing the Debtor to pay the allowed amounts that have not yet been paid pursuant to the Interim Compensation Order; and (iii) granting such other and further relief as the Court deems to be just and proper.

Dated:  March 29, 2011

                        ____/s/ *Gregory K. Jones*_____
                         GARY E. KLAUSNER
                         EVE H. KARASIK
                         GREGORY K. JONES
                         STUTMAN, TREISTER & GLATT
                         PROFESSIONAL CORPORATION
                         Reorganization Counsel for Debtor

# DECLARATION OF EVE H. KARASIK[5]

I, Eve H. Karasik, declare as follows:

1.       I am over 18 years of age and have personal knowledge of the matters set forth herein.  If called upon, I would testify competently with respect to these matters.  I submit this declaration ("Declaration") in support of the Third Interim Fee Application of Stutman, Treister & Glatt Professional Corporation (Reorganization Counsel for Debtor and Debtor in Possession ) for Compensation of Services Rendered and Reimbursement of Expenses Incurred (November 1, 2010 to February 28, 2011) (the "Application").

2.       I am a member of Stutman, Treister & Glatt Professional Corporation ("ST&G"), reorganization counsel to the Debtors.  I either rendered or had supervisory responsibility for ST&G's legal services rendered to the Debtors during the Third Period.

3.       Attached hereto are true and correct copies of the following documents:

a.       Exhibit "A" — a copy of the "Order on Application to Employ Stutman, Treister & Glatt Professional Corporation" entered by the Court on January 20, 2010;

b.       Exhibit "B" — summary of the experience and qualifications of those members of ST&G, paralegals, and law clerks, who rendered services to the Debtors during the Third Period;

c.       Exhibit "C" - summary of fees incurred for each of the activity categories;

d.       Exhibit "D" - summary, by attorney, paralegal, and law clerk, of the number of hours expended by each attorney, paralegal, and law clerk in rendering services to the Debtors during the Third Period, and their respective hourly rates;

e.       Exhibit "E" - schedules of ST&G's computer billing records for fees incurred in these cases, by billing category, during the Third Period; and

---

[5]    Capitalized terms not otherwise defined herein have the same meaning as in the Application.

1          f.      Exhibit "F" -- breakdown of costs incurred by ST&G during the

2  Third Period.

3          4.      The Application has been prepared in compliance with the UST

4  Guidelines.  Neither ST&G nor any member of ST&G has any agreement or understanding of

5  any kind or nature to divide, pay over, or share any portion of the fees to be awarded to ST&G in

6  these cases with any other person or attorney, except as among members of ST&G.

7          5.      There are no claims against or stock or other interests in the Debtor or any

8  affiliates of the Debtor in which a beneficial interest has been acquired or transferred to ST&G or

9  any of its members for its or their account before or after the filing of these cases.

10          6.      ST&G recently conducted a survey of hourly rates charged by law firms

11  that routinely perform work before bankruptcy courts in this district and other districts.  Based on

12  the results of this survey, ST&G believes that the hourly rates charged by ST&G for its

13  members, paralegals, and law clerks are reasonable and competitive with the hourly rates

14  charged by law firms of comparable size and quality that have similar expertise and experience

15  level as ST&G.  The survey also indicated that ST&G's hourly rates are lower than the rates used

16  by most of the New York based law firms surveyed and the rates of some of the large law firms.

17          7.      ST&G has not entered into any arrangement or agreement with any person

18  or entity with respect to the sharing of fees and expenses for which ST&G is seeking

19  compensation and reimbursement as set forth herein, except as permitted by section 504(b)(1) of

20  the Bankruptcy Code.  ST&G has not entered into any agreement, express or implied with any

21  other party in interest, or any attorney or other party in interest for the purpose of fixing fees or

22  compensation and reimbursement of expenses incurred.

23        I declare under penalty of perjury that the foregoing is true and correct.

24        Executed this 28th day of March, 2011, at Los Angeles, California.

25

26         */s/ Eve H. Karasik*
            Eve H. Karasik

27

28

**Exhibit "A"**

**ORDER APPROVING EMPLOYMENT OF STUTMAN, TREISTER & GLATT**

542722v1

CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Gary E. Klausner (SBN 69077)
Gregory K. Jones (SBN 181072)
Stutman, Treister & Glatt Professional Corporation
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600/Fax: (310)228-5788

Order Entered on
January 21 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Imperial Capital Bancorp., Inc.

Debtor.

BANKRUPTCY NO. 09-19431-LA11

Date of Hearing:
Time of Hearing:
Name of Judge: Adler

## ORDER ON

## Application to Employ Stutman, Treister & Glatt Professional Corporation

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through ___2___ with exhibits, if any, for a total of ___2___ pages, is granted. Motion/Application Docket Entry No. ___33___

//
//
//
//
//
//

DATED: January 20, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

Stutman, Treister & Glatt, P.C.
(Firm name)

By: /s/ Gregory K. Jones
Attorney for ☑ Movant ☐ Respondent

CSD 1001A

25

CSD 1001A [11/15/04] **(Page 2)**
ORDER ON Application to Employ Stutman, Treister & Glatt Professional Corporation
DEBTOR: Imperial Capital Bancorp., Inc.                                                    CASE NO: 09-19431-LA11

Upon review and consideration of the "Application for an Order Pursuant to 11 U.S.C. Sections 327(A) and 329 Authorizing the Employment and Retention of Stutman, Treister & Glatt Professional Corporation as Reorganization Counsel for the Debtor and Debtor in Possession" (the "Application") filed by Imperial Capital Bancorp, Inc., debtor and debtor in possession in the above-captioned case (the "Debtor") and the "Declaration and Federal Rule of Bankruptcy Procedure 2016(B) Statement of Gary E. Klausner in Support of Application for an Order Pursuant to 11 U.S.C. Sections 327(A) and 329 Authorizing the Employment and Retention of Stutman, Treister & Glatt Professional Corporation as Reorganization Counsel for the Debtor and Debtor in Possession" (the "Klausner Declaration"); and it appearing that the attorneys at Stutman, Treister & Glatt Professional Corporation are disinterested persons who do not hold or represent an interest adverse to the Debtor's estate in the matters upon which they are to be engaged, and that their employment for the purposes set forth in the Application is in the best interest of the Debtor and its estate; notice of which was sufficient and proper, and it appearing that good cause exists for the relief sought in the Application,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Application is granted as set forth herein.

2. The Debtor is authorized to employ Gary E. Klausner, Gregory K. Jones, and other members, associates, and attorneys of counsel to Stutman, Treister & Glatt Professional Corporation as of the commencement of the above-captioned chapter 11 case, for the purposes and on the terms set forth in the Application, with compensation at the expense of the Debtor's estate.

CSD 1001A                                                                                                              26

*Signed by Judge Louise DeCarl Adler January 20,2010*

## Exhibit "B"

### BIOGRAPHIES OF MEMBERS OF
### STUTMAN, TREISTER & GLATT
### RENDERING SUBSTANTIAL SERVICES TO THE DEBTOR

**Gary E. Klausner:**  Mr. Klausner is a senior shareholder at Stutman, Treister & Glatt. He received a B.A. in 1971 from the University of Maryland and a J.D. with honors in 1974 from the University of Maryland School of Law. He served on the editorial staff of the University of Maryland Law Review from 1972 to 1973. He was admitted to practice law in the State of Maryland in 1974 and California in 1976. He is also admitted to practice before the United States District Court for the Central District of California, the United States Circuit Court of Appeals for the Ninth Circuit and the United States Supreme Court.

Since 1976 Mr. Klausner has devoted his practice exclusively to bankruptcy, corporate reorganization and debtor/creditor matters and has represented chapter 11 debtors, secured and unsecured creditors, creditors' committees, trustees and receivers, licensors and franchisors, purchasers of assets out of bankruptcy cases and parties involved in litigation and appeals in connection with bankruptcy cases. He has handled cases involving a broad range of businesses and industries, including real estate development, hotels and restaurants, manufacturing, aerospace, retail, entertainment, transportation and health care.

In addition to client matters, Mr. Klausner has been actively involved and has held prominent positions in local and national professional organizations and bar associations. Mr. Klausner is a member of the Board of Governors of the Financial Lawyers Conference and served as its President from 1993 through 1994. He is a Board member of the Los Angeles Bankruptcy Forum (serving as its President in 2003-2004), a member of the American Bar Association, Section on Business Law, where he chaired a task force on The Economics of Chapter 11 Practice, and is Chair of the Subcommittee on Bankruptcy Fraud, Crimes and Abuse of the Bankruptcy Process. He is a member of the Los Angeles County Bar Association, where he has served as a member of the Executive Committee of the Commercial Law and Bankruptcy Section as well as being Vice-Chair of the Section's Bankruptcy Committee.

Mr. Klausner lectures frequently on subjects involving bankruptcy and commercial law and has published numerous articles on bankruptcy-related topics. Mr. Klausner authored "Section 1111(b) Look Before You Leap," 2 Bankruptcy Study Group Journal 15 (1986). He also co-authored "Chapter 11: The Bank of Last Resort," The Business Lawyer, November, 1989; Vol. 45, No. 1, and "The New Bankruptcy Rules," 4 Bankruptcy Study Group Journal 64 (1987). Mr. Klausner was an adjunct Professor of Law at Southwestern University School of Law from 1982 through 1986.

The numerous chapter 11 debtors whom Mr. Klausner has represented include Mr. Gasket Co. and Prism Entertainment Corporation, both of which are public companies, Packaging Corporation of America; Super Shops, Inc.; Cannon Pictures; Maguire Thomas Partners; Fifth & Grand, Ltd.; ABC International Traders, Inc.; Maxicare; Watts Health Foundation, Inc., dba UHP Healthcare; and Valley Health System. Mr. Klausner has represented creditors committees in cases such as Consolidated Freightways, Westward Ho Markets, Naki Electronics, Prime Matrix, The Movie Group, American Restaurant Group and Solidus Networks, Inc.

**Eve H. Karasik:**  Ms. Karasik is a senior shareholder of ST&G.  She attended the University of California, Berkeley, where she received her B.A. in History in 1984 with High Honors, and then attended the University of Southern California, receiving her J.D. in 1991. At USC she was admitted to the Order of the Coif.

She served as the Managing Editor of the University of Southern California Computer Law and Major Tax Planning Journals. Ms. Karasik is the author of "A Normative Analysis Of Disclosure, Privacy, and Computers: The State Cases," 10 Computer/L.J. 603, 1990.

Ms. Karasik's practice is focused primarily on the representation of operating debtors in chapter 11 cases, as well as creditor and equity committees, in venues throughout the country.  Her more recent debtor engagements include Utah 7000, LLC., *et al* ( Salt Lake City, UT); Falcon Products, Inc., *et al* ( St. Louis, MO); Clark Retail Group *et al* ( Chicago, IL); MJ Research, Inc. ( Reno, NV); and U.S. Aggregates, Inc.*et al* ( Reno, NV).  Creditor and equity committee representations include Eurofresh, Inc. *e tal* ( Phoenix, AZ), USA Capital First Trust Deed Fund ( Las Vegas, NV), Aladdin Gaming, Inc. ( Las Vegas, NV) and Amerco ( Reno, NV).  She also served as counsel to the Trustee in the Securities Investor Protection liquidation proceeding of W.S. Clearing, Inc.  She is currently serving as counsel to the Examiner in the Fontainebleau Las Vegas Holdings, LLC, *et al* ( Miami, FL).

**Gregory K. Jones:**  Mr. Jones is of counsel to ST&G.  He was born in Torrance, California in 1970 and attended the University of California, Los Angeles, where he received a B.A. in Political Science, magna cum laude, in 1992 and a J.D. in 1995.

Mr. Jones was admitted to the state bar of California in 1995 and is authorized to practice in the U.S. District Court, Southern, Central and Northern Districts of California and the U.S. Court of Appeals, Ninth Circuit.  At the UCLA School of Law, Mr. Jones was Managing Editor for the UCLA Law Review and author of the article "The Classification and Cram Down Controversy in Single Asset Bankruptcy Cases: A Need for the Repeal of Bankruptcy Code Section 1129(a)(10)," 42 UCLA Law Review 623, 1994.  Mr. Jones was the recipient of the 1994 Los Angeles Bankruptcy Forum Writing Award for this article.

Mr. Jones has been involved in numerous bankruptcy cases where he represented debtors, including the County of Orange, L.A. Gear, Liberty House, Inc., StorMedia, Inc., SmarTalk Communications, Boston Markets, U.S. Aggregates, Inc., The Resort as Summerlin, Inc., Watts Health Foundation, Inc., d/b/a UHP Healthcare, and The Kushner-Locke Company.  Mr. Jones also represented the Official Committee of Unsecured Creditors in the bankruptcy case of Consolidated Freightways, Inc.

Mr. Jones is a Member of the State Bar of California (Business Law Section); the American Bar Association (Business Law Section); the Los Angeles County Bar Association (Commercial Law and Bankruptcy Section); the Los Angeles Bankruptcy Forum; and the Financial Lawyers Conference.

Reported Cases:  In re Colortran, Inc., 210 B.R. 823 (Bankr. 9th Cir. 1997); Expeditors International of Washington, Inc. vs. Citicorp North America, 218 B.R. 507 (Bankr. 9th Cir. 1997); White vs. County of Orange, 88 Cal.App.4th.  298 (Cal. Ct. App. 2001).

**Exhibit "C"**

**Summary of Hours By Category**

542722v1

## SUMMARY OF ALL FEES, COSTS AND DISBURSEMENTS BY MATTER

| Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 06288-0000 | Imperial Capital Bancorp - Chapter 11 12/19/09 | 0.00 | 10,330.50 | 10,330.50 |
| 06288-0010 | Case Administration | 21,339.50 | 0.00 | 21,339.50 |
| 06288-0020 | Meetings of and Communications with Creditors | 43,879.00 | 0.00 | 43,879.00 |
| 06288-0030 | General Business Operations | 33,993.50 | 0.00 | 33,993.50 |
| 06288-0040 | Fee/Employment Applications | 26,321.00 | 0.00 | 26,321.00 |
| 06288-0050 | Fee/Employment Objections | 25,094.00 | 0.00 | 25,094.00 |
| 06288-0070 | Claims Administration and Objections | 8,203.50 | 0.00 | 8,203.50 |
| 06288-0080 | Asset Analysis and Recovery | 306.00 | 0.00 | 306.00 |
| 06288-0090 | Asset Disposition | 561.00 | 0.00 | 561.00 |
| 06288-0100 | Plan/Disclosure Statement | 82,257.50 | 0.00 | 82,257.50 |
| 06288-0120 | Litigation | 64,427.50 | 0.00 | 64,427.50 |
| | | 306,382.50 | 10,330.50 | 316,713.00 |

Page 14

**Exhibit "D"**

**Summary of Hours by Professional**

542722v1

# SUMMARY OF FEES FOR THE PERIOD

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Scott H. Yun | Shareholder | 0.2 | 595.00 | 119.00 |
| Jeffrey A. Resler | Shareholder | 13.0 | 650.00 | 8,450.00 |
| Gary E. Klausner | Shareholder | 36.4 | 806.29 | 29,349.00 |
| Eve H. Karasik | Shareholder | 158.2 | 725.00 | 114,695.00 |
| K. John Shaffer | Shareholder | 0.6 | 795.00 | 477.00 |
| Mark S. Wallace | Of Counsel | 13.7 | 735.00 | 10,069.50 |
| Gregory K. Jones | Of Counsel | 264.5 | 510.00 | 134,895.00 |
| Kendra A. Johnson | Paralegal | 0.3 | 240.00 | 72.00 |
| Joanne B. Stern | Paralegal | 34.4 | 240.00 | 8,256.00 |
| | | 521.3 | | 306,382.50 |

Page 11

**Exhibit "E"**

**Detailed Time Records During First Period**

542722v1

**06288-0010: Case Administration**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/01/10 | Eve H. Karasik | Confer with Gary E. Klausner re: case status | 0.2 | 145.00 |
| 11/01/10 | Joanne B. Stern | Revise general service list | 0.1 | 24.00 |
| 11/01/10 | Joanne B. Stern | Analyze case dockets | 0.3 | 72.00 |
| 11/01/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, Gregory K. Jones re case dockets | 0.1 | 24.00 |
| 11/02/10 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 11/02/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re status of cases. | 0.1 | 24.00 |
| 11/03/10 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 11/03/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re status of cases. | 0.1 | 24.00 |
| 11/07/10 | Gregory K. Jones | Prepare fifth status conference report | 2.5 | 1,275.00 |
| 11/08/10 | Eve H. Karasik | Analyze docket report | 0.1 | 72.50 |
| 11/08/10 | Gregory K. Jones | Review and revise status conference report | 1.5 | 765.00 |
| 11/09/10 | Eve H. Karasik | Revise Status Report | 0.4 | 290.00 |
| 11/09/10 | Eve H. Karasik | Prepare correspondence to Gregory K. Jones and Gary E. Klausner re Status Report revisions | 0.5 | 362.50 |
| 11/09/10 | Gary E. Klausner | Review and revise Debtor's status report | 0.3 | 238.50 |
| 11/09/10 | Gregory K. Jones | Phone conference with Court clerk on hearing dates | 0.2 | 102.00 |
| 11/09/10 | Gregory K. Jones | Review and revise status report and confer with Eve H. Karasik | 0.6 | 306.00 |
| 11/09/10 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 11/09/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re status of cases. | 0.1 | 24.00 |
| 11/10/10 | Eve H. Karasik | Analyze Gary E. Klausner Status Report revisions | 0.1 | 72.50 |
| 11/10/10 | Gregory K. Jones | Review and revise status conference report and prepare for filing | 0.6 | 306.00 |
| 11/10/10 | Joanne B. Stern | Exchange emails with Gregory K. Jones re filing fifth status report. | 0.1 | 24.00 |
| 11/10/10 | Joanne B. Stern | Prepare and e-file and serve Fifth Status Conference Report. | 0.4 | 96.00 |
| 11/10/10 | Joanne B. Stern | Analyze case dockets | 0.3 | 72.00 |
| 11/10/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re status of cases. | 0.1 | 24.00 |
| 11/11/10 | Joanne B. Stern | Analyze case dockets and download same. | 0.3 | 72.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/11/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets | 0.1 | 24.00 |
| 11/12/10 | Joanne B. Stern | Analyze and download case dockets. | 0.4 | 96.00 |
| 11/12/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets. | 0.1 | 24.00 |
| 11/13/10 | Gregory K. Jones | Confer with Eve H. Karasik on various pending issues | 0.2 | 102.00 |
| 11/15/10 | Eve H. Karasik | Analyze docket | 0.1 | 72.50 |
| 11/15/10 | Gregory K. Jones | Confer with Eve H. Karasik and Gary E. Klausner on various issues in case | 0.3 | 153.00 |
| 11/15/10 | Gregory K. Jones | Phone conference with US Trustee's office on upcoming hearings | 0.2 | 102.00 |
| 11/15/10 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing pleading. | 0.1 | 24.00 |
| 11/16/10 | Eve H. Karasik | Confer with Gregory K. Jones re November 18 hearing | 0.1 | 72.50 |
| 11/16/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak re task list | 0.1 | 72.50 |
| 11/16/10 | Eve H. Karasik | Confer with Gregory K. Jones re case status | 0.2 | 145.00 |
| 11/16/10 | Gregory K. Jones | Review court tentative rulings | 0.1 | 51.00 |
| 11/16/10 | Gregory K. Jones | Review memo to board on various issues | 0.2 | 102.00 |
| 11/16/10 | Joanne B. Stern | Analyze and download case dockets. | 0.3 | 72.00 |
| 11/16/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets. | 0.1 | 24.00 |
| 11/17/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re: hearing continuance | 0.1 | 72.50 |
| 11/17/10 | Gregory K. Jones | Review tentative judgment and confer with Committee | 0.2 | 102.00 |
| 11/18/10 | Eve H. Karasik | Analyze Court's tentative ruling re 11/18 hearing | 0.1 | 72.50 |
| 11/18/10 | Joanne B. Stern | Revise case calendar | 0.2 | 48.00 |
| 11/18/10 | Joanne B. Stern | Analyze and download case dockets. | 0.3 | 72.00 |
| 11/18/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets. | 0.1 | 24.00 |
| 11/19/10 | Eve H. Karasik | Analyze dockets | 0.1 | 72.50 |
| 11/19/10 | Gregory K. Jones | Review Court's minute order | 0.1 | 51.00 |
| 11/19/10 | Joanne B. Stern | Analyze and download case dockets and pleadings. | 0.4 | 96.00 |
| 11/19/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets and new pleadings. | 0.1 | 24.00 |
| 11/22/10 | Joanne B. Stern | Analyze and download case dockets. | 0.3 | 72.00 |
| 11/23/10 | Gregory K. Jones | Confer with Gary E. Klausner on case status and settlement proposal | 0.1 | 51.00 |
| 11/30/10 | Eve H. Karasik | Analyze docket | 0.1 | 72.50 |
| 11/30/10 | Eve H. Karasik | Analyze dockets | 0.1 | 72.50 |
| 11/30/10 | Joanne B. Stern | Analyze and download case dockets. | 0.3 | 72.00 |
| 11/30/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets | 0.1 | 24.00 |
| 12/01/10 | Gregory K. Jones | Emails with Moyed on case status | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/01/10 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 12/01/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, Gregory K. Jones re dockets. | 0.1 | 24.00 |
| 12/02/10 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 12/02/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner and Gregory K. Jones re dockets. | 0.1 | 24.00 |
| 12/03/10 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 12/03/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, Gregory K. Jones re dockets. | 0.1 | 24.00 |
| 12/06/10 | Joanne B. Stern | Analyze dockets. | 0.3 | 72.00 |
| 12/06/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, Gregory K. Jones re dockets. | 0.1 | 24.00 |
| 12/07/10 | Eve H. Karasik | Analyze docket | 0.1 | 72.50 |
| 12/07/10 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 12/07/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, Gregory K. Jones re case dockets. | 0.1 | 24.00 |
| 12/09/10 | Joanne B. Stern | Analyze case dockets re new pleadings | 0.2 | 48.00 |
| 12/09/10 | Joanne B. Stern | Exchange emails with  Eve H. Karasik, Gary E. Klausner and  Gregory K. Jones re status | 0.1 | 24.00 |
| 12/10/10 | Gregory K. Jones | Review updated dockets | 0.1 | 51.00 |
| 12/10/10 | Joanne B. Stern | Exchange emails with Melanie O'Donnell and Gregory K. Jones re PR Newswire. | 0.1 | 24.00 |
| 12/13/10 | Eve H. Karasik | Confer with Gary E. Klausner re: case status | 0.4 | 290.00 |
| 12/14/10 | Gregory K. Jones | Confer with Scheer on various confirmation issues | 0.3 | 153.00 |
| 12/14/10 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 12/14/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 12/15/10 | Eve H. Karasik | Analyze correspondence from Joanne B. Stern re dockets | 0.1 | 72.50 |
| 12/15/10 | Eve H. Karasik | Analyze correspondence from Joanne B. Stern re docket | 0.1 | 72.50 |
| 12/15/10 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 12/15/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re dockets. | 0.1 | 24.00 |
| 12/17/10 | Joanne B. Stern | Analyze and download dockets and new pleadings. | 0.3 | 72.00 |
| 12/17/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re dockets and new pleadings. | 0.1 | 24.00 |
| 12/17/10 | Kendra A. Johnson | Analyze correspondence from Nancy DeMasi from Iron Mountain re outstanding invoices; prepare correspondence to J. Stern re same. | 0.3 | 72.00 |
| 12/20/10 | Eve H. Karasik | Analyze docket | 0.1 | 72.50 |
| 12/20/10 | Joanne B. Stern | Analyze and download dockets and pleadings. | 0.3 | 72.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/20/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re dockets and pleadings. | 0.1 | 24.00 |
| 12/21/10 | Joanne B. Stern | Analyze and download case dockets. | 0.2 | 48.00 |
| 12/21/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, Gregory K. Jones re dockets and pleadings. | 0.1 | 24.00 |
| 12/22/10 | Joanne B. Stern | Analyze correspondence from Iron Mountain re post-petition invoices. | 0.1 | 24.00 |
| 12/22/10 | Joanne B. Stern | Telephone conference with Melanie O'Donnell re Iron Mountain invoices and Standard & Poors invoices. | 0.3 | 72.00 |
| 12/23/10 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 12/23/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re case dockets. | 0.1 | 24.00 |
| 12/27/10 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 12/27/10 | Eve H. Karasik | Confer with Gary E. Klausner re status | 0.2 | 145.00 |
| 12/27/10 | Gregory K. Jones | Emails with Eve H. Karasik on numerous scheduling matters | 0.2 | 102.00 |
| 12/27/10 | Joanne B. Stern | Analyze and download case dockets. | 0.2 | 48.00 |
| 12/27/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 12/28/10 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 12/28/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 12/29/10 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 12/29/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik. Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 01/03/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 01/03/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, Gregory K. Jones re dockets | 0.1 | 24.00 |
| 01/05/11 | Eve H. Karasik | Confer with Gregory K. Jones re various response deadlines | 0.2 | 145.00 |
| 01/05/11 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 01/05/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 01/05/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re dockets | 0.1 | 24.00 |
| 01/06/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 01/06/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re dockets | 0.1 | 24.00 |
| 01/11/11 | Eve H. Karasik | Analyze docket | 0.1 | 72.50 |
| 01/11/11 | Joanne B. Stern | Analyze case dockets | 0.3 | 72.00 |
| 01/11/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re case dockets, pleadings | 0.1 | 24.00 |
| 01/12/11 | Eve H. Karasik | Confer with Gregory K. Jones re draft status report | 0.1 | 72.50 |
| 01/12/11 | Eve H. Karasik | Confer with Gregory K. Jones re Kiley and status report | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/12/11 | Eve H. Karasik | Revise Status Conference report | 0.4 | 290.00 |
| 01/12/11 | Eve H. Karasik | Confer with Gary E. Klausner re Status Report | 0.1 | 72.50 |
| 01/12/11 | Gregory K. Jones | Review and revise status report | 1.5 | 765.00 |
| 01/12/11 | Gregory K. Jones | Confer with Eve H. Karasik on status report | 0.2 | 102.00 |
| 01/13/11 | Eve H. Karasik | Confer with Gregory K. Jones re Status Report | 0.1 | 72.50 |
| 01/13/11 | Eve H. Karasik | Confer with Gregory K. Jones re Status Report | 0.1 | 72.50 |
| 01/13/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to Gary E. Klausner re Status Report | 0.1 | 72.50 |
| 01/13/11 | Eve H. Karasik | Confer with p Gregory K. Jones re Status Report revisions | 0.2 | 145.00 |
| 01/13/11 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 01/13/11 | Gregory K. Jones | Review and revise status report and prepare for filing | 0.8 | 408.00 |
| 01/13/11 | Joanne B. Stern | Exchange emails with  Gregory K. Jones re e-filing status report | 0.1 | 24.00 |
| 01/13/11 | Joanne B. Stern | Prepare and e-file 6th Status Conference Report | 0.3 | 72.00 |
| 01/13/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 01/13/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re dockets | 0.1 | 24.00 |
| 01/14/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 01/14/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re dockets | 0.1 | 24.00 |
| 01/18/11 | Eve H. Karasik | Confer with Gregory K. Jones re status conference | 0.1 | 72.50 |
| 01/18/11 | Gregory K. Jones | Review tentative ruling on status conference and confer with Eve H. Karasik and Gary E. Klausner | 0.3 | 153.00 |
| 01/18/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 01/18/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 01/19/11 | Eve H. Karasik | Confer with Gregory K. Jones re tentative ruling from Court on status hearing | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re upcoming hearing | 0.1 | 72.50 |
| 01/19/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 01/19/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 01/19/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik re calendaring hearing dates. | 0.1 | 24.00 |
| 01/19/11 | Joanne B. Stern | Revise case calendar | 0.2 | 48.00 |
| 01/20/11 | Eve H. Karasik | Telephone conference with A. Rusnak re status conference | 0.1 | 72.50 |
| 01/20/11 | Gregory K. Jones | Confer with Eve H. Karasik on continued status conference | 0.1 | 51.00 |
| 01/20/11 | Gregory K. Jones | Prepare message to court clerk on continued status conference | 0.1 | 51.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/20/11 | Gregory K. Jones | Confer with Padien on scheduling of status conference | 0.2 | 102.00 |
| 01/20/11 | Gregory K. Jones | Review minute order | 0.1 | 51.00 |
| 01/21/11 | Eve H. Karasik | Analyze docket | 0.1 | 72.50 |
| 01/21/11 | Gregory K. Jones | Messages relating to scheduling of upcoming status conference | 0.2 | 102.00 |
| 01/21/11 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 01/21/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 01/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re: status conference | 0.1 | 72.50 |
| 01/24/11 | Gregory K. Jones | Phone conference with Fearce on continuance of hearings | 0.2 | 102.00 |
| 01/24/11 | Gregory K. Jones | Prepare stipulation to continue status conference | 0.8 | 408.00 |
| 01/24/11 | Gregory K. Jones | Emails with Isaacs on continuance of status conference | 0.2 | 102.00 |
| 01/24/11 | Gregory K. Jones | Emails with Stern on administrative pleadings (several) | 0.3 | 153.00 |
| 01/24/11 | Joanne B. Stern | Telephone conference with Melanie O'Donnell re change of address. | 0.2 | 48.00 |
| 01/24/11 | Joanne B. Stern | Exchange emails with GKJ re preparing change of address. | 0.1 | 24.00 |
| 01/24/11 | Joanne B. Stern | Prepare pleading re change of address. | 0.2 | 48.00 |
| 01/24/11 | Joanne B. Stern | Prepare and e-file Notice of Change of Adress. | 0.3 | 72.00 |
| 01/24/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 01/24/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 01/26/11 | Gregory K. Jones | Prepare order continuing status conference | 0.5 | 255.00 |
| 01/27/11 | Gregory K. Jones | Prepare scheduling stipulation and order for filing | 0.2 | 102.00 |
| 01/27/11 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing stipulation and order continuing status conference hearing. | 0.1 | 24.00 |
| 01/27/11 | Joanne B. Stern | Prepare and e-file stipulation continuing status conference hearing. | 0.3 | 72.00 |
| 01/27/11 | Joanne B. Stern | Prepare and upload order approving stipulation to continue status conference hearing date. | 0.2 | 48.00 |
| 01/27/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 01/27/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 01/28/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 01/28/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 01/30/11 | Gregory K. Jones | Review court calendar | 0.1 | 51.00 |
| 01/31/11 | Gregory K. Jones | Review court docket | 0.1 | 51.00 |
| 01/31/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/31/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/01/11 | Eve H. Karasik | Confer with Gary E. Klausner re status | 0.1 | 72.50 |
| 02/01/11 | Gregory K. Jones | Conference with Eve H. Karasik on upcoming hearings, claim objections, and litigation matters | 0.4 | 204.00 |
| 02/01/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/01/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/03/11 | Gregory K. Jones | Review order continuing status conference | 0.1 | 51.00 |
| 02/03/11 | Joanne B. Stern | Analyze and code documents. | 1.8 | 432.00 |
| 02/03/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/03/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/07/11 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 02/07/11 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 02/07/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/08/11 | Joanne B. Stern | Analyze case dockets. | 0.3 | 72.00 |
| 02/08/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/09/11 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 02/09/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/09/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/10/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/10/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/11/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/11/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/14/11 | Eve H. Karasik | Analyze miscellaneous pleadings | 0.1 | 72.50 |
| 02/14/11 | Gary E. Klausner | Telephone conference with R. Chance re case status | 0.2 | 165.00 |
| 02/14/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/14/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/14/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik re copy of docket no. 407. | 0.1 | 24.00 |
| 02/14/11 | Joanne B. Stern | Analyze and download copy of docket no. 407. | 0.1 | 24.00 |
| 02/15/11 | Joanne B. Stern | Analyze case docket | 0.2 | 48.00 |
| 02/15/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, Gary E. Klausner re case dockets. | 0.1 | 24.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/15/11 | Joanne B. Stern | Prepare pleading re certificate of service of entered order on stipulation to continue status conference hearing. | 0.2 | 48.00 |
| 02/15/11 | Joanne B. Stern | Prepare and upload certificate of service on stipulation to continue status conference hearing. | 0.2 | 48.00 |
| 02/15/11 | Joanne B. Stern | Prepare pleading re certificate of service of entered order on second interim fee applications. | 0.2 | 48.00 |
| 02/15/11 | Joanne B. Stern | Prepare and upload certificate of service re entered order on second interim fee applications. | 0.2 | 48.00 |
| 02/16/11 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 02/16/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/16/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/17/11 | Joanne B. Stern | Analyze case dockets. | 0.2 | 48.00 |
| 02/17/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones, and Gary E. Klausner re case dockets. | 0.1 | 24.00 |
| 02/18/11 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 02/18/11 | Eve H. Karasik | Confer with Gregory K. Jones re status conference and report | 0.1 | 72.50 |
| 02/18/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 02/18/11 | Joanne B. Stern | Telephone conference with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re dockets | 0.1 | 24.00 |
| 02/22/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re docket | 0.1 | 24.00 |
| 02/23/11 | Eve H. Karasik | Revise Status Report | 0.4 | 290.00 |
| 02/23/11 | Gregory K. Jones | Prepare status report for February | 3.0 | 1,530.00 |
| 02/23/11 | Gregory K. Jones | Review and revise status report and confer with Eve H. Karasik | 0.5 | 255.00 |
| 02/23/11 | Gregory K. Jones | Research docket and correspondence for inclusion into status report | 0.2 | 102.00 |
| 02/23/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 02/23/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re case dockets | 0.1 | 24.00 |
| 02/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re: Status Conference | 0.1 | 72.50 |
| 02/24/11 | Gregory K. Jones | Review and revise status conference statement and prepare for filing | 1.0 | 510.00 |
| 02/25/11 | Gregory K. Jones | Confer with Eve H. Karasik on requests regarding pending motions | 0.2 | 102.00 |
| 02/25/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |
| 02/25/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re dockets | 0.1 | 24.00 |
| 02/28/11 | Eve H. Karasik | Confer with Gregory K. Jones re Status Conference | 0.1 | 72.50 |
| 02/28/11 | Gregory K. Jones | Emails with Eve H. Karasik and Gary E. Klausner on status conference | 0.2 | 102.00 |
| 02/28/11 | Joanne B. Stern | Analyze case dockets | 0.2 | 48.00 |

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 02/28/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gregory K. Jones and Gary E. Klausner re dockets | 0.1 | 24.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|---|---|---|---|---|
| Gary E. Klausner | Shareholder | 0.5 | 807.00 | 403.50 |
| Eve H. Karasik | Shareholder | 7.0 | 725.00 | 5,075.00 |
| Gregory K. Jones | Of Counsel | 19.1 | 510.00 | 9,741.00 |
| Kendra A. Johnson | Paralegal | 0.3 | 240.00 | 72.00 |
| Joanne B. Stern | Paralegal | 25.2 | 240.00 | 6,048.00 |
| | | 52.1 | | 21,339.50 |

Fees                                                    21,339.50

**SUMMARY FOR 06288-0010: Case Administration**

Total Fees This Invoice                                 21,339.50

Amount Due                                              21,339.50

**06288-0020: Meetings of and Communications with Creditors**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/01/10 | Eve H. Karasik | Analyze correspondence from D. Simonds re standstill agreement | 0.1 | 72.50 |
| 11/01/10 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner to D. Simmonds re: standstill | 0.1 | 72.50 |
| 11/01/10 | Gary E. Klausner | Analyze correspondence from Committee counsel re Downey case and re "standstill" | 0.3 | 238.50 |
| 11/01/10 | Gary E. Klausner | Exchange emails with FDIC re tax refunds | 0.2 | 159.00 |
| 11/01/10 | Gregory K. Jones | Emails with Ketter on Downey Financial complaint | 0.2 | 102.00 |
| 11/01/10 | Gregory K. Jones | Review correspondence on FDIC and Committee on standstill agreement | 0.2 | 102.00 |
| 11/02/10 | Eve H. Karasik | Prepare correspondence to D. Simmonds and C. Padien re FDIC proposal | 0.2 | 145.00 |
| 11/02/10 | Eve H. Karasik | Revise correspondence to D. Simmonds and C. Padien re FDIC proposal | 0.1 | 72.50 |
| 11/02/10 | Eve H. Karasik | Analyze correspondence from D. Simmonds re FDIC settlement | 0.2 | 145.00 |
| 11/02/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re D. Simmonds response re FDIC settlement | 0.1 | 72.50 |
| 11/02/10 | Gary E. Klausner | Analyze correspondence from D. Simonds and E. Karasik re settlement with FDIC | 0.2 | 159.00 |
| 11/02/10 | Gregory K. Jones | Confer with Isaacs on standstill agreement | 0.2 | 102.00 |
| 11/03/10 | Gregory K. Jones | Phone conference with creditor on state court prepetition complaint | 0.2 | 102.00 |
| 11/03/10 | Gregory K. Jones | Analyze Committee document request and research regarding responses | 1.0 | 510.00 |
| 11/04/10 | Eve H. Karasik | Telephone conference with C. Padien and Gregory K. Jones re Standstill Agreement | 0.2 | 145.00 |
| 11/04/10 | Eve H. Karasik | Analyze correspondence from C. Padien re Standstill Agreement | 0.1 | 72.50 |
| 11/04/10 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner to J. Isaacs re tax refund status | 0.1 | 72.50 |
| 11/04/10 | Eve H. Karasik | Analyze correspondence from J. Isaacs to Gary E. Klausner re tax refund issue | 0.1 | 72.50 |
| 11/04/10 | Eve H. Karasik | Analyze correspondence from C. Padien re plan comments and response | 0.1 | 72.50 |
| 11/04/10 | Gary E. Klausner | Exchange emails with Eve H. Karasik re standstill agreement and FDIC issues | 0.2 | 159.00 |
| 11/04/10 | Gary E. Klausner | Prepare correspondence to J. Isaacs re tax issues | 0.2 | 159.00 |
| 11/04/10 | Gregory K. Jones | Phone conference with Committee on standstill agreement | 0.2 | 102.00 |
| 11/05/10 | Gregory K. Jones | Review Committee proposed changes to Plan and confer with Eve H. Karasik | 0.2 | 102.00 |
| 11/05/10 | Gregory K. Jones | Phone conference with Padien on intervention and standstill agreement | 0.3 | 153.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/05/10 | Gregory K. Jones | Confer with Rusnak on committee information requests | 0.4 | 204.00 |
| 11/05/10 | Gregory K. Jones | Emails with Padien on Integra order | 0.2 | 102.00 |
| 11/05/10 | Gregory K. Jones | Review documents for turnover to Committee | 1.5 | 765.00 |
| 11/07/10 | Gregory K. Jones | Review emails and correspondence from Kiley on Committee discovery | 0.2 | 102.00 |
| 11/08/10 | Gary E. Klausner | Telephone conference with counsel for G. Haligowski | 0.2 | 159.00 |
| 11/08/10 | Gregory K. Jones | Review emails and documents to be produced to Committee | 0.3 | 153.00 |
| 11/09/10 | Eve H. Karasik | Analyze correspondence from C. Padien re follow up on various issues | 0.1 | 72.50 |
| 11/09/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re C. Padien response | 0.1 | 72.50 |
| 11/09/10 | Gary E. Klausner | Exchange emails with Gregory K. Jones re FDIC and Committee issues (2x) | 0.4 | 318.00 |
| 11/09/10 | Gregory K. Jones | Confer with Padien on proposed continuance of KPMG employment | 0.2 | 102.00 |
| 11/09/10 | Gregory K. Jones | Emails with Gary E. Klausner on document recovery | 0.2 | 102.00 |
| 11/09/10 | Gregory K. Jones | Phone conference with Padien on operating reports and other administrative matters | 0.3 | 153.00 |
| 11/10/10 | Gary E. Klausner | Exchange emails with Gregory K. Jones re stipulation with FDIC and with Committee re ongoing litigation (3x) | 0.6 | 477.00 |
| 11/10/10 | Gregory K. Jones | Phone conference with Padien on Committee operating report questions | 0.2 | 102.00 |
| 11/11/10 | Eve H. Karasik | Prepare correspondence to C. Padien re various inquiries | 0.3 | 217.50 |
| 11/11/10 | Eve H. Karasik | Revise correspondence to C. Padien re various inquiries | 0.1 | 72.50 |
| 11/11/10 | Gregory K. Jones | Emails with Committee on regulatory documents | 0.2 | 102.00 |
| 11/12/10 | Eve H. Karasik | Analyze correspondence from C. Padien re: various litigation issues | 0.2 | 145.00 |
| 11/12/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re C. Padien litigation issues | 0.1 | 72.50 |
| 11/12/10 | Eve H. Karasik | Telephone conference with D. Simonds and C. Padien re call re various issues | 0.1 | 72.50 |
| 11/12/10 | Eve H. Karasik | Telephone conference with D. Simonds, C. Padien and Gary E. Klausner re various issues | 0.8 | 580.00 |
| 11/12/10 | Gary E. Klausner | Telephone conference with J. Isaacs re standstill with FDIC | 0.2 | 159.00 |
| 11/12/10 | Gary E. Klausner | Conference call with Creditors Committee counsel re FDIC and plan issues | 1.0 | 795.00 |
| 11/15/10 | Eve H. Karasik | Confer with Gregory K. Jones re Document Production  for Committee and Gary E. Klausner response | 0.1 | 72.50 |
| 11/15/10 | Eve H. Karasik | Telephone conference with C. Padien re: Committee issues (Plan; Standstill Agreement; KPMG, et al) | 0.2 | 145.00 |
| 11/15/10 | Eve H. Karasik | Confer with Gary E. Klausner re Committee proposal for case issues | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/15/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak re FTB Notice | 0.1 | 72.50 |
| 11/15/10 | Eve H. Karasik | Confer with Gregory K. Jones re document production status | 0.1 | 72.50 |
| 11/15/10 | Gregory K. Jones | Phone conference with Committee counsel on various global issues | 0.2 | 102.00 |
| 11/15/10 | Gregory K. Jones | Phone conference with Padien on insider compensation documents | 0.2 | 102.00 |
| 11/15/10 | Gregory K. Jones | Review state of California tax documents | 0.2 | 102.00 |
| 11/16/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re Committee issues | 0.1 | 72.50 |
| 11/16/10 | Eve H. Karasik | Prepare correspondence to C. Padien and D. Simonds re FDIC proposal | 0.3 | 217.50 |
| 11/16/10 | Eve H. Karasik | Revise correspondence to C. Padien and D. Simonds re FDIC proposal | 0.1 | 72.50 |
| 11/16/10 | Eve H. Karasik | Confer with C. Padien re settlement | 0.1 | 72.50 |
| 11/16/10 | Gregory K. Jones | Emails with Padien on status conference | 0.1 | 51.00 |
| 11/16/10 | Gregory K. Jones | Conference with Eve H. Karasik on Committee proposals | 0.2 | 102.00 |
| 11/16/10 | Gregory K. Jones | Review Eve H. Karasik and Committee emails on settlement proposals | 0.2 | 102.00 |
| 11/17/10 | Gregory K. Jones | Emails with Isaacs and Padien on terms of standstill motion and order | 0.2 | 102.00 |
| 11/18/10 | Eve H. Karasik | Analyze correspondence from C. Padien re: preference and other claims | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re preference and other claims | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Analyze correspondence from C. Padien re Plan status | 0.1 | 72.50 |
| 11/18/10 | Gary E. Klausner | Telephone conference with C. Padien re FDIC settlement offer | 0.2 | 159.00 |
| 11/18/10 | Gregory K. Jones | Phone conference with Padien on standstill motion and documents | 0.2 | 102.00 |
| 11/18/10 | Gregory K. Jones | Emails with Committee counsel on settlement analysis | 0.2 | 102.00 |
| 11/18/10 | Mark S. Wallace | Telephone conference with H. Jacobson re FDIC matter | 0.2 | 147.00 |
| 11/19/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re Committee proposal | 0.1 | 72.50 |
| 11/19/10 | Eve H. Karasik | Confer with C. Padien re L.T. proposal | 0.1 | 72.50 |
| 11/19/10 | Gregory K. Jones | Review emails on plan negotiations with Committee | 0.2 | 102.00 |
| 11/19/10 | Gregory K. Jones | Phone conference with Padien on standstill motion | 0.2 | 102.00 |
| 11/21/10 | Gary E. Klausner | Analyze correspondence from C. Padien re possible settlement scenarios with FDIC | 0.3 | 238.50 |
| 11/22/10 | Eve H. Karasik | Analyze Committee Settlement Proposal and analysis | 0.4 | 290.00 |
| 11/22/10 | Eve H. Karasik | Confer with Gary E. Klausner re Committee Settlement Proposal and analysis | 0.2 | 145.00 |
| 11/22/10 | Eve H. Karasik | Telephone conference with D. Simonds, C. Padien, et al, re: FDIC settlement proposal | 0.7 | 507.50 |
| 11/22/10 | Gary E. Klausner | Exchange emails with C. Padien, Eve H. Karasik re settlement discussions with FDIC (3x) | 0.3 | 238.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/22/10 | Gary E. Klausner | Conference call with Committee counsel and FTI re settlement | 0.5 | 397.50 |
| 11/22/10 | Gregory K. Jones | Review correspondence from creditors committee counsel on settlement proposals | 0.2 | 102.00 |
| 11/23/10 | Eve H. Karasik | Analyze correspondence from C. Padien re proposed settlement | 0.1 | 72.50 |
| 11/23/10 | Eve H. Karasik | Confer with Gary E. Klausner re Committee settlement proposal | 0.1 | 72.50 |
| 11/23/10 | Gregory K. Jones | Emails with Padien on settlement proposals | 0.2 | 102.00 |
| 11/24/10 | Eve H. Karasik | Confer with C. Padien re settlement proposal and Board | 0.1 | 72.50 |
| 11/29/10 | Eve H. Karasik | Confer with C. Padien re FDIC proposal | 0.1 | 72.50 |
| 11/29/10 | Eve H. Karasik | Analyze correspondence from C. Padien re FDIC settlement and Gary E. Klausner response | 0.1 | 72.50 |
| 11/29/10 | Eve H. Karasik | Confer with C. Padien re Board meeting and FDIC proposal | 0.2 | 145.00 |
| 11/29/10 | Gregory K. Jones | Emails with Padien on deferred compensation | 0.2 | 102.00 |
| 11/30/10 | Eve H. Karasik | Confer with Gary E. Klausner re PFF 9019 motion and tax allocation agreement | 0.2 | 145.00 |
| 11/30/10 | Eve H. Karasik | Confer with C. Padien and D. Simonds re tax refund receipt date | 0.2 | 145.00 |
| 11/30/10 | Eve H. Karasik | Confer with L. McCall re unclaimed tax refunds | 0.1 | 72.50 |
| 11/30/10 | Eve H. Karasik | Prepare correspondence to C. Padien re FDIC settlement | 0.3 | 217.50 |
| 11/30/10 | Eve H. Karasik | Revise correspondence to C. Padien re FDIC settlement | 0.1 | 72.50 |
| 11/30/10 | Eve H. Karasik | Confer with C. Padien re FDIC settlement | 0.2 | 145.00 |
| 11/30/10 | Eve H. Karasik | Prepare correspondence to C. Padien re PFF settlement with FDIC | 0.3 | 217.50 |
| 11/30/10 | Eve H. Karasik | Revise correspondence to C. Padien re PFF settlement with FDIC | 0.1 | 72.50 |
| 11/30/10 | Eve H. Karasik | Telephone conference with C. Padien re PFF call | 0.2 | 145.00 |
| 11/30/10 | Eve H. Karasik | Confer with C. Padien re PFF 9019 motion and tax allocation agreement | 0.3 | 217.50 |
| 11/30/10 | Gary E. Klausner | Analyze correspondence from C. Padien, D. Simonds, Eve H. Karasik re PFF - FDIC case and settlement strategy re FDIC (6x) | 0.6 | 477.00 |
| 11/30/10 | Gregory K. Jones | Emails with Integra's counsel on stipulation and order | 0.2 | 102.00 |
| 12/01/10 | Eve H. Karasik | Telephone conference with C. Padien, FTI and Gary E. Klausner re: settlement proposal | 0.7 | 507.50 |
| 12/01/10 | Eve H. Karasik | Analyze correspondence from H. Jacobson re: FDIC settlement proposal | 0.3 | 217.50 |
| 12/01/10 | Eve H. Karasik | Confer with H. Jacobson re: FDIC settlement proposal | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Prepare correspondence to C. Padien, et al, re FDIC settlement proposal | 0.3 | 217.50 |
| 12/01/10 | Eve H. Karasik | Revise correspondence to C. Padien, et al, re FDIC settlement proposal | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/01/10 | Eve H. Karasik | Analyze C. Padien's revisions to FDIC settlement letter | 0.4 | 290.00 |
| 12/01/10 | Eve H. Karasik | Confer with C. Padien re revisions to FDIC settlement letter | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Confer with C. Padien, et al, re revised FDIC proposal letter | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Analyze correspondence from C. Padien re revisions to FDIC letter | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Telephone conference with H. Jacobson re revisions to FDIC letter | 0.2 | 145.00 |
| 12/01/10 | Eve H. Karasik | Prepare correspondence to C. Padien re final revisions to FDIC letter | 0.1 | 72.50 |
| 12/01/10 | Gary E. Klausner | Conference call with Creditors Committee counsel and FTI re FDIC settlement | 1.0 | 795.00 |
| 12/01/10 | Gary E. Klausner | Exchange emails with Committee counsel and Eve H. Karasik re settlement (5x) | 1.0 | 795.00 |
| 12/01/10 | Gregory K. Jones | Review Jacobson emails re FDIC settlement | 0.2 | 102.00 |
| 12/06/10 | Gregory K. Jones | Emails to and from Padien on FDIC settlement offer | 0.2 | 102.00 |
| 12/10/10 | Gregory K. Jones | Emails with Padien on insider compensation information request | 0.2 | 102.00 |
| 12/10/10 | Gregory K. Jones | Emails to and from Committee on various issues | 0.2 | 102.00 |
| 12/13/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re: Committee document request | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with A. Rusnak re: Committee insurance demand | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with C. Padien re: Committee insurance demand | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with C. Padien re: status conference and report (tax refund matter) | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with Gregory K. Jones re status conference and report (tax refund matter) | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with Gregory K. Jones re: Committee document request | 0.1 | 72.50 |
| 12/13/10 | Gregory K. Jones | Review documents to be produced to Committee counsel | 0.7 | 357.00 |
| 12/14/10 | Gregory K. Jones | Review emails from client on creditor claims | 0.1 | 51.00 |
| 12/14/10 | Joanne B. Stern | Exchange emails with Melanie O'Donnell re Creditek letter. | 0.1 | 24.00 |
| 12/14/10 | Joanne B. Stern | Prepare correspondence to Creditek re PR Newswire invoice. | 0.2 | 48.00 |
| 12/14/10 | Joanne B. Stern | Analyze correspondence from Creditek re PR Newswire invoice. | 0.2 | 48.00 |
| 12/15/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to C. Padien re Disclosure Statement hearing | 0.1 | 72.50 |
| 12/15/10 | Joanne B. Stern | Revise correspondence to Creditek re attempt to collect debt. | 0.4 | 96.00 |
| 12/16/10 | Gregory K. Jones | Review correspondence to creditor on automatic stay | 0.1 | 51.00 |
| 12/17/10 | Eve H. Karasik | Confer with Gregory K. Jones re: document production | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/17/10 | Eve H. Karasik | Confer with Gregory K. Jones re: document production request | 0.1 | 72.50 |
| 12/20/10 | Eve H. Karasik | Confer with C. Padien re FDIC response | 0.1 | 72.50 |
| 12/20/10 | Gregory K. Jones | Emails with Padien on FDIC response to settlement agreement | 0.2 | 102.00 |
| 12/20/10 | Gregory K. Jones | Review emails from Committee responding to FDIC counteroffer | 0.2 | 102.00 |
| 12/22/10 | Joanne B. Stern | Telephone conference with Iron Mountain re post-petition invoices. | 0.2 | 48.00 |
| 12/23/10 | Gary E. Klausner | Prepare correspondence to Padien and Simonds re Isaacs position on settlement | 0.2 | 159.00 |
| 12/27/10 | Eve H. Karasik | Confer with C. Padien re FDIC proposal | 0.1 | 72.50 |
| 12/27/10 | Gary E. Klausner | Analyze pleadings re Creditors' Committee motion to intervene in District Court (Receivership) case | 0.4 | 318.00 |
| 12/27/10 | Gary E. Klausner | Prepare correspondence to client re committee's motion to intervene re receivership | 0.2 | 159.00 |
| 12/28/10 | Gregory K. Jones | Review documents to produce to Committee counsel | 0.4 | 204.00 |
| 12/28/10 | Gregory K. Jones | Phone conference with Padien on operating reports, withdrawal of reference, plan, and disclosure statement | 0.4 | 204.00 |
| 12/28/10 | Gregory K. Jones | Emails with Committee counsel on FDIC counteroffer | 0.2 | 102.00 |
| 12/30/10 | Eve H. Karasik | Confer with C. Padien, et al, re meeting re FDIC proposal | 0.1 | 72.50 |
| 12/30/10 | Gregory K. Jones | Phone conference with Padien on numerous plan, operating report and asset issues | 0.4 | 204.00 |
| 12/30/10 | Gregory K. Jones | Phone conference with Trapieza representatives on status of case | 0.2 | 102.00 |
| 12/30/10 | Gregory K. Jones | Emails with Verbeck on plan and disclosure statement | 0.2 | 102.00 |
| 01/03/11 | Eve H. Karasik | Confer with Gary E. Klausner and C. Padien re FDIC settlement and Plan | 0.2 | 145.00 |
| 01/03/11 | Gary E. Klausner | Telephone conference with J. Isaacs re settlement discussions | 0.2 | 165.00 |
| 01/03/11 | Gary E. Klausner | Conference call with Committee counsel re settlement and plan | 0.8 | 660.00 |
| 01/03/11 | Gregory K. Jones | Emails with Padien on plan provisions | 0.2 | 102.00 |
| 01/03/11 | Gregory K. Jones | Emails with Eve H. Karasik on Committee correspondence | 0.1 | 51.00 |
| 01/04/11 | Eve H. Karasik | Analyze correspondence from J. Isaacs to C. Padien re Motion to Intervene | 0.1 | 72.50 |
| 01/04/11 | Gary E. Klausner | Analyze correspondence from J. Isaacs re FDIC issues | 0.1 | 82.50 |
| 01/04/11 | Gregory K. Jones | Review emails relating to Committee motion to intervene | 0.2 | 102.00 |
| 01/06/11 | Eve H. Karasik | Confer with C. Padien re FDIC issue (Motion to Intervene) | 0.1 | 72.50 |
| 01/06/11 | Gregory K. Jones | Emails with Padien on plan and disclosure statement | 0.1 | 51.00 |
| 01/07/11 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner and C. Padien re FDIC negotiations | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/07/11 | Eve H. Karasik | Analyze correspondence from C. Padien re FDIC proposal | 0.1 | 72.50 |
| 01/07/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to C. Padien re revised Disclosure Statement | 0.1 | 72.50 |
| 01/07/11 | Eve H. Karasik | Telephone conference with C. Padien and C. Nelson, et al, re: FDIC proposed response | 0.5 | 362.50 |
| 01/07/11 | Eve H. Karasik | Telephone conference with Gregory K. Jones re Committee call re FDIC settlement, et al | 0.2 | 145.00 |
| 01/07/11 | Gary E. Klausner | Telephone conference with J. Isaacs re FDIC issues | 0.2 | 165.00 |
| 01/07/11 | Gary E. Klausner | Exchange emails with C. Padien re FDIC settlement issues | 0.2 | 165.00 |
| 01/07/11 | Gregory K. Jones | Review and revise disclosure statement and send recent version to Padien | 1.5 | 765.00 |
| 01/07/11 | Gregory K. Jones | Phone conference with Eve H. Karasik on conference with Committee and other issues | 0.2 | 102.00 |
| 01/10/11 | Eve H. Karasik | Telephone conference with C. Padien re standstill and FDIC settlement | 0.3 | 217.50 |
| 01/10/11 | Eve H. Karasik | Analyze correspondence from C. Padien re standstill and FDIC settlement | 0.1 | 72.50 |
| 01/10/11 | Eve H. Karasik | Prepare correspondence to Gary E. Klausner and Gregory K. Jones re: Committee call re FDIC settlement | 0.3 | 217.50 |
| 01/10/11 | Eve H. Karasik | Revise correspondence to Gary E. Klausner and Gregory K. Jones re: Committee call re FDIC settlement | 0.1 | 72.50 |
| 01/10/11 | Eve H. Karasik | Confer with C. Padien re FDIC email re standstill | 0.1 | 72.50 |
| 01/11/11 | Eve H. Karasik | Telephone conference with C. Padien re: FDIC settlement | 0.2 | 145.00 |
| 01/13/11 | Eve H. Karasik | Confer with C. Padien re: FDIC proposal | 0.4 | 290.00 |
| 01/13/11 | Eve H. Karasik | Telephone conference with C. Padien re: FDIC proposal | 0.1 | 72.50 |
| 01/13/11 | Eve H. Karasik | Confer with D. Simonds re FDIC proposal | 0.1 | 72.50 |
| 01/13/11 | Eve H. Karasik | Telephone conference with C. Padien,  B. Santos, and Gary E. Klausner re FDIC proposal | 0.5 | 362.50 |
| 01/13/11 | Gary E. Klausner | Analyze correspondence from C. Padien, D. Simonds and E. Karasik re FDIC settlement issues (4x) | 0.4 | 330.00 |
| 01/13/11 | Gary E. Klausner | Conference call with Creditors Committee re FDIC issues | 0.5 | 412.50 |
| 01/13/11 | Gregory K. Jones | Emails with creditor on case status | 0.1 | 51.00 |
| 01/13/11 | Gregory K. Jones | Emails with Padien on most recent plan and disclosure statement | 0.2 | 102.00 |
| 01/14/11 | Eve H. Karasik | Confer with C. Padien re meeting | 0.1 | 72.50 |
| 01/14/11 | Eve H. Karasik | Telephone conference with D. Simonds and C. Padien, et al, re FDIC settlement | 0.4 | 290.00 |
| 01/14/11 | Gary E. Klausner | Conference call with D. Simonds, C. Padien, C. Nelson and Eve H. Karasik to discuss FDIC settlement | 0.3 | 247.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/15/11 | Gregory K. Jones | Emails with unsecured creditor on status of case | 0.2 | 102.00 |
| 01/18/11 | Eve H. Karasik | Analyze correspondence from C. Padien re Liquidating Trust Agreement | 0.2 | 145.00 |
| 01/18/11 | Eve H. Karasik | Confer with C. Padien re FDIC proposal | 0.2 | 145.00 |
| 01/18/11 | Eve H. Karasik | Analyze correspondence from C. Padien re FDIC Settlement summary | 0.2 | 145.00 |
| 01/18/11 | Eve H. Karasik | Analyze correspondence from J. Isaacs re NY tax escrow and A. Rusnak response | 0.1 | 72.50 |
| 01/18/11 | Eve H. Karasik | Confer with G. Kennedy re FDIC settlement process | 0.3 | 217.50 |
| 01/18/11 | Eve H. Karasik | Revise correspondence to G. Kennedy re FDIC settlement process | 0.2 | 145.00 |
| 01/18/11 | Gary E. Klausner | Confer with Eve H. Karasik and review email from Committee counsel re settlement | 0.3 | 247.50 |
| 01/18/11 | Gary E. Klausner | Exchange emails with J. Isaacs re tax refund | 0.2 | 165.00 |
| 01/18/11 | Gary E. Klausner | Telephone conference with J. Isaacs re tax refund | 0.2 | 165.00 |
| 01/18/11 | Gregory K. Jones | Emails with Committee on information relating to operating report | 0.2 | 102.00 |
| 01/19/11 | Eve H. Karasik | Confer with C. Padien re FDIC settlement proposal | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Analyze correspondence from J. Isaacs re settlement procedures | 0.2 | 145.00 |
| 01/19/11 | Eve H. Karasik | Confer with C. Padien, Gary E. Klausner, et al, re settlement procedures | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Confer with C. Padien re FDIC settlement | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Analyze correspondence from C. Padien to J. Isaacs re standstill | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Analyze correspondence from D. Simonds re standstill | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Prepare correspondence to C. Padien and D. Simonds re counter proposal | 0.2 | 145.00 |
| 01/19/11 | Eve H. Karasik | Revise correspondence to C. Padien and D. Simonds | 0.1 | 72.50 |
| 01/19/11 | Gary E. Klausner | Analyze correspondence from J. Isaacs re standstill and confer with Eve H. Karasik | 0.1 | 82.50 |
| 01/19/11 | Gary E. Klausner | Analyze correspondence from J. Isaacs, Eve H. Karasik, D. Simonds and C. Padien re FDIC issues, standstill and possible settlement (10x) | 1.0 | 825.00 |
| 01/19/11 | Gregory K. Jones | Review several Committee and FDIC emails on second standstill agreement | 0.5 | 255.00 |
| 01/20/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to C. Padien and J. Isaacs re second Standstill Motion draft | 0.1 | 72.50 |
| 01/20/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to C. Padien and J. Isaacs re Second Motion to Intervene | 0.1 | 72.50 |
| 01/20/11 | Eve H. Karasik | Confer with C. Padien re settlement letter | 0.1 | 72.50 |
| 01/20/11 | Eve H. Karasik | Analyze correspondence from C. Padien re revised Standstill Motion | 0.2 | 145.00 |
| 01/20/11 | Eve H. Karasik | Telephone conference with C. Padien re settlement offer | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/20/11 | Eve H. Karasik | Telephone conference with C. Padien re distribution mechanics for plan | 0.1 | 72.50 |
| 01/20/11 | Gregory K. Jones | Emails to and from Committee and FDIC on second motion for standstill agreement | 0.2 | 102.00 |
| 01/20/11 | Gregory K. Jones | Emails with Padien on revisions to second standstill motion (several) | 0.4 | 204.00 |
| 01/20/11 | Gregory K. Jones | Phone conference with Isaacs on second standstill motion and revisions | 0.2 | 102.00 |
| 01/21/11 | Eve H. Karasik | Confer with C. Padien re settlement proposal | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Confer with J. Isaacs re: Standstill Motion | 0.2 | 145.00 |
| 01/21/11 | Eve H. Karasik | Confer with C. Padien re: Standstill Motion | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Analyze revisions to settlement letter | 0.3 | 217.50 |
| 01/21/11 | Eve H. Karasik | Confer with C. Padien re revised counter proposal | 0.2 | 145.00 |
| 01/21/11 | Eve H. Karasik | Telephone conference with C. Padien re: Standstill Motion | 0.2 | 145.00 |
| 01/21/11 | Eve H. Karasik | Confer with J. Isaacs and C. Padien, et al, re Modified Standstill Motion and Order | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Analyze correspondence from C. Padien re modified Motion language | 0.2 | 145.00 |
| 01/21/11 | Eve H. Karasik | Confer with C. Padien re: settlement offer and 7068 | 0.2 | 145.00 |
| 01/21/11 | Eve H. Karasik | Analyze correspondence from C. Padien re Committee approval of Standstill Motion | 0.2 | 145.00 |
| 01/21/11 | Eve H. Karasik | Confer with J. Isaacs re final Standstill Motion | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Confer with C. Padien re executed copy oof settlement letter | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Analyze correspondence from C. Padien re Committee consent to Second Standstill Motion and Order | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Confer with J. Isaacs re approval of Second standstill Motion | 0.2 | 145.00 |
| 01/21/11 | Eve H. Karasik | Analyze correspondence from C. Padien re executed settlement offer | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Prepare correspondence to J. Isaacs re settlement progress | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Revise correspondence to J. Isaacs re settlement progress | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Confer with J. Isaacs and C. Padien re filed Standstill Motion | 0.1 | 72.50 |
| 01/21/11 | Gary E. Klausner | Analyze correspondence from C. Padien, Eve H. Karasik, J. Isaacs re FDIC issues and settlement (10x) | 1.0 | 825.00 |
| 01/24/11 | Eve H. Karasik | Confer with C. Padien and J. Isaacs re proposal | 0.1 | 72.50 |
| 01/24/11 | Gregory K. Jones | Emails with Padien on upcoming hearings and scheduling | 0.2 | 102.00 |
| 01/24/11 | Gregory K. Jones | Phone conference with Padien on various Committee questions | 0.3 | 153.00 |
| 01/24/11 | Gregory K. Jones | Phone conferences with Padien on litigation issues in cases | 0.2 | 102.00 |
| 01/25/11 | Gregory K. Jones | Messages with Isaacs on bank accounts and status conference continuance (several) | 0.4 | 204.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/26/11 | Gregory K. Jones | Emails with Padien on Integra claim | 0.2 | 102.00 |
| 01/26/11 | Gregory K. Jones | Emails with Padien and Isaacs on administrative pleadings (several) | 0.3 | 153.00 |
| 01/27/11 | Gregory K. Jones | Emails with Padien on operating report inquiries | 0.2 | 102.00 |
| 01/28/11 | Eve H. Karasik | Confer with J. Isaacs re IRS report | 0.1 | 72.50 |
| 01/28/11 | Gregory K. Jones | Phone conference with Padien on plan, liquidating trust agreement, operating report, and claim objections | 0.5 | 255.00 |
| 02/01/11 | Gregory K. Jones | Emails with Isaacs on Torrey Pines tax escrow account | 0.1 | 51.00 |
| 02/02/11 | Gregory K. Jones | Phone conference with Padien on fee hearing, claim objections, assets and other issues | 0.5 | 255.00 |
| 02/03/11 | Eve H. Karasik | Analyze correspondence from C. Padien re Disclosure Statement | 0.1 | 72.50 |
| 02/03/11 | Gregory K. Jones | Review emails from Committee counsel on developments in Colonial case | 0.2 | 102.00 |
| 02/04/11 | Gregory K. Jones | Emails with Committee on fees and FDIC counteroffer | 0.2 | 102.00 |
| 02/04/11 | Gregory K. Jones | Review response to FDIC settlement from Committee counsel | 0.2 | 102.00 |
| 02/07/11 | Eve H. Karasik | Confer with Gregory K. Jones re: insurance carrier letter | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Analyze correspondence from C. Padien re FTI Settlement Analysis | 0.3 | 217.50 |
| 02/07/11 | Eve H. Karasik | Confer with C. Padien re Committee meeting and FDIC proposal | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Confer with C. Padien re: FDIC meeting | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Analyze correspondence from C. Padien re: FDIC meeting | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Revise correspondence to C. Padien re: FDIC meeting | 0.1 | 72.50 |
| 02/07/11 | Gregory K. Jones | Review Committee emails pending pleadings and on FDIC settlement meeting (several) | 0.3 | 153.00 |
| 02/08/11 | Gregory K. Jones | Emails with Padien on escrow account | 0.2 | 102.00 |
| 02/08/11 | Gregory K. Jones | Messages with Gilliam on Integra | 0.2 | 102.00 |
| 02/09/11 | Eve H. Karasik | Confer with C. Padien re settlement meeting | 0.1 | 72.50 |
| 02/09/11 | Eve H. Karasik | Confer with C. Padien re FDIC settlement meeting | 0.1 | 72.50 |
| 02/09/11 | Eve H. Karasik | Telephone conference with C. Padien re: FDIC meeting | 0.5 | 362.50 |
| 02/09/11 | Gregory K. Jones | Research information in connection with Committee document request | 0.2 | 102.00 |
| 02/10/11 | Eve H. Karasik | Meet with Committee re Plan issues, etc. | 0.6 | 435.00 |
| 02/10/11 | Gregory K. Jones | Conferences with Committee counsel on various issues | 1.5 | 765.00 |
| 02/16/11 | Eve H. Karasik | Confer with C. Padien re Plan and Liquidating Trust Agreement review | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Confer with C. Padien re FDIC  counter proposal | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Confer with C. Padien, et al, re revised Plan and Liquidating Trust Agreement | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/17/11 | Gary E. Klausner | Analyze correspondence from C. Padien re settlement | 0.1 | 82.50 |
| 02/17/11 | Gregory K. Jones | Emails with attorneys on Vaughn state court case | 0.2 | 102.00 |
| 02/18/11 | Eve H. Karasik | Prepare for FDIC proposal call with Committee | 0.5 | 362.50 |
| 02/18/11 | Eve H. Karasik | Confer with H. Jacobson re BSD argument | 0.1 | 72.50 |
| 02/18/11 | Eve H. Karasik | Confer with C. Padien, H. Jacobson, et al, re: FDIC settlement response | 0.7 | 507.50 |
| 02/18/11 | Gregory K. Jones | Emails with Padien on various issues in case | 0.2 | 102.00 |
| 02/22/11 | Eve H. Karasik | Telephone conference with C. Padien re: case status and 502(d) | 0.3 | 217.50 |
| 02/22/11 | Eve H. Karasik | Confer with C. Padien re Plan | 0.1 | 72.50 |
| 02/22/11 | Gregory K. Jones | Emails with Padien on plan discussion | 0.1 | 51.00 |
| 02/23/11 | Eve H. Karasik | Telephone conference with C. Padien re FDIC issues | 0.1 | 72.50 |
| 02/24/11 | Gregory K. Jones | Emails with Padien on Integra and Kiley consulting agreement | 0.2 | 102.00 |
| 02/24/11 | Gregory K. Jones | Messages to Padien on conference with district court clerk | 0.2 | 102.00 |
| 02/24/11 | K. John Shaffer | Prepare correspondence to C. Padien and D. Simmonds re FDIC litigation | 0.2 | 159.00 |
| 02/24/11 | K. John Shaffer | Revise correspondence to C. Padien and D. Simmonds re FDIC litigation | 0.1 | 79.50 |
| 02/24/11 | K. John Shaffer | Confer with C. Padien re call with FDIC re: continuing litigation | 0.1 | 79.50 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 13.8 | 807.17 | 11,139.00 |
| Eve H. Karasik | Shareholder | 27.2 | 725.00 | 19,720.00 |
| K. John Shaffer | Shareholder | 0.4 | 795.00 | 318.00 |
| Mark S. Wallace | Of Counsel | 0.2 | 735.00 | 147.00 |
| Gregory K. Jones | Of Counsel | 24.1 | 510.00 | 12,291.00 |
| Joanne B. Stern | Paralegal | 1.1 | 240.00 | 264.00 |
| | | 66.8 | | 43,879.00 |

| Fees | | | | 43,879.00 |
|------|--|--|--|-----------|

**SUMMARY FOR 06288-0020: Meetings of and Communications with Creditors**

| Total Fees This Invoice | 43,879.00 |
|--------------------------|-----------|

| Amount Due | 43,879.00 |
|------------|-----------|

**06288-0030: General Business Operations**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/02/10 | Gary E. Klausner | Telephone conference with A. Rusnak re FDIC issues; Creditors Committee issues, litigation and plan (2x) | 0.6 | 477.00 |
| 11/04/10 | Gary E. Klausner | Exchange emails with A. Rusnak re FDIC issues | 0.2 | 159.00 |
| 11/04/10 | Gary E. Klausner | Telephone conference with L. McCall re IRS problem re Form 1120X | 0.2 | 159.00 |
| 11/05/10 | Gregory K. Jones | Emails with Kiley on operating expenses | 0.1 | 51.00 |
| 11/05/10 | Gregory K. Jones | Emails with Rusnak on insider compensation document request | 0.1 | 51.00 |
| 11/08/10 | Mark S. Wallace | Analyze application of business continuation requirements | 0.9 | 661.50 |
| 11/09/10 | Mark S. Wallace | Research re section 269 rules | 1.3 | 955.50 |
| 11/09/10 | Mark S. Wallace | Analyze application of business continuity rules | 0.8 | 588.00 |
| 11/10/10 | Gregory K. Jones | Phone conference with Kiley on operating report questions | 0.2 | 102.00 |
| 11/10/10 | Mark S. Wallace | Research re section 382 business continuation rules | 0.8 | 588.00 |
| 11/10/10 | Mark S. Wallace | Research re section 269 business continuation rules | 0.8 | 588.00 |
| 11/11/10 | Mark S. Wallace | Telephone conference with R. Chance re business continuation requirements | 0.2 | 147.00 |
| 11/11/10 | Mark S. Wallace | Research re business exigency rules re section 269 | 1.0 | 735.00 |
| 11/11/10 | Mark S. Wallace | Prepare pleading re reply to Committee objection to KPMG employment | 0.8 | 588.00 |
| 11/15/10 | Gregory K. Jones | Emails with Rusnak on insider compensation documents | 0.2 | 102.00 |
| 11/15/10 | Mark S. Wallace | Analyze documents re tax returns and related documents and correspondence | 1.1 | 808.50 |
| 11/15/10 | Mark S. Wallace | Research re continuity of business enterprise rules | 0.7 | 514.50 |
| 11/16/10 | Eve H. Karasik | Prepare Memo to Board re Committee issues | 3.6 | 2,610.00 |
| 11/16/10 | Eve H. Karasik | Confer with A. Rusnak and Gary E. Klausner re various issues -- Plan, FDIC litigation, etc. | 1.0 | 725.00 |
| 11/16/10 | Eve H. Karasik | Revise Memo to Board re Committee issue | 0.8 | 580.00 |
| 11/16/10 | Gary E. Klausner | Conference call with A. Rusnak re Chapter 11 plan; Committee issues; FDIC issues and creditor claims | 1.0 | 795.00 |
| 11/16/10 | Gary E. Klausner | Review and revise memo to board re recent developments re plan; FDIC litigation and Committee | 0.4 | 318.00 |
| 11/16/10 | Gregory K. Jones | Review proposed memo to Board of Directors | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/16/10 | Gregory K. Jones | Review documents on deferred compensation for turnover to Committee | 0.5 | 255.00 |
| 11/17/10 | Eve H. Karasik | Revise Board Memo re Committee issues | 0.6 | 435.00 |
| 11/17/10 | Eve H. Karasik | Confer with Gary E. Klausner re final Board Memo | 0.1 | 72.50 |
| 11/17/10 | Gary E. Klausner | Review and revise memorandum to board re recent events | 0.3 | 238.50 |
| 11/17/10 | Gregory K. Jones | Phone conference with Kiley on deferred compensation liabilities | 0.2 | 102.00 |
| 11/17/10 | Gregory K. Jones | Review messages from Kiley on deferred compensation | 0.2 | 102.00 |
| 11/18/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak re settlement analysis to Board | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Confer with Gary E. Klausner/ Gregory K. Jones re settlement analysis to Board | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Prepare correspondence to Board re FDIC settlement proposal | 0.3 | 217.50 |
| 11/18/10 | Eve H. Karasik | Revise correspondence to Board re FDIC settlement proposal | 0.1 | 72.50 |
| 11/19/10 | Eve H. Karasik | Analyze correspondence from J. Kiley re cash as of October 31 | 0.1 | 72.50 |
| 11/19/10 | Gregory K. Jones | Review and revise monthly operating report | 1.0 | 510.00 |
| 11/19/10 | Gregory K. Jones | Phone conference with client on operating report and professional fee payments | 0.2 | 102.00 |
| 11/22/10 | Eve H. Karasik | Analyze correspondence from L. McCall re: Tax Return Status | 0.1 | 72.50 |
| 11/24/10 | Gregory K. Jones | Prepare memorandum to Board on settlement proposal | 0.4 | 204.00 |
| 11/24/10 | Gregory K. Jones | Confer with Eve H. Karasik on memorandum to Board of Directors | 0.2 | 102.00 |
| 11/29/10 | Eve H. Karasik | Confer with Gary E. Klausner re Board meeting | 0.1 | 72.50 |
| 11/29/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak and Board members re FDIC proposal and meeting | 0.2 | 145.00 |
| 11/29/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak re Board meeting | 0.1 | 72.50 |
| 11/29/10 | Gary E. Klausner | Exchange emails with A. Rusnak re ICBI board meeting | 0.2 | 159.00 |
| 11/29/10 | Gregory K. Jones | Review emails from officers and Board members on various issues | 0.2 | 102.00 |
| 11/30/10 | Eve H. Karasik | Participate on Board call re FDIC settlement | 1.1 | 797.50 |
| 11/30/10 | Gary E. Klausner | Conference call with ICBI board re FDIC issues | 1.2 | 954.00 |
| 12/13/10 | Gregory K. Jones | Emails (3) with Kiley on information for operating report | 0.3 | 153.00 |
| 12/13/10 | Gregory K. Jones | Phone conference with Kiley on insider compensation document requests | 0.2 | 102.00 |
| 12/13/10 | Gregory K. Jones | Phone conferences with Kiley on answers to insider compensation requests (two) | 0.4 | 204.00 |
| 12/13/10 | Gregory K. Jones | Phone conference with Eve H. Karasik on insider compensation document request | 0.1 | 51.00 |
| 12/13/10 | Gregory K. Jones | Emails on insurance coverage for debtors | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/14/10 | Gregory K. Jones | Review workers compensation insurance notice and confer with Rusnak | 0.2 | 102.00 |
| 12/16/10 | Gregory K. Jones | Emails with Rusnak on sale of personal property | 0.1 | 51.00 |
| 12/16/10 | Gregory K. Jones | Prepare responses to Committee on insider compensation discovery request | 1.0 | 510.00 |
| 12/17/10 | Gregory K. Jones | Emails with Kiley on operating report | 0.2 | 102.00 |
| 12/17/10 | Gregory K. Jones | Review and revise operating report | 0.2 | 102.00 |
| 12/20/10 | Gregory K. Jones | Review and revise monthly operating report and prepare for filing | 1.0 | 510.00 |
| 12/20/10 | Joanne B. Stern | Exchange emails with Gregory K. Jones re filing November MOR. | 0.1 | 24.00 |
| 12/20/10 | Joanne B. Stern | Prepare and e-file November MOR. | 0.3 | 72.00 |
| 12/21/10 | Gregory K. Jones | Review emails from Rusnak and Eve H. Karasik on forfeiture of 401(k) account | 0.2 | 102.00 |
| 12/23/10 | Gregory K. Jones | Review documents regarding company 401(k) account and reporting requirements | 1.0 | 510.00 |
| 12/23/10 | Gregory K. Jones | Emails with Kiley on reporting of company retirement accounts | 0.2 | 102.00 |
| 12/27/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak re forfeiture benefit and confer with Gregory K. Jones re same | 0.1 | 72.50 |
| 12/28/10 | Gary E. Klausner | Telephone conference with A. Rusnak re termination of 401K | 0.2 | 159.00 |
| 12/29/10 | Eve H. Karasik | Confer with Gregory K. Jones re forfeiture account | 0.2 | 145.00 |
| 12/29/10 | Gregory K. Jones | Message with Kiley on November operating report | 0.1 | 51.00 |
| 12/29/10 | Gregory K. Jones | Phone conference with Kiley on assets, insurance policies, and forfeiture account | 0.3 | 153.00 |
| 12/29/10 | Gregory K. Jones | Emails with Eve H. Karasik on analysis of debtor's assets (several) | 0.5 | 255.00 |
| 01/03/11 | Gregory K. Jones | Emails with Rusnak on residential loan analysis | 0.3 | 153.00 |
| 01/04/11 | Gregory K. Jones | Research regarding operating reports and confer with Scheer | 0.3 | 153.00 |
| 01/04/11 | Gregory K. Jones | Review correspondence and emails with Rusnak on ownership of certain loans | 0.4 | 204.00 |
| 01/12/11 | Eve H. Karasik | Confer with Gary E. Klausner re Board Memo response | 0.1 | 72.50 |
| 01/12/11 | Eve H. Karasik | Confer with Gregory K. Jones re various liens, Kiley; fee objection response; priority claims | 0.2 | 145.00 |
| 01/12/11 | Gary E. Klausner | Telephone conference with J. Kiley re CEO position | 0.2 | 165.00 |
| 01/12/11 | Gary E. Klausner | Confer with Eve H. Karasik re FDIC, board and Haligowski issues | 0.3 | 247.50 |
| 01/12/11 | Gregory K. Jones | Confer with Eve H. Karasik on Kiley consulting agreement | 0.2 | 102.00 |
| 01/13/11 | Eve H. Karasik | Confer with Gary E. Klausner re various issues | 0.1 | 72.50 |
| 01/13/11 | Gregory K. Jones | Review memorandum to board and responses | 0.3 | 153.00 |
| 01/18/11 | Gregory K. Jones | Emails with Sasaki on finalization of December operating report | 0.2 | 102.00 |
| 01/19/11 | Gregory K. Jones | Emails with Padien on rejection order | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/19/11 | Gregory K. Jones | Phone conference with Kiley on operating report | 0.2 | 102.00 |
| 01/19/11 | Gregory K. Jones | Emails with Sasaki on operating report | 0.2 | 102.00 |
| 01/20/11 | Gregory K. Jones | Prepare operating report for December 2010 | 0.7 | 357.00 |
| 01/20/11 | Gregory K. Jones | Emails with Sasaki on December operating report | 0.1 | 51.00 |
| 01/20/11 | Gregory K. Jones | Review tax escrow stipulation and prepare emails to Gary E. Klausner on tax refund deposit | 0.3 | 153.00 |
| 01/20/11 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing and serving December Monthly Operating Report. | 0.1 | 24.00 |
| 01/20/11 | Joanne B. Stern | Prepare and e-file December Monthly Operating Report. | 0.3 | 72.00 |
| 01/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re: escrow fund issue | 0.1 | 72.50 |
| 01/24/11 | Gregory K. Jones | Phone conference with O'Donnell on various account and operational issues | 0.3 | 153.00 |
| 01/24/11 | Gregory K. Jones | Emails with Eve H. Karasik on ICBI accounts | 0.2 | 102.00 |
| 01/25/11 | Eve H. Karasik | Confer with J. Kiley re reporting | 0.1 | 72.50 |
| 01/25/11 | Gregory K. Jones | Emails with O'Donnell on insurance policies | 0.2 | 102.00 |
| 01/25/11 | Gregory K. Jones | Messages to and from Rusnak on various matters in operating report | 0.2 | 102.00 |
| 01/25/11 | Gregory K. Jones | Review bank account records | 0.2 | 102.00 |
| 01/25/11 | Gregory K. Jones | Phone conference with Kiley on various operating issues | 0.2 | 102.00 |
| 01/25/11 | Gregory K. Jones | Conferences with Eve H. Karasik on tax escrow account | 0.1 | 51.00 |
| 01/25/11 | Gregory K. Jones | Review details of escrow order | 0.2 | 102.00 |
| 01/25/11 | Gregory K. Jones | Review Kiley correspondence on assets and respond | 0.2 | 102.00 |
| 01/25/11 | Gregory K. Jones | Review Kiley resignation letter | 0.1 | 51.00 |
| 01/26/11 | Gregory K. Jones | Emails with O'Donnell on establishment of new accounts | 0.2 | 102.00 |
| 01/26/11 | Gregory K. Jones | Emails with Rusnak on 401(k) termination | 0.2 | 102.00 |
| 01/27/11 | Eve H. Karasik | Confer with Gregory K. Jones re consent to extend tax assess period | 0.1 | 72.50 |
| 01/27/11 | Gregory K. Jones | Phone conference with Rusnak on various operating issue questions | 0.3 | 153.00 |
| 01/27/11 | Gregory K. Jones | Review pleadings relating to Integra stipulation and order | 0.3 | 153.00 |
| 01/28/11 | Eve H. Karasik | Confer with Gregory K. Jones re: tax assessment issue | 0.1 | 72.50 |
| 01/28/11 | Eve H. Karasik | Confer with Gregory K. Jones re Kiley Consulting Agreement | 0.1 | 72.50 |
| 01/28/11 | Eve H. Karasik | Confer with Gary E. Klausner re IRS Report and confer with Gregory K. Jones re same | 0.1 | 72.50 |
| 01/28/11 | Gregory K. Jones | Review correspondence from IRS on assessments | 0.2 | 102.00 |
| 01/28/11 | Gregory K. Jones | Phone conference with Kiley on analysis of assets | 0.3 | 153.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/28/11 | Gregory K. Jones | Emails with Eve H. Karasik on Kiley consulting agreement | 0.2 | 102.00 |
| 01/28/11 | Gregory K. Jones | Research local rules and forms on insider applications | 0.3 | 153.00 |
| 01/30/11 | Gregory K. Jones | Review tax documents and emails with E&Y on impact of signed documents | 0.3 | 153.00 |
| 01/31/11 | Gregory K. Jones | Emails with regulatory counsel on December operating report | 0.2 | 102.00 |
| 02/01/11 | Eve H. Karasik | Confer with Gregory K. Jones re Kiley Agreement | 0.1 | 72.50 |
| 02/01/11 | Eve H. Karasik | Confer with Gregory K. Jones re tax issues | 0.3 | 217.50 |
| 02/01/11 | Eve H. Karasik | Revise Kiley Agreement | 0.3 | 217.50 |
| 02/01/11 | Eve H. Karasik | Confer with Gregory K. Jones re Kiley Agreement | 0.1 | 72.50 |
| 02/01/11 | Gregory K. Jones | Prepare consulting agreement for Kiley | 2.0 | 1,020.00 |
| 02/01/11 | Gregory K. Jones | Phone conference with McCall on IRS filings | 0.3 | 153.00 |
| 02/01/11 | Gregory K. Jones | Emails with O'Donnell on separate tax escrow account | 0.2 | 102.00 |
| 02/02/11 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner re tax reserve account | 0.1 | 72.50 |
| 02/02/11 | Gregory K. Jones | Emails with Kiley on consulting agreement | 0.2 | 102.00 |
| 02/02/11 | Gregory K. Jones | Research relating to claim on D&O policy | 0.4 | 204.00 |
| 02/03/11 | Eve H. Karasik | Confer with Gregory K. Jones re insurance policy | 0.2 | 145.00 |
| 02/03/11 | Eve H. Karasik | Confer with J. Isaacs re Revenue Report | 0.1 | 72.50 |
| 02/03/11 | Eve H. Karasik | Confer with Gregory K. Jones re Revenue Report | 0.1 | 72.50 |
| 02/03/11 | Eve H. Karasik | Confer with J. Isaacs re IRS Report (2x) | 0.2 | 145.00 |
| 02/03/11 | Eve H. Karasik | Confer with Gregory K. Jones re IRS Report | 0.1 | 72.50 |
| 02/03/11 | Gregory K. Jones | Emails with Eve H. Karasik on IRS agent's report | 0.2 | 102.00 |
| 02/04/11 | Eve H. Karasik | Confer with Gregory K. Jones re: IRS Report | 0.2 | 145.00 |
| 02/04/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to J. Isaacs re: IRS Report | 0.1 | 72.50 |
| 02/04/11 | Gregory K. Jones | Review IRS documents submitted by E&Y | 0.3 | 153.00 |
| 02/04/11 | Gregory K. Jones | Phone conference with O'Donnell on money market accounts | 0.2 | 102.00 |
| 02/04/11 | Gregory K. Jones | Review emails on establishment of tax reserve account | 0.2 | 102.00 |
| 02/07/11 | Eve H. Karasik | Confer with Gregory K. Jones re: insurance carrier letter | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to A. Rusnak re Consulting Agreement | 0.1 | 72.50 |
| 02/07/11 | Gregory K. Jones | Review documents related to insider compensation | 0.6 | 306.00 |
| 02/07/11 | Gregory K. Jones | Emails with Rusnak on Kinley agreement | 0.2 | 102.00 |
| 02/07/11 | Gregory K. Jones | Review E&Y emails on documents accepted by IRS | 0.2 | 102.00 |
| 02/07/11 | Gregory K. Jones | Emails with client on tax reserve account | 0.2 | 102.00 |
| 02/08/11 | Gregory K. Jones | Emails with O'Donnell on Integra | 0.2 | 102.00 |
| 02/09/11 | Scott H. Yun | Exchange emails with L. Staruck of Arthur J. Gallagher & Co. re return of premium | 0.2 | 119.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/14/11 | Gregory K. Jones | Emails with O'Donnell on premium insurance refunds | 0.2 | 102.00 |
| 02/15/11 | Gregory K. Jones | Emails with Sasaki on information for operating report | 0.3 | 153.00 |
| 02/15/11 | Gregory K. Jones | Emails with Rusnak on CNB issues | 0.2 | 102.00 |
| 02/15/11 | Gregory K. Jones | Review and revise operating report | 0.5 | 255.00 |
| 02/16/11 | Gregory K. Jones | Review and revise January operating report | 0.4 | 204.00 |
| 02/16/11 | Gregory K. Jones | Emails with Sasaki on insider payments | 0.2 | 102.00 |
| 02/16/11 | Gregory K. Jones | Emails with Rusnak on operating report for January | 0.2 | 102.00 |
| 02/16/11 | Gregory K. Jones | Phone conference and emails with O'Donnell on insurance certificates and refunds | 0.3 | 153.00 |
| 02/17/11 | Eve H. Karasik | Analyze correspondence from A. Rusnak re loans | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Confer with A. Rusnak re tax forms | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Confer with A. Rusnak re SOW tax forms and confer with Gregory K. Jones re same | 0.1 | 72.50 |
| 02/17/11 | Gregory K. Jones | Review email from Gilliam on Integra rejection | 0.1 | 51.00 |
| 02/17/11 | Gregory K. Jones | Emails with Rusnak on operating report | 0.2 | 102.00 |
| 02/18/11 | Eve H. Karasik | Analyze correspondence from A. Rusnak re Questionnaire | 0.1 | 72.50 |
| 02/18/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re: SOWs from Ernst & Young | 0.1 | 72.50 |
| 02/18/11 | Eve H. Karasik | Confer with Gregory K. Jones re Kiley Consulting Agreement | 0.1 | 72.50 |
| 02/18/11 | Gregory K. Jones | Review correspondence from Arthur J. Gallagher and refunds | 0.2 | 102.00 |
| 02/18/11 | Gregory K. Jones | Review and revise operating report and prepare for filing | 1.0 | 510.00 |
| 02/18/11 | Gregory K. Jones | Correspondence to client on vehicle insurance refund | 0.2 | 102.00 |
| 02/18/11 | Gregory K. Jones | Review client memorandum on loans possibly owned by the Debtor and related documents | 0.3 | 153.00 |
| 02/18/11 | Joanne B. Stern | Exchange emails with Gregory K. Jones e-filing January operating report | 0.1 | 24.00 |
| 02/18/11 | Joanne B. Stern | Prepare and e-file January operating report | 0.3 | 72.00 |
| 02/21/11 | Gregory K. Jones | Emails with Padien on Kiley consulting agreement | 0.2 | 102.00 |
| 02/22/11 | Gregory K. Jones | Emails with Simonds on quarterly fee payments | 0.1 | 51.00 |
| 02/25/11 | Eve H. Karasik | Analyze correspondence from J. Wu re SOWS | 0.1 | 72.50 |
| 02/25/11 | Eve H. Karasik | Analyze correspondence from J. Simon re SOWS | 0.1 | 72.50 |
| 02/25/11 | Eve H. Karasik | Analyze correspondence from A. Rusnak re: residential loans | 0.3 | 217.50 |
| 02/25/11 | Gregory K. Jones | Emails with Padien on operating report and other matters | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Scott H. Yun | Shareholder | 0.2 | 595.00 | 119.00 |
| Gary E. Klausner | Shareholder | 4.8 | 798.13 | 3,831.00 |
| Eve H. Karasik | Shareholder | 12.9 | 725.00 | 9,352.50 |
| Mark S. Wallace | Of Counsel | 8.4 | 735.00 | 6,174.00 |
| Gregory K. Jones | Of Counsel | 27.9 | 510.00 | 14,229.00 |
| Joanne B. Stern | Paralegal | 1.2 | 240.00 | 288.00 |
| | | 55.4 | | 33,993.50 |

Fees                                                                33,993.50

**SUMMARY FOR 06288-0030: General Business Operations**

Total Fees This Invoice                                              33,993.50

Amount Due                                                          33,993.50

60

**06288-0040: Fee/Employment Applications**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/01/10 | Gregory K. Jones | Review and summarize professional invoices and send to Kiley | 0.3 | 153.00 |
| 11/01/10 | Gregory K. Jones | Emails with client on invoice payments due | 0.2 | 102.00 |
| 11/02/10 | Gregory K. Jones | Phone conferences with Kiley on fees to be paid | 0.2 | 102.00 |
| 11/03/10 | Gregory K. Jones | Emails with Kiley and client on September invoices | 0.1 | 51.00 |
| 11/04/10 | Gregory K. Jones | Emails with O'Donnell on professional payments | 0.1 | 51.00 |
| 11/05/10 | Gregory K. Jones | Numerous emails with Kiley and O'Donnell on payment | 0.2 | 102.00 |
| 11/08/10 | Gary E. Klausner | Exchange emails with A. Rusnak re KPMG | 0.2 | 159.00 |
| 11/08/10 | Gary E. Klausner | Confer with Gregory K. Jones re KPMG employment | 0.2 | 159.00 |
| 11/08/10 | Gregory K. Jones | Emails with Padien on wire transfers | 0.2 | 102.00 |
| 11/08/10 | Gregory K. Jones | Emails with Willkie Farr on KPMG employment application | 0.2 | 102.00 |
| 11/08/10 | Mark S. Wallace | Analyze correspondence from Gregory K. Jones re KPMG matter | 0.1 | 73.50 |
| 11/09/10 | Mark S. Wallace | Telephone conference with Gregory K. Jones re KPMG matter | 0.1 | 73.50 |
| 11/09/10 | Mark S. Wallace | Confer with Gregory K. Jones re KPMG matter | 0.2 | 147.00 |
| 11/09/10 | Mark S. Wallace | Telephone conference with R. Chance re KPMG matter | 0.1 | 73.50 |
| 11/10/10 | Mark S. Wallace | Telephone conference with J. Kiley re business activities | 0.2 | 147.00 |
| 11/10/10 | Mark S. Wallace | Prepare pleading re reply to Committee's objection re KPMG employment | 1.8 | 1,323.00 |
| 11/10/10 | Mark S. Wallace | Confer with Gregory K. Jones re KPMG matter | 0.1 | 73.50 |
| 11/15/10 | Joanne B. Stern | Prepare and e-file Notice of Withdrawal of Application to Employ KPMG. | 0.2 | 48.00 |
| 11/16/10 | Gregory K. Jones | Emails with client on pending legal fee invoices | 0.2 | 102.00 |
| 11/17/10 | Gregory K. Jones | Confer with Committee counsel on second interim fee application | 0.2 | 102.00 |
| 11/18/10 | Eve H. Karasik | Confer with Gregory K. Jones re: Fee Application | 0.1 | 72.50 |
| 11/18/10 | Gregory K. Jones | Phone message to Fearce on hearing date | 0.1 | 51.00 |
| 11/19/10 | Eve H. Karasik | Confer with Gregory K. Jones re fee application hearing | 0.1 | 72.50 |
| 11/19/10 | Gregory K. Jones | Prepare Silver monthly statement | 0.4 | 204.00 |
| 11/19/10 | Gregory K. Jones | Prepare STG monthly statement | 0.6 | 306.00 |
| 11/19/10 | Gregory K. Jones | Confer with Court clerk on fee application hearing date | 0.1 | 51.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/19/10 | Gregory K. Jones | Emails with Committee counsel on fee application hearing date | 0.1 | 51.00 |
| 11/19/10 | Gregory K. Jones | Review documents in preparation for second interim fee application | 0.3 | 153.00 |
| 11/24/10 | Gregory K. Jones | Prepare Silver, Freedman second interim fee application (3.5); emails with Silver on questions relating to fee application (.3) | 1.0 | 510.00 |
| 11/24/10 | Gregory K. Jones | Prepare STG second interim fee application | 2.5 | 1,275.00 |
| 11/24/10 | Gregory K. Jones | Review E&Y fee application | 0.2 | 102.00 |
| 11/27/10 | Gregory K. Jones | Prepare second interim fee application | 1.0 | 510.00 |
| 11/28/10 | Gregory K. Jones | Prepare second interim fee application | 2.3 | 1,173.00 |
| 11/29/10 | Eve H. Karasik | Confer with Gregory K. Jones re Fee Application | 0.1 | 72.50 |
| 11/29/10 | Eve H. Karasik | Confer with Gregory K. Jones re Fee Application | 0.1 | 72.50 |
| 11/29/10 | Gregory K. Jones | Review and revise second interim fee application | 4.0 | 2,040.00 |
| 11/29/10 | Gregory K. Jones | Phone conference with Silver Freedman accountant on fee application | 0.2 | 102.00 |
| 11/30/10 | Gregory K. Jones | Review and revise STG final fee application and prepare pleading and exhibits for filing | 1.5 | 765.00 |
| 11/30/10 | Gregory K. Jones | Review and revise Silver Freedman final fee application and prepare for filing | 1.2 | 612.00 |
| 11/30/10 | Gregory K. Jones | Prepare summary fee pleadings for STG | 0.4 | 204.00 |
| 11/30/10 | Gregory K. Jones | Prepare summary fee pleading for Silver Freedman | 0.2 | 102.00 |
| 11/30/10 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing fee applications. | 0.1 | 24.00 |
| 11/30/10 | Joanne B. Stern | Prepare and e-file Silver Freedman & Taff second interim fee application. | 0.3 | 72.00 |
| 11/30/10 | Joanne B. Stern | Prepare and e-file Silver, Freedman & Taff summary sheet | 0.1 | 24.00 |
| 11/30/10 | Joanne B. Stern | Prepare and e-file ST&G's second interim fee application. | 0.5 | 120.00 |
| 11/30/10 | Joanne B. Stern | Prepare and e-file ST&G 2nd interim summary | 0.2 | 48.00 |
| 12/03/10 | Gregory K. Jones | Emails with client on interim fee payments | 0.1 | 51.00 |
| 12/06/10 | Gregory K. Jones | Emails with client on fee payments | 0.2 | 102.00 |
| 12/06/10 | Gregory K. Jones | Emails with Akin Gump on fee statement and payments | 0.2 | 102.00 |
| 12/07/10 | Eve H. Karasik | Analyze Akin Fee Statement | 0.1 | 72.50 |
| 12/08/10 | Eve H. Karasik | Confer with Gary E. Klausner re Fee Statement preparation | 0.2 | 145.00 |
| 12/08/10 | Eve H. Karasik | Prepare Fee Statement | 1.2 | 870.00 |
| 12/08/10 | Gregory K. Jones | Emails with Padien on Akin Gump payment | 0.1 | 51.00 |
| 12/13/10 | Gregory K. Jones | Emails with Padien on Akin and FTI fees | 0.2 | 102.00 |
| 12/13/10 | Gregory K. Jones | Review Silver Freedman correspondence on fees | 0.2 | 102.00 |
| 12/13/10 | Gregory K. Jones | Prepare Silver November fee statement | 0.4 | 204.00 |
| 12/14/10 | Gregory K. Jones | Review November invoice | 0.2 | 102.00 |
| 12/14/10 | Gregory K. Jones | Prepare STG monthly statement | 0.4 | 204.00 |
| 12/14/10 | Joanne B. Stern | Prepare and e-file ST&G November fee app. | 0.3 | 72.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/14/10 | Joanne B. Stern | Prepare and e-file Silver November fee app. | 0.2 | 48.00 |
| 12/16/10 | Gregory K. Jones | Review recently filed fee notices and applications | 0.5 | 255.00 |
| 12/20/10 | Gregory K. Jones | Review FTI monthly statement | 0.2 | 102.00 |
| 12/20/10 | Gregory K. Jones | Review and summarize second FTI fee application | 0.5 | 255.00 |
| 12/20/10 | Gregory K. Jones | Review and summarize Akin Gump second interim fee application | 0.8 | 408.00 |
| 12/20/10 | Gregory K. Jones | Review Local Rules on fee notices | 0.2 | 102.00 |
| 12/21/10 | Gregory K. Jones | Review several pleadings and prepare notice of second interim fee application | 1.0 | 510.00 |
| 12/21/10 | Joanne B. Stern | Prepare and e-file Notice of 2nd Fee hearing. | 0.3 | 72.00 |
| 12/22/10 | Gregory K. Jones | Review various pleadings on outstanding fees to all employed professionals | 0.5 | 255.00 |
| 12/22/10 | Gregory K. Jones | Emails with Kiley on various invoice payment issues | 0.2 | 102.00 |
| 12/26/10 | Gregory K. Jones | Emails with Kiley on Imperial invoice payments | 0.2 | 102.00 |
| 12/27/10 | Eve H. Karasik | Analyze Fee Statements (FTI; E&Y, etc.) | 0.2 | 145.00 |
| 12/27/10 | Gary E. Klausner | Analyze documents re November billings | 0.3 | 238.50 |
| 12/27/10 | Gregory K. Jones | Review correspondence from client on fees | 0.2 | 102.00 |
| 12/27/10 | Gregory K. Jones | Review FTI fee statement and prepare correspondence | 0.2 | 102.00 |
| 12/27/10 | Gregory K. Jones | Review E&Y fee statement and prepare correspondence | 0.2 | 102.00 |
| 01/04/11 | Gregory K. Jones | Emails with Gary E. Klausner in November fees | 0.2 | 102.00 |
| 01/05/11 | Gregory K. Jones | Prepare pleadings on compensation of professionals | 1.0 | 510.00 |
| 01/05/11 | Joanne B. Stern | Prepare and e-file Jones' declaration in support of Fischer compensation notice | 0.3 | 72.00 |
| 01/05/11 | Joanne B. Stern | Prepare and upload Fischer compensation order | 0.2 | 48.00 |
| 01/07/11 | Gregory K. Jones | Emails with Padien on reply to FDIC opposition | 0.2 | 102.00 |
| 01/11/11 | Gregory K. Jones | Emails with client on fee payments | 0.1 | 51.00 |
| 01/15/11 | Gregory K. Jones | Prepare Kiley declaration in support of second fee applications | 0.3 | 153.00 |
| 01/15/11 | Gregory K. Jones | Emails with Kiley on declaration in support of second fee applications | 0.2 | 102.00 |
| 01/19/11 | Eve H. Karasik | Confer with Gregory K. Jones re Fee Statement | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Confer with Gary E. Klausner re Fee Statement | 0.1 | 72.50 |
| 01/19/11 | Gregory K. Jones | Emails with Tameris on Silver fees | 0.1 | 51.00 |
| 01/19/11 | Gregory K. Jones | Emails with Eve H. Karasik on monthly fee statement | 0.1 | 51.00 |
| 01/20/11 | Gregory K. Jones | Review December invoice and prepare December monthly fee application | 0.7 | 357.00 |
| 01/20/11 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing ST&G December fee statement. | 0.1 | 24.00 |
| 01/20/11 | Joanne B. Stern | Prepare and e-file ST&G December Monthly Fee Statement. | 0.3 | 72.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/21/11 | Eve H. Karasik | Analyze FTI Fee statement | 0.1 | 72.50 |
| 01/21/11 | Gregory K. Jones | Emails with Joanne B. Stern on Kiley declaration and prepare for filing | 0.2 | 102.00 |
| 01/21/11 | Joanne B. Stern | Exchange emails with Danielle Trujillo re e-filing Kiley Fee Declaration. | 0.1 | 24.00 |
| 01/21/11 | Joanne B. Stern | Prepare and e-file Kiley Declaration in Support of Interim Fee Applications. | 0.3 | 72.00 |
| 01/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re: fee application hearing | 0.1 | 72.50 |
| 01/27/11 | Gregory K. Jones | Emails with client on payments to professionals and records | 0.2 | 102.00 |
| 01/27/11 | Gregory K. Jones | Emails with Simonds on W-9 forms | 0.1 | 51.00 |
| 01/28/11 | Gregory K. Jones | Emails with O'Donnell on Akin payment information | 0.2 | 102.00 |
| 01/28/11 | Gregory K. Jones | Review and summarize information on professionals employed in case | 0.3 | 153.00 |
| 02/01/11 | Eve H. Karasik | Confer with Gregory K. Jones re fee hearing | 0.1 | 72.50 |
| 02/01/11 | Gregory K. Jones | Research on documents relating to fee application hearing | 0.4 | 204.00 |
| 02/01/11 | Gregory K. Jones | Confer with Committee counsel on fee hearing | 0.1 | 51.00 |
| 02/02/11 | Eve H. Karasik | Confer with Gregory K. Jones re Fee Application tentative ruling | 0.1 | 72.50 |
| 02/02/11 | Eve H. Karasik | Confer with Gregory K. Jones re conversation with J. Isaacs re Fee Application tentative ruling | 0.1 | 72.50 |
| 02/02/11 | Eve H. Karasik | Confer with Gregory K. Jones re fee application hearing | 0.1 | 72.50 |
| 02/02/11 | Eve H. Karasik | Confer with Gregory K. Jones re FDIC acceptance of tentative ruling | 0.1 | 72.50 |
| 02/02/11 | Gregory K. Jones | Emails with Kiley on fees | 0.2 | 102.00 |
| 02/02/11 | Gregory K. Jones | Emails with Eve H. Karasik on upcoming hearing | 0.1 | 51.00 |
| 02/02/11 | Gregory K. Jones | Review tentative ruling on fees and confer with Eve H. Karasik | 0.2 | 102.00 |
| 02/02/11 | Gregory K. Jones | Phone conference with Isaacs on fee hearing tentative | 0.2 | 102.00 |
| 02/02/11 | Gregory K. Jones | Emails with E&Y counsel on fee hearing (several) | 0.4 | 204.00 |
| 02/02/11 | Gregory K. Jones | Emails with Isaacs on fee application hearing | 0.2 | 102.00 |
| 02/03/11 | Gregory K. Jones | Messages to and from O'Donnell on professional fees | 0.2 | 102.00 |
| 02/03/11 | Gregory K. Jones | Emails with Committee counsel on fee order | 0.1 | 51.00 |
| 02/03/11 | Gregory K. Jones | Prepare order granting second interim fee applications | 1.0 | 510.00 |
| 02/03/11 | Gregory K. Jones | Emails with other professionals on second interim fee applications | 0.3 | 153.00 |
| 02/04/11 | Gregory K. Jones | Phone conference with O'Donnell on payments | 0.2 | 102.00 |
| 02/07/11 | Gregory K. Jones | Revise second fee order and prepare for filing | 0.3 | 153.00 |
| 02/07/11 | Gregory K. Jones | Phone conference with O'Donnell on fee payments | 0.1 | 51.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/07/11 | Gregory K. Jones | Review correspondence on KPMG employment | 0.1 | 51.00 |
| 02/07/11 | Joanne B. Stern | Exchange emails with Gregory K. Jones re uploading second interim fee order. | 0.1 | 24.00 |
| 02/07/11 | Joanne B. Stern | Prepare and upload second interim fee order. | 0.3 | 72.00 |
| 02/09/11 | Gregory K. Jones | Review details of wire transfers | 0.2 | 102.00 |
| 02/09/11 | Gregory K. Jones | Review entered fee order and confer with client | 0.2 | 102.00 |
| 02/09/11 | Gregory K. Jones | Emails with Padien on fee order | 0.2 | 102.00 |
| 02/10/11 | Gregory K. Jones | Review and summarize amounts to be paid to professionals for second interim period | 0.3 | 153.00 |
| 02/14/11 | Gregory K. Jones | Prepare correspondence to professionals on November and December 2010 payments (two) | 0.3 | 153.00 |
| 02/14/11 | Gregory K. Jones | Emails with Silver Freedman on revisions to fee application entries | 0.2 | 102.00 |
| 02/15/11 | Eve H. Karasik | Confer with Gregory K. Jones re: Fee Statement preparation | 0.1 | 72.50 |
| 02/15/11 | Gregory K. Jones | Emails with Padien on fees for January 2011 | 0.2 | 102.00 |
| 02/15/11 | Gregory K. Jones | Prepare and file Silver Freedman fee statement | 0.8 | 408.00 |
| 02/15/11 | Gregory K. Jones | Emails with Eve H. Karasik on Chance | 0.2 | 102.00 |
| 02/15/11 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing 6th Silver, Freedman, fee statement. | 0.1 | 24.00 |
| 02/15/11 | Joanne B. Stern | Prepare and e-file 6th Silver, Freedman fee statement. | 0.3 | 72.00 |
| 02/16/11 | Eve H. Karasik | Confer with Gary E. Klausner re: Fee Statement preparation | 0.1 | 72.50 |
| 02/16/11 | Gregory K. Jones | Emails with O'Donnell on payment of amounts in second interim fee application | 0.2 | 102.00 |
| 02/16/11 | Gregory K. Jones | Correspondence to Chance on status of case | 0.1 | 51.00 |
| 02/17/11 | Eve H. Karasik | Prepare Fee Statement | 0.5 | 362.50 |
| 02/18/11 | Gregory K. Jones | Review E&Y SOWs | 0.7 | 357.00 |
| 02/18/11 | Gregory K. Jones | Review emails from E&Y on 2010 tax compliance | 0.2 | 102.00 |
| 02/18/11 | Gregory K. Jones | Confer with A. Rusnak (2x) on E&Y SOWs and questionnaire | 0.2 | 102.00 |
| 02/18/11 | Gregory K. Jones | Emails with Eve H. Karasik on supplement E&Y documents | 0.2 | 102.00 |
| 02/18/11 | Gregory K. Jones | Review January invoice and prepare STG ninth monthly fee statement | 0.8 | 408.00 |
| 02/18/11 | Gregory K. Jones | Message to Kiley on E&Y and fees | 0.1 | 51.00 |
| 02/18/11 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing ST&G Ninth Monthly Fee Statement | 0.1 | 24.00 |
| 02/18/11 | Joanne B. Stern | Prepare and e-file ST&G Ninth Monthly Fee Statement | 0.3 | 72.00 |
| 02/19/11 | Gregory K. Jones | Emails with Kiley on second interim fee application | 0.2 | 102.00 |
| 02/22/11 | Gregory K. Jones | Phone conference with Rusnak on fees and Committee settlement discussions | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/23/11 | Gregory K. Jones | Confer with O'Donnell on fee payments | 0.2 | 102.00 |
| 02/23/11 | Gregory K. Jones | Phone conferences with Kiley on fee payments | 0.2 | 102.00 |
| 02/24/11 | Gregory K. Jones | Emails with Kiley and O'Donnell on fee payments | 0.2 | 102.00 |
| 02/24/11 | Gregory K. Jones | Phone conferences with Gee and Eisman on fees | 0.2 | 102.00 |
| 02/25/11 | Gregory K. Jones | Review emails from Foley on E&Y employment and respond | 0.3 | 153.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 0.7 | 795.00 | 556.50 |
| Eve H. Karasik | Shareholder | 3.7 | 725.00 | 2,682.50 |
| Mark S. Wallace | Of Counsel | 2.6 | 735.00 | 1,911.00 |
| Gregory K. Jones | Of Counsel | 39.3 | 510.00 | 20,043.00 |
| Joanne B. Stern | Paralegal | 4.7 | 240.00 | 1,128.00 |
| | | 51.0 | | 26,321.00 |

Fees                                                                       26,321.00

**SUMMARY FOR 06288-0040: Fee/Employment Applications**

Total Fees This Invoice                                                     26,321.00

Amount Due                                                                  26,321.00

**06288-0050: Fee/Employment Objections**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/08/10 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner and A. Rusnak re Reply to KPMG Employment Objection | 0.1 | 72.50 |
| 11/08/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re KPMG Employment Objection | 0.1 | 72.50 |
| 11/08/10 | Gary E. Klausner | Analyze pleadings re Committee objection to KPMG | 0.3 | 238.50 |
| 11/08/10 | Gregory K. Jones | Confer with client on KPMG employment objection | 0.2 | 102.00 |
| 11/08/10 | Gregory K. Jones | Emails with UST on KPMG employment | 0.2 | 102.00 |
| 11/08/10 | Gregory K. Jones | Phone conference with Ortiz on objections to KPMG employment | 0.4 | 204.00 |
| 11/08/10 | Gregory K. Jones | Review Committee objection to KPMG employment | 0.8 | 408.00 |
| 11/08/10 | Gregory K. Jones | Prepare responses to Committee objection to KPMG employment | 1.4 | 714.00 |
| 11/08/10 | Gregory K. Jones | Confer with Gary E. Klausner on objections to KPMG employment | 0.2 | 102.00 |
| 11/08/10 | Mark S. Wallace | Analyze pleadings re objection to KPMG employment | 1.0 | 735.00 |
| 11/09/10 | Eve H. Karasik | Analyze Committee objections to KPMG Employment Application | 0.6 | 435.00 |
| 11/09/10 | Gregory K. Jones | Conference with KPMG and Willkie Farr on KPMG employment | 0.5 | 255.00 |
| 11/09/10 | Gregory K. Jones | Prepare reply to objection to KPMG employment | 2.5 | 1,275.00 |
| 11/09/10 | Gregory K. Jones | Research issues relating to reply to objection to KPMG employment | 1.5 | 765.00 |
| 11/09/10 | Gregory K. Jones | Prepare stipulation to continue hearing on KPMG employment | 1.0 | 510.00 |
| 11/09/10 | Gregory K. Jones | Conferences with Mark S. Wallace on KPMG employment reply | 0.2 | 102.00 |
| 11/09/10 | Mark S. Wallace | Analyze correspondence from Gregory K. Jones re motion re KPMG | 0.1 | 73.50 |
| 11/09/10 | Mark S. Wallace | Prepare correspondence to Gregory K. Jones re KPMG motion opposition | 0.1 | 73.50 |
| 11/09/10 | Mark S. Wallace | Telephone conference with J. Kiley re KPMG matter | 0.1 | 73.50 |
| 11/10/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re KPMG Application continuance and Gary E. Klausner response | 0.2 | 145.00 |
| 11/10/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re: continuance stipulation a(KPMG) | 0.1 | 72.50 |
| 11/10/10 | Eve H. Karasik | Analyze draft continuance stipulation (KPMG) | 0.2 | 145.00 |
| 11/10/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re revisions to Stipulation | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/10/10 | Eve H. Karasik | Analyze Gregory K. Jones re draft reply to KPMG Objection | 0.1 | 72.50 |
| 11/10/10 | Gregory K. Jones | Conference call with Court clerk on scheduling matters | 0.2 | 102.00 |
| 11/10/10 | Gregory K. Jones | Prepare reply to objection to KPMG employment | 2.0 | 1,020.00 |
| 11/10/10 | Gregory K. Jones | Research caselaw relating to reply to objection to KPMG employment | 1.2 | 612.00 |
| 11/10/10 | Gregory K. Jones | Review and revise reply to objection to KPMG employment | 1.5 | 765.00 |
| 11/10/10 | Gregory K. Jones | Prepare order granting stipulation to continue KPMG hearing | 0.3 | 153.00 |
| 11/11/10 | Eve H. Karasik | Confer with Gary E. Klausner re KPMG Objection Reply | 0.1 | 72.50 |
| 11/11/10 | Mark S. Wallace | Prepare correspondence to Gregory K. Jones re revised pleading | 0.1 | 73.50 |
| 11/12/10 | Eve H. Karasik | Confer with Gregory K. Jones re KPMG objection continuance | 0.1 | 72.50 |
| 11/12/10 | Eve H. Karasik | Confer with Gary E. Klausner re: KPMG objection | 0.1 | 72.50 |
| 11/13/10 | Gregory K. Jones | Research regarding various section 328(a) issues | 1.0 | 510.00 |
| 11/15/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re KPMG reply | 0.2 | 145.00 |
| 11/15/10 | Eve H. Karasik | Analyze Withdrawal of KPMG Employment pleadings and confer with Gregory K. Jones re same | 0.1 | 72.50 |
| 11/15/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re KPMG application continuance | 0.1 | 72.50 |
| 11/15/10 | Gregory K. Jones | Research on Section 328(a) employment | 0.5 | 255.00 |
| 11/15/10 | Gregory K. Jones | Review and revise reply to objection to KPMG employment | 1.0 | 510.00 |
| 11/15/10 | Mark S. Wallace | Revise pleading re reply to Committee objection to KPMG employment | 0.3 | 220.50 |
| 11/16/10 | Gregory K. Jones | Emails with Sorkin on KPMG employment | 0.2 | 102.00 |
| 01/07/11 | Eve H. Karasik | Confer with Gregory K. Jones re Fee Application Objection | 0.1 | 72.50 |
| 01/07/11 | Eve H. Karasik | Analyze FDIC Fee Objection | 0.3 | 217.50 |
| 01/07/11 | Gregory K. Jones | Review FDIC objection to fee applications and confer with Eve H. Karasik and Gary E. Klausner | 0.3 | 153.00 |
| 01/07/11 | Gregory K. Jones | Review emails on response to fee objection | 0.2 | 102.00 |
| 01/10/11 | Eve H. Karasik | Confer with Gregory K. Jones re fee application objection reply | 0.2 | 145.00 |
| 01/10/11 | Gregory K. Jones | Research caselaw relevant to reply to objection to interim fee applications | 2.0 | 1,020.00 |
| 01/10/11 | Gregory K. Jones | Phone conference with Padien on joint objection to interim fee applications | 0.3 | 153.00 |
| 01/10/11 | Gregory K. Jones | Phone conference with E&Y counsel on reply to objection to interim fee applications | 0.2 | 102.00 |
| 01/10/11 | Gregory K. Jones | Prepare reply to objection to interim fee applications | 6.0 | 3,060.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/10/11 | Gregory K. Jones | Review and revise reply to objection to interim fee applications and confer with Eve H. Karasik | 2.0 | 1,020.00 |
| 01/11/11 | Eve H. Karasik | Confer with Gregory K. Jones re: Fee Objection Response | 0.2 | 145.00 |
| 01/11/11 | Eve H. Karasik | Confer with Gregory K. Jones re Fee Application response | 0.3 | 217.50 |
| 01/11/11 | Eve H. Karasik | Revise Fee Application Response | 1.7 | 1,232.50 |
| 01/11/11 | Gregory K. Jones | Confer with Eve H. Karasik on revisions to reply to objection to fee application | 0.2 | 102.00 |
| 01/11/11 | Gregory K. Jones | Review and revise reply to objection to fee application and send to Committee counsel | 1.0 | 510.00 |
| 01/11/11 | Gregory K. Jones | Emails with Lee on reply to objection to fee application | 0.1 | 51.00 |
| 01/12/11 | Gregory K. Jones | Phone conference with Padien on reply to opposition to fee application and other issues | 0.3 | 153.00 |
| 01/12/11 | Gregory K. Jones | Emails with Lee on opposition to fee applications | 0.2 | 102.00 |
| 01/13/11 | Eve H. Karasik | Analyze revisions from E&Y to reply to FDIC Fee Application Objections | 0.2 | 145.00 |
| 01/13/11 | Eve H. Karasik | Confer with Gregory K. Jones re revisions from E&Y to reply to FDIC Fee Objection | 0.2 | 145.00 |
| 01/13/11 | Eve H. Karasik | Confer with Gregory K. Jones re Committee revisions to reply to fee objections | 0.1 | 72.50 |
| 01/13/11 | Eve H. Karasik | Analyze Committee revisions to Fee Objection | 0.4 | 290.00 |
| 01/13/11 | Eve H. Karasik | Confer with Gregory K. Jones re Committee revisions to Fee Objection | 0.1 | 72.50 |
| 01/13/11 | Gregory K. Jones | Confer with Eve H. Karasik on proposed revisions to reply to opposition to fee application | 0.2 | 102.00 |
| 01/13/11 | Gregory K. Jones | Review Committee changes to reply to fee objection | 0.3 | 153.00 |
| 01/13/11 | Gregory K. Jones | Research caselaw relating to fee objections | 0.3 | 153.00 |
| 01/14/11 | Eve H. Karasik | Confer with Gregory K. Jones re Fee Objection Reply | 0.2 | 145.00 |
| 01/14/11 | Eve H. Karasik | Confer with Gregory K. Jones re E&Y response | 0.2 | 145.00 |
| 01/14/11 | Eve H. Karasik | Revise Fee Objection | 0.4 | 290.00 |
| 01/14/11 | Eve H. Karasik | Confer with Gregory K. Jones re E&Y revisions to Response | 0.1 | 72.50 |
| 01/14/11 | Eve H. Karasik | Confer with Gregory K. Jones re Fee Objection and Committee letter | 0.1 | 72.50 |
| 01/14/11 | Gregory K. Jones | Revise joint reply to FDIC opposition to fees and prepare for filing | 3.5 | 1,785.00 |
| 01/14/11 | Gregory K. Jones | Review fee applications to prepare information to include in reply to opposition to fees | 0.8 | 408.00 |
| 01/14/11 | Gregory K. Jones | Emails with client on December fee payments | 0.2 | 102.00 |
| 01/14/11 | Gregory K. Jones | Conferences with M. Lee on content of reply to FDIC opposition | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/14/11 | Gregory K. Jones | Phone conference with Padien on reply to FDIC opposition (two) | 0.3 | 153.00 |
| 01/14/11 | Gregory K. Jones | Emails with Simonds on reply to FDIC opposition (several) | 0.3 | 153.00 |
| 01/14/11 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing reply to FDIC opposition | 0.1 | 24.00 |
| 01/14/11 | Joanne B. Stern | Prepare and e-file reply to FDIC opposition | 0.4 | 96.00 |
| 01/26/11 | Gregory K. Jones | Emails with Lee on fee hearing | 0.2 | 102.00 |
| 01/28/11 | Gregory K. Jones | Emails with Foley on E&Y claim objection | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 0.3 | 795.00 | 238.50 |
| Eve H. Karasik | Shareholder | 7.0 | 725.00 | 5,075.00 |
| Mark S. Wallace | Of Counsel | 1.7 | 735.00 | 1,249.50 |
| Gregory K. Jones | Of Counsel | 36.1 | 510.00 | 18,411.00 |
| Joanne B. Stern | Paralegal | 0.5 | 240.00 | 120.00 |
| | | 45.6 | | 25,094.00 |

Fees                                                   25,094.00

**SUMMARY FOR 06288-0050: Fee/Employment Objections**

Total Fees This Invoice                                 25,094.00

Amount Due                                              25,094.00

**06288-0070: Claims Administration and Objections**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/11/10 | Gregory K. Jones | Review voice mails on emails on Texas state court matter | 0.2 | 102.00 |
| 12/03/10 | Gregory K. Jones | Confer with Gilliam on Integra claim and review documents sent to court | 0.2 | 102.00 |
| 12/10/10 | Gregory K. Jones | Emails with client on claims asserted postpetition | 0.2 | 102.00 |
| 12/13/10 | Eve H. Karasik | Telephone conference with L. McCall re: FTB issue | 0.2 | 145.00 |
| 12/14/10 | Eve H. Karasik | Confer with L. McCall re FTB claim | 0.1 | 72.50 |
| 12/15/10 | Gary E. Klausner | Telephone conference with Curran re Haligowski claims | 0.2 | 159.00 |
| 12/15/10 | Gary E. Klausner | Telephone conference with A. Rusnak re Haligowski claims | 0.3 | 238.50 |
| 01/11/11 | Gregory K. Jones | Review correspondence relating to Haligowski claim | 0.1 | 51.00 |
| 01/12/11 | Gregory K. Jones | Memo to and from Eve H. Karasik on employment matters and Franchise Tax Board claim | 0.3 | 153.00 |
| 01/24/11 | Gregory K. Jones | Research regarding FTB claim | 0.3 | 153.00 |
| 01/24/11 | Gregory K. Jones | Emails with McCall on FTB priority claim | 0.2 | 102.00 |
| 01/25/11 | Eve H. Karasik | Confer with Gregory K. Jones re Objection to FTB claim | 0.1 | 72.50 |
| 01/27/11 | Eve H. Karasik | Confer with Gregory K. Jones re FTB claim objection | 0.1 | 72.50 |
| 01/27/11 | Gregory K. Jones | Conference with Eve H. Karasik on FTB claim | 0.4 | 204.00 |
| 01/28/11 | Gregory K. Jones | Prepare objection to FTB claim | 2.0 | 1,020.00 |
| 01/28/11 | Gregory K. Jones | Review various IRS correspondence and send to McCall | 0.3 | 153.00 |
| 02/01/11 | Gregory K. Jones | Research on IRS proofs of claim and burdens of persuasion | 1.0 | 510.00 |
| 02/02/11 | Gregory K. Jones | Research caselaw relating to FTB claim objection | 1.0 | 510.00 |
| 02/03/11 | Gregory K. Jones | Emails with E&Y on FTB claim | 0.1 | 51.00 |
| 02/18/11 | Gregory K. Jones | Confer with McCall on objection to FTB claim | 0.2 | 102.00 |
| 02/19/11 | Gregory K. Jones | Review E&Y protest letter in support of deductions | 0.4 | 204.00 |
| 02/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re 365(o) reply | 0.1 | 72.50 |
| 02/25/11 | Eve H. Karasik | Analyze correspondence from A. Rusnak re franchise taxes and confer with Gregory K. Jones re same | 0.3 | 217.50 |
| 02/25/11 | Gregory K. Jones | Emails with Eve H. Karasik on franchise tax obligations | 0.2 | 102.00 |
| 02/27/11 | Gregory K. Jones | Emails with Margreta M. Morgulas on amended reply on 365(o) claim | 0.3 | 153.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/27/11 | Gregory K. Jones | Prepare objection to FTB claim | 2.5 | 1,275.00 |
| 02/27/11 | Gregory K. Jones | Research relevant Revenue and Tax Code sections supporting FTB claim | 1.5 | 765.00 |
| 02/28/11 | Eve H. Karasik | Confer with Gregory K. Jones re FTB claim objections | 0.2 | 145.00 |
| 02/28/11 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re claims objections | 0.1 | 72.50 |
| 02/28/11 | Gregory K. Jones | Emails with Margreta M. Morgulas on amended 365(o) reply | 0.2 | 102.00 |
| 02/28/11 | Gregory K. Jones | Review documents supporting FTB claim | 1.5 | 765.00 |
| 02/28/11 | Gregory K. Jones | Phone conference with McCall on FTB audit | 0.1 | 51.00 |
| 02/28/11 | Gregory K. Jones | Emails with Eve H. Karasik on claim objections | 0.2 | 102.00 |
| 02/28/11 | Gregory K. Jones | Confer with Eve H. Karasik on objection to FTB claim | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 0.5 | 795.00 | 397.50 |
| Eve H. Karasik | Shareholder | 1.2 | 725.00 | 870.00 |
| Gregory K. Jones | Of Counsel | 13.6 | 510.00 | 6,936.00 |
| | | 15.3 | | 8,203.50 |

| Fees | | | | 8,203.50 |
|------|--|--|--|----------|

**SUMMARY FOR 06288-0070: Claims Administration and Objections**

| Total Fees This Invoice | 8,203.50 |
|-------------------------|----------|

| Amount Due | 8,203.50 |
|------------|----------|

**06288-0080: Asset Analysis and Recovery**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/28/10 | Gregory K. Jones | Research on reporting of non-property of the estate | 0.4 | 204.00 |
| 02/09/11 | Gregory K. Jones | Phone conference with emails with O'Donnell on premiums to be returned to debtor | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gregory K. Jones | Of Counsel | 0.6 | 510.00 | 306.00 |
|  |  | 0.6 |  | 306.00 |
| Fees |  |  |  | 306.00 |

**SUMMARY FOR 06288-0080: Asset Analysis and Recovery**

Total Fees This Invoice                                306.00

Amount Due                                                306.00

**06288-0090: Asset Disposition**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/09/11 | Gregory K. Jones | Revise order on Integra contract | 0.2 | 102.00 |
| 02/09/11 | Gregory K. Jones | Revise declaration in support of rejection of Integra contract | 0.2 | 102.00 |
| 02/09/11 | Gregory K. Jones | Emails with Gilliam and Padien on revised Integra order | 0.2 | 102.00 |
| 02/15/11 | Gregory K. Jones | Correspondence to Gilliam on Integra rejection | 0.1 | 51.00 |
| 02/15/11 | Gregory K. Jones | Phone conference with Integra on proposed form of order | 0.2 | 102.00 |
| 02/15/11 | Gregory K. Jones | Revise rejection order and send to Gilliam and Padien | 0.2 | 102.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gregory K. Jones | Of Counsel | 1.1 | 510.00 | 561.00 |
|  |  | 1.1 |  | 561.00 |
| Fees |  |  |  | 561.00 |

**SUMMARY FOR 06288-0090: Asset Disposition**

| | |
|---|---|
| Total Fees This Invoice | 561.00 |
| Amount Due | 561.00 |

**06288-0100: Plan/Disclosure Statement**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/11/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re solicitation procedures motion | 0.1 | 72.50 |
| 11/11/10 | Gary E. Klausner | Telephone conference with S. Macula and G. Haligowski re Chapter 11 plan issues | 1.0 | 795.00 |
| 11/11/10 | Gregory K. Jones | Emails with Eve H. Karasik on solicitation motion | 0.2 | 102.00 |
| 11/12/10 | Eve H. Karasik | Confer with Gregory K. Jones re solicitation procedures motion | 0.1 | 72.50 |
| 11/15/10 | Gary E. Klausner | Telephone conference with Eve H. Karasik re Committee response re plan | 0.2 | 159.00 |
| 11/16/10 | Eve H. Karasik | Telephone conference with A. Rusnak re liquidating trust | 0.1 | 72.50 |
| 11/16/10 | Eve H. Karasik | Confer with Gary E. Klausner re Plan | 0.1 | 72.50 |
| 11/19/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re L.T. proposal | 0.1 | 72.50 |
| 11/29/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan | 0.2 | 145.00 |
| 11/29/10 | Gregory K. Jones | Confer with Eve H. Karasik on plan revisions and liquidating trust | 0.2 | 102.00 |
| 12/01/10 | Gregory K. Jones | Review and revise Disclosure Statement per Committee comments | 0.4 | 204.00 |
| 12/03/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan revisions | 0.1 | 72.50 |
| 12/03/10 | Gregory K. Jones | Prepare solicitation motion | 0.5 | 255.00 |
| 12/06/10 | Eve H. Karasik | Confer with C. Padien re Plan document status | 0.2 | 145.00 |
| 12/06/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan status | 0.2 | 145.00 |
| 12/06/10 | Eve H. Karasik | Confer with Gregory K. Jones re: solicitation procedures | 0.2 | 145.00 |
| 12/06/10 | Gregory K. Jones | Prepare plan procedures motion | 3.5 | 1,785.00 |
| 12/06/10 | Gregory K. Jones | Prepare exhibits to plan procedures motion | 1.0 | 510.00 |
| 12/06/10 | Gregory K. Jones | Confer with Eve H. Karasik on plan procedures motion | 0.2 | 102.00 |
| 12/07/10 | Eve H. Karasik | Confer with Gregory K. Jones re solicitation procedures order | 0.1 | 72.50 |
| 12/07/10 | Eve H. Karasik | Revise solicitation procedures motion | 1.2 | 870.00 |
| 12/07/10 | Eve H. Karasik | Confer with Gregory K. Jones re: procedures motion | 0.3 | 217.50 |
| 12/07/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to Gary E. Klausner re solicitation procedures motion | 0.1 | 72.50 |
| 12/07/10 | Eve H. Karasik | Analyze Gary E. Klausner revisions to procedures motion | 0.2 | 145.00 |
| 12/07/10 | Eve H. Karasik | Confer with Gary E. Klausner re procedures motion | 0.3 | 217.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/07/10 | Gary E. Klausner | Review and revise motion to approve Disclosure Statement and confirmation deadlines and procedures | 1.0 | 795.00 |
| 12/07/10 | Gregory K. Jones | Review and revise plan procedures motion and confer with Eve H. Karasik | 2.8 | 1,428.00 |
| 12/07/10 | Gregory K. Jones | Prepare ballots and notices for confirmation | 0.3 | 153.00 |
| 12/07/10 | Gregory K. Jones | Review and revise Plan to incorporate liquidating trust concept | 2.5 | 1,275.00 |
| 12/07/10 | Gregory K. Jones | Review liquidating trust plan structures in similar cases | 0.8 | 408.00 |
| 12/07/10 | Gregory K. Jones | Emails with Gary E. Klausner on plan procedures motion | 0.2 | 102.00 |
| 12/07/10 | Gregory K. Jones | Emails with Padien on plan procedures motion | 0.2 | 102.00 |
| 12/08/10 | Eve H. Karasik | Confer with Gregory K. Jones re revised Plan | 0.1 | 72.50 |
| 12/08/10 | Eve H. Karasik | Analyze revised Plan | 2.5 | 1,812.50 |
| 12/08/10 | Eve H. Karasik | Confer with Gregory K. Jones re ballots | 0.2 | 145.00 |
| 12/08/10 | Gregory K. Jones | Revise Plan per Committee requests and incorporate liquidation trust | 3.2 | 1,632.00 |
| 12/08/10 | Gregory K. Jones | Prepare ballots and other confirmation pleadings | 3.2 | 1,632.00 |
| 12/08/10 | Gregory K. Jones | Confer with Eve H. Karasik on plan and ballot | 0.4 | 204.00 |
| 12/08/10 | Gregory K. Jones | Review comments to confirmation motion from Committee | 0.2 | 102.00 |
| 12/08/10 | Gregory K. Jones | Emails with Rusnak on plan procedures motion | 0.2 | 102.00 |
| 12/09/10 | Eve H. Karasik | Confer with Gregory K. Jones re: Plan | 0.1 | 72.50 |
| 12/09/10 | Eve H. Karasik | Confer with Gregory K. Jones re Committee revisions to solicitation materials | 0.1 | 72.50 |
| 12/09/10 | Gregory K. Jones | Emails with Eve H. Karasik on solicitation pleadings | 0.1 | 51.00 |
| 12/09/10 | Gregory K. Jones | Revise liquidating plan | 1.8 | 918.00 |
| 12/09/10 | Gregory K. Jones | Emails with Gary E. Klausner on revised plan provisions | 0.2 | 102.00 |
| 12/09/10 | Gregory K. Jones | Review and revise ballots and convenience option | 1.0 | 510.00 |
| 12/09/10 | Gregory K. Jones | Prepare notice of confirmation hearing | 1.0 | 510.00 |
| 12/10/10 | Eve H. Karasik | Revise Master Ballot | 0.4 | 290.00 |
| 12/10/10 | Gregory K. Jones | Review and revise solicitation motion per Committee comments | 1.0 | 510.00 |
| 12/10/10 | Gregory K. Jones | Revise confirmation notice | 0.2 | 102.00 |
| 12/12/10 | Eve H. Karasik | Confer with C. Padien re Plan and Disclosure Statement | 0.4 | 290.00 |
| 12/12/10 | Eve H. Karasik | Confer with C. Padien re: document request and Gregory K. Jones response | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with Gregory K. Jones re plan solicitation procedures | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with Gary E. Klausner re Plan | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Analyze C. Padien revisions to solicitation procedures motion | 0.4 | 290.00 |
| 12/13/10 | Eve H. Karasik | Revise solicitation procedure motion | 0.5 | 362.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/13/10 | Gary E. Klausner | Confer with Eve H. Karasik re Committee issues; plan and tax issues | 0.3 | 238.50 |
| 12/13/10 | Gregory K. Jones | Review and revise solicitation motion and send to Eve H. Karasik | 0.8 | 408.00 |
| 12/14/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan and Solicitation Procedures Motion | 0.2 | 145.00 |
| 12/14/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones to A. Rusnak and J. Kiley re plan | 0.1 | 72.50 |
| 12/14/10 | Eve H. Karasik | Revise Solicitation Motion | 0.4 | 290.00 |
| 12/14/10 | Gregory K. Jones | Confer with Eve H. Karasik on revisions to liquidating plan | 0.1 | 51.00 |
| 12/14/10 | Gregory K. Jones | Emails with client on amended plan structure | 0.2 | 102.00 |
| 12/15/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak re Plan | 0.1 | 72.50 |
| 12/15/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan issue | 0.1 | 72.50 |
| 12/15/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan Issue | 0.2 | 145.00 |
| 12/15/10 | Eve H. Karasik | Revise Solicitation Procedures Motion | 1.8 | 1,305.00 |
| 12/15/10 | Eve H. Karasik | Confer with Gary E. Klausner re Plan | 0.1 | 72.50 |
| 12/15/10 | Eve H. Karasik | Revise Master Ballot | 0.5 | 362.50 |
| 12/15/10 | Gregory K. Jones | Prepare amended disclosure statement | 4.0 | 2,040.00 |
| 12/15/10 | Gregory K. Jones | Review emails from client on amended plan | 0.2 | 102.00 |
| 12/15/10 | Gregory K. Jones | Review liquidating trust plans and compare to amended plan | 0.3 | 153.00 |
| 12/15/10 | Gregory K. Jones | Confer with Eve H. Karasik on need for indenture trustee post-confirmation date | 0.2 | 102.00 |
| 12/16/10 | Gregory K. Jones | Phone conference with Rusnak on revisions to Plan | 0.4 | 204.00 |
| 12/16/10 | Gregory K. Jones | Emails with Rusnak on various plan provisions | 0.3 | 153.00 |
| 12/16/10 | Gregory K. Jones | Review and revise confirmation motion per comments of client and Committee | 1.0 | 510.00 |
| 12/16/10 | Gregory K. Jones | Review and revise provisions of plan relating to liquidating trustee | 0.5 | 255.00 |
| 12/16/10 | Gregory K. Jones | Emails with Padien on plan and discovery | 0.2 | 102.00 |
| 12/16/10 | Gregory K. Jones | Prepare correspondence to Committee counsel on Plan and Solicitation Motion | 0.3 | 153.00 |
| 12/17/10 | Eve H. Karasik | Revise Confirmation Notice | 0.2 | 145.00 |
| 12/17/10 | Eve H. Karasik | Confer with Gregory K. Jones re Disclosure Statement | 0.1 | 72.50 |
| 12/17/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan | 0.1 | 72.50 |
| 12/17/10 | Gregory K. Jones | Revise ballots and master ballot | 0.6 | 306.00 |
| 12/17/10 | Gregory K. Jones | Confer with Eve H. Karasik on disclosure statement (several) | 0.4 | 204.00 |
| 12/17/10 | Gregory K. Jones | Emails with Padien on ballots and confirmation notice | 0.2 | 102.00 |
| 12/17/10 | Gregory K. Jones | Prepare pleadings in connection with confirmation hearing and confer with Eve H. Karasik | 0.8 | 408.00 |
| 12/17/10 | Gregory K. Jones | Review and revise amended disclosure statement | 1.5 | 765.00 |
| 12/20/10 | Eve H. Karasik | Analyze correspondence from C. Padien re Plan | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/20/10 | Eve H. Karasik | Analyze revised Plan (per Committee) | 0.3 | 217.50 |
| 12/20/10 | Gary E. Klausner | Exchange emails with C. Padien re FDIC settlement (2x) | 0.4 | 318.00 |
| 12/20/10 | Gary E. Klausner | Confer with Eve H. Karasik re plan and Committee issues | 0.3 | 238.50 |
| 12/20/10 | Gregory K. Jones | Review Committee comments to revised plan | 0.3 | 153.00 |
| 12/20/10 | Gregory K. Jones | Phone conference with Eve H. Karasik on revisions to plan | 0.2 | 102.00 |
| 12/20/10 | Gregory K. Jones | Review Rusnak plan comments and respond | 0.4 | 204.00 |
| 12/23/10 | Gregory K. Jones | Review and revise plan, disclosure statement, and solicitation pleadings per third party recommendations | 3.0 | 1,530.00 |
| 12/27/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan revisions and exclusivity date | 0.2 | 145.00 |
| 12/27/10 | Eve H. Karasik | Revise Disclosure Statement | 2.0 | 1,450.00 |
| 12/27/10 | Gregory K. Jones | Review and revise Plan per Committee comments | 1.2 | 612.00 |
| 12/27/10 | Gregory K. Jones | Confer with Eve H. Karasik on plan revisions | 0.2 | 102.00 |
| 12/27/10 | Gregory K. Jones | Emails with Eve H. Karasik on exclusivity | 0.2 | 102.00 |
| 12/28/10 | Eve H. Karasik | Revise Disclosure Statement | 3.0 | 2,175.00 |
| 12/28/10 | Eve H. Karasik | Confer with Gregory K. Jones re Disclosure Statement | 0.3 | 217.50 |
| 12/28/10 | Eve H. Karasik | Analyze and revise Plan | 1.2 | 870.00 |
| 12/28/10 | Gary E. Klausner | Telephone conference with A. Rusnak re plan; FDIC; Haligowski, and 401K | 0.3 | 238.50 |
| 12/28/10 | Gregory K. Jones | Revision of Plan per Committee revisions and confer with Eve H. Karasik | 1.5 | 765.00 |
| 12/28/10 | Gregory K. Jones | Emails with Padien on revised plan and disclosure statement | 0.2 | 102.00 |
| 12/28/10 | Gregory K. Jones | Meeting with Eve H. Karasik on revisions to Disclosure Statement | 0.3 | 153.00 |
| 12/28/10 | Gregory K. Jones | Further revision of Disclosure Statement | 0.2 | 102.00 |
| 12/29/10 | Eve H. Karasik | Revise Plan | 4.2 | 3,045.00 |
| 12/29/10 | Eve H. Karasik | Confer with Gregory K. Jones re Plan revisions | 0.3 | 217.50 |
| 12/29/10 | Gregory K. Jones | Prepare amended Disclosure Statement | 4.2 | 2,142.00 |
| 12/29/10 | Gregory K. Jones | Confer with Eve H. Karasik on further plan revisions | 0.3 | 153.00 |
| 12/29/10 | Gregory K. Jones | Review Committee emails on FDIC settlement and plan proposals | 0.2 | 102.00 |
| 12/30/10 | Gregory K. Jones | Review Committee comments to plan solicitation motion | 0.3 | 153.00 |
| 12/30/10 | Gregory K. Jones | Review and revise plan | 3.0 | 1,530.00 |
| 12/30/10 | Gregory K. Jones | Review and revise solicitation motion | 1.0 | 510.00 |
| 12/30/10 | Gregory K. Jones | Revise confirmation notice and sent to Padien | 0.2 | 102.00 |
| 12/30/10 | Gregory K. Jones | Emails with Padien on Master Ballot and UST Guidelines | 0.2 | 102.00 |
| 12/31/10 | Gregory K. Jones | Revision of plan | 1.0 | 510.00 |
| 01/03/11 | Eve H. Karasik | Confer with Gregory K. Jones re ballots and confirmation notice draft | 0.2 | 145.00 |
| 01/03/11 | Gregory K. Jones | Revise plan and prepare redline for Committee | 1.0 | 510.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/03/11 | Gregory K. Jones | Conference with Eve H. Karasik on confirmation related issues | 0.2 | 102.00 |
| 01/04/11 | Gregory K. Jones | Review claim objection portion of disclosure statement | 0.2 | 102.00 |
| 01/06/11 | Gregory K. Jones | Review and revise disclosure statement | 2.5 | 1,275.00 |
| 01/18/11 | Eve H. Karasik | Confer with Jeffrey A. Resler and Mark S. Wallace re Liquidating Trust Agreement | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Confer with A. Rusnak re Liquidating Trust Agreement | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Liquidating Trust Agreement | 0.2 | 145.00 |
| 01/19/11 | Eve H. Karasik | Confer with A. Rusnak re Liquidating Trust Agreement | 0.1 | 72.50 |
| 01/19/11 | Gregory K. Jones | Review client comments on liquidating trust agreement | 0.1 | 51.00 |
| 01/19/11 | Jeffrey A. Resler | Review proposed Liquidating Trust Agreement | 1.8 | 1,170.00 |
| 01/19/11 | Mark S. Wallace | Analyze documents re liquidating trust agreement | 0.8 | 588.00 |
| 01/20/11 | Eve H. Karasik | Revise Liquidating Trust Agreement | 1.3 | 942.50 |
| 01/21/11 | Eve H. Karasik | Confer with A. Rusnak re LTA | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Rusnak LTA revisions | 0.1 | 72.50 |
| 01/22/11 | Jeffrey A. Resler | Review and revise trust agreement | 2.5 | 1,625.00 |
| 01/24/11 | Gregory K. Jones | Review comments to liquidating trust agreement | 0.2 | 102.00 |
| 01/24/11 | Jeffrey A. Resler | Review Trustee's comments on trust agreement | 1.0 | 650.00 |
| 01/25/11 | Eve H. Karasik | Revise Liquidating Trust Agreement | 2.0 | 1,450.00 |
| 01/26/11 | Eve H. Karasik | Telephone conference with Jeffrey A. Resler re Liquidating Trust Agreement | 0.1 | 72.50 |
| 01/27/11 | Eve H. Karasik | Confer with A. Rusnak re workers comp coverage | 0.1 | 72.50 |
| 01/27/11 | Gregory K. Jones | Emails and phone conference with Rusnak on liquidating trust | 0.2 | 102.00 |
| 01/28/11 | Eve H. Karasik | Analyze A. Rusnak revisions to LT Agreement | 0.3 | 217.50 |
| 01/28/11 | Eve H. Karasik | Confer with A. Rusnak re LT Agreement | 0.1 | 72.50 |
| 01/28/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re LT Agreement | 0.1 | 72.50 |
| 01/31/11 | Eve H. Karasik | Research re Liquidating Trust Agreement | 0.2 | 145.00 |
| 01/31/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Liquidating Trust Agreement | 0.1 | 72.50 |
| 01/31/11 | Eve H. Karasik | Confer with A. Resnak re: Liquidating Trust Agreement | 0.1 | 72.50 |
| 01/31/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Liquidating Trust Agreement | 0.6 | 435.00 |
| 01/31/11 | Eve H. Karasik | Call with J. Resler and A. Rusnak re: Liquidating Trust | 1.0 | 725.00 |
| 01/31/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Plan | 0.2 | 145.00 |
| 01/31/11 | Eve H. Karasik | Confer with Gregory K. Jones and Jeffrey A. Resler re Disclosure Statement | 0.1 | 72.50 |
| 01/31/11 | Gregory K. Jones | Emails with Eve H. Karasik on disclosure statement | 0.2 | 102.00 |
| 01/31/11 | Jeffrey A. Resler | Confer with Eve H. Karasik re comments on trust agreement | 0.7 | 455.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/31/11 | Jeffrey A. Resler | Conference call with Anthony Rusnak and Eve H. Karasik re comments, changes to trust agreement | 1.0 | 650.00 |
| 02/01/11 | Eve H. Karasik | Confer with Gregory K. Jones re Plan and Liquidating Trust | 0.2 | 145.00 |
| 02/02/11 | Eve H. Karasik | Research re privilege issues; confer with Gary E. Klausner | 0.2 | 145.00 |
| 02/02/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Liquidating Trust Agreement | 0.1 | 72.50 |
| 02/03/11 | Eve H. Karasik | Confer with Gregory K. Jones re Disclosure Statement | 0.1 | 72.50 |
| 02/05/11 | Gregory K. Jones | Review disclosure statement and objections in similarly situated cases | 1.0 | 510.00 |
| 02/07/11 | Eve H. Karasik | Confer with A. Rusnak re Colonial Disclosure Statement pleadings | 0.1 | 72.50 |
| 02/08/11 | Eve H. Karasik | Confer with A. Rusnak and Jeffrey A. Resler re Liquidating Trust Agreement | 0.2 | 145.00 |
| 02/08/11 | Eve H. Karasik | Confer with A. Rusnak re Plan and Liquidating Trust revisions | 0.1 | 72.50 |
| 02/08/11 | Gregory K. Jones | Review emails on revisions to plan and liquidating trust agreement | 0.2 | 102.00 |
| 02/09/11 | Eve H. Karasik | Confer with A. Rusnak re Liquidating Trust Agreement | 0.2 | 145.00 |
| 02/10/11 | Eve H. Karasik | Analyze revised Liquidating Trust Agreement | 0.4 | 290.00 |
| 02/10/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Liquidating Trust Agreement | 0.1 | 72.50 |
| 02/10/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re plan revisions | 0.1 | 72.50 |
| 02/10/11 | Eve H. Karasik | Analyze Committee plan revisions | 2.2 | 1,595.00 |
| 02/10/11 | Eve H. Karasik | Confer with Gregory K. Jones and Jeffrey A. Resler re Plan and Disclosure Statement status | 0.2 | 145.00 |
| 02/10/11 | Gregory K. Jones | Confer with Eve H. Karasik on various issues relating to Plan | 0.2 | 102.00 |
| 02/11/11 | Eve H. Karasik | Prepare Plan redline re Akin revisions | 1.2 | 870.00 |
| 02/11/11 | Eve H. Karasik | Confer with Jeffrey A. Resler, Gary E. Klausner and Gregory K. Jones re Plan revisions and review | 0.2 | 145.00 |
| 02/15/11 | Eve H. Karasik | Confer with Gregory K. Jones re Plan issue | 0.1 | 72.50 |
| 02/15/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Plan | 0.2 | 145.00 |
| 02/15/11 | Gary E. Klausner | Confer with Eve H. Karasik re FDIC and Chapter 11 plan | 0.3 | 247.50 |
| 02/15/11 | Gregory K. Jones | Review Committee revisions to Plan and Eve H. Karasik comments | 0.3 | 153.00 |
| 02/15/11 | Gregory K. Jones | Review emails relating to plan distributions | 0.2 | 102.00 |
| 02/15/11 | Jeffrey A. Resler | Review Plan and Liquidating Trust Agreement changes made by Committee - review  Eve H. Karasik's comments/questions/changes | 2.5 | 1,625.00 |
| 02/15/11 | Jeffrey A. Resler | Draft revisions to Liquidating Trust Agreement | 2.1 | 1,365.00 |
| 02/16/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Plan and Liquidating Trust Agreement | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/16/11 | Eve H. Karasik | Confer with Gregory K. Jones, Gary E. Klausner, and Jeffrey A. Resler re Plan and Liquidating Trust Agreement | 0.1 | 72.50 |
| 02/16/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Liquidating Trust Agreement and Plan | 0.1 | 72.50 |
| 02/16/11 | Eve H. Karasik | Confer with Gregory K. Jones re Plan and Liquidating Trust Agreement review | 0.1 | 72.50 |
| 02/16/11 | Eve H. Karasik | Analyze Jeffrey A. Resler revisions and issues re Plan | 0.3 | 217.50 |
| 02/16/11 | Eve H. Karasik | Analyze revised Liquidating Trust Agreement (Jeffrey A. Resler revisions) | 0.4 | 290.00 |
| 02/16/11 | Gary E. Klausner | Exchange emails with Eve H. Karasik re plan and liquidating trust agreement (2x) | 0.4 | 330.00 |
| 02/16/11 | Gregory K. Jones | Confer with Eve H. Karasik on plan and Committee meeting | 0.2 | 102.00 |
| 02/16/11 | Gregory K. Jones | Review Jeffrey A. Resler comments to liquidating trust agreement | 0.2 | 102.00 |
| 02/16/11 | Gregory K. Jones | Review emails from Committee counsel on liquidation trust negotiations | 0.2 | 102.00 |
| 02/17/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Liquidating Trust Agreement and Plan | 0.3 | 217.50 |
| 02/17/11 | Eve H. Karasik | Confer with A. Rusnak re: Liquidating Trust Agreement revisions | 0.2 | 145.00 |
| 02/17/11 | Eve H. Karasik | Revise Plan | 2.0 | 1,450.00 |
| 02/17/11 | Eve H. Karasik | Confer with A. Rusnak re revised Plan | 0.2 | 145.00 |
| 02/17/11 | Eve H. Karasik | Confer with A. Rusnak re Liquidating Trust Agreement revisions | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Revise Liquidating Trust Agreement | 0.4 | 290.00 |
| 02/17/11 | Gregory K. Jones | Review emails relating to plan and liquidating trust revisions with Committee | 0.2 | 102.00 |
| 02/17/11 | Gregory K. Jones | Confer with Eve H. Karasik on revisions to plan | 0.2 | 102.00 |
| 02/18/11 | Eve H. Karasik | Confer with C. Padien re Plan review | 0.1 | 72.50 |
| 02/18/11 | Gregory K. Jones | Review proposed revisions to plan and liquidating trust | 1.0 | 510.00 |
| 02/18/11 | Gregory K. Jones | Review emails relating to additional language for disclosure agreement | 0.2 | 102.00 |
| 02/23/11 | Eve H. Karasik | Confer with C. Padien re: Plan | 0.1 | 72.50 |
| 02/23/11 | Eve H. Karasik | Confer with Gregory K. Jones and Jeffrey A. Resler re: Plan | 0.1 | 72.50 |
| 02/23/11 | Eve H. Karasik | Telephone conference with C. Padien, K. Melman, and Jeffrey A. Resler re: Plan and Liquidating Trust Agreement | 1.8 | 1,305.00 |
| 02/23/11 | Jeffrey A. Resler | Conference call re: Plan and L Trust changes | 1.4 | 910.00 |
| 02/24/11 | Gregory K. Jones | Research on Colonial BancGroup case and confer with Rusnak | 0.5 | 255.00 |
| 02/24/11 | K. John Shaffer | Confer with Gregory K. Jones re: Plan | 0.1 | 79.50 |
| 02/24/11 | K. John Shaffer | Confer with Jeffrey A. Resler re Liquidating Trust Agreement revisions | 0.1 | 79.50 |
| 02/25/11 | Eve H. Karasik | Confer with A. Rusnak re: plan process and timing | 0.3 | 217.50 |
| 02/25/11 | Eve H. Karasik | Analyze correspondence from C. Padien re Plan revisions | 0.2 | 145.00 |
| 02/25/11 | Gregory K. Jones | Review pleadings on plan provisions suggested by Padien | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/28/11 | Eve H. Karasik | Revise Liquidating Trust agreement | 1.0 | 725.00 |
| 02/28/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re escrow account and Liquidating Trust Agreement | 0.1 | 72.50 |
| 02/28/11 | Eve H. Karasik | Revise Plan | 4.1 | 2,972.50 |
| 02/28/11 | Eve H. Karasik | Confer with Gregory K. Jones re Plan | 0.1 | 72.50 |
| 02/28/11 | Eve H. Karasik | Confer with A. Rusnak and J. Kiley re Plan distribution | 0.2 | 145.00 |
| 02/28/11 | Eve H. Karasik | Confer with Jeffrey A. Resler, Gary E. Klausner, and Gregory K. Jones re revised Plan | 0.2 | 145.00 |
| 02/28/11 | Eve H. Karasik | Confer with Jeffrey A. Resler re Liquidating Trust Agreement | 0.1 | 72.50 |
| 02/28/11 | Eve H. Karasik | Confer with C. Padien re Plan | 0.1 | 72.50 |
| 02/28/11 | Gary E. Klausner | Exchange emails with Gregory K. Jones and Eve H. Karasik re status of plan of reorganization (2x) | 0.4 | 330.00 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Jeffrey A. Resler | Shareholder | 13.0 | 650.00 | 8,450.00 |
| Gary E. Klausner | Shareholder | 4.6 | 802.17 | 3,690.00 |
| Eve H. Karasik | Shareholder | 50.1 | 725.00 | 36,322.50 |
| K. John Shaffer | Shareholder | 0.2 | 795.00 | 159.00 |
| Mark S. Wallace | Of Counsel | 0.8 | 735.00 | 588.00 |
| Gregory K. Jones | Of Counsel | 64.8 | 510.00 | 33,048.00 |
| | | 133.5 | | 82,257.50 |

Fees                                                                82,257.50

**SUMMARY FOR 06288-0100: Plan/Disclosure Statement**

Total Fees This Invoice                                              82,257.50

Amount Due                                                          82,257.50

**06288-0120: Litigation**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/01/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re: standstill agreement | 0.1 | 72.50 |
| 11/01/10 | Eve H. Karasik | Confer with Gregory K. Jones re Downey Financial | 0.2 | 145.00 |
| 11/01/10 | Eve H. Karasik | Confer with Gregory K. Jones re 502(d) research | 0.1 | 72.50 |
| 11/01/10 | Eve H. Karasik | Analyze Haligowski settlement letter | 0.3 | 217.50 |
| 11/01/10 | Eve H. Karasik | Confer with Gregory K. Jones and Gary E. Klausner re Haligowski claims letter | 0.2 | 145.00 |
| 11/01/10 | Gary E. Klausner | Confer with Eve H. Karasik re standstill and FDIC litigation | 0.2 | 159.00 |
| 11/01/10 | Gregory K. Jones | Review Downey Financial complaint and confer with Gary E. Klausner | 0.3 | 153.00 |
| 11/01/10 | Gregory K. Jones | Research on preemption and confer with Eve H. Karasik | 0.7 | 357.00 |
| 11/01/10 | Gregory K. Jones | Review documents relating to Haligowski complaint | 0.1 | 51.00 |
| 11/02/10 | Eve H. Karasik | Confer with Gregory K. Jones re FDIC Standstill Agreement | 0.1 | 72.50 |
| 11/02/10 | Eve H. Karasik | Confer with Gary E. Klausner re: G. Haligowski claim and FDIC claim | 0.2 | 145.00 |
| 11/02/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC claims letter | 0.1 | 72.50 |
| 11/02/10 | Gregory K. Jones | Review emails relating to FDIC settlement negotiations | 0.2 | 102.00 |
| 11/02/10 | Gregory K. Jones | Review FDIC claims on officers and directors insurance | 0.2 | 102.00 |
| 11/03/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re Standstill Agreement | 0.1 | 72.50 |
| 11/03/10 | Eve H. Karasik | Confer with Gregory K. Jones re Standstill Agreement | 0.1 | 72.50 |
| 11/03/10 | Gregory K. Jones | Research on preemption of bankruptcy court jurisdiction | 1.0 | 510.00 |
| 11/03/10 | Gregory K. Jones | Review emails on Standstill Agreement and forward to Eve H. Karasik | 0.2 | 102.00 |
| 11/04/10 | Eve H. Karasik | Confer with Gary E. Klausner re Standstill Agreement | 0.1 | 72.50 |
| 11/04/10 | Eve H. Karasik | Confer with Gregory K. Jones re Standstill Agreement | 0.1 | 72.50 |
| 11/04/10 | Eve H. Karasik | Analyze FDIC claims letter | 0.3 | 217.50 |
| 11/04/10 | Eve H. Karasik | Confer with Gary E. Klausner re tax refund collection | 0.1 | 72.50 |
| 11/04/10 | Gregory K. Jones | Review correspondence relating to tax returns and FDIC cooperation | 0.2 | 102.00 |
| 11/04/10 | Gregory K. Jones | Confer with Eve H. Karasik on standstill agreement | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/05/10 | Eve H. Karasik | Confer with Gregory K. Jones re: Standstill Agreement and Receivership Intervention Complaint | 0.1 | 72.50 |
| 11/05/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re Standstill Agreement | 0.1 | 72.50 |
| 11/05/10 | Gregory K. Jones | Emails with Padien on Committee documents requests | 0.2 | 102.00 |
| 11/05/10 | Gregory K. Jones | Emails with Gary E. Klausner and Eve H. Karasik on standstill agreement and Committee intervention | 0.3 | 153.00 |
| 11/05/10 | Gregory K. Jones | Review Rusnak emails on Downey complaint | 0.2 | 102.00 |
| 11/08/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC negotiations and proposal | 0.2 | 145.00 |
| 11/08/10 | Eve H. Karasik | Confer with Gary E. Klausner re receivership intervention action | 0.1 | 72.50 |
| 11/09/10 | Gary E. Klausner | Exchange emails with Gregory K. Jones re FDIC litigation and standstill | 0.2 | 159.00 |
| 11/09/10 | Gregory K. Jones | Emails with Isaacs on standstill agreement | 0.2 | 102.00 |
| 11/09/10 | Gregory K. Jones | Review emails on Haligowski demand for arbitration | 0.2 | 102.00 |
| 11/10/10 | Gary E. Klausner | Telephone conference with A. Rusnak re Haligniski claim | 0.2 | 159.00 |
| 11/11/10 | Eve H. Karasik | Confer with Gary E. Klausner re Committee response and FDIC settlement | 0.3 | 217.50 |
| 11/11/10 | Eve H. Karasik | Confer with Joanne B. Stern re Answer to Receivership claim Complaint | 0.1 | 72.50 |
| 11/11/10 | Joanne B. Stern | Exchange emails with Eve H. Karasik, Gary E. Klausner, and Gregory K. Jones re status of FDIC answer in new district court action. | 0.1 | 24.00 |
| 11/12/10 | Eve H. Karasik | Prepare FDIC settlement proposal | 0.8 | 580.00 |
| 11/12/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC proposal | 0.1 | 72.50 |
| 11/12/10 | Eve H. Karasik | Confer with Gary E. Klausner re standstill agreement | 0.1 | 72.50 |
| 11/12/10 | Gary E. Klausner | Confer with Eve H. Karasik re settlement proposal to FDIC | 0.2 | 159.00 |
| 11/12/10 | Gary E. Klausner | Analyze correspondence from Eve H. Karasik and Committee counsel re FDIC litigation | 0.2 | 159.00 |
| 11/13/10 | Gary E. Klausner | Analyze documents re settlement analysis and prepared settlement proposal | 0.3 | 238.50 |
| 11/15/10 | Eve H. Karasik | Confer with Gary E. Klausner re settlement proposal for FDIC | 0.1 | 72.50 |
| 11/15/10 | Eve H. Karasik | Analyze settlement proposal for FDIC | 0.2 | 145.00 |
| 11/15/10 | Eve H. Karasik | Prepare correspondence to A. Rusnak and J. Kirby re FDIC settlement proposal | 0.3 | 217.50 |
| 11/15/10 | Eve H. Karasik | Revise correspondence to A. Rusnak and J. Kiley re FDIC settlement proposal | 0.1 | 72.50 |
| 11/15/10 | Eve H. Karasik | Confer with A. Rusnak and Gary E. Klausner re meeting re FDIC proposal | 0.1 | 72.50 |
| 11/15/10 | Gregory K. Jones | Review documents to be produced to Committee on insider compensation and produce documents | 1.2 | 612.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/16/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re milestones | 0.2 | 145.00 |
| 11/17/10 | Eve H. Karasik | Prepare for meeting with C. Padien re FDIC settlement proposal | 0.2 | 145.00 |
| 11/17/10 | Eve H. Karasik | Analyze correspondence from J. Isaacs re Standstill and Milestones | 0.1 | 72.50 |
| 11/17/10 | Eve H. Karasik | Telephone conference with C. Padien re: settlement proposal | 0.5 | 362.50 |
| 11/17/10 | Eve H. Karasik | Confer with Gregory K. Jones and Gary E. Klausner re Standstill with FDIC | 0.1 | 72.50 |
| 11/17/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC settlement proposal | 0.2 | 145.00 |
| 11/17/10 | Gregory K. Jones | Prepare motion for approval of standstill agreement | 0.8 | 408.00 |
| 11/17/10 | Gregory K. Jones | Prepare order approving motion for standstill agreement | 0.7 | 357.00 |
| 11/17/10 | Gregory K. Jones | Emails with Gary E. Klausner on standstill agreement | 0.2 | 102.00 |
| 11/18/10 | Eve H. Karasik | Confer with Gregory K. Jones re Standstill Motion | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Analyze Standstill Motion and revisions | 0.2 | 145.00 |
| 11/18/10 | Eve H. Karasik | Confer with Gregory K. Jones re Standstill Motion and revisions | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Confer with Gary E. Klausner re Standstill Dates | 0.1 | 72.50 |
| 11/18/10 | Eve H. Karasik | Confer with Gregory K. Jones re: Standstill dates | 0.1 | 72.50 |
| 11/18/10 | Gary E. Klausner | Confer with Eve H. Karasik re FDIC settlement | 0.3 | 238.50 |
| 11/18/10 | Gregory K. Jones | Revise standstill motion and order per FDIC and Committee changes (numerous) | 1.0 | 510.00 |
| 11/18/10 | Gregory K. Jones | Phone conference with Eve H. Karasik on standstill motion and order | 0.1 | 51.00 |
| 11/18/10 | Gregory K. Jones | Numerous emails with Isaacs and Padien on standstill motion and order | 0.4 | 204.00 |
| 11/19/10 | Gregory K. Jones | Revise standstill motion and order and prepare for filing | 0.2 | 102.00 |
| 11/19/10 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing Debtor's, Committee's and FDIC's standstill agreement. | 0.1 | 24.00 |
| 11/19/10 | Joanne B. Stern | Prepare and e-file Debtor's, Committee's and FDIC's standstill agreement. | 0.3 | 72.00 |
| 11/22/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re modified settlement proposal | 0.3 | 217.50 |
| 11/22/10 | Eve H. Karasik | Prepare correspondence to J. Kiley and A. Rusnak re FDIC proposal | 0.3 | 217.50 |
| 11/22/10 | Eve H. Karasik | Revise correspondence to J. Kiley and A. Rusnak re FDIC proposal | 0.1 | 72.50 |
| 11/22/10 | Gregory K. Jones | Review correspondence on settlement offer to FDIC | 0.2 | 102.00 |
| 11/23/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re FDIC settlement proposal | 0.3 | 217.50 |
| 11/23/10 | Gary E. Klausner | Exchange emails with Eve H. Karasik re settlement proposals for FDIC (4x) | 0.4 | 318.00 |
| 11/24/10 | Eve H. Karasik | Confer with Gary E. Klausner re settlement proposal and Board | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/24/10 | Eve H. Karasik | Confer with Gregory K. Jones re settlement proposal and Board | 0.2 | 145.00 |
| 11/24/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re: settlement proposal to the Board | 0.2 | 145.00 |
| 11/24/10 | Eve H. Karasik | Confer with Gregory K. Jones re: settlement proposal to the Board | 0.2 | 145.00 |
| 11/24/10 | Gregory K. Jones | Review district court order on standstill and send to other litigants | 0.2 | 102.00 |
| 11/28/10 | Gregory K. Jones | Review emails on settlement proposal to FDIC | 0.2 | 102.00 |
| 11/29/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC proposal | 0.1 | 72.50 |
| 11/29/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC proposal issue | 0.2 | 145.00 |
| 11/29/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC settlement issues and Committee | 0.1 | 72.50 |
| 11/29/10 | Gary E. Klausner | Confer with Eve H. Karasik re FDIC settlement | 0.2 | 159.00 |
| 11/29/10 | Gary E. Klausner | Exchange emails with A. Rusnak re FDIC settlement and board call | 0.2 | 159.00 |
| 11/30/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re PFF settlement with FDIC | 0.2 | 145.00 |
| 11/30/10 | Eve H. Karasik | Analyze PFF settlement with FDIC | 0.4 | 290.00 |
| 11/30/10 | Eve H. Karasik | Analyze correspondence from A. Rusnak to Gary E. Klausner re PFF FDIC settlement | 0.2 | 145.00 |
| 11/30/10 | Gary E. Klausner | Analyze pleadings re FF bankruptcy case settlement motion and agreement | 0.4 | 318.00 |
| 11/30/10 | Gregory K. Jones | Review emails on settlement offer to FDIC (x3) | 0.3 | 153.00 |
| 11/30/10 | Gregory K. Jones | Research recent caselaw on FDIC disputes | 0.3 | 153.00 |
| 12/01/10 | Eve H. Karasik | Prepare settlement proposal to FDIC | 1.8 | 1,305.00 |
| 12/01/10 | Eve H. Karasik | Revise settlement proposal to FDIC | 1.4 | 1,015.00 |
| 12/01/10 | Eve H. Karasik | Confer with A. Rusnak and J. Kiley re: FDIC settlement proposal | 0.2 | 145.00 |
| 12/01/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC settlement letter | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Analyze Gary E. Klausner's revisions to FDIC settlement letter | 0.2 | 145.00 |
| 12/01/10 | Eve H. Karasik | Confer with Gary E. Klausner re revisions to FDIC settlement letter | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Revise FDIC proposal letter | 0.5 | 362.50 |
| 12/01/10 | Eve H. Karasik | Further revisions to FDIC letter | 0.4 | 290.00 |
| 12/01/10 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC letter revisions | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Telephone conference with A. Rusnak re FDIC settlement letter | 0.1 | 72.50 |
| 12/01/10 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner to J. Isaacs re FDIC proposal | 0.1 | 72.50 |
| 12/01/10 | Gary E. Klausner | Review and revise settlement proposal to FDIC (3x) | 1.0 | 795.00 |
| 12/01/10 | Gregory K. Jones | Confer with Eve H. Karasik on FDIC settlement letter (numerous) | 0.2 | 102.00 |
| 12/01/10 | Gregory K. Jones | Review emails relating to proposed FDIC settlement negotiations | 0.1 | 51.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/01/10 | Gregory K. Jones | Review final settlement offer letter | 0.5 | 255.00 |
| 12/03/10 | Gary E. Klausner | Exchange emails with J. Isaacs re settlement proposal | 0.2 | 159.00 |
| 12/13/10 | Eve H. Karasik | Confer with A. Rusnak re Haligowski stipulation | 0.1 | 72.50 |
| 12/13/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re: Haligowski stipulation | 0.1 | 72.50 |
| 12/13/10 | Gregory K. Jones | Research on Rabbi Trust pleadings and send to client | 0.2 | 102.00 |
| 12/13/10 | Gregory K. Jones | Emails with Committee and Eve H. Karasik on district court litigation and filing deadlines | 0.2 | 102.00 |
| 12/13/10 | Gregory K. Jones | Research district court rules on magistrate pretrial scheduling | 0.3 | 153.00 |
| 12/14/10 | Gregory K. Jones | Phone conference with district court clerk on ENE conference and standstill agreement | 0.2 | 102.00 |
| 12/15/10 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner re Demand Letter; Haligowski claim; and Rusnak response | 0.2 | 145.00 |
| 12/15/10 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re status conference | 0.1 | 72.50 |
| 12/15/10 | Gregory K. Jones | Emails with Committee on continuance of status conference | 0.2 | 102.00 |
| 12/15/10 | Gregory K. Jones | Review order vacating status conference and confer with Eve H. Karasik and Committee counsel | 0.2 | 102.00 |
| 12/17/10 | Eve H. Karasik | Analyze Motion to Intervene by the Committee | 0.1 | 72.50 |
| 12/17/10 | Eve H. Karasik | Confer with Gregory K. Jones re Motion to Intervene by the Committee | 0.1 | 72.50 |
| 12/17/10 | Gregory K. Jones | Confer with Eve H. Karasik on responses to Committee document request | 0.2 | 102.00 |
| 12/17/10 | Gregory K. Jones | Prepare and compile responses to Committee discovery requests | 1.5 | 765.00 |
| 12/17/10 | Gregory K. Jones | Review filings in district court case | 0.2 | 102.00 |
| 12/17/10 | Gregory K. Jones | Review motion to intervene in receivership complaint | 0.5 | 255.00 |
| 12/20/10 | Eve H. Karasik | Confer with Gary E. Klausner re and analyze correspondence to J. Isaacs re same | 0.1 | 72.50 |
| 12/20/10 | Eve H. Karasik | Analyze FDIC settlement proposal | 0.3 | 217.50 |
| 12/20/10 | Eve H. Karasik | Confer with Gregory K. Jones re FDIC settlement proposal | 0.1 | 72.50 |
| 12/20/10 | Eve H. Karasik | Confer with A. Rusnak re: FDIC response | 0.1 | 72.50 |
| 12/20/10 | Gregory K. Jones | Review FDIC counteroffer and compare to original offer | 0.3 | 153.00 |
| 12/21/10 | Gregory K. Jones | Emails with client on settlement status with FDIC | 0.2 | 102.00 |
| 12/23/10 | Gary E. Klausner | Telephone conference with J. Isaacs re FDIC issues with settlement | 0.2 | 159.00 |
| 12/23/10 | Gregory K. Jones | Review emails relating to FDIC litigation | 0.2 | 102.00 |
| 12/26/10 | Gregory K. Jones | Review pleadings recently filed in district court case | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/27/10 | Eve H. Karasik | Confer with Gregory K. Jones re Statement deadline for Tax Refund Complaint | 0.1 | 72.50 |
| 12/27/10 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner re FDIC proposal | 0.1 | 72.50 |
| 12/27/10 | Eve H. Karasik | Analyze Motion to Intervene | 0.3 | 217.50 |
| 12/27/10 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re Motion to Intervene response | 0.2 | 145.00 |
| 12/27/10 | Eve H. Karasik | Confer with Gary E. Klausner re Motion to Intervene | 0.1 | 72.50 |
| 12/27/10 | Gary E. Klausner | Exchange emails with counsel for Haligowski re stipulation | 0.3 | 238.50 |
| 12/27/10 | Gary E. Klausner | Telephone conference with A. Rusnak re proposed stipulation with Haligowski | 0.2 | 159.00 |
| 12/27/10 | Gary E. Klausner | Telephone conference with Charles Curran re coverage - Haligowski issues | 0.2 | 159.00 |
| 12/27/10 | Gregory K. Jones | Review orders relating to FDIC litigation | 0.2 | 102.00 |
| 12/27/10 | Gregory K. Jones | Emails with Eve H. Karasik on motion to intervene | 0.2 | 102.00 |
| 12/28/10 | Eve H. Karasik | Confer with Gregory K. Jones re intervention motion response date | 0.1 | 72.50 |
| 12/28/10 | Eve H. Karasik | Confer with Gary E. Klausner re: FDIC proposal | 0.1 | 72.50 |
| 12/28/10 | Eve H. Karasik | Analyze correspondence from C. Padien re: FDIC proposal | 0.1 | 72.50 |
| 12/28/10 | Gregory K. Jones | Review local district court rules on motion practice and confer with Eve H. Karasik | 0.3 | 153.00 |
| 01/03/11 | Eve H. Karasik | Confer with Gregory K. Jones re Committee call and FDIC settlement | 0.1 | 72.50 |
| 01/04/11 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC proposal | 0.1 | 72.50 |
| 01/04/11 | Gregory K. Jones | Emails regarding potential counteroffer to FDIC | 0.2 | 102.00 |
| 01/05/11 | Eve H. Karasik | Confer with Gregory K. Jones re Motion to Intervene and Standstill Order | 0.2 | 145.00 |
| 01/05/11 | Gregory K. Jones | Review emails on FDIC claims against directors and officers | 0.1 | 51.00 |
| 01/05/11 | Gregory K. Jones | Emails with Eve H. Karasik on intervention motion | 0.2 | 102.00 |
| 01/05/11 | Gregory K. Jones | Research regarding matters relating to district court litigation and confer with Eve H. Karasik | 0.4 | 204.00 |
| 01/07/11 | Eve H. Karasik | Confer with Gary E. Klausner re meeting milestone with FDIC | 0.2 | 145.00 |
| 01/07/11 | Eve H. Karasik | Confer with Gregory K. Jones re Standstill Agreement | 0.1 | 72.50 |
| 01/07/11 | Eve H. Karasik | Confer with Gary E. Klausner re: FDIC Settlement and litigation | 0.3 | 217.50 |
| 01/07/11 | Eve H. Karasik | Prepare correspondence to Gary E. Klausner re: FDIC settlement and litigation | 0.3 | 217.50 |
| 01/07/11 | Gregory K. Jones | Review Standstill Order and confer with Eve H. Karasik | 0.2 | 102.00 |
| 01/07/11 | Gregory K. Jones | Review Gary E. Klausner emails on potential FDIC settlement | 0.1 | 51.00 |
| 01/10/11 | Eve H. Karasik | Prepare correspondence to Board re standstill and FDIC settlement | 1.6 | 1,160.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/10/11 | Eve H. Karasik | Revise correspondence to Board re standstill and FDIC settlement | 0.5 | 362.50 |
| 01/10/11 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner re FDIC email re standstill | 0.1 | 72.50 |
| 01/10/11 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC email re standstill | 0.2 | 145.00 |
| 01/10/11 | Gary E. Klausner | Exchange emails with Eve H. Karasik (5x) re FDIC and Committee issues | 1.0 | 825.00 |
| 01/11/11 | Eve H. Karasik | Telephone conference with Gary E. Klausner re: FDIC settlement | 0.3 | 217.50 |
| 01/11/11 | Eve H. Karasik | Revise Board Memo | 1.8 | 1,305.00 |
| 01/11/11 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re Board Memo | 0.1 | 72.50 |
| 01/11/11 | Eve H. Karasik | Confer with Gary E. Klausner re Board Memo | 0.1 | 72.50 |
| 01/11/11 | Eve H. Karasik | Analyze correspondence from M. Curran re Haligowski Demand | 0.1 | 72.50 |
| 01/11/11 | Eve H. Karasik | Analyze Gary E. Klausner revisions to Board Memo | 0.3 | 217.50 |
| 01/11/11 | Eve H. Karasik | Revise Board Memo | 0.4 | 290.00 |
| 01/11/11 | Eve H. Karasik | Prepare correspondence to Board re Memo re FDIC settlement status | 0.3 | 217.50 |
| 01/11/11 | Eve H. Karasik | Revise correspondence to Board re Memo re FDIC settlement status | 0.1 | 72.50 |
| 01/11/11 | Eve H. Karasik | Confer with Gary E. Klausner re Haligowski service | 0.1 | 72.50 |
| 01/11/11 | Gary E. Klausner | Telephone conference with Eve H. Karasik re FDIC settlement and Committee issues | 0.3 | 247.50 |
| 01/11/11 | Gary E. Klausner | Confer with Eve H. Karasik re FDIC issues | 0.2 | 165.00 |
| 01/11/11 | Gary E. Klausner | Review and revise memo to board re settlement options | 0.3 | 247.50 |
| 01/12/11 | Eve H. Karasik | Confer with Gary E. Klausner re Kiley; G. Haligowski Demand | 0.2 | 145.00 |
| 01/12/11 | Eve H. Karasik | Confer with S. Mayuga re FDIC proposal | 0.1 | 72.50 |
| 01/12/11 | Eve H. Karasik | Confer with A. Rusnak re FDIC proposal | 0.1 | 72.50 |
| 01/12/11 | Eve H. Karasik | Confer with A. Rusnak re Curran letter | 0.1 | 72.50 |
| 01/12/11 | Gregory K. Jones | Review emails relating to settlement negotiations | 0.2 | 102.00 |
| 01/13/11 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re FDIC proposal status re Committee | 0.1 | 72.50 |
| 01/13/11 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC Proposal and Committee | 0.1 | 72.50 |
| 01/13/11 | Eve H. Karasik | Analyze correspondence from A. Rusnak re: Curran letter response (G.H.) | 0.2 | 145.00 |
| 01/13/11 | Eve H. Karasik | Confer with A. Rusnak re: Curran letter response (G.H.) | 0.1 | 72.50 |
| 01/13/11 | Eve H. Karasik | Telephone conference with A. Rusnak re response to Curran letter | 0.8 | 580.00 |
| 01/14/11 | Eve H. Karasik | Confer with Gary E. Klausner re response to Curran letter | 0.1 | 72.50 |
| 01/14/11 | Eve H. Karasik | Prepare correspondence to M. Curran re Haligowski demands | 0.3 | 217.50 |
| 01/14/11 | Eve H. Karasik | Revise correspondence to M. Curran re Haligowski demands | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/18/11 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC proposal | 0.2 | 145.00 |
| 01/18/11 | Eve H. Karasik | Confer with Gregory K. Jones re Standstill extension | 0.1 | 72.50 |
| 01/18/11 | Eve H. Karasik | Confer with A. Rusnak and J. Kiley re: email to FDIC re settlement process and response | 0.2 | 145.00 |
| 01/18/11 | Gregory K. Jones | Review updated settlement proposal | 0.2 | 102.00 |
| 01/18/11 | Gregory K. Jones | Review correspondence on updated settlement proposal | 0.2 | 102.00 |
| 01/18/11 | Gregory K. Jones | Emails and confer with Eve H. Karasik on standstill expiration | 0.2 | 102.00 |
| 01/19/11 | Eve H. Karasik | Confer with Gregory K. Jones re Intervention Response | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Revise draft Intervention Response | 0.2 | 145.00 |
| 01/19/11 | Eve H. Karasik | Confer with A. Rusnak re FDA response to standstill extension | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Confer with Gregory K. Jones re Motion to Extend Standstill | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Confer with Gary E. Klausner re: FDIC response to standstill extension | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Confer with J. Isaacs re standstill extension | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Prepare counter proposal to FDIC | 0.8 | 580.00 |
| 01/19/11 | Eve H. Karasik | Revise counter proposal to FDIC | 0.8 | 580.00 |
| 01/19/11 | Eve H. Karasik | Analyze Gary E. Klausner revisions to settlement proposal | 0.3 | 217.50 |
| 01/19/11 | Eve H. Karasik | Confer with Gary E. Klausner re revisions to settlement proposal | 0.1 | 72.50 |
| 01/19/11 | Eve H. Karasik | Revise FDIC counter proposal | 0.2 | 145.00 |
| 01/19/11 | Eve H. Karasik | Confer with A. Rusnak and J. Kiley re FDIC counter proposal | 0.1 | 72.50 |
| 01/19/11 | Gregory K. Jones | Review intervention pleading and prepare response | 0.9 | 459.00 |
| 01/19/11 | Gregory K. Jones | Confer with Eve H. Karasik on motion for approval of second standstill agreement | 0.2 | 102.00 |
| 01/19/11 | Gregory K. Jones | Review emails on compensation for liquidating trustees | 0.2 | 102.00 |
| 01/19/11 | Joanne B. Stern | Exchange emails with Gregory K. Jones re e-filing response to Committee's Motion to Intervene. | 0.1 | 24.00 |
| 01/19/11 | Joanne B. Stern | Prepare and e-file Response to Committee's Motion to Intervene. | 0.4 | 96.00 |
| 01/20/11 | Eve H. Karasik | Revise Standstill Motion | 0.3 | 217.50 |
| 01/20/11 | Eve H. Karasik | Confer with Gregory K. Jones re FDIC settlement | 0.1 | 72.50 |
| 01/20/11 | Eve H. Karasik | Analyze correspondence from Gary E. Klausner re tax payment/escrow | 0.1 | 72.50 |
| 01/20/11 | Eve H. Karasik | Analyze Akin revisions to Standstill Motion | 0.2 | 145.00 |
| 01/20/11 | Eve H. Karasik | Confer with Gregory K. Jones re: Akin revisions to Standstill Motion | 0.1 | 72.50 |
| 01/20/11 | Eve H. Karasik | Confer with Gregory K. Jones re Isaacs revisions to Standstill Motion | 0.1 | 72.50 |
| 01/20/11 | Eve H. Karasik | Confer with Gregory K. Jones re Standstill Motion redline | 0.2 | 145.00 |
| 01/20/11 | Eve H. Karasik | Analyze draft Standstill Motion | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/20/11 | Eve H. Karasik | Confer with Gregory K. Jones re moving status conference date | 0.1 | 72.50 |
| 01/20/11 | Gregory K. Jones | Prepare second motion for standstill agreement | 2.0 | 1,020.00 |
| 01/20/11 | Gregory K. Jones | Confer with Eve H. Karasik on second motion for standstill agreement | 0.2 | 102.00 |
| 01/20/11 | Gregory K. Jones | Prepare proposed order granting second standstill motion | 0.8 | 408.00 |
| 01/20/11 | Gregory K. Jones | Revise motion and order for second standstill agreement per Committee and FDIC modifications (several) | 0.9 | 459.00 |
| 01/21/11 | Eve H. Karasik | Confer with Gregory K. Jones re Second Standstill Motion | 0.2 | 145.00 |
| 01/21/11 | Eve H. Karasik | Telephone conference with J. Isaacs re: counter proposal | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Revise Settlement Proposal | 0.5 | 362.50 |
| 01/21/11 | Eve H. Karasik | Confer with Joanne B. Stern re Standstill Motion | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Confer with Gary E. Klausner re  counter proposal | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Confer with A. Rusnak and J. Kiley re counter proposal | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Revise Standstill Motion and Order | 1.2 | 870.00 |
| 01/21/11 | Eve H. Karasik | Telephone conference with A. Rusnak re: settlement offer and liquidating trust | 0.2 | 145.00 |
| 01/21/11 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re BR 7068 | 0.2 | 145.00 |
| 01/21/11 | Eve H. Karasik | Analyze correspondence from J. Isaacs re new deadlines for standstill | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Confer with A. Rusnak and J. Kiley re revised Standstill Motion and Order | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Confer with A. Rusnak re BR 7068 | 0.2 | 145.00 |
| 01/21/11 | Eve H. Karasik | Research re Rule 7068 and settlement offer | 0.4 | 290.00 |
| 01/21/11 | Eve H. Karasik | Confer with A. Rusnak re Rule 7068 and settlement offer | 0.3 | 217.50 |
| 01/21/11 | Eve H. Karasik | Confer with Joanne B. Stern re filing Standstill Motion | 0.1 | 72.50 |
| 01/21/11 | Eve H. Karasik | Confer with A. Rusnak and J. Kiley re Standstill Order | 0.1 | 72.50 |
| 01/21/11 | Gregory K. Jones | Numerous emails with Eve H. Karasik on standstill proposal | 0.4 | 204.00 |
| 01/21/11 | Joanne B. Stern | Exchange emails with Eve H. Karasik re e-filing Joint Motion For Order Approving Second Standstill Agreement. | 0.1 | 24.00 |
| 01/21/11 | Joanne B. Stern | Prepare and e-file Joint Motion For Order Approving Second Standstill Agreement. | 0.4 | 96.00 |
| 01/21/11 | Joanne B. Stern | Prepare and upload Order Granting Joint Motion for Second Standstill Agreement. | 0.2 | 48.00 |
| 01/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re Standstill Motion | 0.1 | 72.50 |
| 01/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re Motion to Intervene hearing | 0.2 | 145.00 |
| 01/24/11 | Gregory K. Jones | Review proposed settlement offer to FDIC | 0.3 | 153.00 |
| 01/24/11 | Gregory K. Jones | Review district court order vacating motion to intervene | 0.2 | 102.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/25/11 | Eve H. Karasik | Confer with Gregory K. Jones re hearing on Motion to Intervene | 0.1 | 72.50 |
| 01/25/11 | Eve H. Karasik | Confer with Gregory K. Jones re refund rscrow account | 0.2 | 145.00 |
| 01/25/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re refund escrow account | 0.2 | 145.00 |
| 01/25/11 | Gregory K. Jones | Emails with Eve H. Karasik on district court decision to vacate hearing | 0.2 | 102.00 |
| 01/26/11 | Eve H. Karasik | Confer with Gregory K. Jones re Standstill Order | 0.1 | 72.50 |
| 01/26/11 | Gregory K. Jones | Review order approving standstill and confer with Eve H. Karasik | 0.2 | 102.00 |
| 01/28/11 | Eve H. Karasik | Analyze filed pleadings/docket | 0.1 | 72.50 |
| 01/28/11 | Eve H. Karasik | Confer with Gregory K. Jones re follow up on tax issues with L. McCall | 0.2 | 145.00 |
| 01/28/11 | Gregory K. Jones | Correspondence to Kiley on payments to Haligowski | 0.2 | 102.00 |
| 01/31/11 | Gregory K. Jones | Review emails and pleadings on stayed litigation | 0.2 | 102.00 |
| 02/02/11 | Gregory K. Jones | Phone conference with Eve H. Karasik on numerous litigation issues | 0.3 | 153.00 |
| 02/03/11 | Gregory K. Jones | Phone conference with Rusnak on various litigation matters | 0.3 | 153.00 |
| 02/04/11 | Eve H. Karasik | Confer with C. Padien re FDIC settlement response | 0.1 | 72.50 |
| 02/04/11 | Eve H. Karasik | Analyze FDIC settlement proposal | 0.3 | 217.50 |
| 02/04/11 | Eve H. Karasik | Confer with Gregory K. Jones re FDIC settlement proposal | 0.1 | 72.50 |
| 02/04/11 | Gregory K. Jones | Review FDIC reply to counteroffer | 0.2 | 102.00 |
| 02/07/11 | Eve H. Karasik | Confer with C. Padien re: FDIC counter | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Prepare correspondence to Board re FDIC proposal | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Revise correspondence to Board re FDIC proposal | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Analyze FDIC proposal | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Telephone conference with A. Rusnak re: FDIC counterproposal | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Analyze correspondence from A. Rusnak to Board re FDIC proposal | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Confer with Gary E. Klausner re Settlement Analysis | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Prepare correspondence to Board re Settlement Analysis | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Revise correspondence to Board re Settlement Analysis | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re order consolidating actions | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re Committee meeting and FDIC proposal | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Confer with Board re: FDIC meeting | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC meeting | 0.2 | 145.00 |
| 02/07/11 | Eve H. Karasik | Confer with S. Mayuga re: FDIC meeting | 0.1 | 72.50 |
| 02/07/11 | Eve H. Karasik | Prepare correspondence to Board re Akin email re FDIC meeting | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/07/11 | Gary E. Klausner | Analyze documents re FDIC settlement | 0.2 | 165.00 |
| 02/07/11 | Gary E. Klausner | Confer with Eve H. Karasik re settlement | 0.2 | 165.00 |
| 02/07/11 | Gary E. Klausner | Analyze documents re settlement discussions; FTI analysis, communications with FTI, FDIC and Committee re settlement | 1.2 | 990.00 |
| 02/07/11 | Gregory K. Jones | Review analysis and comparison of proposed settlements | 0.6 | 306.00 |
| 02/07/11 | Gregory K. Jones | Review emails with Committee on FDIC offer | 0.1 | 51.00 |
| 02/07/11 | Gregory K. Jones | Conference with Kiley on fees and Haligowski payments | 0.2 | 102.00 |
| 02/07/11 | Gregory K. Jones | Emails with Eve H. Karasik on D&O coverage | 0.2 | 102.00 |
| 02/07/11 | Gregory K. Jones | Review District Court order on consolidation of cases | 0.1 | 51.00 |
| 02/07/11 | Gregory K. Jones | Review FTI analysis of settlement | 0.2 | 102.00 |
| 02/07/11 | Gregory K. Jones | Review Colonial pleadings on access to bank accounts and send to client | 0.4 | 204.00 |
| 02/08/11 | Eve H. Karasik | Confer with C. Padien, G. Kennedy, et al, re: Settlement meeting (several x) | 0.3 | 217.50 |
| 02/08/11 | Eve H. Karasik | Confer with A. Rusnak and Gary E. Klausner re settlement meeting | 0.2 | 145.00 |
| 02/08/11 | Gary E. Klausner | Analyze correspondence from Eve H. Karasik, C. Padien, A. Rusnak, G. Haligowski, S. Mayuga re settlement with FDIC (10x) | 1.0 | 825.00 |
| 02/08/11 | Gregory K. Jones | Review emails relating to settlement conference | 0.2 | 102.00 |
| 02/08/11 | Gregory K. Jones | Confer with Eve H. Karasik on settlement conference | 0.2 | 102.00 |
| 02/09/11 | Eve H. Karasik | Confer with G. Kennedy and C. Padien re: FDIC meeting | 0.2 | 145.00 |
| 02/09/11 | Eve H. Karasik | Confer with A. Rusnak re FDIC settlement meeting | 0.1 | 72.50 |
| 02/09/11 | Eve H. Karasik | Confer with Gregory K. Jones re FDIC settlement meeting | 0.1 | 72.50 |
| 02/09/11 | Eve H. Karasik | Telephone conference with A. Rusnak re settlement negotiations | 0.5 | 362.50 |
| 02/09/11 | Gary E. Klausner | Exchange emails with Eve H. Karasik re FDIC settlement issues (4X) | 0.8 | 660.00 |
| 02/09/11 | Gregory K. Jones | Review various emails on settlement conference preparation | 0.3 | 153.00 |
| 02/10/11 | Eve H. Karasik | Prepare for settlement conference with FDIC | 0.3 | 217.50 |
| 02/10/11 | Eve H. Karasik | Participate at settlement conference with FDIC | 2.2 | 1,595.00 |
| 02/10/11 | Eve H. Karasik | Confer with G. Kennedy re standstill letter | 0.1 | 72.50 |
| 02/10/11 | Eve H. Karasik | Confer with Gregory K. Jones re cash in estate | 0.1 | 72.50 |
| 02/10/11 | Eve H. Karasik | Prepare correspondence to Board re settlement meeting | 0.4 | 290.00 |
| 02/10/11 | Eve H. Karasik | Revise correspondence to Board re settlement meeting | 0.3 | 217.50 |
| 02/10/11 | Gregory K. Jones | Preparation for settlement meeting with FDIC | 0.7 | 357.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/10/11 | Gregory K. Jones | Attend settlement meeting with Committee and FDIC | 2.5 | 1,275.00 |
| 02/10/11 | Gregory K. Jones | Review emails with FDIC on settlement discussions | 0.2 | 102.00 |
| 02/11/11 | Gregory K. Jones | Emails with Eve H. Karasik on settlement agreement | 0.2 | 102.00 |
| 02/11/11 | Gregory K. Jones | Review correspondence to and from Board of Directors on settlement offer | 0.2 | 102.00 |
| 02/14/11 | Eve H. Karasik | Confer with Gary E. Klausner re FDIC proposal | 0.2 | 145.00 |
| 02/14/11 | Gary E. Klausner | Confer with Eve H. Karasik re status of FDIC settlement | 0.2 | 165.00 |
| 02/15/11 | Eve H. Karasik | Confer with A. Rusnak re tax allocation agreement | 0.2 | 145.00 |
| 02/16/11 | Eve H. Karasik | Confer with C. Padien re Plan and Liquidating Trust Agreement | 0.2 | 145.00 |
| 02/16/11 | Gregory K. Jones | Review pleadings and emails on Texas state court matter that is stayed | 0.2 | 102.00 |
| 02/17/11 | Eve H. Karasik | Analyze FDIC counter proposal | 0.3 | 217.50 |
| 02/17/11 | Eve H. Karasik | Confer with Gary E. Klausner re counter proposal | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Confer with A. Rusnak re: counter proposal | 0.1 | 72.50 |
| 02/17/11 | Eve H. Karasik | Telephone conference with A. Rusnak re: counter proposal | 0.2 | 145.00 |
| 02/17/11 | Eve H. Karasik | Prepare correspondence to Board re counter proposal | 0.3 | 217.50 |
| 02/17/11 | Eve H. Karasik | Analyze correspondence from A. Rusnak to H. Jacobson re: BSD case | 0.1 | 72.50 |
| 02/17/11 | Gary E. Klausner | Analyze correspondence from J. Isaacs re FDIC counter-offer | 0.2 | 165.00 |
| 02/17/11 | Gary E. Klausner | Exchange emails with Eve H. Karasik re FDIC settlement | 0.2 | 165.00 |
| 02/17/11 | Gregory K. Jones | Review FDIC response to settlement offer and emails relating thereto | 0.3 | 153.00 |
| 02/18/11 | Eve H. Karasik | Confer with Gary E. Klausner re:  FDIC settlement discussion | 0.2 | 145.00 |
| 02/18/11 | Eve H. Karasik | Confer with Gregory K. Jones re BSD case and Ernst & Young filing | 0.1 | 72.50 |
| 02/18/11 | Gary E. Klausner | Conference call with Eve H. Karasik, A. Rusnak, counsel for OCC and FTI re settlement issues | 0.5 | 412.50 |
| 02/18/11 | Gregory K. Jones | Research on tax refund complaint and confer with Eve H. Karasik | 0.3 | 153.00 |
| 02/21/11 | Eve H. Karasik | Confer with C. Padien re FDIC preference | 0.1 | 72.50 |
| 02/21/11 | Eve H. Karasik | Confer with Gregory K. Jones re FDIC preference | 0.1 | 72.50 |
| 02/21/11 | Gregory K. Jones | Review emails relating to assertions made in FDIC settlement offer | 0.2 | 102.00 |
| 02/22/11 | Eve H. Karasik | Telephone conference with Gregory K. Jones re: 502(d) response | 0.2 | 145.00 |
| 02/22/11 | Eve H. Karasik | Confer with Gary E. Klausner re: Committee and FDIC proposal | 0.2 | 145.00 |
| 02/22/11 | Eve H. Karasik | Prepare correspondence to Board re: Committee's approach to the FDIC proposal | 0.3 | 217.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 02/22/11 | Eve H. Karasik | Revise correspondence to Board re: Committee's approach to the FDIC proposal | 0.2 | 145.00 |
| 02/22/11 | Eve H. Karasik | Confer with Gregory K. Jones re 502(d) research | 0.2 | 145.00 |
| 02/22/11 | Eve H. Karasik | Confer with Gregory K. Jones re: various issues re standstill | 0.2 | 145.00 |
| 02/22/11 | Eve H. Karasik | Analyze correspondence from Gregory K. Jones re 502(d) research | 0.2 | 145.00 |
| 02/22/11 | Gregory K. Jones | Conference with Eve H. Karasik on Committee call and settlement negotiations | 0.2 | 102.00 |
| 02/22/11 | Gregory K. Jones | Research regarding 502(d) and FDIC defense | 2.5 | 1,275.00 |
| 02/22/11 | Gregory K. Jones | Memo to Eve H. Karasik on results of 502(d) research | 0.3 | 153.00 |
| 02/22/11 | Gregory K. Jones | Confer with Eve H. Karasik and review emails relating to Committee response to FDIC counterproposal | 0.2 | 102.00 |
| 02/23/11 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re 502(d) research | 0.2 | 145.00 |
| 02/23/11 | Eve H. Karasik | Telephone conference with M. O'Donnell re BSD case research | 0.2 | 145.00 |
| 02/23/11 | Gregory K. Jones | Emails with Eve H. Karasik on 502(d) and FDIC-R's assertion of title 12 defense | 0.3 | 153.00 |
| 02/23/11 | Gregory K. Jones | Review emails on BSD docket entries | 0.2 | 102.00 |
| 02/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re status report | 0.1 | 72.50 |
| 02/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re: FDIC litigation | 0.1 | 72.50 |
| 02/24/11 | Eve H. Karasik | Confer with Gary E. Klausner and Gregory K. Jones re: FDIC notice of no standstill | 0.2 | 145.00 |
| 02/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re confering with FDIC re standstill expiration | 0.1 | 72.50 |
| 02/24/11 | Eve H. Karasik | Confer with Gregory K. Jones re: call with District Court | 0.1 | 72.50 |
| 02/24/11 | Gregory K. Jones | Confer with Eve H. Karasik on standstill period | 0.2 | 102.00 |
| 02/24/11 | Gregory K. Jones | Phone conferences with Isaacs on re-starting of litigation with the district court | 0.2 | 102.00 |
| 02/24/11 | Gregory K. Jones | Phone conference with court clerk on complaints and withdrawal of reference motion | 0.2 | 102.00 |
| 02/24/11 | Gregory K. Jones | Review and summarize three district court case dockets | 0.3 | 153.00 |
| 02/24/11 | Gregory K. Jones | Phone conferences with O'Donnell on BSD case and wire transfers | 0.2 | 102.00 |
| 02/25/11 | Eve H. Karasik | Analyze Docket | 0.1 | 72.50 |
| 02/28/11 | Eve H. Karasik | Confer with Gregory K. Jones re: Summary Judgment Motion | 0.1 | 72.50 |
| 02/28/11 | Eve H. Karasik | Confer with C. Padien re FDIC and 502(d) | 0.1 | 72.50 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Gary E. Klausner | Shareholder | 11.2 | 811.88 | 9,093.00 |
| Eve H. Karasik | Shareholder | 49.1 | 725.00 | 35,597.50 |
| Gregory K. Jones | Of Counsel | 37.9 | 510.00 | 19,329.00 |
| Joanne B. Stern | Paralegal | 1.7 | 240.00 | 408.00 |
| | | 99.9 | | 64,427.50 |

Fees                                                                      64,427.50

**SUMMARY FOR 06288-0120: Litigation**

Total Fees This Invoice                                           64,427.50

Amount Due                                                           64,427.50

## Exhibit "F"

## Summary of Expenses

542722v1

**06288-0000: Imperial Capital Bancorp - Chapter 11 12/19/09**

COSTS AND DISBURSEMENTS

| Cost Category | Month | Amount |
|---|---|---|
| Computer Research Expense | November 2010 | 662.92 |
| | December 2010 | 1,209.22 |
| | January 2011 | 152.49 |
| | February 2011 | 322.54 |
| | Total | 2,347.17 |
| | | |
| Copy Production | November 2010 | 3,186.40 |
| | December 2010 | 887.15 |
| | January 2011 | 1,472.20 |
| | February 2011 | 1,095.45 |
| | Total | 6,641.20 |
| | | |
| Document Processing | November 2010 | 16.92 |
| | Total | 16.92 |
| | | |
| Long Distance Telephone | November 2010 | 50.22 |
| | December 2010 | 8.31 |
| | January 2011 | 46.48 |
| | February 2011 | 54.13 |
| | Total | 159.14 |
| | | |
| Messenger Expense | November 2010 | 147.94 |
| | Total | 147.94 |
| | | |
| Parking Validation | February 2011 | 90.00 |
| | Total | 90.00 |
| | | |
| Postage | November 2010 | 327.20 |
| | December 2010 | 117.74 |
| | January 2011 | 218.18 |
| | February 2011 | 172.06 |
| | Total | 835.18 |
| | | |
| Teleconference Service | November 2010 | 62.48 |
| | December 2010 | 30.47 |
| | Total | 92.95 |

| Total Costs by Category: | | |
|---|---|---|
| | Computer Research Expense | 2,347.17 |
| | Copy Production | 6,641.20 |
| | Document Processing | 16.92 |
| | Long Distance Telephone | 159.14 |
| | Messenger Expense | 147.94 |
| | Parking Validation | 90.00 |
| | Postage | 835.18 |
| | Teleconference Service | 92.95 |
| | Total | 10,330.50 |

**CERTIFICATE OF SERVICE**

I, Joanne B. Stern, am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is Stutman, Treister, & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013.

On March 29, 2011, I served the foregoing pleading:

**THIRD INTERIM FEE APPLICATION OF STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION (REORGANIZATION COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION) FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (NOVEMBER 1, 2010 TO FEBRUARY 28, 2011); DECLARATION OF EVE H. KARASIK IN SUPPORT THEREOF; EXHIBITS**

on the interested parties in this action by email and/or by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

*See Service List Attached Hereto and Incorporated Herein by Reference*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2011, at Los Angeles, California.


*/s/ Joanne B. Stern*
Joanne B. Stern

549486v.1

# SERVICE LIST

Imperial Capital Bank
General Service List
Doc No. 544178 – revised 03/29/11

Imperial Capital Bancorp
Attn: Anthony Rusnak, Esq.
PO Box 2283
La Jolla, CA 92037-2283

Committee Member:
US Bank as Trustee for
ITLA Capital Statutory Trust(s) I, II, V
Attn: James H. Byrnes
One Federal Street, 3rd Floor
Boston, MA 02110

Federal Deposit Insurance Corporation
25 Jessie Street at Ecker Square,
Suite 2300
San Francisco, CA 94105

Committee Member:
888 Prospect LJ, LLC
Attn: Mercedes Juarez
Cushman & Wakefield of SD
4435 Eastgate Mall, Suite 200
San Diego, CA 92121

Timothy M. Doyle
2617 Sutter Street
Carlsbad, CA 92010

Scott Wallace
7879 Sitio Abeto Dr.
Carlsbad, CA 92309

A Bullock
Squar, Milner, Peterson, Miranda
& Williamson, LLP
4100 Newport Place Dr. Third Fl.
Newport Beach, CA 92660

Rosemary E. Lennon
1031-A Kenneth Road
Glendale, CA 91202

United States Trustee
David A. Ortiz, Esq.
United States Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

United States Department of Justice Tax
Division
Civil Trial Section, Western Division
PO Box 683, Ben Franklin Station
Washington, DC 20044

Dept of Financial Institutions
7575 Metropolitan Drive, Suite 108
San Diego, CA 92108

Served by email at his request:
BrianBenson30@yahoo.com

David Muchnikoff
Silver Freedman & Taff LLP
3299 K Street NW, Suite 100
Washington, DC 20007

American Express Travel Services, Inc.
4315 S. 2700 W
Salt Lake City, UT  84184

Aila Pallera
KPMG
355 South Grand Avenue
Los Angeles, CA 90071-1568

Thomas Hobbs
531 Avenida del Verdor
San Clemente, CA 92672

Counsel to Bank of New York Mellon:
Pillsbury Winthrop Shaw Pittman LLP
Margot P. Erlich/Leo Crowley
1540 Broadway
New York, NY 10036-4039

Securities & Exchange Commission
Attn: Sarah D. Moyed
5670 Wilshire Blvd. 11th Floor
Los Angeles, CA 90036

Committee Member:
Bank of New York Mellon as Indenture
Trustee
Attn: Martin Feig
101 Barclay Street, 8 West
New York, NY 10286

David Hunt
4087 Caminito Suero
San Diego, CA 92122

Jeffrey A. Berman
Sidley & Austin LLP
555 W. Fifth Street, 40th Floor
Los Angeles, CA 90013

Charles E. Kohl
25662 Shaw Place
Stevenson Ranch, CA 91381

Keith Lupton
Ernst & Young LLP
725 S. Figueroa Street
Los Angeles, CA 90017

Bloomberg, LP
6500 Wilshire Boulevard
Los Angeles, CA 90048

549486v.1

1

2      Kevin Boyer, President        Jayne Lindberg        Grande Colonial Hotel La Jolla

| | | |
|---|---|---|
| Kevin Boyer, President | Jayne Lindberg | Grande Colonial Hotel La Jolla |
| Boyer Moving & Storage | J A Lindberg Interiors | 910 Prospect Street |
| 13691 Danielson Street, Suite D | 4079 Promontory Street | La Jolla, CA 92037 |
| Poway, CA 92064 | San Diego, CA 92109 | |
| | | |
| Cynthia S. Reynolds | Counsel to FDIC: | Counsel to FDIC: |
| AVP/Dedicated Service Director | Jeffrey Isaacs, Esq. | Gerald P. Kennedy, Esq. |
| Bank of America | Procopio, Cory, Hargreaves & Savitch LLP | Procopio, Cory, Hargreaves & Savitch LLP |
| 1655 Grant Street, Bldg. A, 10th Fl. | 525 B Street, Suite 2200 | 525 B Street, Suite 2200 |
| Concord, CA 94520 | San Diego, CA 92101 | San Diego, CA 92101 |
| | | |
| Counsel to Bloomberg Finance LP | Counsel to U.S. Bank National Association | Request for Notice 888 Prospect LJ, LLC: |
| Willkie Farr & Gallagher LLP | Marie C. Pollio | Jerry D. Hemme |
| Attn: Carol R. Mascera/Shaunna D. Jones | Shipman & Goodwin LLP | Goode, Hemme & Peterson |
| 787 Seventh Avenue | One Constitution Plaza | 6256 Greenwich Dr., Suite 500 |
| New York, NY 10019-6099 | Hartford, CT 06103 | San Diego, CA 92122 |
| | | |
| Counsel to the Creditors' Committee | Attys for Iron Mountain Info. Mngt, Inc. | Request for Notice: |
| David Simonds, Esq. | Frank F. McGinn | Heather Verbeck, Director |
| Akin, Gump, Strauss, Hauer & Feld, L.L.P. | Bartlett Hackett Feinberg P.C. | FSI Group, Inc. |
| 2029 Century Park East, 24th Floor | 155 Federal St., 9th Fl. | 441 Vine Street, Suite 1300 |
| Los Angeles, CA  90067 | Boston, MA  02110 | Cincinnati, OH 45202 |